**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF CALIFORNIA

Case number *(if known)* _____ Chapter   7

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    **4/16**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | Business Index Group, Inc., a California corporation |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | DBA   National Shopping Service <br> DBA   Amour Privé <br> DBA   Sip Auburn |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 95-4255350 |

4. **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| 12200 Rock Creek Road, Unit A327 <br> Auburn, CA 95602 <br> Number, Street, City, State & ZIP Code | 1420 E. Roseville Parkway, Suite 140-349 <br> Roseville, CA 95661 <br> P.O. Box, Number, Street, City, State & ZIP Code |
| Placer <br> County | **Location of principal assets, if different from principal place of business** |
| | Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | https://www.nationalshoppingservice.com/ |

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    Business Index Group, Inc., a California corporation          Case number (*if known*) _____
          Name

**7.  Describe debtor's business**        A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
   See http://www.uscourts.gov/four-digit-national-association-naics-codes.
   __5419__

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**        *Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.

☐ Yes.

If more than 2 cases, attach a separate list.

| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No

☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor _____ | | Relationship _____ |
| District _____ | When _____ | Case number, if known _____ |

| Debtor | Business Index Group, Inc., a California corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**11. Why is the case filed in this district?**

*Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ■ No
- ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

    What is the hazard? _____

- ☐ It needs to be physically secured or protected from the weather.

- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

- ☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

- ☐ No
- ☐ Yes. Insurance agency _____

    Contact name _____

    Phone _____

---

**■ Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

- ☐ Funds will be available for distribution to unsecured creditors.
- ■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

- ☐ 1-49
- ☐ 50-99
- ☐ 100-199
- ☐ 200-999
- ■ 1,000-5,000
- ☐ 5001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than100,000

**15. Estimated Assets**

- ■ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ■ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

| Debtor | Business Index Group, Inc., a California corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   02 / 23 / 2018
              MM / DD / YYYY

X _Daniel W_____          Daniel Wozniak
Signature of authorized representative of debtor                Printed name

Title    Secretary

**18. Signature of attorney**

X _Walter R Dahl_____          Date   02 / 23 / 2018
Signature of attorney for debtor                                MM / DD / YYYY

Walter R. Dahl
Printed name

Dahl Law, Attorneys at Law
Firm name

2304 N Street
Sacramento, CA 95816
Number, Street, City, State & ZIP Code

Contact phone   916-446-8800        Email address

CSB No. 102186 CA
Bar number and State

Official Form 201          **Voluntary Petition for Non-Individuals Filing for Bankruptcy**          page 4

# RESOLUTION OF THE BOARD OF DIRECTORS

## Business Index Group, Inc.,
## a California corporation

**WHEREAS**, the above-named corporation, duly qualified to do business in the State of California, currently is unable to pay its debts as they come due; and

**WHEREAS**, the corporation desires to effect an orderly liquidation of its assets for the benefit of its creditors and the corporation has determined that such liquidation can best be accomplished by utilizing the protections and provisions of the U. S. Bankruptcy Code; it is

**RESOLVED,** that the corporation shall file a voluntary petition under Chapter 7 of the Bankruptcy Code; and

**RESOLVED FURTHER**, that the corporation in its name by and through its Chief Executive Officer and its other officers shall prepare the appropriate Petition, Statement of Affairs, Schedules of Assets and Liabilities, Summary of Debts and Property and all other necessary documents for filing a Chapter 7 bankruptcy case in the United States Bankruptcy Court for the Eastern District of California; and

**RESOLVED FURTHER,** that the corporation engage and retain Dahl Law, Attorneys at Law, for this purpose and to initiate and continue all further filings, actions and proceedings necessary in connection with the liquidation of the corporation under Chapter 7.

## CERTIFICATE OF CORPORATE OFFICER

I, Daniel Wozniak, certify that:

I am the duly qualified and acting Chief Executive Officer of Business Index Group, Inc., a California corporation.

The foregoing is a true and correct copy of the resolution adopted by the Board of Directors of the Corporation: (1) at a special meeting duly held, or; (2) by unanimous written consent, and entered in the minutes of such meeting in the minute book of the Corporation.

_January 16, 2018_

Daniel Wozniak, Chief Executive Officer

**Fill in this information to identify the case:**

Debtor name    Business Index Group, Inc., a California corporation

United States Bankruptcy Court for the:   EASTERN DISTRICT OF CALIFORNIA

Case number (if known)

☐ Check if this is an
amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors
12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☒ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☒ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☒ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☒ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☒ *Schedule H: Codebtors* (Official Form 206H)
- ☒ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ *Amended Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   02/23/2018          x _Daniel Wozniak_
                                     Signature of individual signing on behalf of debtor

                                     Daniel Wozniak
                                     Printed name

                                     Secretary
                                     Position or relationship to debtor

Official Form 202                    **Declaration Under Penalty of Perjury for Non-Individual Debtors**

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                     Best Case Bankruptcy

| Fill in this information to identify the case: |
|---|

Debtor name    Business Index Group, Inc., a California corporation

United States Bankruptcy Court for the:    EASTERN DISTRICT OF CALIFORNIA

Case number (if known)    _____

☐ Check if this is an
     amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     12/15

| Part 1: | Summary of Assets |
|---|---|

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
      Copy line 88 from *Schedule A/B*.....................................................................    $ _____0.00

    1b. **Total personal property:**
      Copy line 91A from *Schedule A/B*.................................................................    $ _____37,714.68

    1c. **Total of all property:**
      Copy line 92 from *Schedule A/B*....................................................................    $ _____37,714.68

| Part 2: | Summary of Liabilities |
|---|---|

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.....................    $ _____0.00

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
      Copy the total claims from Part 1 from line 5a of *Schedule E/F*..........................................    $ _____12,881.84

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
      Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................    +$ _____515,787.94

4. **Total liabilities** ................................................................................
    Lines 2 + 3a + 3b           $ _____528,669.78

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Business Index Group, Inc., a California corporation |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF CALIFORNIA |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property        12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3.  **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | U.S. Bank | Checking | 7925 | $1,189.85 |
| 3.2. | River City Bank | Checking | 5082 | $492.00 |
| 3.3. | Wells Fargo Bank [Balance: -$263.19] | Checking | 6748 | $0.00 |
| 3.4. | Wells Fargo Bank | Checking | 0019 | $0.91 |
| 3.5. | Wells Fargo Bank | Checking | 8402 | $31.92 |
| 3.6. | Wells Fargo Bank [Balance: -$21.90] | Savings | 6650 | $0.00 |
| 3.7. | UBS Financial | Employee 401(k) | 5071 | $0.00 |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                              Best Case Bankruptcy

| Debtor | Business Index Group, Inc., a California corporation | Case number *(If known)* |
|---|---|---|
| | Name | |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**                                                                    $1,714.68
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

### Part 2:    Deposits and Prepayments

**6. Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
☑ Yes Fill in the information below.

7.      **Deposits, including security deposits and utility deposits**
        Description, including name of holder of deposit
           Security Deposit for Warren Drive Premises
           [Deposit of $5,529.39; Premises surrendered to landlord June 2017; Deposit may have
   7.1. already been applied by landlord to balance owing on lease]                   Unknown

8.      **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
        Description, including name of holder of prepayment

9.      **Total of Part 2.**                                                            $0.00
        Add lines 7 through 8. Copy the total to line 81.

### Part 3:    Accounts receivable

**10. Does the debtor have any accounts receivable?**

☑ No.  Go to Part 4.
☐ Yes Fill in the information below.

### Part 4:    Investments

**13. Does the debtor own any investments?**

☑ No.  Go to Part 5.
☐ Yes Fill in the information below.

### Part 5:    Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
☑ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

19.     **Raw materials**

20.     **Work in progress**

21.     **Finished goods, including goods held for resale**

22.     **Other inventory or supplies**

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor | Business Index Group, Inc., a California corporation | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| Amour Privé Wine Inventory [Approximiately 300 cases; Fire sale valuation; Inventory includes Rive Gauche, Rive Droite, Cuvee Noir, Cabernet Savignon, Pinot Gris, Chardonnay, Merlot; Full retail value $120-$280 per case] | | $0.00 Liquidation | $20,000.00 |

---

**23.** **Total of Part 5.**

Add lines 19 through 22. Copy the total to line 84.

$20,000.00

**24.** **Is any of the property listed in Part 5 perishable?**
☐ No
■ Yes

**25.** **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

**26.** **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.** **Office furniture** Furniture, Fixtures, Equipment & Supplies See attached Schedule A/B, Item 39-50 detail sheet | $0.00 | | Unknown |

---

**40.** **Office fixtures**

**41.** **Office equipment, including all computer equipment and communication systems equipment and software**

**42.** **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

**Debtor: Business Index Group, Inc.**
Schedule A/B - Property
Parts 7 - 8, Nos. 39 - 50 - Furniture, Fixtures, Equipment & Supplies Used in Business

| Operation | Description of Asset(s) | Estimated Value |
|-----------|-------------------------|-----------------|
| NSS | 4 Office Desks, Varied | $ 80.00 |
| NSS | 10 - 2 Drawer, Rolling File Cases | $ 100.00 |
| NSS | Office Supplies: Various | $ 100.00 |
| NSS | 4 - 3 Drawer Metal File Cabinets: Black, Beige, Or Grey | $ 160.00 |
| NSS | 20 Desktop Computers, Very Used; Assorted Software Installed | $ 200.00 |
| NSS | 20 Chairs - Swivel, Desk | $ 200.00 |
| NSS | Office Furniture | $ 491.00 |
| NSS | 12 Office Workspaces/Cubicles | $ 4,000.00 |
| NSS | Mezzanine Furniture | $ 8,053.00 |
| NSS | 8 Full Service Office Cubicles With Desktop, Cabinets, File Drawers, File Cabinets | $ 9,600.00 |
| NSS | ~15 Monitors + ~25 Chairs + ~8 High End Cubicle Systems + ~14 Medium End Cubicle Systems | Unknown |
| NSS | ~20 Computers + ~20 Phones + ~ 15 Headsets | Unknown |
| NSS | ~20 Computers | Unknown |
| NSS | Dell Dimension E521 | Unknown |
| NSS | Dell Mini Tower | Unknown |
| NSS | Dell Mini Tower | Unknown |
| NSS | Dell Monitor | Unknown |
| NSS | Dell Notebook | Unknown |
| NSS | Dimension Athlon 64 Monit | Unknown |
| NSS | Headsets | Unknown |
| NSS | Mini Tower Computer | Unknown |
| NSS | Monitor And Software | Unknown |
| NSS | Monitor And Software | Unknown |
| NSS | Monitor And Software | Unknown |
| NSS | Monitor And Software | Unknown |
| NSS | Monitor And Software | Unknown |
| NSS | Phone System | Unknown |
| NSS | Proliant Hard Drive | Unknown |
| NSS | Server License | Unknown |
| NSS | Color Printer | Unknown |
| NSS | Computers | Unknown |
| NSS | Computers | Unknown |
| NSS | Computers | Unknown |
| NSS | Computers | Unknown |
| NSS | Computers | Unknown |
| NSS | Computers | Unknown |
| NSS | Computers | Unknown |
| NSS | Dell Computers | Unknown |

**Debtor: Business Index Group, Inc.**
Schedule A/B - Property
Parts 7 - 8, Nos. 39 - 50 - Furniture, Fixtures, Equipment & Supplies Used in Business

| Operation | Description of Asset(s) | Estimated Value |
|---|---|---|
| NSS | Monitors | Unknown |
| NSS | Office Furniture | Unknown |
| Amour Prive/ SIP | Rqflex 10 Reflectometer | $    700.00 |
| Amour Prive/ SIP | Gem 4 Passenger Elect Cart | $  6,500.00 |

Debtor    Business Index Group, Inc., a California corporation          Case number *(If known)* _____
          Name

43.   **Total of Part 7.**                                                            | $0.00 |
      Add lines 39 through 42.  Copy the total to line 86.

44.   **Is a depreciation schedule available for any of the property listed in Part 7?**
      ■ No
      ☐ Yes

45.   **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

**Part 8:**   **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

      ■ No.  Go to Part 9.
      ☐ Yes Fill in the information below.

**Part 9:**   **Real property**

54. **Does the debtor own or lease any real property?**

      ■ No.  Go to Part 10.
      ☐ Yes Fill in the information below.

**Part 10:**   **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

      ■ No.  Go to Part 11.
      ☐ Yes Fill in the information below.

**Part 11:**   **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

      ☐ No.  Go to Part 12.
      ■ Yes Fill in the information below.

                                                                           **Current value of
                                                                           debtor's interest**

71.   **Notes receivable**
      Description (include name of obligor)

72.   **Tax refunds and unused net operating losses (NOLs)**
      Description (for example, federal, state, local)

73.   **Interests in insurance policies or annuities**

74.   **Causes of action against third parties (whether or not a lawsuit
      has been filed)**

75.   **Other contingent and unliquidated claims or causes of action of
      every nature, including counterclaims of the debtor and rights to
      set off claims**

76.   **Trusts, equitable or future interests in property**

77.   **Other property of any kind not already listed** *Examples:* Season tickets,
      country club membership

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

| Debtor | Business Index Group, Inc., a California corporation | Case number *(If known)* |
|--------|-------------------------------------------------------|--------------------------|
| | Name | |

| | |
|---|---|
| Judgment against Easylife Group, Ltd. | $16,000.00 |

| 78. | **Total of Part 11.** | $16,000.00 |
|-----|------------------------|------------|
| | Add lines 71 through 77. Copy the total to line 90. | |

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Debtor | Business Index Group, Inc., a California corporation | Case number *(If known)* |
|---|---|---|
| | Name | |

**Part 12:**   **Summary**

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $1,714.68 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $20,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9........................>* | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $16,000.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $37,714.68 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $37,714.68 |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                       Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    Business Index Group, Inc., a California corporation

United States Bankruptcy Court for the:    EASTERN DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an
   amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property     12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

    ■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

    ☐ Yes. Fill in all of the information below.

**Fill in this information to identify the case:**

Debtor name    Business Index Group, Inc., a California corporation

United States Bankruptcy Court for the:    EASTERN DISTRICT OF CALIFORNIA

Case number (if known)

☐ Check if this is an
     amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims      12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>CA Department of Industrial Relations<br>1515 Clay Street, Room 401<br>Oakland, CA 94612 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | Unknown | $0.00 |
| Date or dates debt was incurred | Basis for the claim: | | |
| Last 4 digits of account number | Is the claim subject to offset? | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes | | |
| **2.2** Priority creditor's name and mailing address<br>CA Dept of Alcoholic Beverage Control<br>3927 Lennane Drive, Suite 100<br>Sacramento, CA 95834 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | Unknown | $0.00 |
| Date or dates debt was incurred | Basis for the claim: | | |
| Last 4 digits of account number<br>9158;4527;9158 | Is the claim subject to offset? | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes | | |

| Debtor | Business Index Group, Inc., a California corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**2.3**

Priority creditor's name and mailing address

California Dept of Food & Ag
Market Enforcement Branch
1220 N Street, Suite 400
Sacramento, CA 95814

Date or dates debt was incurred

Last 4 digits of account number  8426
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

Unknown       $0.00

---

**2.4**

Priority creditor's name and mailing address

California Dept of Tax & Fee Admin
Account Information Group, MIC: 29
PO Box 942879
Sacramento, CA 94279-0029

Date or dates debt was incurred

Last 4 digits of account number  3262
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

Unknown       $0.00

---

**2.5**

Priority creditor's name and mailing address

City of Rocklin
Business License Renewal
3970 Rocklin Road
Rocklin, CA 95677

Date or dates debt was incurred

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

Unknown       $0.00

---

**2.6**

Priority creditor's name and mailing address

Department of the Treasury
Alcohol and Tabacco Tax and Trade
Bureau
550 Main Street, Suite 8002
Cincinnati, OH 45202

Date or dates debt was incurred

Last 4 digits of account number  5350
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$5,869.13       $5,869.13

| Debtor | Business Index Group, Inc., a California corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

Employment Development
Department
Bankruptcy Special Procedures
Group
PO Box 826880, MIC 92E
Sacramento, CA 94280-0001

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **6327**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $250.00 | $250.00 |
|---|---|---|---|---|

Franchise Tax Board
Bankruptcy Section, MS: A-340
PO Box 2952
Sacramento, CA 95812-2952

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **3000**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $329.96 | $329.96 |
|---|---|---|---|---|

Franchise Tax Board
Bankruptcy Section, MS: A-340
PO Box 2952
Sacramento, CA 95812-2952

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **3000**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

Industrial Commission of Arizona
Labor Department
PO Box 19070
Phoenix, AZ 85005

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

| Debtor | Business Index Group, Inc., a California corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**2.11** Priority creditor's name and mailing address

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,534.96    $2,534.96

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **5350**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

**2.12** Priority creditor's name and mailing address

Nevada Dept of Taxation
1550 College Parkway, Suite 115
Carson City, NV 89706

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    $0.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **7438**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

**2.13** Priority creditor's name and mailing address

New York Attorney General
Divison of Economic Justice - BIT
120 Broadway
New York, NY 10271

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    $0.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

**2.14** Priority creditor's name and mailing address

Oregon Bureau of Labor & Industries
800 NE Oregon Street, Suite 1045
Portland, OR 97232

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$24.86    $24.86

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

Debtor  Business Index Group, Inc., a California corporation          Case number (if known) _____
        Name

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|------|----------------------------------------------|----------------------------------------------|---------|-------|

**2.15** Priority creditor's name and mailing address
Oregon Liquor Control Commission
9079 SE McLoughlin Blvd.
Portland, OR 97222

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    $0.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.16** Priority creditor's name and mailing address
Placer County Environmental Health
3091 County Center Drive, Suite 180
Auburn, CA 95603

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    $0.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number 0158
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.17** Priority creditor's name and mailing address
Placer County Tax Collector
2976 Richardson Drive
Auburn, CA 95603

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,121.14    $2,121.14

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number 4000
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.18** Priority creditor's name and mailing address
Placer County Tax Collector
2976 Richardson Drive
Auburn, CA 95603

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$651.79    $651.79

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number 7000
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | Business Index Group, Inc., a California corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.19 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

Washington Department of Revenue
Taxpayer Account Admin Division
PO Box 47476
Olympia, WA 98504

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number  0624

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.20 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

Washington State Liquor & Cannabis
Board
Financial Division
PO Box 43085
Olympia, WA 98504

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number  1867

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.21 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,100.00 | $1,100.00 |
|---|---|---|---|---|

Wisconsin Workforce Development
Unemployment Insurance
PO Box 7942
Madison, WI 53707

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number  0009

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $116.44 |
|---|---|---|---|

AARIELLE TROTTER
2423 WINROCK BLVD 166
HOUSTON, TX 77057

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**

**Basis for the claim:** 456119

**Last 4 digits of account number**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $92.08 |
|---|---|---|---|

AARON TOATES
1917 S WOODBURY AVE
SPRINGFIELD, MO 65809

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**

**Basis for the claim:** 271159

**Last 4 digits of account number**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | Business Index Group, Inc., a California corporation | Case number (if known) | |
|--------|------------------------------------------------------|------------------------|-|
| | Name | | |

| 3.3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $63.98 |
|-----|------------------------------------------------------|---------------------------------------------------------------------------|--------|

**Nonpriority creditor's name and mailing address**
ABE LACOURSE
PO BOX 1523
MANSFIELD, OH 44902

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 274534

Is the claim subject to offset? ☒ No ☐ Yes

$63.98

---

**3.4** **Nonpriority creditor's name and mailing address**
ABEL REYES
2112 TRAWOOD, SUITE B-6
EL PASO, TX 79935

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 464013

Is the claim subject to offset? ☒ No ☐ Yes

$20.81

---

**3.5** **Nonpriority creditor's name and mailing address**
ADA SHAI
1629 33 AVENUE SW
CALGARY, AB, T2T 1Y6
CANADA

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 462331

Is the claim subject to offset? ☒ No ☐ Yes

$45.00

---

**3.6** **Nonpriority creditor's name and mailing address**
ADAM SCHOOLCRAFT
1781 SEBASTIAN DRIVE
WOODSTOCK, IL 60098

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 436566

Is the claim subject to offset? ☒ No ☐ Yes

$15.19

---

**3.7** **Nonpriority creditor's name and mailing address**
ADAM WEAVER
1725 9TH STREET
RAPID CITY, SD 57701

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 450341

Is the claim subject to offset? ☒ No ☐ Yes

$135.20

---

**3.8** **Nonpriority creditor's name and mailing address**
ADRIANA DIAZ
11200 B SAN YSIDRO
EL PASO, TX 79927

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 403126

Is the claim subject to offset? ☒ No ☐ Yes

$41.57

---

**3.9** **Nonpriority creditor's name and mailing address**
ADRIANNA HILL
625 E MONROE Ave. APT 247
ALEXANDRIA, VA 22301

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 466357

Is the claim subject to offset? ☒ No ☐ Yes

$23.37

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Debtor | Business Index Group, Inc., a California corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.10 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $19.30 |
|---|---|---|---|
| | ADRIENNE JONES<br>P. O. BOX 210511<br>COLUMBIA, SC 29221 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** 118833 | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.11 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $101.00 |
|---|---|---|---|
| | ADT Security<br>1501 Yamato Road<br>Boca Raton, FL 33431 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** 1348 | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.12 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $58.78 |
|---|---|---|---|
| | AGATA OWEN<br>1816 CRYSTAL CREEK DR.<br>VIRGINIA BEACH, VA 23455 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** 468357 | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.13 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $55.75 |
|---|---|---|---|
| | AGNIESZKA ROWE<br>775 HUEY ST APT B8<br>WILDWOOD, FL 34785 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** 391120 | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.14 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $14.05 |
|---|---|---|---|
| | AIMEE FOSSUM<br>5201 BAY VIEW DR<br>FORT WORTH, TX 76244 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** 468578 | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.15 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $30.89 |
|---|---|---|---|
| | AIMEE HILL<br>235 STONY POINT DR<br>SEBASTIAN, FL 32958 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** 429481 | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.16 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $110.46 |
|---|---|---|---|
| | ALAN BELLISTON<br>5141 S OLATHE CIRCLE<br>CENTENNIAL, CO 80015 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** 261009 | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | Business Index Group, Inc., a California corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.17** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $142.82

ALAN BEMBEN
86-16 159 AVE.
HOWARD BEACH, NY 11414

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 126536

Is the claim subject to offset? ■ No ☐ Yes

---

**3.18** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $47.47

ALAN FEUER
3625 NW 20 AVE  APT 318
MIAMI, FL 33142

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 389686

Is the claim subject to offset? ■ No ☐ Yes

---

**3.19** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $88.67

ALAN MANN
723 N ABERDEEN WAY
SARATOGA SPRINGS, UT 84045

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 452231

Is the claim subject to offset? ■ No ☐ Yes

---

**3.20** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $41.86

ALAN ROLLINGS
17509 W ARROYO WAY
GOODYEAR, AZ 85338

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 329372

Is the claim subject to offset? ■ No ☐ Yes

---

**3.21** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $73.42

ALAYNE GALBREATH
1421 PINE PLACE
DELAND, FL 32720

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 105670

Is the claim subject to offset? ■ No ☐ Yes

---

**3.22** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $83.40

ALBERT KING
109 WEST HARBOR DRIVE
HENDERSONVILLE, TN 37075

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 389260

Is the claim subject to offset? ■ No ☐ Yes

---

**3.23** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $86.95

ALEX PERRIS
599 GARNETTE RD.
AKRON, OH 44313

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 423432

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Business Index Group, Inc., a California corporation | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.24 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $22.00 |
|---|---|---|---|

ALEXANDRA TRAN
118 6TH AVE N, UNIT 403
SEATTLE, WA 98109

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _401236_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $33.59 |
|---|---|---|---|

ALEXANDRIA ALBRECHT
2818 W LOOPS 250 N APT D102
MIDLAND, TX 79705

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _315607_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $35.59 |
|---|---|---|---|

ALEXANDRIA BAUER
2013 N 8TH ST
BISMARCK, ND 58501

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _466985_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $265.71 |
|---|---|---|---|

ALFRED NEWTOWN
3757 E DESERT WALK LANE
TUCSON, AZ 85706

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _456529_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $36.74 |
|---|---|---|---|

ALI NAJY
5641 ROYAL PINE BLVD.
ORLANDO, FL 32807

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _422585_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $61.05 |
|---|---|---|---|

ALICE BECKSTROM
179 OAKLAND ST
RICHLAND, WA 99352

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _467674_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $61.09 |
|---|---|---|---|

ALICESON LUECKEMEYER
5906 ASHMERE LN.
KLEIN, TX 77379

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _364365_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Business Index Group, Inc., a California corporation**        Case number (if known) _____
_____
Name

| | | |
|---|---|---|
| **3.31** | **Nonpriority creditor's name and mailing address**<br>ALICIA GATES<br>104 MARYVILLE MHP<br>MARYVILLE, TN 37804<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  466545<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $19.40 |

| | | |
|---|---|---|
| **3.32** | **Nonpriority creditor's name and mailing address**<br>ALICIA MILLER<br>7041 DANIEL BOONE RD<br>BIRDSBORO, PA 19508<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  468440<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $52.00 |

| | | |
|---|---|---|
| **3.33** | **Nonpriority creditor's name and mailing address**<br>ALICIA NORTON<br>3301 YALE ST. N.<br>ST PETERSBURG, FL 33713<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  444452<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $73.80 |

| | | |
|---|---|---|
| **3.34** | **Nonpriority creditor's name and mailing address**<br>ALICIA SPAIN<br>69703 SUNSET HEIGHTS<br>BRIDGEPORT, OH 43912<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  412049<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $68.15 |

| | | |
|---|---|---|
| **3.35** | **Nonpriority creditor's name and mailing address**<br>ALICKS KUNDART<br>397 NE 58TH AVE.<br>HILLSBORO, OR 97124<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  442403<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $16.98 |

| | | |
|---|---|---|
| **3.36** | **Nonpriority creditor's name and mailing address**<br>ALINA TKACHENKO<br>2617 E 17TH ST, 6B<br>BROOKLYN, NY 11235<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  455884<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $71.50 |

| | | |
|---|---|---|
| **3.37** | **Nonpriority creditor's name and mailing address**<br>ALISA CHESSANI<br>5805 KATRINA PLACE<br>PALMDALE, CA 93552<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  454612<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $49.48 |

| Debtor | Business Index Group, Inc., a California corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $55.00 |
|---|---|---|---|

ALISON BERNARDS
608 N 200 E
SANTAQUIN, UT 84655

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** 405294

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $54.00 |
|---|---|---|---|

ALISON HANSCOM
5339 OCHS AVENUE
INDIANAPOLIS, IN 46254

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** 437198

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $36.48 |
|---|---|---|---|

ALISON JAKEL
5746 NE MILTON ST.
PORTLAND, OR 97213

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** 458515

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $49.00 |
|---|---|---|---|

ALISON MCFADDEN
790 BARBERRY SPUR AVE
DELAWARE, OH 43015

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** 256355

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50.00 |
|---|---|---|---|

ALISON THOMAS
11271 TRIBUNA AVENUE
SAN DIEGO, CA 92131

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** 206935

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $78.45 |
|---|---|---|---|

ALIZA SIEGEL
15811 ANTHONY WAY
BOWIE, MD 20716

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** 465304

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.89 |
|---|---|---|---|

ALLAN BOWMAN
3144 WILLOW GROVE CIRCLE SE
MARIETTA, GA 30067

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** 247993

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Business Index Group, Inc., a California corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $27.28 |
|---|---|---|---|

ALLAN PERANIO
55 STONE HOUSE RD
HENDERSONVILLE, NC 28739

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** 281187

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $108.35 |
|---|---|---|---|

ALLEN AMEY
4800 KELLER SPRINGS ROAD APT 1440
ADDISON, TX 75001

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** 427521

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $56.98 |
|---|---|---|---|

ALLI LISH
6900 JERSEY DRIVE
NEW ALBANY, OH 43054

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** 457165

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $52.00 |
|---|---|---|---|

ALLISON MAGLIO
324 RESERVE DR
DAVENPORT, FL 33896

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** 278746

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $53.70 |
|---|---|---|---|

ALMA MCCLINTOCK
3021 RIDGE ROAD #144
ROCKWALL, TX 75032

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** 350892

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20.87 |
|---|---|---|---|

AMANDA BARON
4617 NE ST. JOHN'S ROAD #211
VANCOUVER, WA 98661

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** 399715

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.71 |
|---|---|---|---|

AMANDA COOKMAN
3917 N PINE GROVE AVE #3
CHICAGO, IL 60613

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** 468258

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Business Index Group, Inc., a California corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.52 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $133.00 |
|---|---|---|---|

AMANDA DENMAN
110 HUNTLEY LN
WAITE PARK, MN 56387

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _290328_

Is the claim subject to offset? ■ No ☐ Yes

| 3.53 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $82.25 |
|---|---|---|---|

AMANDA DIXON
3005 PRINCETON AVE.
MC ALLEN, TX 78504

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _283934_

Is the claim subject to offset? ■ No ☐ Yes

| 3.54 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $30.14 |
|---|---|---|---|

AMANDA HARWOOD
304 BLUE HAVEN DR
KINGSPORT, TN 37663

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _404859_

Is the claim subject to offset? ■ No ☐ Yes

| 3.55 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $30.09 |
|---|---|---|---|

AMANDA HOLLIN
210 CROSS CREEK DRIVE
OAKLAND, TN 38060

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _383429_

Is the claim subject to offset? ■ No ☐ Yes

| 3.56 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $263.57 |
|---|---|---|---|

AMANDA KELLY
700 W 172ND STREET APT 4B
NEW YORK, NY 10032

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _459721_

Is the claim subject to offset? ■ No ☐ Yes

| 3.57 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $73.99 |
|---|---|---|---|

AMANDA PANTING
27951 TATE ROAD
MENIFEE, CA 92585

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _458048_

Is the claim subject to offset? ■ No ☐ Yes

| 3.58 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $78.83 |
|---|---|---|---|

AMANDA PHILLIPPI
3521 198TH ST. SE
BOTHELL, WA 98012

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _458272_

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | Business Index Group, Inc., a California corporation | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.59** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $55.50
---|---|---|---

AMANDA ROBERTS
4606 E 12TH ST #8
CHEYENNE, WY 82001

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** 277775

Is the claim subject to offset? ■ No ☐ Yes

---

**3.60** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $30.00

AMANDA TERCEK
822 WOODSTOWN HWY
HOLLSOPPLE, PA 15935

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** 382757

Is the claim subject to offset? ■ No ☐ Yes

---

**3.61** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $13.91

AMBER BALLESTEROS
2550 STAGRUN BLVD #412
CLEARWATER, FL 33765

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** 388907

Is the claim subject to offset? ■ No ☐ Yes

---

**3.62** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $57.16

AMBER BECKER
722 W. 13TH STREET
CEDAR FALLS, IA 50613

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** 403844

Is the claim subject to offset? ■ No ☐ Yes

---

**3.63** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $30.00

AMBER OJURI
516 WEST FAIRVIEW BLVD
INGLEWOOD, CA 90302

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** 434491

Is the claim subject to offset? ■ No ☐ Yes

---

**3.64** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $30.80

AMBER SALINAS
1004 FORT HOOD AVE APT. B
EDINBURG, TX 78539

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** 434605

Is the claim subject to offset? ■ No ☐ Yes

---

**3.65** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $234.56

AMBURNETTE SMITH
1041 NORMANDY RD
MACON, GA 31210

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** 441437

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Business Index Group, Inc., a California corporation | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.66** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$50.68**

AMELIA BENTRUP
4701 FAIRFIELD AVE
FORT WAYNE, IN 46807

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** 457337

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.67** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**

American Express
PO Box 981535
El Paso, TX 79998

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** 5650

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.68** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$30.00**

AMIN NASREDDINE
1823 RAVINE STREET
BRADDOCK, PA 15104

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** 264046

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.69** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$101.11**

AMMON CONYERS
722 LONE STAR CT.
WYLIE, TX 75098

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** 459810

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.70** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$89.87**

AMNA AHMAD
3427 HOPI POINT
LAWRENCEVILLE, GA 30044

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** 418136

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.71** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$53.90**

AMONE WONG
844 GREENE ST
COQUITLAM, BC, V3C 2C1
CANADA

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** 265563

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.72** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$116.00**

AMY BAKER
2645 RAILROAD STREET APT 238
PITTSBURGH, PA 15222

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** 467713

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | Business Index Group, Inc., a California corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $35.00 |
|---|---|---|---|

AMY BRADSHER
112 HARRINGTON LANE
ROXBORO, NC 27573

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _360715_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $183.99 |
|---|---|---|---|

AMY BROADBENT
1714 C NANTUCKETT DR.
HOUSTON, TX 77057

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _395238_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $80.00 |
|---|---|---|---|

AMY CONLEY
26908 WOODLAND COURT
MILLBURY, OH 43447

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _395372_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $54.57 |
|---|---|---|---|

AMY DIXON
365 IRVING AVENUE
SOUTH ORANGE, NJ 07079

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _446801_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $34.35 |
|---|---|---|---|

AMY GEORGE
7689 MAPLE DRIVE
WESTLAND, MI 48185

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _458766_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $46.74 |
|---|---|---|---|

AMY GRAUS
204 JEFFERSON DR
GRAHAM, NC 27253

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _235720_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $54.94 |
|---|---|---|---|

AMY HARRIS
256 RIDGECROSS COURT
ARNOLD, MD 21012

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _468089_

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

| Debtor | Business Index Group, Inc., a California corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.80** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$67.46**

AMY HILLIARD
730 MCCAULIFF DRIVE
RICHMOND, VA 23236

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** 459105

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.81** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$79.78**

AMY JARVIS
1523 SAM HOUSTON
BELLMEAD, TX 76705

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** 440413

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.82** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$71.09**

AMY SALAZAR
88 COACHMAN CIR
STAFFORD, VA 22554

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** 445697

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.83** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$266.76**

AMY TORRANS
9726 BERRY HILL DRIVE
CINCINNATI, OH 45241

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** 432564

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.84** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25.61**

AMY TUVEY
3557 253RD CT SE
ISSAQUAH, WA 98029

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** 312543

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.85** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$135.19**

AMY ZELASKO
1200 GERLOCK CT.
CARTERVILLE, IL 62918

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** 358866

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.86** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$120.10**

ANA MARTINEZ
717 GUNDERSON AVENUE
OAK PARK, IL 60304

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** 269889

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Business Index Group, Inc., a California corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.87** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $95.03
---|---|---|---

ANALIA QUINTANA
4381 VENTURA CYN AVE #6
SHERMAN OAKS, CA 91423

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** 448703

Is the claim subject to offset? ■ No ☐ Yes

---

**3.88** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $24.06

ANALISA MURENIN
1106 STORY BOOK LN
WEATHERFORD, TX 76086

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** 300767

Is the claim subject to offset? ■ No ☐ Yes

---

**3.89** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $150.43

ANANT SINGHAL
15312 GRAYSON DRIVE
EDMOND, OK 73013

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** 454696

Is the claim subject to offset? ■ No ☐ Yes

---

**3.90** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $49.24

ANDREA BARNEY
277 SOUTH 1000 EAST #302
SAINT GEORGE, UT 84770

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** 457044

Is the claim subject to offset? ■ No ☐ Yes

---

**3.91** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $44.99

ANDREA BRASWELL
8063 TIFTON ROAD
CHARLOTTE, NC 28226

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** 387329

Is the claim subject to offset? ■ No ☐ Yes

---

**3.92** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $58.91

ANDREA HORN
390 PROSPECT AVE  APT 2B
HACKENSACK, NJ 07601

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** 193279

Is the claim subject to offset? ■ No ☐ Yes

---

**3.93** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $151.91

ANDREA PAYNE
115 LIVE OAK RD
RINGGOLD, GA 30736

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** 460959

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | Business Index Group, Inc., a California corporation | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.94 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $55.76 |
|---|---|---|---|

ANDREA RUTHERFORD
113 CRANE STREET
SOMERSET, KY 42501

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** 406782

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.95 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $180.03 |
|---|---|---|---|

ANDREA SIMMONS
27 RIVER RIDGE RD
GADSDEN, AL 35901

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** 113307

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.96 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $159.75 |
|---|---|---|---|

ANDREW BENSON
2551 38TH AVE NE #214
MINNEAPOLIS, MN 55421

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** 452670

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.97 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $146.81 |
|---|---|---|---|

ANDREW DOMAN
445 GRAHAM RD. APT. 11
CUYAHOGA FALLS, OH 44221

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** 290430

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.98 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $312.88 |
|---|---|---|---|

ANDREW EVERETT
3024 Q STREET
RICHMOND, VA 23223

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** 457219

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.99 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $21.68 |
|---|---|---|---|

ANDREW GARRETT
3879 MELANIE JUNE DR
BARTLETT, TN 38135

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** 213419

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $97.40 |
|---|---|---|---|

ANDREW PERRY
1021 BIRKDALE TRAIL
WINTER SPRINGS, FL 32708

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** 424729

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Business Index Group, Inc., a California corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $37.75 |
|---|---|---|---|

**3.101**

Nonpriority creditor's name and mailing address

ANDREW RIVERS
722 8TH AVE., APT. B
HELENA, MT 59601

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 454980

Is the claim subject to offset? ■ No ☐ Yes

$37.75

---

**3.102**

Nonpriority creditor's name and mailing address

ANDREW STEWART
156 CYPRESS CIRCLE
OXFORD, MS 38655

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 363636

Is the claim subject to offset? ■ No ☐ Yes

$29.27

---

**3.103**

Nonpriority creditor's name and mailing address

ANDREW WHITLOCK
22173 ISATIS AVE
APPLE VALLEY, CA 92307

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 454379

Is the claim subject to offset? ■ No ☐ Yes

$39.12

---

**3.104**

Nonpriority creditor's name and mailing address

ANDRIELLE SWABY
5A1 CANDLEWYCK PARK
ITHACA, NY 14850

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 450174

Is the claim subject to offset? ■ No ☐ Yes

$21.03

---

**3.105**

Nonpriority creditor's name and mailing address

ANDY BONLENDER
8249 N. 97TH
MILWAUKEE, WI 53224

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 462831

Is the claim subject to offset? ■ No ☐ Yes

$53.07

---

**3.106**

Nonpriority creditor's name and mailing address

ANDY NGUYEN
2530 SOUTH 75TH STREET
PHILADELPHIA, PA 19153

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 462105

Is the claim subject to offset? ■ No ☐ Yes

$326.66

---

**3.107**

Nonpriority creditor's name and mailing address

ANDY TAM
614 PERRIN DR
SPARTANBURG, SC 29307

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 460090

Is the claim subject to offset? ■ No ☐ Yes

$20.79

---

| Debtor | Business Index Group, Inc., a California corporation | Case number (if known) | |
|--------|------------------------------------------------------|------------------------|--|
| | Name | | |

| 3.108 | **Nonpriority creditor's name and mailing address**<br>ANGALIFU SMITH<br>5107 TREECREST PKWY<br>DECATUR, GA 30035 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $23.36 |
|-------|---|---|---|
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** 279396<br><br>Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.109 | **Nonpriority creditor's name and mailing address**<br>ANGEL LIN<br>8 LANCEWOOD WAY<br>IRVINE, CA 92612 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $129.44 |
|-------|---|---|---|
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** 210309<br><br>Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.110 | **Nonpriority creditor's name and mailing address**<br>ANGELA BURTON<br>1437 W LINCOLN HWY<br>SCHERERVILLE, IN 46375 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $32.05 |
|-------|---|---|---|
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** 147727<br><br>Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.111 | **Nonpriority creditor's name and mailing address**<br>ANGELA CROWDER<br>415 BROOKFIELD CR.<br>SANFORD, NC 27330 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $72.93 |
|-------|---|---|---|
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** 255004<br><br>Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.112 | **Nonpriority creditor's name and mailing address**<br>ANGELA GARRETT<br>8736 PEDERNALES TRAIL<br>FT WORTH, TX 76118 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $19.40 |
|-------|---|---|---|
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** 427178<br><br>Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.113 | **Nonpriority creditor's name and mailing address**<br>ANGELA JOHNSON<br>4837 FROST HOLLOW DRIVE<br>PLANO, TX 75093 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $31.05 |
|-------|---|---|---|
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** 326285<br><br>Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.114 | **Nonpriority creditor's name and mailing address**<br>ANGELA LIM<br>1-50 50TH AVENUE, APT. 315<br>LONG ISLAND CITY, NY 11101 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $430.45 |
|-------|---|---|---|
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** 455917<br><br>Is the claim subject to offset? ☑ No ☐ Yes | |

Debtor　Business Index Group, Inc., a California corporation
　　　　　Name

Case number (if known) _____

---

| 3.115 | **Nonpriority creditor's name and mailing address**<br>ANGELA MCFANN<br>14137 HETRICK CIR N<br>LARGO, FL 33774<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _165947_<br><br>Is the claim subject to offset? ■ No ☐ Yes | $108.89 |
|---|---|---|---|
| 3.116 | **Nonpriority creditor's name and mailing address**<br>ANGELA MEEDS<br>9850 PAGEWOOD LANE #2002<br>HOUSTON, TX 77042<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _289855_<br><br>Is the claim subject to offset? ■ No ☐ Yes | $35.84 |
| 3.117 | **Nonpriority creditor's name and mailing address**<br>ANGELA MORAN<br>1020 LONGHORN DRIVE<br>AUBREY, TX 76227<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _453908_<br><br>Is the claim subject to offset? ■ No ☐ Yes | $55.31 |
| 3.118 | **Nonpriority creditor's name and mailing address**<br>ANGELA SCHWEPPE<br>PO BOX 1393<br>SHELBYVILLE, TN 37162<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _447693_<br><br>Is the claim subject to offset? ■ No ☐ Yes | $48.20 |
| 3.119 | **Nonpriority creditor's name and mailing address**<br>ANGELA SHIPMAN<br>1031 S BROWN AVE<br>TERRE HAUTE, IN 47803<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _135785_<br><br>Is the claim subject to offset? ■ No ☐ Yes | $71.38 |
| 3.120 | **Nonpriority creditor's name and mailing address**<br>ANGELA WHITE<br>855 TARA BEND<br>HAMPTON, GA 30228<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _467371_<br><br>Is the claim subject to offset? ■ No ☐ Yes | $28.19 |
| 3.121 | **Nonpriority creditor's name and mailing address**<br>ANGELA WILCOX<br>447 KINGS WAY<br>ELIZABETHTOWN, KY 42701<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _217857_<br><br>Is the claim subject to offset? ■ No ☐ Yes | $40.55 |

---

| Debtor | Business Index Group, Inc., a California corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.122 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $55.46 |
|---|---|---|---|

ANGELENA GREEN
7625 E. QUINCY AVE APT 108
DENVER, CO 80237

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** 287559

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $42.00 |
|---|---|---|---|

ANGELICA DOHAN
7758 HENRY DAVID CT
DUBLIN, OH 43016

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** 443474

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $29.32 |
|---|---|---|---|

ANGIE CISNEROS
11145 HAZEL LANE
GRANT, MI 49327

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** 397188

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $46.87 |
|---|---|---|---|

ANGIE SMITH
15509 FLIGHT WAY
APPLE VALLEY, MN 55124

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** 468460

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $30.30 |
|---|---|---|---|

ANITA FREDENDALL
3906 CATAMARCA DRIVE
SAN DIEGO, CA 92124

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** 431430

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $227.90 |
|---|---|---|---|

ANITA HAUN
2182 RIVER VILLAGE DR.
KINGWOOD, TX 77339

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** 444856

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $21.00 |
|---|---|---|---|

ANITA MANUEL
3931 SW 27TH AVE
WEST HOLLYWOOD, FL 33023

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** 458525

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| Debtor | Business Index Group, Inc., a California corporation |
| | Name |

Case number (if known) _____

---

**3.129** | **Nonpriority creditor's name and mailing address**
ANJANETTE ARMSTRONG
16029 W POINSETTIA DR
SURPRISE, AZ 85379

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 468410

Is the claim subject to offset? ☒ No ☐ Yes

$202.71

---

**3.130** | **Nonpriority creditor's name and mailing address**
ANN ASHLEY
3052 SAMOSA HILL CIRCLE
CLERMONT, FL 34714

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 465261

Is the claim subject to offset? ☒ No ☐ Yes

$41.89

---

**3.131** | **Nonpriority creditor's name and mailing address**
ANN FORSYTH
110A HAYWOOD DR
ROANOKE RAPIDS, NC 27870

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 256534

Is the claim subject to offset? ☒ No ☐ Yes

$27.36

---

**3.132** | **Nonpriority creditor's name and mailing address**
ANN LAUREN MORRIS
3101 SO.PENINSULA DRIVE
DAYTONA BEACH SHORES, FL 32118

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 464801

Is the claim subject to offset? ☒ No ☐ Yes

$84.62

---

**3.133** | **Nonpriority creditor's name and mailing address**
ANNA CHAMPY
4724 WHISPER OAK DR.
TRINITY, NC 27370

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 467412

Is the claim subject to offset? ☒ No ☐ Yes

$70.28

---

**3.134** | **Nonpriority creditor's name and mailing address**
ANNA FORD
P.O. BOX 32
HARTSELLE, AL 35640

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 429904

Is the claim subject to offset? ☒ No ☐ Yes

$33.08

---

**3.135** | **Nonpriority creditor's name and mailing address**
ANNA KUCERA
43W942 OLD MIDLOTHIAN RD
ELBURN, IL 60119

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 243022

Is the claim subject to offset? ☒ No ☐ Yes

$72.93

---

Debtor   **Business Index Group, Inc., a California corporation**     Case number *(if known)* _____
     Name

| | | |
|---|---|---|
| **3.136** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.*      $76.74 |
| | ANNA POUTASSE | ☐ Contingent |
| | 22 N MILTON AVE | ☐ Unliquidated |
| | BALTIMORE, MD 21224 | ☐ Disputed |
| | **Date(s) debt was incurred** _ | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** _371894_ |
| | | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| **3.137** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.*      $52.34 |
| | ANNA SCHERMER | ☐ Contingent |
| | 10701 N 172 E AVE | ☐ Unliquidated |
| | OWASSO, OK 74055 | ☐ Disputed |
| | **Date(s) debt was incurred** _ | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** _392385_ |
| | | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| **3.138** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.*      $52.28 |
| | ANNE BRITT | ☐ Contingent |
| | 9401 SMITHSON LANE | ☐ Unliquidated |
| | BRENTWOOD, TN 37027 | ☐ Disputed |
| | **Date(s) debt was incurred** _ | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** _466968_ |
| | | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| **3.139** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.*      $55.88 |
| | ANNE LANDERS | ☐ Contingent |
| | 13029 N. 118TH. EAST AVENUE | ☐ Unliquidated |
| | COLLINSVILLE, OK 74021 | ☐ Disputed |
| | **Date(s) debt was incurred** _ | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** _454482_ |
| | | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| **3.140** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.*      $71.32 |
| | ANNE VANN | ☐ Contingent |
| | 1707 SUNSET AVE | ☐ Unliquidated |
| | KILL DEVIL HILLS, NC 27948 | ☐ Disputed |
| | **Date(s) debt was incurred** _ | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** _277091_ |
| | | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| **3.141** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.*      $59.37 |
| | ANNE-MARIE TUCKER | ☐ Contingent |
| | 1117 W PATTERSON AVE UNIT 1 | ☐ Unliquidated |
| | CHICAGO, IL 60613 | ☐ Disputed |
| | **Date(s) debt was incurred** _ | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** _95559_ |
| | | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| **3.142** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.*      $30.81 |
| | ANNEMARIE VANESS | ☐ Contingent |
| | 8504 MODRED | ☐ Unliquidated |
| | SAN ANTONIO, TX 78254 | ☐ Disputed |
| | **Date(s) debt was incurred** _ | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** _426744_ |
| | | Is the claim subject to offset? ■ No ☐ Yes |

| Debtor | Business Index Group, Inc., a California corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.143 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $70.28 |
|---|---|---|---|

ANNIE COHEN
2712 AMERY LANE
RALEIGH, NC 27616

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** 227149

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.144 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $77.19 |
|---|---|---|---|

ANNIE HAUPTMANN
13182 NORTH 154TH AVENUE
SURPRISE, AZ 85379

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** 162852

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.145 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $37.00 |
|---|---|---|---|

ANSLEY HILL
445 LAGRANGE STREET
GREENVILLE, GA 30222

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** 453526

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.146 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $107.38 |
|---|---|---|---|

ANTHONY CARPINELLI
67 MAXWELL ST
BOSTON, MA 02124

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** 72167

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.147 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $162.70 |
|---|---|---|---|

ANTHONY CHAU
721 N 149TH AVE
OMAHA, NE 68154

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** 422369

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.148 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $368.95 |
|---|---|---|---|

ANTHONY IBARROLA
13884 GARBER ST
ARLETA, CA 91331

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** 366137

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.149 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $124.72 |
|---|---|---|---|

ANTHONY LIND
1938 S MAIN ST
OSHKOSH, WI 54902

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** 443549

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| Debtor | **Business Index Group, Inc., a California corporation** |
| | Name |

Case number (if known) _____

---

| 3.150 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $73.60 |
|---|---|---|---|

ANUP GADODIA
4701 CHARLES PLACE, #2823
PLANO, TX 75093

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __454629__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.151 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $97.05 |
|---|---|---|---|

APRIL CORDES
22315 AL HWY 91
HANCEVILLE, AL 35077

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __309609__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.152 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $130.00 |
|---|---|---|---|

APRIL DETWILER
6 TOP LANE
WEST GROVE, PA 19390

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __413473__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.153 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $91.23 |
|---|---|---|---|

APRIL GOODE
5844 VALLECITO DR.
WESTMINSTER, CA 92683

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __432271__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.154 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $31.98 |
|---|---|---|---|

APRIL GRANT
1223 PINE SAGE CIRCLE
WEST PALM BEACH, FL 33409

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __169449__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.155 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $22.79 |
|---|---|---|---|

APRIL JACKSON
9602 RACHEL ST
LIVE OAK, CA 95953

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __421237__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.156 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $34.47 |
|---|---|---|---|

APRIL MAY
3310 ROBERTS RD.
CHATTANOOGA, TN 37416

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __435524__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Business Index Group, Inc., a California corporation | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.157 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $72.76 |
|---|---|---|---|

APRIL ROZELL
547 PARK AVENUE
CANONSBURG, PA 15317

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** 462578

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.158 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $10.90 |
|---|---|---|---|

ARIAN POLE
12032 CALLE DE MEDIO #166
EL CAJON, CA 92019

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** 247383

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.159 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $69.64 |
|---|---|---|---|

ARIELLE MILLER
108 CARTHAGE COURT
MADISON, AL 35757

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** 294198

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.160 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $42.70 |
|---|---|---|---|

ARLEEN JOYCE
4807 JOHN VICTOR
SAN ANTONIO, TX 78220

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** 468726

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.161 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $102.73 |
|---|---|---|---|

ARLENE WHITFIELD
16414 SPRUCE LEAF STREET
SAN ANTONIO, TX 78247

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** 439755

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.162 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $49.05 |
|---|---|---|---|

ARLINE TURCOTTE
6131 51ST AVE
KENOSHA, WI 53142

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** 402668

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.163 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $30.67 |
|---|---|---|---|

ARLYNN TOMMARELLO
539 WINDING BLUFF WAY
CLARKSVILLE, TN 37040

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** 170181

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor   Business Index Group, Inc., a California corporation      Case number (if known) _____

       Name

| | |
|---|---|
| **3.164**   **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*    $30.00 |
| ARNOLD COMEAU<br>2328 UNION AVE<br>ALAMOGORDO, NM 88310 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| **Date(s) debt was incurred** _ | **Basis for the claim:** 387717 |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| **3.165**   **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*    $120.00 |
| ARNOLD DALANON<br>615 S. VIRGIL AVENUE #208<br>LOS ANGELES, CA 90005 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| **Date(s) debt was incurred** _ | **Basis for the claim:** 412167 |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| **3.166**   **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*    $212.17 |
| ARNOLD RUDEL<br>21 GRACE ST<br>BLOOMFIELD, NJ 07003 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| **Date(s) debt was incurred** _ | **Basis for the claim:** 350403 |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| **3.167**   **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*    $157.00 |
| ART LUCIANO<br>74 GRAHAM AVE<br>WILKES BARRE, PA 18702 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| **Date(s) debt was incurred** _ | **Basis for the claim:** 274187 |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| **3.168**   **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*    $342.27 |
| ARTHUR RAPHAEL<br>2355 E 12TH STREET  APARTMENT 6E<br>BROOKLYN, NY 11229 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| **Date(s) debt was incurred** _ | **Basis for the claim:** 459417 |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| **3.169**   **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*    $153.85 |
| ARTHUR WOODS<br>5425 VICARIS ST.<br>PHILADELPHIA, PA 19128 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| **Date(s) debt was incurred** _ | **Basis for the claim:** 468076 |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| **3.170**   **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*    $61.00 |
| ASHA HEGDE<br>25800 PACIFIC HILLS DR<br>MISSION VIEJO, CA 92692 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| **Date(s) debt was incurred** _ | **Basis for the claim:** 139152 |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes |

| Debtor | Business Index Group, Inc., a California corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.171 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $32.65 |
|---|---|---|---|

ASHLEY BALLARD
625 STEELE BLVD.
BATON ROUGE, LA 70806

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** 376282

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.172 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $62.95 |
|---|---|---|---|

ASHLEY BARCLAY
813 BELL STREET
BLOOMINGTON, IL 61701

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** 439861

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.173 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $9.15 |
|---|---|---|---|

ASHLEY DOVE
698 25 1/2 ROAD
GRAND JUNCTION, CO 81505

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** 450736

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.174 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $30.85 |
|---|---|---|---|

ASHLEY LEMAY
8430 COURTHOUSE RD
SPOTSYLVANIA, VA 22551

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** 363056

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.175 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $33.45 |
|---|---|---|---|

ASHLEY MCMICHAEL
210 N. 17TH ST. #305
SAINT LOUIS, MO 63103

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** 450435

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.176 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $73.51 |
|---|---|---|---|

ASHLEY POTTER
1229 WEST HIGH STREET
PIQUA, OH 45356

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** 448344

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.177 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $27.44 |
|---|---|---|---|

ASHLEY SEXTON
1062 TOLKIEN LANE
JACKSONVILLE, FL 32225

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** 462715

Is the claim subject to offset? ■ No ☐ Yes

Debtor    Business Index Group, Inc., a California corporation
          _____          Case number (if known)    _____
          Name

| 3.178 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $29.83 |
|---|---|---|---|

ASHTON LUCKOFF
321 E HICKORY ST APT 2
MANKATO, MN 56001

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** 468590

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.179 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $110.76 |
|---|---|---|---|

ASMITA RAO
10652 MULRANY GLEN CT
JACKSONVILLE, FL 32256

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** 406124

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.180 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $202.92 |
|---|---|---|---|

ATSUKO POPE
4302 HICKORY GROVE
HOUSTON, TX 77084

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** 334038

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.181 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $95.81 |
|---|---|---|---|

AUGUSTINE PARK
3625 MARLBROUGH WAY
COLLEGE PARK, MD 20740

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** 462969

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.182 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $288.26 |
|---|---|---|---|

AUSTIN KIRKLAND
401 CORALBERRY DR
RICHMOND, VA 23236

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** 455085

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.183 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $18.55 |
|---|---|---|---|

BABU MUTHUPANDIYAN
137 LEBANON ST
MALDEN, MA 02148

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** 444503

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.184 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $289.23 |
|---|---|---|---|

BAMBEE SARRACINO
413 SANTA RITA AVE.
GAMERCO, NM 87317

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** 258176

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Business Index Group, Inc., a California corporation | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| | | | | |
|---|---|---|---|---|
| 3.185 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | | $26.41 |
| | BARBARA ALVAREZ-BEDOYA | ☐ Contingent | | |
| | 2358 HIDDEN MEADOW LN | ☐ Unliquidated | | |
| | BALLWIN, MO 63021 | ☐ Disputed | | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** 303968 | | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 3.186 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | | $63.39 |
| | BARBARA BARTLEY | ☐ Contingent | | |
| | 790 EARLYSVILLE FOREST DR | ☐ Unliquidated | | |
| | EARLYSVILLE, VA 22936 | ☐ Disputed | | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** 460363 | | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 3.187 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | | $20.00 |
| | BARBARA BENTON | ☐ Contingent | | |
| | 4290 PAYNE AVENUE #1 | ☐ Unliquidated | | |
| | SAN JOSE, CA 95117 | ☐ Disputed | | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** 450482 | | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 3.188 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | | $45.68 |
| | BARBARA CAUSEY | ☐ Contingent | | |
| | 293 LAKESHORE ROAD | ☐ Unliquidated | | |
| | OCHLOCKNEE, GA 31773 | ☐ Disputed | | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** 427538 | | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 3.189 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | | $85.40 |
| | BARBARA HARRELL | ☐ Contingent | | |
| | 1100 PEACH ST | ☐ Unliquidated | | |
| | TARBORO, NC 27886 | ☐ Disputed | | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** 374262 | | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 3.190 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | | $295.53 |
| | BARBARA HAUPT | ☐ Contingent | | |
| | 254 DICKINSON DR | ☐ Unliquidated | | |
| | READING, PA 19605 | ☐ Disputed | | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** 376798 | | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 3.191 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | | $41.17 |
| | BARBARA HAYES | ☐ Contingent | | |
| | 9108 VOSGER COURT | ☐ Unliquidated | | |
| | FAIRFAX, VA 22031 | ☐ Disputed | | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** 464275 | | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | | |

Debtor  Business Index Group, Inc., a California corporation          Case number (if known) _____

_____
Name

| 3.192 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $21.49 |
|---|---|---|---|

BARBARA HOOD
14520 ST RT O
ROLLA, MO 65401

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _464094_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.193 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $165.18 |
|---|---|---|---|

BARBARA KING
7970 CHAPEL HILL RD
CARY, NC 27513

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _185271_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.194 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $24.00 |
|---|---|---|---|

BARBARA KRONENBERG
4454 BLACK CANYON RD
RIVERTON, UT 84096

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _464347_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.195 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $102.54 |
|---|---|---|---|

BARBARA MASSIE
52 SPRING RIVER LANE
CHEROKEE VILLAGE, AR 72529

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _197518_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.196 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $47.93 |
|---|---|---|---|

BARBARA MCCREIGHT
80 BAME CIRCLE
BRYANT, AR 72022

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _293845_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.197 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $61.86 |
|---|---|---|---|

BARBARA MCLOUGHLIN
827 EAGLE DEN DRIVE
SEYMOUR, TN 37865

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _274300_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.198 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $269.74 |
|---|---|---|---|

BARBARA MICHKA
18914 CHICKADEE LANE
TOMBALL, TX 77377

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _464424_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Business Index Group, Inc., a California corporation | Case number (if known) | |
|--------|-----|-----|-----|
| | Name | | |

---

| 3.199 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $26.46 |
|---|---|---|---|

BARBARA MORRIS
6121 SUNDEW COURT
JACKSONVILLE, FL 32244

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  454493

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.200 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $129.11 |
|---|---|---|---|

BARBARA NAPIER
PO BOX 331383
MIAMI, FL 33233

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  312226

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.201 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $38.03 |
|---|---|---|---|

BARBARA SKIDMORE
1901 N WILMOT RD APT 2235
TUCSON, AZ 85712

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  463947

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.202 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $3,841.00 |
|---|---|---|---|

Barclay Card
PO Box 8801
Wilmington, DE 19899

**Date(s) debt was incurred** _

**Last 4 digits of account number**  6915

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.203 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $66.87 |
|---|---|---|---|

BARRY BECTON
9400 BURNT ASH CT
MOBILE, AL 36695

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  423338

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.204 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $20.00 |
|---|---|---|---|

BARRY ISHIMOTO
1190 WILDER #303 WILDER AVENUE
HONOLULU, HI 96822

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  454415

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.205 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $69.23 |
|---|---|---|---|

BART BLACKMON
P O BOX 629
MIDLAND CITY, AL 36350

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  173413

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    Business Index Group, Inc., a California corporation          Case number *(if known)* _____
          Name

| 3.206 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

Bear River Winery
2751 Combie Road
Meadow Vista, CA 95722

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.207 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $18.48 |
|---|---|---|---|

BEATRICE AWOKOYA
4012 GEORGE BUCHANAN DR
LA VERGNE, TN 37086

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** 450869

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.208 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $34.43 |
|---|---|---|---|

BEATRIZ LOPEZ
456 E NICOLET ST APT 504
BANNING, CA 92220

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** 437371

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.209 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $12.40 |
|---|---|---|---|

BECKY AGUIRRE
3512 PHEASANT HOLLOW
DENTON, TX 76207

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** 468620

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.210 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $54.19 |
|---|---|---|---|

BECKY BARKLEY
213 PLEASANTVIEW
SOUTH DES MOINES, IA 50315

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** 430070

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.211 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $9.18 |
|---|---|---|---|

BECKY REESE
1330 LAFAYETTE ST #25
DENVER, CO 80218

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** 294054

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.212 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $47.61 |
|---|---|---|---|

BELLE IPPOLITO
13901 POKEBERRY CT.
HESPERIA, CA 92344

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** 459357

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Business Index Group, Inc., a California corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.213 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $111.73 |
|---|---|---|---|

BELLE MORGAN
1406 GRANT
WICHITA FALLS, TX 76309

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _197347_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.214 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $40.03 |
|---|---|---|---|

BEN EMANUELE
303 N LAMAR ST
AMARILLO, TX 79106

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _461889_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.215 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $27.32 |
|---|---|---|---|

BENITA HAWKINS
574 GOLDFINCH WAY
STOCKBRIDGE, GA 30281

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _468861_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.216 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $251.09 |
|---|---|---|---|

BENJAMIN LEW
1513 HOLMES COURT
VIRGINIA BEACH, VA 23456

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _468094_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.217 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $25.00 |
|---|---|---|---|

BENN BUYS
2103 W 2185 S
WOODS CROSS, UT 84087

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _429375_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.218 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $61.00 |
|---|---|---|---|

BEOM JUN PARK
SUSEO DONG
GANGNAM-GU, SEOUL
SOUTH KOREA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _456918_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.219 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $17.00 |
|---|---|---|---|

BERNADETTE ABADEJOS
7833 EMILYS WAY
GREENBELT, MD 20770

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _441314_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Business Index Group, Inc., a California corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.220 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

Besemer Cellars
Tom & Kristi Besemer
16535 Footehold Drive
Grass Valley, CA 95949

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.221 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $49.48 |
|---|---|---|---|

BETH ADAMS
1291 RIVER RUN DRIVE
MACEDONIA, OH 44056

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** 446187

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.222 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $149.52 |
|---|---|---|---|

BETH BROWNING
318 FORGE AVE
PIGEON FORGE, TN 37863

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** 196894

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.223 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $124.72 |
|---|---|---|---|

BETH JEFFERSON
1710 CLAYTONS COVE CT
SPRING, TX 77386

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** 462473

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.224 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $21.85 |
|---|---|---|---|

BETH MAURER
4117 MEANDER PLACE UNIT 206
ROCKLEDGE, FL 32955

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** 468970

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.225 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $59.00 |
|---|---|---|---|

BETH SPEEDY
1233 STRAWN AVENUE
NEW KENSINGTON, PA 15068

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** 438177

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.226 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $51.48 |
|---|---|---|---|

BETH TAYLOR
9432 BAINWOODS DRIVE
CINCINNATI, OH 45249

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** 295074

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Business Index Group, Inc., a California corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.227 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $43.36 |
|---|---|---|---|
| | BETHANY JONES<br>4744 BROMPTON LN<br>BRYAN, TX 77802 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** 466443 | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.228 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $95.98 |
|---|---|---|---|
| | BETHANY TRACY<br>125 KNOLL AVE.<br>LAREDO, TX 78045 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** 450853 | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.229 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $47.10 |
|---|---|---|---|
| | BETHANY WEBBER<br>13580 COOKE SWEETNEY PL<br>HUGHESVILLE, MD 20637 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** 467542 | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.230 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $106.88 |
|---|---|---|---|
| | BETTINA CLAY<br>5501 WOODWAY DRIVE<br>FORT WORTH, TX 76133 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** 458318 | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.231 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $32.89 |
|---|---|---|---|
| | BETTINA STANSBURY<br>301 NORTH 8TH ST.<br>PONCHATOULA, LA 70454 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** 362915 | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.232 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $39.30 |
|---|---|---|---|
| | BETTY COPELAND<br>317 HERMAN AVE<br>PADUCAH, KY 42003 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** 171344 | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.233 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $59.33 |
|---|---|---|---|
| | BETTY HOANG<br>930 WHITE KNOLL DRIVE<br>LOS ANGELES, CA 90012 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** 415988 | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor   **Business Index Group, Inc., a California corporation**          Case number (if known) _____
         _____
         Name

| | | |
|---|---|---|
| 3.234 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $140.35 |

3.234   **Nonpriority creditor's name and mailing address**       As of the petition filing date, the claim is: *Check all that apply.*        $140.35
        BETTY WALTER                                              ☐ Contingent
        2600 LAMP POST LANE                                       ☐ Unliquidated
        KANNAPOLIS, NC 28081                                      ☐ Disputed
        **Date(s) debt was incurred** _                           **Basis for the claim:** _447255_
        **Last 4 digits of account number** _
                                                                  Is the claim subject to offset? ■ No ☐ Yes

3.235   **Nonpriority creditor's name and mailing address**       As of the petition filing date, the claim is: *Check all that apply.*         $76.71
        BEVERLY BUSHELMAN                                         ☐ Contingent
        11302 TWIN SPUR CT                                        ☐ Unliquidated
        ORO VALLEY, AZ 85737                                      ☐ Disputed
        **Date(s) debt was incurred** _                           **Basis for the claim:** _66564_
        **Last 4 digits of account number** _
                                                                  Is the claim subject to offset? ■ No ☐ Yes

3.236   **Nonpriority creditor's name and mailing address**       As of the petition filing date, the claim is: *Check all that apply.*        $125.00
        BEVERLY FELIX                                             ☐ Contingent
        220 EAST 94TH STREET  #1D                                 ☐ Unliquidated
        NEW YORK, NY 10128                                        ☐ Disputed
        **Date(s) debt was incurred** _                           **Basis for the claim:** _337309_
        **Last 4 digits of account number** _
                                                                  Is the claim subject to offset? ■ No ☐ Yes

3.237   **Nonpriority creditor's name and mailing address**       As of the petition filing date, the claim is: *Check all that apply.*         $30.00
        BEVERLY KELLY                                             ☐ Contingent
        9325 SUNLAND PARK DRIVE # 26                              ☐ Unliquidated
        SUN VALLEY, CA 91352                                      ☐ Disputed
        **Date(s) debt was incurred** _                           **Basis for the claim:** _254914_
        **Last 4 digits of account number** _
                                                                  Is the claim subject to offset? ■ No ☐ Yes

3.238   **Nonpriority creditor's name and mailing address**       As of the petition filing date, the claim is: *Check all that apply.*         $20.35
        BEVERLY LLAMAZALES                                        ☐ Contingent
        6372 ALLISON COURT                                        ☐ Unliquidated
        DOUGLASVILLE, GA 30134                                    ☐ Disputed
        **Date(s) debt was incurred** _                           **Basis for the claim:** _287768_
        **Last 4 digits of account number** _
                                                                  Is the claim subject to offset? ■ No ☐ Yes

3.239   **Nonpriority creditor's name and mailing address**       As of the petition filing date, the claim is: *Check all that apply.*         $50.43
        BHOOMA KCHITTI                                            ☐ Contingent
        1895 J W FOSTER BLVD, B3L1                                ☐ Unliquidated
        CANTON, MA 02021                                          ☐ Disputed
        **Date(s) debt was incurred** _                           **Basis for the claim:** _459024_
        **Last 4 digits of account number** _
                                                                  Is the claim subject to offset? ■ No ☐ Yes

3.240   **Nonpriority creditor's name and mailing address**       As of the petition filing date, the claim is: *Check all that apply.*        $434.00
        BILL BEAM                                                 ☐ Contingent
        6366 S WATERTON DR                                        ☐ Unliquidated
        TUCSON, AZ 85746                                          ☐ Disputed
        **Date(s) debt was incurred** _                           **Basis for the claim:** _428174_
        **Last 4 digits of account number** _
                                                                  Is the claim subject to offset? ■ No ☐ Yes

| Debtor | Business Index Group, Inc., a California corporation | Case number (if known) | |
|--------|----------------------------------------------------|------------------------|--|
| | Name | | |

| 3.241 | **Nonpriority creditor's name and mailing address**<br>BILL CRUSE<br>1812 W DAVIDSON AVE<br>GASTONIA, NC 28052<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** 439716<br><br>Is the claim subject to offset? ■ No ☐ Yes | $22.84 |

| 3.242 | **Nonpriority creditor's name and mailing address**<br>BILL MILAZZO<br>5570 SILVERPOINT DR<br>CINCINNATI, OH 45247<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** 334181<br><br>Is the claim subject to offset? ■ No ☐ Yes | $59.98 |

| 3.243 | **Nonpriority creditor's name and mailing address**<br>BILL MOORE II<br>9407 W. IRONWOOD DR.<br>PEORIA, AZ 85345<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** 397980<br><br>Is the claim subject to offset? ■ No ☐ Yes | $95.48 |

| 3.244 | **Nonpriority creditor's name and mailing address**<br>BILL NARON<br>2326 WINDSOR RD<br>PALM BCH GDNS, FL 33410<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** 450935<br><br>Is the claim subject to offset? ■ No ☐ Yes | $19.46 |

| 3.245 | **Nonpriority creditor's name and mailing address**<br>BILL WINNESHIEK<br>3131 THERESA ST #17<br>LONG BEACH, CA 90814<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** 165800<br><br>Is the claim subject to offset? ■ No ☐ Yes | $178.91 |

| 3.246 | **Nonpriority creditor's name and mailing address**<br>BILLY CANO<br>15211 NIGHTINGALE LANE<br>AUSTIN, TX 78734<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** 441796<br><br>Is the claim subject to offset? ■ No ☐ Yes | $39.61 |

| 3.247 | **Nonpriority creditor's name and mailing address**<br>BIRGIT HARTMANN<br>1214 SE 23RD TER<br>CAPE CORAL, FL 33990<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** 458310<br><br>Is the claim subject to offset? ■ No ☐ Yes | $68.36 |

| Debtor | Business Index Group, Inc., a California corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.248 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $44.18 |
|---|---|---|---|

**3.248**
Nonpriority creditor's name and mailing address
BJ STOOPS
861 W SPUR AVE
GILBERT, AZ 85233

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$44.18**

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __462189__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.249**
Nonpriority creditor's name and mailing address
BLAIR DAVES
2912 CHATELAINE PL
RALEIGH, NC 27614

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$42.22**

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __461721__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.250**
Nonpriority creditor's name and mailing address
BOB MILLER
528 N. SPARKS ST.
BURBANK, CA 91506

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$87.74**

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __459542__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.251**
Nonpriority creditor's name and mailing address
BOB THOMPSON
2330 NW ROOSEVELT DR. CORALLIS, OR
97330
CORVALLIS, OR 97330

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$95.99**

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __358334__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.252**
Nonpriority creditor's name and mailing address
BONGKYO SEO
INCHEON SI
INCHEON
SOUTH KOREA

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$28.00**

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __457941__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.253**
Nonpriority creditor's name and mailing address
BONNIE COPE
7022 CEDAR CREST CIRCLE
HARRISON, TN 37341

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$31.19**

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __206404__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.254**
Nonpriority creditor's name and mailing address
BONNIE CRAYS
136 PROSPECT AVE.
WINTER HAVEN, FL 33880

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$411.45**

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __181535__

Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

| Debtor | Business Index Group, Inc., a California corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.255**
Nonpriority creditor's name and mailing address
BONNIE FRIEND
3305 QUAIL VIEW DRIVE
NASHVILLE, TN 37214

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 451283

Is the claim subject to offset? ■ No ☐ Yes

$36.11

**3.256**
Nonpriority creditor's name and mailing address
BONNIE GREENWOOD
1452 Y WORRY LANE
SOUTH JORDAN, UT 84095

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 105689

Is the claim subject to offset? ■ No ☐ Yes

$65.00

**3.257**
Nonpriority creditor's name and mailing address
BONNIE SAUNDERS
3028 ASHWOOD CIRCLE NE, APT 200
ROANOKE, VA 24012

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 128376

Is the claim subject to offset? ■ No ☐ Yes

$124.28

**3.258**
Nonpriority creditor's name and mailing address
BONNIE STEEVES
2162 WOODGATE STREET
YOUNGSTOWN, OH 44515

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 446014

Is the claim subject to offset? ■ No ☐ Yes

$86.49

**3.259**
Nonpriority creditor's name and mailing address
BONNIE WITTE
14202 THRUSHWOOD CT
CHESTER, VA 23831

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 356146

Is the claim subject to offset? ■ No ☐ Yes

$38.11

**3.260**
Nonpriority creditor's name and mailing address
BRAD BECKER
212 WOODLEY RD
LEANDER, TX 78641

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 259419

Is the claim subject to offset? ■ No ☐ Yes

$68.99

**3.261**
Nonpriority creditor's name and mailing address
BRADY EDWARDS
3701 HIDDEN HOLLOW
AUSTIN, TX 78731

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 127138

Is the claim subject to offset? ■ No ☐ Yes

$38.62

| Debtor | Business Index Group, Inc., a California corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.262 | **Nonpriority creditor's name and mailing address**<br>BRANDI BEGHTEL<br>1101 BEAR CREEK PARKWAY APT. 3326<br>KELLER, TX 76248 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $73.19 |
|---|---|---|---|
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:**  468140<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.263 | **Nonpriority creditor's name and mailing address**<br>BRANDON FURRY<br>1002 JEFFERSON AVE<br>CHARLESTON, IL 61920 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $60.00 |
|---|---|---|---|
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:**  318322<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.264 | **Nonpriority creditor's name and mailing address**<br>BRANDON PYLE<br>2110 E 61ST PL<br>INDIANAPOLIS, IN 46220 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $32.16 |
|---|---|---|---|
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:**  438845<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.265 | **Nonpriority creditor's name and mailing address**<br>BRANDY MIKELL<br>21021 ROWATANY ROAD<br>CARSON, VA 23830 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $387.78 |
|---|---|---|---|
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:**  466080<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.266 | **Nonpriority creditor's name and mailing address**<br>BRANDY WISNEWSKI<br>7409 FRANKFORT ST<br>NAVARRE, FL 32566 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $19.00 |
|---|---|---|---|
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:**  459164<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.267 | **Nonpriority creditor's name and mailing address**<br>BRAYANNA THIERRY<br>8406 CAPE ROYAL DR<br>CYPRESS, TX 77433 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $111.40 |
|---|---|---|---|
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:**  420543<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.268 | **Nonpriority creditor's name and mailing address**<br>BREANNE SLOAN<br>1101 BRIDGE XING APT C<br>YORKTOWN, VA 23692 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $26.88 |
|---|---|---|---|
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:**  455481<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | Business Index Group, Inc., a California corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.269** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $256.29
BRENDA FERGUSON-CALLOWAY
PO BOX 3003
WEST COLUMBIA, SC 29171

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: 132335

Is the claim subject to offset? ■ No ☐ Yes

---

**3.270** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $50.08
BRENDA KRUTSINGER
1012 A DURHAM DRIVE
JOHNSTON CITY, IL 62951

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: 460319

Is the claim subject to offset? ■ No ☐ Yes

---

**3.271** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $46.75
BRENDA MENENDEZ
11127 ANCIENT FUTURES DRIVE
TAMPA, FL 33647

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: 330829

Is the claim subject to offset? ■ No ☐ Yes

---

**3.272** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $34.04
BRENDA SCOTT
876 S.ONEIDA ST.
DENVER, CO 80224

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: 393605

Is the claim subject to offset? ■ No ☐ Yes

---

**3.273** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $21.99
BRENDA SWEETSER
9825 BRANDT AVE.
OAK LAWN, IL 60453

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: 459977

Is the claim subject to offset? ■ No ☐ Yes

---

**3.274** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $249.00
BRET COX
534 CLUB DR
NEW CASTLE, PA 16105

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: 416113

Is the claim subject to offset? ■ No ☐ Yes

---

**3.275** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $29.63
BRIAN BAUER
365 THAYERS GULL DRIVE
MARTINSBURG, WV 25405

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: 434824

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Business Index Group, Inc., a California corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.276 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $59.54 |
|---|---|---|---|

3.276 **Nonpriority creditor's name and mailing address**
BRIAN CHICKLOSKI
634 LAKEWOOD CIR W
DELRAY BEACH, FL 33445

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 348541

Is the claim subject to offset? ■ No ☐ Yes

$59.54

---

3.277 **Nonpriority creditor's name and mailing address**
BRIAN FOWERS
2040 W. 4350 S.
ROY, UT 84067

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 140633

Is the claim subject to offset? ■ No ☐ Yes

$20.00

---

3.278 **Nonpriority creditor's name and mailing address**
BRIAN JOHNSON
4914 GRANDVIEW AVE, N.E.
CANTON, OH 44705

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 464399

Is the claim subject to offset? ■ No ☐ Yes

$34.25

---

3.279 **Nonpriority creditor's name and mailing address**
BRIAN MATHIAS
663 SUNBIRD TRAIL
PICKERING, ON, L1X 2X6
CANADA

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 438790

Is the claim subject to offset? ■ No ☐ Yes

$20.00

---

3.280 **Nonpriority creditor's name and mailing address**
BRIAN O'NEILL
128 EAST MOUNTAIN RIDGE MBHP
WILKES-BARRE TOWNSHIP, PA 18702

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 123171

Is the claim subject to offset? ■ No ☐ Yes

$247.00

---

3.281 **Nonpriority creditor's name and mailing address**
BRIAN PETRY
573 VAN GORDON ST #2-312
LAKEWOOD, CO 80228

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 429474

Is the claim subject to offset? ■ No ☐ Yes

$70.49

---

3.282 **Nonpriority creditor's name and mailing address**
BRIAN SHEINFELD
1000 KENT DRIVE
MECHANCSBRG, PA 17050

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 469172

Is the claim subject to offset? ■ No ☐ Yes

$79.00

Debtor    **Business Index Group, Inc., a California corporation**                Case number *(if known)* _____
          _____
          Name

| 3.283 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $44.97 |

3.283 | **Nonpriority creditor's name and mailing address**
BRIAN SOMMERS
5939 TRAYMORE
BROOKLYN, OH 44144

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 453352

Is the claim subject to offset? ■ No  ☐ Yes

**$44.97**

---

3.284 | **Nonpriority creditor's name and mailing address**
BRIANA RUDD
3125 PLANTATION RUN DRIVE
LOGANVILLE, GA 30052

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 445785

Is the claim subject to offset? ■ No  ☐ Yes

**$69.57**

---

3.285 | **Nonpriority creditor's name and mailing address**
BRIANNA TITTLE
7063 WHITEHALL ST.
ANCHORAGE, AK 99502

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 289964

Is the claim subject to offset? ■ No  ☐ Yes

**$46.98**

---

3.286 | **Nonpriority creditor's name and mailing address**
BRIDGET GREEN
32636 HOLDEN
WARREN, MI 48092

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 320117

Is the claim subject to offset? ■ No  ☐ Yes

**$30.50**

---

3.287 | **Nonpriority creditor's name and mailing address**
BRIDGET VILENICA
31 MAIN STREET
CLARKSVILLE, PA 15322

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 201900

Is the claim subject to offset? ■ No  ☐ Yes

**$176.69**

---

3.288 | **Nonpriority creditor's name and mailing address**
BRIDGETT FRANKLIN
626 S BURNSIDE AVENUE, #201
MIRACLE MILE, CA 90036

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 420122

Is the claim subject to offset? ■ No  ☐ Yes

**$35.00**

---

3.289 | **Nonpriority creditor's name and mailing address**
BRION THOMAS
11271 TRIBUNA AVENUE
SAN DIEGO, CA 92131

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 452146

Is the claim subject to offset? ■ No  ☐ Yes

**$20.00**

---

| Debtor | Business Index Group, Inc., a California corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.290 | **Nonpriority creditor's name and mailing address**<br>BRITTAN O'LINN<br>1418 NOCHAWAY DRIVE<br>ST AUGUSTINE, FL 32092 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $47.55 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** 281001 | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.291 | **Nonpriority creditor's name and mailing address**<br>BRITTANY DEAN<br>3109 MYRTLE AVE<br>CAMP SPRINGS, MD 20748 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $82.26 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** 318603 | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.292 | **Nonpriority creditor's name and mailing address**<br>BRITTANY MANCILL<br>2218 ABETO DR<br>CORPUS CHRISTI, TX 78414 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $648.96 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** 434337 | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.293 | **Nonpriority creditor's name and mailing address**<br>BRITTANY MATHESON<br>8775 COSTA VERDE BLVD APT 707<br>SAN DIEGO, CA 92122 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $21.06 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** 435110 | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.294 | **Nonpriority creditor's name and mailing address**<br>BRITTANY MONEY<br>3352 HONEYBROOK WAY #10<br>ONTARIO, CA 91761 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $45.00 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** 407256 | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.295 | **Nonpriority creditor's name and mailing address**<br>BRITTANY STOCKTON<br>1425 KING GEORGE DRIVE<br>ALABASTER, AL 35007 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $29.13 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** 465120 | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.296 | **Nonpriority creditor's name and mailing address**<br>BRITTNEY CABAN<br>2375 FAIROYAL DR.<br>SAINT LOUIS, MO 63131 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $47.54 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** 456539 | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | Business Index Group, Inc., a California corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.297** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$63.16**

BRITTNEY DALE
12145 EAST 39TH ST
YUMA, AZ 85367

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** 465188

Is the claim subject to offset? ■ No ☐ Yes

---

**3.298** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$29.76**

BROOK RICHARDSON
1819 S FIR PL
BROKEN ARROW, OK 74012

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** 452173

Is the claim subject to offset? ■ No ☐ Yes

---

**3.299** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$18.91**

BROOKE HARRIS
15219 PLANTATION OAKS DR., APT 4
TAMPA, FL 33647

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** 450520

Is the claim subject to offset? ■ No ☐ Yes

---

**3.300** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$74.97**

BROOKE SUMMERLIN
308 UNION ST.
SALEM, VA 24153

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** 184342

Is the claim subject to offset? ■ No ☐ Yes

---

**3.301** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$15.00**

BRUCE BEAL
716 GREENBROOK DR.
RIDGELAND, MS 39157

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** 79999

Is the claim subject to offset? ■ No ☐ Yes

---

**3.302** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$37.37**

BRUCE ENGLAND
101 DOE RUN
JACKSON, GA 30233

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** 468670

Is the claim subject to offset? ■ No ☐ Yes

---

**3.303** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$21.99**

BRUCE WALL
465 W REDOUBT AVE APT 207
SOLDOTNA, AK 99669

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** 339020

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Business Index Group, Inc., a California corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.304** | Nonpriority creditor's name and mailing address
BRYAN CHUN
94-1480 LANIKUHANA AVE. APT. 522
MILILANI, HI 96789

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  425031

Is the claim subject to offset? ■ No ☐ Yes

$169.10

---

**3.305** | Nonpriority creditor's name and mailing address
BRYAN HANNA
2014 KERRY HILL DRIVE
FORT COLLINS, CO 80525

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  465095

Is the claim subject to offset? ■ No ☐ Yes

$23.00

---

**3.306** | Nonpriority creditor's name and mailing address
BRYAN JONES
1005 BRISTLECONE LANE
CHARLOTTESVLE, VA 22911

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  444114

Is the claim subject to offset? ■ No ☐ Yes

$25.25

---

**3.307** | Nonpriority creditor's name and mailing address
BRYCE WAGG
1563 LEHI LN
KALISPELL, MT 59901

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  462784

Is the claim subject to offset? ■ No ☐ Yes

$79.49

---

**3.308** | Nonpriority creditor's name and mailing address
BRYNN WESTWOOD
662 STONNE LN
KAYSVILLE, UT 84037

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  451815

Is the claim subject to offset? ■ No ☐ Yes

$19.94

---

**3.309** | Nonpriority creditor's name and mailing address
BUFFY BIDERMAN
8045 STEWARD LANE
COLORADO SPRINGS, CO 80922

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  270453

Is the claim subject to offset? ■ No ☐ Yes

$111.85

---

**3.310** | Nonpriority creditor's name and mailing address
BYRON GALLOWAY
4432 SW DICKINSON ST
PORTLAND, OR 97219

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  468322

Is the claim subject to offset? ■ No ☐ Yes

$25.99

---

| Debtor | Business Index Group, Inc., a California corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.311** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$23.07**

BYRON HOLDIMAN
2321 HARRISON ST
QUINCY, IL 62301

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** 432775

Is the claim subject to offset? ■ No ☐ Yes

---

**3.312** **Nonpriority creditor's name and mailing address** **$21.01**

BYRON RIEMER
5959 W GREENWAY RD APT 175
GLENDALE, AZ 85306

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** 411175

Is the claim subject to offset? ■ No ☐ Yes

---

**3.313** **Nonpriority creditor's name and mailing address** **$94.00**

BYUNGJUN KIM
XUZHOU PENGCHENG
XUZHOU, JIANGSU, 10000
CHINA

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** 456212

Is the claim subject to offset? ■ No ☐ Yes

---

**3.314** **Nonpriority creditor's name and mailing address** **$35.99**

C.C. YANG
400 RIDGE WATER DRIVE #1
PIKE ROAD, AL 36064

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** 423084

Is the claim subject to offset? ■ No ☐ Yes

---

**3.315** **Nonpriority creditor's name and mailing address** **$45.37**

CAITLIN KITLAS
18002 SUNSET RIVER COURT
OLNEY, MD 20832

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** 309239

Is the claim subject to offset? ■ No ☐ Yes

---

**3.316** **Nonpriority creditor's name and mailing address** **$90.87**

CAITLIN ODOWD
242 BUTTONWOOD WAY
HOPEWELL JUNCTION, NY 12533

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** 367548

Is the claim subject to offset? ■ No ☐ Yes

---

**3.317** **Nonpriority creditor's name and mailing address** **$340.51**

CALIN ZNAMIROVSCHI
524 HAMPTON RD
WEST PALM BEACH, FL 33405

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** 153364

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | Business Index Group, Inc., a California corporation | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.318** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$35.47**

CALLIE STILTS
218 REGGIE ROAD
DUSON, LA 70529

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** 431311

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.319** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$238.89**

Caltronics
10491 Old Placerville Road, Suite 150
Sacramento, CA 95827

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.320** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$68,298.00**

CAN Capital
2015 Vaughn Road, Suite 500
Kennesaw, GA 30144

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** 6324

Is the claim subject to offset? ■ No ☐ Yes

---

**3.321** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$89.21**

CANDYCE HOBBS
60 PELICAN CIR
BEAUFORT, SC 29906

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** 392943

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.322** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$4,003.00**

Capital One
PO Box 30285
Salt Lake City, UT 84130-0285

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** 2195

Is the claim subject to offset? ■ No ☐ Yes

---

**3.323** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,692.12**

Capital One
PO Box 30285
Salt Lake City, UT 84130-0285

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** 0479

Is the claim subject to offset? ■ No ☐ Yes

---

**3.324** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,110.58**

Capital One
PO Box 30285
Salt Lake City, UT 84130-0285

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** 9978

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Business Index Group, Inc., a California corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.325 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

Capital One
PO Box 30285
Salt Lake City, UT 84130-0285

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number**  7599

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.326 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $20.00 |
|---|---|---|---|

CARA MOUNCE
18045 WEST GRACE LANE
CANYON COUNTRY, CA 91387

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  468349

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.327 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $41.68 |
|---|---|---|---|

CARE KELLEY
6775 ALVARADO ROAD #36
SAN DIEGO, CA 92120

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  437875

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.328 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $85.83 |
|---|---|---|---|

CARISSE MORIYASU
4863 KENNEDY LN
YORBA LINDA, CA 92886

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  374966

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.329 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $31.68 |
|---|---|---|---|

CARLA GOOD
4477 PITTSFIELD WAY
MATHER, CA 95655

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  455998

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.330 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $36.53 |
|---|---|---|---|

CARLA SANSONE
191 GEORGE ST
SOUTH RIVER, NJ 08882

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  404498

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.331 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $22.00 |
|---|---|---|---|

CARLA WHITNEY
65 DEAN STREET
MONTROSE, PA 18801

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  349548

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Business Index Group, Inc., a California corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.332 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $65.11 |
|---|---|---|---|

CARLOS REIS
206 KIMBERLY AVE
NEW HAVEN, CT 06519

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: 72769

Is the claim subject to offset? ■ No ☐ Yes

| 3.333 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30.00 |
|---|---|---|---|

CARMEL PEREZ
45228 WILLIAM HENRY ROAD
KANEOHE, HI 96744

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: 451268

Is the claim subject to offset? ■ No ☐ Yes

| 3.334 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $68.64 |
|---|---|---|---|

CARMEN MOREHEAD
6100 ADENMOOR AVE.
LAKEWOOD, CA 90713

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: 405260

Is the claim subject to offset? ■ No ☐ Yes

| 3.335 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $42.66 |
|---|---|---|---|

CAROL ALLEN
304 SKYLARK CIR
GREER, SC 29650

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: 466155

Is the claim subject to offset? ■ No ☐ Yes

| 3.336 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $149.00 |
|---|---|---|---|

CAROL BASKEY
1622 SCHROEDER ROAD
MOGADORE, OH 44260

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: 272219

Is the claim subject to offset? ■ No ☐ Yes

| 3.337 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $40.29 |
|---|---|---|---|

CAROL BOGLE
5 VENTURA COURT
JACKSONVILLE, IL 62650

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: 115379

Is the claim subject to offset? ■ No ☐ Yes

| 3.338 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $69.55 |
|---|---|---|---|

CAROL BUNCH
613 3RD ST
LONE WOLF, OK 73655

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: 450716

Is the claim subject to offset? ■ No ☐ Yes

Debtor    Business Index Group, Inc., a California corporation          Case number (if known) _____
          Name

| | | |
|---|---|---|
| 3.339 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply.    $91.05 |

3.339 | **Nonpriority creditor's name and mailing address**

CAROL ERK
3111 EMBASSY DR
ROANOKE, VA 24019

As of the petition filing date, the claim is: *Check all that apply.*                    **$91.05**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _452711_

Is the claim subject to offset? ■ No  ☐ Yes

---

3.340 | **Nonpriority creditor's name and mailing address**

CAROL JOHNSON
10545 SHORE PT. LN.
SMITHFIELD, VA 23430

As of the petition filing date, the claim is: *Check all that apply.*                    **$325.84**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _282922_

Is the claim subject to offset? ■ No  ☐ Yes

---

3.341 | **Nonpriority creditor's name and mailing address**

CAROL KILPATRICK
620 PONTE VEDRA BOULEVARD
PONTE VEDRA BEACH, FL 32082

As of the petition filing date, the claim is: *Check all that apply.*                    **$9.62**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _435434_

Is the claim subject to offset? ■ No  ☐ Yes

---

3.342 | **Nonpriority creditor's name and mailing address**

CAROL MUELLER
14910 SW CARLSBAD DR
BEAVERTON, OR 97007

As of the petition filing date, the claim is: *Check all that apply.*                    **$131.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _468017_

Is the claim subject to offset? ■ No  ☐ Yes

---

3.343 | **Nonpriority creditor's name and mailing address**

CAROL PARAMORE
831 AZALEA PLACE SE
AIKEN, SC 29801

As of the petition filing date, the claim is: *Check all that apply.*                    **$108.56**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _468339_

Is the claim subject to offset? ■ No  ☐ Yes

---

3.344 | **Nonpriority creditor's name and mailing address**

CAROL POWELL
1645 S. 5TH ST
BETHLEHEM, PA 18020

As of the petition filing date, the claim is: *Check all that apply.*                    **$84.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _117930_

Is the claim subject to offset? ■ No  ☐ Yes

---

3.345 | **Nonpriority creditor's name and mailing address**

CAROL SILVA
2483 BELLE GLADE LANE
MANTECA, CA 95336

As of the petition filing date, the claim is: *Check all that apply.*                    **$115.38**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _446350_

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Business Index Group, Inc., a California corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.346** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$61.64**

CAROL UNDERWOOD
3998 WABASH LANE
ELLENWOOD, GA 30294

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _83882_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.347** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$283.65**

CAROL WILSON
815 COOPER ROAD
STRAWBERRY PLAINS, TN 37871

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _74755_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.348** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$37.13**

CAROL WREDE
420 E MADISON AVE.
COLORADO SPRINGS, CO 80907

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _154560_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.349** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$44.00**

CAROLE HOLMBERG
1303 RIDGEWOOD DR.
ROCK HILL, SC 29732

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _275775_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.350** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$21.30**

CAROLINA FREDERICK
1454 WHITTIER PLACE
DEARBORN, MI 48124

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _187899_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.351** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$33.88**

CAROLINE KINGSLEY
12 LAWRENCE ST.
CONCORD, NH 03301

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _313002_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.352** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$139.78**

CAROLYN GOMEZ
50 BRYCE CANYON
ALISO VIEJO, CA 92656

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _122384_

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | Business Index Group, Inc., a California corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.353 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $125.70 |
|---|---|---|---|

CAROLYN HOUSE
92 SCHOOL AVE
EDISON, GA 39846

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** 460163

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.354 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18.10 |
|---|---|---|---|

CAROLYN MINOR
3601 MARINER ST.
MCKINNEY, TX 75070

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** 418312

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.355 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $210.16 |
|---|---|---|---|

CAROLYN SPIVACK
7943 E 49TH PL
DENVER, CO 80238

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** 457100

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.356 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30.00 |
|---|---|---|---|

CARRIE CUEVA
639 S WEBSTER ST #106
ANAHEIM, CA 92804

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** 422458

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.357 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $115.99 |
|---|---|---|---|

CARRIE EICHNER
316 SOUTH CURRANT STREET
MOUNT CARMEL, PA 17851

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** 410807

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.358 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $128.86 |
|---|---|---|---|

CARRIE HAVER
2484 CEDAR CREEK RD
JACKSON, WI 53037

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** 464661

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.359 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18.74 |
|---|---|---|---|

CARRIE HEWITT
8224 PERSIA WAY
NASHVILLE, TN 37211

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** 463552

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

| Debtor | Business Index Group, Inc., a California corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| **3.360** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $19.00 |
| | CARRIE LUXTON | ☐ Contingent | |
| | 1210 E FOSTER RD A | ☐ Unliquidated | |
| | SANTA MARIA, CA 93455 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** 127042 | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| **3.361** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $103.30 |
| | CARRIE MIRABILE | ☐ Contingent | |
| | 5005 KYNGS HEATH ROAD # 3125 MAGIC | ☐ Unliquidated | |
| | KINGD | ☐ Disputed | |
| | KISSIMMEE, FL 34746 | | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** 89531 | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| **3.362** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $40.48 |
| | CARTER HULCHER | ☐ Contingent | |
| | 342 WINNERS CIRCLE | ☐ Unliquidated | |
| | CANONSBURG, PA 15317 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** 450072 | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| **3.363** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $36.12 |
| | CARY MASON | ☐ Contingent | |
| | 711 VIA VISTA VERDE | ☐ Unliquidated | |
| | SANTA MARIA, CA 93455 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** 178601 | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| **3.364** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $24.05 |
| | CASANDRA WINBUSH | ☐ Contingent | |
| | 13269 ROADSTER DR | ☐ Unliquidated | |
| | FRISCO, TX 75033 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** 154016 | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| **3.365** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $34.43 |
| | CASEY BARRON | ☐ Contingent | |
| | 231 CHINKAPIN DRIVE | ☐ Unliquidated | |
| | DOTHAN, AL 36301 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** 450660 | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| **3.366** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $32.38 |
| | CASEY JOHNSON | ☐ Contingent | |
| | 3560 MONOLITH TRAIL | ☐ Unliquidated | |
| | PERRIS, CA 92570 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** 454670 | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | Business Index Group, Inc., a California corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.367** | **Nonpriority creditor's name and mailing address**
CASEY ROYSTER
35 WEST BROAD ST, UNIT 312
STAMFORD, CT 06902

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _467500_

Is the claim subject to offset? ■ No  ☐ Yes

$72.14

---

**3.368** | **Nonpriority creditor's name and mailing address**
CASIAH EVANS
PO BOX 7056
OAKLAND, CA 94601

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _464080_

Is the claim subject to offset? ■ No  ☐ Yes

$28.06

---

**3.369** | **Nonpriority creditor's name and mailing address**
CASSANDRA STANLEY
22 MASON ST
SALEM, MA 01970

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _333369_

Is the claim subject to offset? ■ No  ☐ Yes

$16.00

---

**3.370** | **Nonpriority creditor's name and mailing address**
CASSIA SMITH
4838 CASA BELLO
SAN ANTONIO, TX 78233

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _450148_

Is the claim subject to offset? ■ No  ☐ Yes

$58.82

---

**3.371** | **Nonpriority creditor's name and mailing address**
CASSIDY RENNISON
132 MERRY ACRES LANE
CARTERVILLE, IL 62918

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _460058_

Is the claim subject to offset? ■ No  ☐ Yes

$22.81

---

**3.372** | **Nonpriority creditor's name and mailing address**
CATALINA SCHREADER
4117 MELROSE CT
MELBOURNE, FL 32940

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _394470_

Is the claim subject to offset? ■ No  ☐ Yes

$50.64

---

**3.373** | **Nonpriority creditor's name and mailing address**
CATHERINE BUGSCH
2628 NORTHEAST EXPY NE APT M1
ATL, GA 30345

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _450947_

Is the claim subject to offset? ■ No  ☐ Yes

$32.04

---

| Debtor | Business Index Group, Inc., a California corporation | Case number (if known) |
|---|---|---|
| | Name | |

**3.374** | Nonpriority creditor's name and mailing address
CATHERINE CHIN
P.O. BOX 3833
SAN LEANDRO, CA 94578

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _217980_

Is the claim subject to offset? ☒ No ☐ Yes

$87.02

---

**3.375** | Nonpriority creditor's name and mailing address
CATHERINE MOORE
20761 SAWMILL ROAD
JORDAN, MN 55352

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _310813_

Is the claim subject to offset? ☒ No ☐ Yes

$68.13

---

**3.376** | Nonpriority creditor's name and mailing address
CATHERINE MORRISON
7417 N PARK AVE
GLADSTONE, MO 64118

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _181884_

Is the claim subject to offset? ☒ No ☐ Yes

$25.43

---

**3.377** | Nonpriority creditor's name and mailing address
CATHERINE PLOTKE
5444 N. LAKEWOOD
CHICAGO, IL 60640

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _95861_

Is the claim subject to offset? ☒ No ☐ Yes

$75.12

---

**3.378** | Nonpriority creditor's name and mailing address
CATHERINE RHEW
5964 DOVETAIL DRIVE
AGOURA, CA 91301

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _450674_

Is the claim subject to offset? ☒ No ☐ Yes

$19.65

---

**3.379** | Nonpriority creditor's name and mailing address
CATHERINE SLAUGHTER
700 VIENNA DR
PARKER, CO 80138

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _456942_

Is the claim subject to offset? ☒ No ☐ Yes

$131.31

---

**3.380** | Nonpriority creditor's name and mailing address
CATHLEEN BAYER
703 142ND STREET SOUTH
TACOMA, WA 98444

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _435063_

Is the claim subject to offset? ☒ No ☐ Yes

$134.90

---

| Debtor | Business Index Group, Inc., a California corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.381** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$65.08**

CATHY HARRINGTON
11 SKYLINE DR
LAKE PLACID, FL 33852

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: 422773

Is the claim subject to offset? ■ No ☐ Yes

---

**3.382** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$43.86**

CATHY JOHNSON
833 DEKLEVA DRIVE
APOPKA, FL 32712

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: 257019

Is the claim subject to offset? ■ No ☐ Yes

---

**3.383** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$29.20**

CATHY LABRECQUE
3436 68TH ST CIR E
PALMETTO, FL 34221

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: 166756

Is the claim subject to offset? ■ No ☐ Yes

---

**3.384** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$63.15**

CATHY MATHEWS
2415 W. 61ST. PL.
MERRILLVILLE, IN 46410

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: 466669

Is the claim subject to offset? ■ No ☐ Yes

---

**3.385** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$150.46**

CATHY MORAN
57 NORTH THOMAS AVE
KINGSTON, PA 18704

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: 58822

Is the claim subject to offset? ■ No ☐ Yes

---

**3.386** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$37.00**

CATHY WARE
8608 FREDERICK DR
PORTAGE, MI 49002

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: 303439

Is the claim subject to offset? ■ No ☐ Yes

---

**3.387** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$39.06**

CECILIA CAMAMA
28444 BAY AVE
MORENO VALLEY, CA 92555

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: 453627

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Business Index Group, Inc., a California corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.388** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$47.68**

CECILIA CHAVEZ
2033 F ST APT 222
DAVIS, CA 95616

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _464609_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.389** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$97.80**

CECILIA RODRIGUEZ
22207 GOLDSTONE DR
KATY, TX 77450

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _452566_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.390** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$148.66**

CECILLE EDORIA
115 DREWERY LANE
FALLING WATERS, WV 25419

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _464162_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.391** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$27.00**

CECILLE FRAZIER
10333 SPRINGBROOK AVE
BATON ROUGE, LA 70810

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _457536_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.392** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$134.18**

CELENIA FIGUEROA
919 SW 8TH STREET
LAWTON, OK 73501

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _332745_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.393** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$53.92**

CELESTE COLVIN
2606 ACACIA CT
NORMAN, OK 73072

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _424195_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.394** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$79.52**

CHAD ZURKO
6558 SW 41 COURT
DAVIE, FL 33314

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _433563_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Business Index Group, Inc., a California corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.395 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $51.90 |
|---|---|---|---|

CHADYL MISSION
17097 WEST WILLOW DRIVE
PRAIRIEVILLE, LA 70769

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** 460800

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.396 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $147.69 |
|---|---|---|---|

CHANDRA JATAMONI
4705 QUAIL RIDGE DR
PLAINSBORO, NJ 08536

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** 454948

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.397 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|

Chanel, Inc.
9 West 57th Street, 44th Floor
New York, NY 10019

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.398 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $146.00 |
|---|---|---|---|

CHANGBIN DAI
ROOM 503,BUILDING 24,ZHONGNAN
CENTURY CI
NANTONG, JIANGSU
CHINA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** 465284

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.399 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $98.00 |
|---|---|---|---|

CHANGMIN BYUN
40-1 SHUIKIAN LI  NANCHANG DISTRICT
WUXI, JIANGSU, 10000
CHINA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** 457882

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.400 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $167.00 |
|---|---|---|---|

CHANGWOO LEE
DAN TI QUI KING TSUI SAN 35 RO
ZHONGZHOU CITY, ZHONGYUANQU
CHINA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** 466048

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.401 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $50.38 |
|---|---|---|---|

CHARLENE BROWN
9816 TOLWORTH CIRCLE
RANDALLSTOWN, MD 21133

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** 79863

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Business Index Group, Inc., a California corporation**          Case number (if known) _____
          Name

| 3.402 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $5,993.25 |

**Nonpriority creditor's name and mailing address**
Charles A. Tweedy
Law Office of Charles A. Tweedy
11341 Gold Express Drive, Suite 110
Rancho Cordova, CA 95670

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.          $5,993.25
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☐ No ☐ Yes

---

3.403 **Nonpriority creditor's name and mailing address**
CHARLES BOCAGE
20440 TOBIRA LANE
RIVERSIDE, CA 92508

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.          $34.06
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 382299

Is the claim subject to offset? ☐ No ☐ Yes

---

3.404 **Nonpriority creditor's name and mailing address**
CHARLES COOPER
3714 EAST CREEK CLUB DR
MISSOURI CITY, TX 77459

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.          $336.59
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 382196

Is the claim subject to offset? ■ No ☐ Yes

---

3.405 **Nonpriority creditor's name and mailing address**
CHARLES CORFIELD
365 E. CHERRY RD. LOT 22
QUAKERTOWN, PA 18951

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.          $10.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 111088

Is the claim subject to offset? ■ No ☐ Yes

---

3.406 **Nonpriority creditor's name and mailing address**
CHARLES KING
2901 SUNSET DR 27C
SAN ANGELO, TX 76904

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.          $107.79
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 406738

Is the claim subject to offset? ■ No ☐ Yes

---

3.407 **Nonpriority creditor's name and mailing address**
CHARLES LICHTENWALNER
5578 CHANTECLAIRE
SARASOTA, FL 34235

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.          $46.10
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 432121

Is the claim subject to offset? ■ No ☐ Yes

---

3.408 **Nonpriority creditor's name and mailing address**
CHARLES PUCKETT
3153 HARTNESS WAY NW
KENNESAW, GA 30144

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.          $34.30
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 183273

Is the claim subject to offset? ■ No ☐ Yes

Debtor    **Business Index Group, Inc., a California corporation**
_____
          Name

Case number (if known) _____

| | |
|---|---|
| 3.409 | **Nonpriority creditor's name and mailing address** |

**3.409** | **Nonpriority creditor's name and mailing address**
CHARLES STREETER
2813 TULIP POPLAR CIRCLE
DURHAM, NC 27704

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 340525

Is the claim subject to offset? ■ No ☐ Yes

$37.41

---

**3.410** | **Nonpriority creditor's name and mailing address**
Chase
PO Box 15298
Wilmington, DE 19850

**Date(s) debt was incurred** _

**Last 4 digits of account number** 4575

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$2,447.00

---

**3.411** | **Nonpriority creditor's name and mailing address**
Chase
PO Box 15298
Wilmington, DE 19850

**Date(s) debt was incurred** _

**Last 4 digits of account number** 4836

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.412** | **Nonpriority creditor's name and mailing address**
Chase
PO Box 15298
Wilmington, DE 19850

**Date(s) debt was incurred** _

**Last 4 digits of account number** 4898

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$15,980.00

---

**3.413** | **Nonpriority creditor's name and mailing address**
Chase
PO Box 15298
Wilmington, DE 19850

**Date(s) debt was incurred** _

**Last 4 digits of account number** 5933

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.414** | **Nonpriority creditor's name and mailing address**
Chase
PO Box 15298
Wilmington, DE 19850

**Date(s) debt was incurred** _

**Last 4 digits of account number** 3923

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$17,437.86

---

**3.415** | **Nonpriority creditor's name and mailing address**
CHASITY AGUILAR
307 BARCLAY AVE
ALTAMONTE SPG, FL 32701

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 314168

Is the claim subject to offset? ■ No ☐ Yes

$35.97

---

Debtor   Business Index Group, Inc., a California corporation          Case number (if known) _____
         Name

| 3.416 | **Nonpriority creditor's name and mailing address**<br>CHATHAY WASHINGTON<br>6701 N. 31ST STREET<br>TAMPA, FL 33610 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $91.80 |
|---|---|---|---|
|  | **Date(s) debt was incurred** _ | **Basis for the claim:** 454147 |  |
|  | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes |  |

| 3.417 | **Nonpriority creditor's name and mailing address**<br>CHERI BUYS<br>2103 W 2185 S<br>WOODS CROSS, UT 84087 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $10.00 |
|---|---|---|---|
|  | **Date(s) debt was incurred** _ | **Basis for the claim:** 426224 |  |
|  | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes |  |

| 3.418 | **Nonpriority creditor's name and mailing address**<br>CHERI PAYNE<br>6714 CARAVEL LANE<br>MISSOURI CITY, TX 77459 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $26.87 |
|---|---|---|---|
|  | **Date(s) debt was incurred** _ | **Basis for the claim:** 347721 |  |
|  | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes |  |

| 3.419 | **Nonpriority creditor's name and mailing address**<br>CHERIE NICHOLS<br>1202 DARLINGTON ST<br>FORESTVILLE, MD 20747 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $100.00 |
|---|---|---|---|
|  | **Date(s) debt was incurred** _ | **Basis for the claim:** 189497 |  |
|  | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes |  |

| 3.420 | **Nonpriority creditor's name and mailing address**<br>CHERRY VUJEVICH<br>12635 S 84TH AVE<br>PALOS PARK, IL 60464 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $104.57 |
|---|---|---|---|
|  | **Date(s) debt was incurred** _ | **Basis for the claim:** 436809 |  |
|  | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes |  |

| 3.421 | **Nonpriority creditor's name and mailing address**<br>CHERYL BEATO<br>15902 BLAIRE COURT<br>HOUSTON, TX 77095 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $35.00 |
|---|---|---|---|
|  | **Date(s) debt was incurred** _ | **Basis for the claim:** 304843 |  |
|  | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes |  |

| 3.422 | **Nonpriority creditor's name and mailing address**<br>CHERYL BLAKER<br>7521 UPTON AVE S<br>RICHFIELD, MN 55423 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $50.06 |
|---|---|---|---|
|  | **Date(s) debt was incurred** _ | **Basis for the claim:** 417260 |  |
|  | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes |  |

| Debtor | Business Index Group, Inc., a California corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.423 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $47.00 |
|---|---|---|---|

CHERYL GESCHKE
8648 SCENICVIEW DR.
BROADVIEW HEIGHTS, OH 44147

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** 445090

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.424 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $20.00 |
|---|---|---|---|

CHERYL LAU
3302 KAOHINANI DR.
HONOLULU, HI 96817

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** 161246

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.425 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $61.06 |
|---|---|---|---|

CHERYL SMITH
7 BAINBRIDGE PLACE UNIT 401
NEWBURGH, NY 12550

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** 437903

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.426 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $59.74 |
|---|---|---|---|

CHERYL STENKEN
6628 CHAPARAL CT
CINCINNATI, OH 45233

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** 457326

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.427 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $57.00 |
|---|---|---|---|

CHERYL STERNER
2355 PARK AVE
BELOIT, WI 53511

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** 407963

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.428 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $25.00 |
|---|---|---|---|

CHERYL TYLERFOLSOM
2331 FRANKLIN AVE
TOLEDO, OH 43620

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** 448594

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.429 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $315.00 |
|---|---|---|---|

Chevron Texaco
PO Box 981430
El Paso, TX 79998

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    Business Index Group, Inc., a California corporation              Case number (if known) _____
_____
          Name

| | | |
|---|---|---|
| 3.430 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. $25.00 |

**3.430**

**Nonpriority creditor's name and mailing address**
CHIKAE SATOH
9651 SYCAMORE CANYON ROAD
MORENO VALLEY, CA 92557

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*                                         **$25.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 428602

Is the claim subject to offset? ■ No ☐ Yes

---

**3.431**

**Nonpriority creditor's name and mailing address**
CHIQUITTA BENTLEY
4508 N UBER ST
PHILADELPHIA, PA 19140

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*                                         **$38.59**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 424181

Is the claim subject to offset? ■ No ☐ Yes

---

**3.432**

**Nonpriority creditor's name and mailing address**
CHRIS CHARBONNEAU
318 RON DR
BETHLEHEM, GA 30620

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*                                         **$66.39**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 462540

Is the claim subject to offset? ■ No ☐ Yes

---

**3.433**

**Nonpriority creditor's name and mailing address**
CHRIS FIERTEK
12517 DIAMOND PEAK DRIVE
FT WORTH, TX 76177

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*                                         **$118.22**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 149669

Is the claim subject to offset? ■ No ☐ Yes

---

**3.434**

**Nonpriority creditor's name and mailing address**
CHRIS FIORETTI
1750 CLYDESDALE DRIVE
LEWISVILLE, TX 75067

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*                                         **$33.38**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 434298

Is the claim subject to offset? ■ No ☐ Yes

---

**3.435**

**Nonpriority creditor's name and mailing address**
CHRIS FULLAM
10847 STONEBROOK PL NW
ALBUQUERQUE, NM 87114

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*                                         **$133.25**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 313526

Is the claim subject to offset? ■ No ☐ Yes

---

**3.436**

**Nonpriority creditor's name and mailing address**
CHRIS PEEK
1507 TALLWOOD CIRCLE
CHESAPEAKE, VA 23320

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*                                         **$306.99**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 375729

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Business Index Group, Inc., a California corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.437** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$33.50**

CHRIS REAPER
26765 CARRONADE DR APT 1201
PERRYSBURG, OH 43551

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** 464567

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.438** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$59.12**

CHRIS SPILLERS
102 ANNA CT
ARCHDALE, NC 27263

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** 455714

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.439** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$28.52**

CHRIS SPINELLI
5500 SIOUX DR
OCEAN SPRINGS, MS 39564

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** 426941

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.440** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$42.99**

CHRIS VAN VOORST
4380 TEMECULA ST. #2
SAN DIEGO, CA 92107

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** 375528

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.441** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$75.43**

CHRIS VEGTER
108 POUDRE BAY
WINDSOR, CO 80550

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** 458484

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.442** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**

Chris's Stuff
4943 McConnell Avenue, Suite H
Los Angeles, CA 90066

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.443** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$43.50**

CHRISTA GILBERT
2049 PARKTON WEST DR.
BARNHART, MO 63012

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** 450304

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | Business Index Group, Inc., a California corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.444 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $55.66 |
|---|---|---|---|

**3.444**

Nonpriority creditor's name and mailing address

CHRISTI POWELL
4472 HOWE RD
WAYNE, MI 48184

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _345195_

Is the claim subject to offset? ■ No ☐ Yes

$55.66

---

**3.445**

Nonpriority creditor's name and mailing address

CHRISTIAN HARRIS
6084 GUILFORD LANE
COLLEGE PARK, GA 30349

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _332894_

Is the claim subject to offset? ■ No ☐ Yes

$39.42

---

**3.446**

Nonpriority creditor's name and mailing address

CHRISTIAN MARSHALL
1609 S PARK ST
SUPULPA, OK 74066

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _436885_

Is the claim subject to offset? ■ No ☐ Yes

$24.49

---

**3.447**

Nonpriority creditor's name and mailing address

CHRISTIAN ROTH
6014 LONE STAR CT
HUTTO, TX 78634

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _172386_

Is the claim subject to offset? ■ No ☐ Yes

$25.05

---

**3.448**

Nonpriority creditor's name and mailing address

CHRISTIE DIXON
311 EDWARDS AVE
HAMILTON, OH 45013

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _466000_

Is the claim subject to offset? ■ No ☐ Yes

$33.98

---

**3.449**

Nonpriority creditor's name and mailing address

CHRISTIN FINGLETON
1324 RIVER OAKS DR
NORFOLK, VA 23502

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _397534_

Is the claim subject to offset? ■ No ☐ Yes

$26.24

---

**3.450**

Nonpriority creditor's name and mailing address

CHRISTINA ARMSTRONG
26 RICHMOND DR.
PALM COAST, FL 32164

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _396399_

Is the claim subject to offset? ■ No ☐ Yes

$26.86

| Debtor | **Business Index Group, Inc., a California corporation** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.451** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$29.72**

CHRISTINA BALEY
732 W. CALLE DEL NORTE
CHANDLER, AZ 85225

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** 404294

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.452** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$69.00**

CHRISTINA LORMAN
34695 BAINBRIDGE RD
SOLON, OH 44139

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** 463197

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.453** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$78.19**

CHRISTINA MOLENCAMP
5248 KINGFISHER DR
PUEBLO, CO 81008

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** 429162

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.454** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$164.83**

CHRISTINA WEBB
890 RADFORD STREET
CHRISTIANSBURG, VA 24073

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** 179703

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.455** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$57.58**

CHRISTINE AUNER
2300 1ST AVENUE
CORALVILLE, IA 52241

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** 415168

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.456** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$99.67**

CHRISTINE BATES
8984 LANARK LANE
INDIAN LAND, SC 29707

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** 436949

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.457** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$159.60**

CHRISTINE BATTISTA
1981 LOUISA AVE
WHEELING, WV 26003

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** 459125

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor　**Business Index Group, Inc., a California corporation**　　　　　Case number (if known) _____
　　　　　_____
　　　　　Name

| 3.458 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $64.90 |
|---|---|---|---|

CHRISTINE BROWN
734 ARBOL ST
IRVING, TX 75039

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _100449_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.459 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $209.28 |
|---|---|---|---|

CHRISTINE GARCIA
5191 COLUMBIA ROAD
COLUMBIA, MD 21044

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _279801_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.460 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $221.78 |
|---|---|---|---|

CHRISTINE GIBBONS
2697 GLENNY LANE
WEST MIFFLIN, PA 15122

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _195760_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.461 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $73.79 |
|---|---|---|---|

CHRISTINE KETAY
7203 AUTUMN PARK
SAN ANTONIO, TX 78249

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _288155_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.462 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $334.48 |
|---|---|---|---|

CHRISTINE MOSEMAN
6790 IDLEWOOD WAY
EDEN PRAIRIE, MN 55346

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _433524_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.463 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $43.70 |
|---|---|---|---|

CHRISTINE ZADYKOVICH
45 CHAPIN ST
UXBRIDGE, MA 01569

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _406039_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.464 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $31.17 |
|---|---|---|---|

CHRISTOPHER BIRKL
5127 BOONSBORO RD
LYNCHBURG, VA 24503

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _455859_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Business Index Group, Inc., a California corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.465** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$39.78**

CHRISTOPHER LEIGH
852A ANACONDA AVE.
CHARLESTON, WV 25302

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** 454598

Is the claim subject to offset? ■ No ☐ Yes

---

**3.466** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$59.09**

CHRISTOPHER PARSELL
183 BUTTERNUT DR
AMHERST, OH 44001

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** 247247

Is the claim subject to offset? ■ No ☐ Yes

---

**3.467** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$40.87**

CHRISTOPHER TERRY
170 BETHEL LANE
MONROE, VA 24574

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** 452588

Is the claim subject to offset? ■ No ☐ Yes

---

**3.468** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$52.02**

CHRISTOPHER WEAVER
1454 SOUTH 1500 EAST
BOUNTIFUL, UT 84010

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** 459940

Is the claim subject to offset? ■ No ☐ Yes

---

**3.469** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$39.00**

CHRISTOPHER WILCZAK
1322 DODGER WAY
LAWRENCEVILLE, GA 30045

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** 344955

Is the claim subject to offset? ■ No ☐ Yes

---

**3.470** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$130.50**

CHRYSTAL BACHMANN
4952 WHITMORE POND LN
CHARLOTTE, NC 28270

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** 409177

Is the claim subject to offset? ■ No ☐ Yes

---

**3.471** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$29.61**

CHRYSTEEN SHAFER
1011 CHESAPEAKE DRIVE
AUSTIN, TX 78758

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** 74512

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Business Index Group, Inc., a California corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.472 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $73.00 |
|---|---|---|---|

CHUCK WILLIAMS
773 GULPH RD
WAYNE, PA 19087

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** 408770

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.473 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $55.00 |
|---|---|---|---|

CHUNGYEOL CHOI
CHINA, ROOM202, NO 23, LANE 1153,
CANGFE
SHANGHAI, SONGJIANG, 100000
SINGAPORE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** 463734

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.474 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $24.00 |
|---|---|---|---|

CIERRA WILLIS
P.O. BOX 110012
PALM BAY, FL 32911

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** 464594

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.475 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $111.42 |
|---|---|---|---|

CINDEE CARMICHAEL
915 PLANTERS PLACE
LOGANVILLE, GA 30052

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** 287969

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.476 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $53.44 |
|---|---|---|---|

CINDI FLORIT
7243 ALLAMANDA LANE
PUNTA GORDA, FL 33955

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** 459296

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.477 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $22.00 |
|---|---|---|---|

CINDI SANGENITO
1500 CHERRY STREET, 2104
PLACENTIA, CA 92870

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** 170855

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.478 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30.10 |
|---|---|---|---|

CINDY ABNER
3336 S DORIS COURT
SPRINGFIELD, MO 65807

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** 277535

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Business Index Group, Inc., a California corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.479** | **Nonpriority creditor's name and mailing address**

CINDY BROWN
1807 BIRCH DR
FAIRMONT, WV 26554

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 459475

Is the claim subject to offset? ■ No ☐ Yes

$114.07

---

**3.480** | **Nonpriority creditor's name and mailing address**

CINDY CONFALONE
5002 RT 309 LOT 540
CENTER VALLEY, PA 18034

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 289975

Is the claim subject to offset? ■ No ☐ Yes

$31.66

---

**3.481** | **Nonpriority creditor's name and mailing address**

CINDY FORT
6207 LANDBOROUGH N. DR.
INDIANAPOLIS, IN 46220

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 158637

Is the claim subject to offset? ■ No ☐ Yes

$115.55

---

**3.482** | **Nonpriority creditor's name and mailing address**

CINDY HUDOCK
1319 ORANGE ST
BERWICK, PA 18603

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 455413

Is the claim subject to offset? ■ No ☐ Yes

$52.00

---

**3.483** | **Nonpriority creditor's name and mailing address**

CINDY MILLESON
911 ALPINE WAY
BOZEMAN, MT 59715

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 288099

Is the claim subject to offset? ■ No ☐ Yes

$28.99

---

**3.484** | **Nonpriority creditor's name and mailing address**

CIT Technologies Finance Service
PO Box 100706
Pasadena, CA 91189

**Date(s) debt was incurred** _

**Last 4 digits of account number** 5000

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.485** | **Nonpriority creditor's name and mailing address**

Citibank
PO Box 6500
Sioux Falls, SD 57117

**Date(s) debt was incurred** _

**Last 4 digits of account number** 2470

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Home Depot

Is the claim subject to offset? ■ No ☐ Yes

$295.09

---

| Debtor | Business Index Group, Inc., a California corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.486** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$272.55**

CLARISSA BROWN
900 PECANWOOD DR.
ANNISTON, AL 36207

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: 423879

Is the claim subject to offset? ■ No ☐ Yes

---

**3.487** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$20.00**

CLARISSA REED
168 HUSICK LANE
SAXTON, PA 16678

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: 418256

Is the claim subject to offset? ■ No ☐ Yes

---

**3.488** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$17.82**

CLAUDIA CLARK
1134 BAYCOVE LANE
LUTZ, FL 33549

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: 468669

Is the claim subject to offset? ■ No ☐ Yes

---

**3.489** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$729.94**

CLAUDIA KLAWITTER
12612 SE 162ND AVE
HAPPY VALLEY, OR 97086

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: 424158

Is the claim subject to offset? ■ No ☐ Yes

---

**3.490** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$51.60**

CLAUDIA YANEZ
6410 E. BAYLOR DR.
TUCSON, AZ 85710

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: 458084

Is the claim subject to offset? ■ No ☐ Yes

---

**3.491** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$123.56**

CLAYTON SETTLE
2310 LEONETTI LN.
ROSENBERG, TX 77471

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: 428366

Is the claim subject to offset? ■ No ☐ Yes

---

**3.492** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$21.05**

CLINT REDELFS
903 SAINT ERIC DRIVE
MANSFIELD, TX 76063

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: 275609

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Business Index Group, Inc., a California corporation | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.493 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $64.52 |
|---|---|---|---|
| | CLINTON JOSEPH<br>329 CROSSLAND DRIVE<br>KILLEEN, TX 76543 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _400809_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.494 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $165.00 |
|---|---|---|---|
| | CODY MCCOLLOUGH<br>5412 KUMQUAT AVE<br>NORTH PORT, FL 34291 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _137969_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.495 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $93.42 |
|---|---|---|---|
| | COLIN ELLIOTT<br>1618 S PINESTONE CT.<br>BLOOMINGTON, IN 47401 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _442728_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.496 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $49.97 |
|---|---|---|---|
| | COLLEEN LUKSIK<br>3161 NANSEMOND LOOP<br>VIRGINIA BEACH, VA 23456 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _465217_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.497 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $35.50 |
|---|---|---|---|
| | COLLEEN MYERS<br>1727 RIVER RUN COURT<br>FRANKLINTON, NC 27525 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _291421_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.498 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $67.87 |
|---|---|---|---|
| | COLLEEN STRAW<br>11539 MONUMENT RIDGE DR<br>JACKSONVILLE, FL 32225 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _332556_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.499 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $40.01 |
|---|---|---|---|
| | CONNIE CAMPBELL<br>1637 TROUT BLVD<br>SAINT CLOUD, FL 34771 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _465866_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | Business Index Group, Inc., a California corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.500 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $26.34 |
|---|---|---|---|

CONNIE CAMPBELL
701 MOLLIES WAY
DE PERE, WI 54115

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** 270616

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.501 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $33.86 |
|---|---|---|---|

CONNIE CICHA
702 1ST AVENUE NE
EAST GRAND FORKS, MN 56721

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** 426944

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.502 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $59.74 |
|---|---|---|---|

CONNIE GILLILAND
1416 WASHINGTON AVE
SOUTH BOSTON, VA 24592

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** 412244

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.503 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $30.00 |
|---|---|---|---|

CONNY RAWITAWATI
803 SHEENJACK HOLLOW
EULESS, TX 76039

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** 418139

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.504 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $10,069.00 |
|---|---|---|---|

Consolidated Communications
211 Lincoln Street
Roseville, CA 95678

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** 0150

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.505 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $113.00 |
|---|---|---|---|

CONSTANCE VOIGT
349 STEVENS ST.
PHILADELPHIA, PA 19111

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** 257050

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.506 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $33.13 |
|---|---|---|---|

CORBIN DEAN
2 SOUTH KINGSBRIDGE PLACE APT A
CHESAPEAKE, VA 23322

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** 431958

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

| Debtor | Business Index Group, Inc., a California corporation | Case number (if known) | |
|--------|------------------------------------------------------|------------------------|---|
| | Name | | |

| 3.507 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $138.82 |
|-------|--------------------------------------------------|---------------------------------------------------------------------|---------|
| | CORELLA BAIR<br>3121 W AUGUSTANA<br>PEORIA, IL 61605 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** 454972 | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.508 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $269.29 |
|-------|--------------------------------------------------|---------------------------------------------------------------------|---------|
| | CORINA ALSUA<br>12834 N YELLOW ORCHID DR<br>ORO VALLEY, AZ 85755 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** 172611 | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.509 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $279.05 |
|-------|--------------------------------------------------|---------------------------------------------------------------------|---------|
| | CORINA CARRILLO<br>34-40 48TH ST UNIT 1C<br>WEEHAWKEN, NJ 07086 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** 463713 | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.510 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $158.35 |
|-------|--------------------------------------------------|---------------------------------------------------------------------|---------|
| | CORINNE ARNOLD<br>2300 BROADMOOR DR. APT. 65<br>BRYAN, TX 77802 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** 465854 | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.511 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $259.20 |
|-------|--------------------------------------------------|---------------------------------------------------------------------|---------|
| | CORY FECHER<br>4024 FOXFIRE DRIVE<br>SOUTH BEND, IN 46628 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** 466673 | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.512 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $23.93 |
|-------|--------------------------------------------------|---------------------------------------------------------------------|--------|
| | COURTNEY COPELAND<br>1338 PROUD CLARION RUN<br>VIRGINIA BCH, VA 23454 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** 463482 | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.513 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $36.76 |
|-------|--------------------------------------------------|---------------------------------------------------------------------|--------|
| | COURTNEY KLEINEBREIL<br>22895 SOUTH 204TH STREET<br>QUEEN CREEK, AZ 85142 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** 264113 | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | Business Index Group, Inc., a California corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.514 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $183.18 |
|---|---|---|---|

COURTNEY PACE
2711 RED OAKDR.
JACKSONVILLE, FL 32211

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _467283_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.515 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $48.09 |
|---|---|---|---|

COURTNEY ROGERS
3905 SANGER AVE
WACO, TX 76710

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _357462_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.516 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $94.76 |
|---|---|---|---|

COURTNEY RUSSELL
13820 176TH PL NE
REDMOND, WA 98052

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _463551_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.517 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $17.84 |
|---|---|---|---|

CRAIG CHERRY
60 LAKEVIEW TRL
COVINGTON, GA 30016

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _416959_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.518 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $91.20 |
|---|---|---|---|

CRYSTAL CUTRELL
6791 COLLEN RD
ROCKY MOUNT, NC 27803

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _383135_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.519 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $20.00 |
|---|---|---|---|

CRYSTAL EGOROFF
2285 F STREET
SPRINGFIELD, OR 97477

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _247805_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.520 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $83.76 |
|---|---|---|---|

CRYSTAL ERWIN
10950 HAMLEN PARK DR S
SAN ANTONIO, TX 78249

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _119956_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    Business Index Group, Inc., a California corporation
                        Name

Case number (if known) _____

| 3.521 | **Nonpriority creditor's name and mailing address**<br>CRYSTAL FLYNN<br>13107 SODBURY DR<br>MIDLOTHIAN, VA 23113 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $48.46 |
|---|---|---|---|
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** _321262_<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.522 | **Nonpriority creditor's name and mailing address**<br>CRYSTAL HYATT<br>16120 LAKE SHORE DRIVE<br>WAGRAM, NC 28396 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $44.00 |
|---|---|---|---|
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** _425668_<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.523 | **Nonpriority creditor's name and mailing address**<br>CRYSTAL SILVER<br>2409 WESTMORELAND BLVD<br>PORT ST LUCIE, FL 34952 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $30.64 |
|---|---|---|---|
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** _436920_<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.524 | **Nonpriority creditor's name and mailing address**<br>CYNTHEA SNYDER<br>618 AMBERWOOD DRIVE<br>VILLA RICA, GA 30180 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $202.04 |
|---|---|---|---|
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** _423378_<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.525 | **Nonpriority creditor's name and mailing address**<br>CYNTHIA GAY<br>3802 HILTON DRIVE<br>MOBILE, AL 36693 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $20.98 |
|---|---|---|---|
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** _446674_<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.526 | **Nonpriority creditor's name and mailing address**<br>CYNTHIA HARRINGTON<br>964 ARLENE<br>PONTIAC, MI 48340 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $30.50 |
|---|---|---|---|
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** _168700_<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.527 | **Nonpriority creditor's name and mailing address**<br>CYNTHIA HOLCOMB<br>6404 SHELTON CIRCLE, UNIT 104<br>CRESTWOOD, KY 40014 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $49.18 |
|---|---|---|---|
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** _455883_<br>Is the claim subject to offset? ■ No ☐ Yes | |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor **Business Index Group, Inc., a California corporation**     Case number *(if known)* _____
Name

| | |
|---|---|
| 3.528 | **Nonpriority creditor's name and mailing address** |

**Nonpriority creditor's name and mailing address**
CYNTHIA JONES
605 DEERWATCH COURT
CANONSBURG, PA 15317

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 371719

Is the claim subject to offset? ■ No ☐ Yes

$54.00

---

3.529 **Nonpriority creditor's name and mailing address**
CYNTHIA LIBONATI
603 WOODLAND AVE
NORTHVALE, NJ 07647

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 136231

Is the claim subject to offset? ■ No ☐ Yes

$120.00

---

3.530 **Nonpriority creditor's name and mailing address**
CYNTHIA SHARP
499 CROSSFIELD CIRCLE
NAPLES, FL 34104

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 417897

Is the claim subject to offset? ■ No ☐ Yes

$75.59

---

3.531 **Nonpriority creditor's name and mailing address**
DA HYE JANG
PARK COURT 34-902 STARS
SUZHOU, 10000
CHINA

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 457330

Is the claim subject to offset? ■ No ☐ Yes

$54.00

---

3.532 **Nonpriority creditor's name and mailing address**
DA SEUL KIM
SEONGNAM SI
JOONGWON GU
SOUTH KOREA

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 468846

Is the claim subject to offset? ■ No ☐ Yes

$24.00

---

3.533 **Nonpriority creditor's name and mailing address**
DA YEON AHN
DEOKJIN-DONG JEONBUK UNIVERSITY
SUNGWON
JEONJU SI, JEOLLABUK-DO, 565701
SOUTH KOREA

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 449904

Is the claim subject to offset? ■ No ☐ Yes

$34.00

---

3.534 **Nonpriority creditor's name and mailing address**
DAESIA ALEXANDER
1200 UNIVERSITY BLVD APT B4
TUSCALOOSA, AL 35404

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 458667

Is the claim subject to offset? ■ No ☐ Yes

$113.96

Debtor  Business Index Group, Inc., a California corporation
_____          Case number (if known) _____
          Name

| 3.535 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30.89 |

3.535 | **Nonpriority creditor's name and mailing address**
DAHNELLE REYNOLDS
101 SPOTTED FAWN
MADISON, AL 35758

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  210302

Is the claim subject to offset? ■ No ☐ Yes

$30.89

---

3.536 | **Nonpriority creditor's name and mailing address**
DALE PERCIVAL
132 OLIVER STREET
YORK, SC 29745

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  359914

Is the claim subject to offset? ■ No ☐ Yes

$44.91

---

3.537 | **Nonpriority creditor's name and mailing address**
DALE PICKERING
1529 HICKORY TR
ALLEN, TX 75002

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  262332

Is the claim subject to offset? ■ No ☐ Yes

$71.11

---

3.538 | **Nonpriority creditor's name and mailing address**
DAN BRENNAN
20937 PARKLANE DRIVE
FAIRVIEW PARK, OH 44126

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  387503

Is the claim subject to offset? ■ No ☐ Yes

$43.00

---

3.539 | **Nonpriority creditor's name and mailing address**
DAN HOZHABRI
403 HORSE CHESTNUT COURT
MOUNT AIRY, MD 21771

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  281738

Is the claim subject to offset? ■ No ☐ Yes

$94.51

---

3.540 | **Nonpriority creditor's name and mailing address**
DANA BLACKWOOD
17017 PLATINUM
EDMOND, OK 73012

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  357054

Is the claim subject to offset? ■ No ☐ Yes

$32.62

---

3.541 | **Nonpriority creditor's name and mailing address**
DANA KANCHANA
PO BOX 60802
IRVINE, CA 92602

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  433441

Is the claim subject to offset? ■ No ☐ Yes

$20.00

---

| Debtor | Business Index Group, Inc., a California corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.542 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $152.37 |
|---|---|---|---|
| | DANA SHARP | ☐ Contingent | |
| | 26 DONLEY DRIVE | ☐ Unliquidated | |
| | ROME, GA 30165 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** 67100 | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.543 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $212.51 |
|---|---|---|---|
| | DANIEL CASSIERE | ☐ Contingent | |
| | 2316 STRANGFORD PPLACE | ☐ Unliquidated | |
| | HENRICO, VA 23233 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** 131811 | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.544 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $101.63 |
|---|---|---|---|
| | DANIEL CAUDILL | ☐ Contingent | |
| | 2731 PIENZA CIR | ☐ Unliquidated | |
| | ROYAL PLM BCH, FL 33411 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** 444627 | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.545 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $192.05 |
|---|---|---|---|
| | DANIEL GIBBS | ☐ Contingent | |
| | 27 CHINA MOON DR. | ☐ Unliquidated | |
| | ORMOND BEACH, FL 32174 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** 393624 | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.546 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $102.90 |
|---|---|---|---|
| | DANIEL GRAY | ☐ Contingent | |
| | 1300 MOCKINGBIRD LANE | ☐ Unliquidated | |
| | ADA, OK 74820 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** 114396 | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.547 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $20.00 |
|---|---|---|---|
| | DANIEL GUTIERREZ | ☐ Contingent | |
| | 3597 HAIDA DR. | ☐ Unliquidated | |
| | VANCOUVER, BC, V5M 3Y9 | ☐ Disputed | |
| | CANADA | | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** 448172 | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.548 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $133.33 |
|---|---|---|---|
| | DANIEL MANN | ☐ Contingent | |
| | 6851 S ROMNEY PARK DR APT G9 | ☐ Unliquidated | |
| | WEST JORDAN, UT 84084 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** 463491 | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

Official Form 206 E/F   **Schedule E/F: Creditors Who Have Unsecured Claims**   **Page  84 of 389**

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

| Debtor | Business Index Group, Inc., a California corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.549** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$36.84**

DANIEL ROOF
1808 LAURA LN
COLLEGE STA, TX 77840

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** 462810

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.550** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$34.00**

DANIEL VERBIT
POMB 1215
YORK, PA 17405

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** 166911

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.551** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$97.60**

DANIEL WILLIAMS
5306 RAWSON LANE
PENSACOLA, FL 32503

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** 460205

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.552** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$24,000.00**

Daniel Wozniak
1065  Pittsfield Lane
Ventura, CA 93001

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.553** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$125.58**

DANIELA MITROVIC KEATS
15057 BEACON RIDGE DRIVE
SENECA, SC 29678

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** 459143

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.554** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$112.74**

DANIELLE BASS
875 MILLBROOK DRIVE
AVON, IN 46123

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** 468238

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.555** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$46.68**

DANIELLE CLAYTON
3021 JEHOSSEE ST APT 104
RALEIGH, NC 27616

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** 459538

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Business Index Group, Inc., a California corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.556 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $238.11 |
|---|---|---|---|
| | DANIELLE GAITHER | ☐ Contingent | |
| | 7602 FOREST STRM | ☐ Unliquidated | |
| | LIVE OAK, TX 78233 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** _467176_ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.557 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $43.38 |
|---|---|---|---|
| | DANIELLE KUSHNER | ☐ Contingent | |
| | 17 STEWART STREET | ☐ Unliquidated | |
| | PLAINVIEW, NY 11803 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** _347186_ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.558 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $198.31 |
|---|---|---|---|
| | DANIELLE MAGEE | ☐ Contingent | |
| | 3204 MARVIN AVE | ☐ Unliquidated | |
| | ERIE, PA 16504 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** _349961_ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.559 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $30.04 |
|---|---|---|---|
| | DANNY MCDONALD | ☐ Contingent | |
| | 1707 GEORGIA AVR. | ☐ Unliquidated | |
| | BRISTOL, TN 37620 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** _467296_ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.560 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $26.42 |
|---|---|---|---|
| | DANNY ROBERTSON | ☐ Contingent | |
| | 336 NORTH KEYSTONE AVE | ☐ Unliquidated | |
| | INDIANAPOLIS, IN 46201 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** _434009_ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.561 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $22.00 |
|---|---|---|---|
| | DANTE RIDGELL | ☐ Contingent | |
| | 901 RED RIVER STREET, APT 1403 | ☐ Unliquidated | |
| | AUSTIN, TX 78701 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** _407432_ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.562 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $62.94 |
|---|---|---|---|
| | DARIN AUSTIN | ☐ Contingent | |
| | 193 CHARTER DR, E5 | ☐ Unliquidated | |
| | LONGS, SC 29568 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** _466904_ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | Business Index Group, Inc., a California corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.563** Nonpriority creditor's name and mailing address

DARLA HEDGE
9305 MOHAWK DR.
LA PORTE, TX 77571

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _207602_

Is the claim subject to offset? ☒ No ☐ Yes

$144.12

---

**3.564** Nonpriority creditor's name and mailing address

DARLENE TROXLER
105 BELWOOD DRIVE
CLOVER, SC 29710

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _406794_

Is the claim subject to offset? ☒ No ☐ Yes

$25.06

---

**3.565** Nonpriority creditor's name and mailing address

DARREL ZACCAGNI
106 RINGNECK DRIVE
BELLEFONTE, PA 16823

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _417788_

Is the claim subject to offset? ☒ No ☐ Yes

$51.65

---

**3.566** Nonpriority creditor's name and mailing address

DARRELL MATTHEWS
739 E 875 N
OREM, UT 84097

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _466228_

Is the claim subject to offset? ☒ No ☐ Yes

$95.17

---

**3.567** Nonpriority creditor's name and mailing address

DARYL NASSER
314 S. PARK AVE.
SEDALIA, MO 65301

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _355765_

Is the claim subject to offset? ☒ No ☐ Yes

$113.17

---

**3.568** Nonpriority creditor's name and mailing address

DARYL SHACKLEFORD
4463 CUMBY RD
QUINTON, AL 35130

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _366970_

Is the claim subject to offset? ☒ No ☐ Yes

$155.57

---

**3.569** Nonpriority creditor's name and mailing address

DAVE DAMBROSI
1065 25 ST NE
HICKORY, NC 28601

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _341825_

Is the claim subject to offset? ☒ No ☐ Yes

$40.18

---

| Debtor | Business Index Group, Inc., a California corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.570 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $78.68 |
|---|---|---|---|

DAVID AHRENS
11800 ALTAMONT ST
CALDWELL, ID 83605

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** 217783

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.571 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $95.00 |
|---|---|---|---|

DAVID BRADLEY
7800 FERGUSON RD
STREETSBORO, OH 44241

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** 442228

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.572 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $246.62 |
|---|---|---|---|

DAVID CAMPBELL
5677 YORKTOWN TRACE
PLAINFIELD, IN 46168

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** 277583

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.573 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $38.77 |
|---|---|---|---|

DAVID DANIELS
845 LOS CAMINOS STREET
ST AUGUSTINE, FL 32095

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** 443670

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.574 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $31.00 |
|---|---|---|---|

DAVID DESPREZ
5A RUE DES QUATRE SAISONS
LUTTERBACH, FRANCE, 68460
FRANCE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** 467723

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.575 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $151.33 |
|---|---|---|---|

DAVID GUHL
2805 SILVER MAPLE DR.
HARRISBURG, PA 17112

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** 466514

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.576 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $84.16 |
|---|---|---|---|

DAVID GUIRGUESS
12 REBEL RUN DRIVE
EAST BRUNSWICK, NJ 08816

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** 259094

Is the claim subject to offset? ■ No ☐ Yes

Debtor    Business Index Group, Inc., a California corporation          Case number (if known) _____
          Name

| 3.577 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $358.88 |

**3.577** | Nonpriority creditor's name and mailing address

DAVID IBANEZ
4404 SWALLOW AVE.
MCALLEN, TX 78504

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: 420087

Is the claim subject to offset? ■ No ☐ Yes

$358.88

---

**3.578** | Nonpriority creditor's name and mailing address

DAVID KANANA
1556 ALA AOLOA LOOP
HONOLULU, HI 96819

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: 454414

Is the claim subject to offset? ■ No ☐ Yes

$40.00

---

**3.579** | Nonpriority creditor's name and mailing address

DAVID KUHEL
7 GUARDIAN DR.
COLD SPRING, KY 41076

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: 377011

Is the claim subject to offset? ■ No ☐ Yes

$40.73

---

**3.580** | Nonpriority creditor's name and mailing address

DAVID LAWRENCE
4009 GALLANT FOX DR
COLUMBIA, MO 65202

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: 412332

Is the claim subject to offset? ■ No ☐ Yes

$18.50

---

**3.581** | Nonpriority creditor's name and mailing address

DAVID LAWRENCE
257 LORRAINE ROAD
FORT MILL, SC 29708

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: 81470

Is the claim subject to offset? ■ No ☐ Yes

$131.06

---

**3.582** | Nonpriority creditor's name and mailing address

DAVID LITZINGER
600 VALLEY FORGE DR.
NEWPORT NEWS, VA 23602

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: 66625

Is the claim subject to offset? ■ No ☐ Yes

$132.72

---

**3.583** | Nonpriority creditor's name and mailing address

DAVID MAGAR
8613 EAST RENO AVENUE APT 7
MIDWEST CITY, OK 73110

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: 465680

Is the claim subject to offset? ■ No ☐ Yes

$111.89

---

| Debtor | Business Index Group, Inc., a California corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.584 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $41.55 |
|---|---|---|---|
| | DAVID MOLL<br>300 SOUTHWIND DRIVE<br>LAKE VILLA, IL 60046 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** 430250 | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.585 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $168.80 |
|---|---|---|---|
| | DAVID MYERS<br>3149 MELALEUCA DR.<br>WEST PALM BCH, FL 33406 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** 460508 | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.586 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $57.64 |
|---|---|---|---|
| | DAVID NEWHOUSE<br>6930 HUNTERS CREEK<br>KALAMAZOO, MI 49048 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** 185159 | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.587 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $46.41 |
|---|---|---|---|
| | DAVID ORTIZ<br>2315 TUESDAY AVE<br>MISSION, TX 78574 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** 465439 | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.588 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $83.64 |
|---|---|---|---|
| | DAVID PERKINS<br>5242 OLD EASTON RD.<br>DOYLESTOWN, PA 18902 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** 181014 | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.589 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $135.18 |
|---|---|---|---|
| | DAVID PICO<br>21809 45TH AVE S<br>KENT, WA 98032 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** 260986 | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.590 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $77.74 |
|---|---|---|---|
| | DAVID REED<br>4448 PINE BARK AVE.<br>ORLANDO, FL 32811 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** 118757 | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | Business Index Group, Inc., a California corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.591 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $18.18 |
| | DAVID RILEY | ☐ Contingent | |
| | 137 BUSH RD | ☐ Unliquidated | |
| | LAUREL, MS 39443 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _453369_ | |
| | **Last 4 digits of account number** _ | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.592 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $85.12 |
| | DAVID SCHUB | ☐ Contingent | |
| | 18569 BURBANK BLVD APT 213 | ☐ Unliquidated | |
| | TARZANA, CA 91356 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _376966_ | |
| | **Last 4 digits of account number** _ | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.593 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $171.53 |
| | DAVID SPIEL | ☐ Contingent | |
| | 217 S NEEL ST | ☐ Unliquidated | |
| | KENNEWICK, WA 99336 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _467928_ | |
| | **Last 4 digits of account number** _ | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.594 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $68.92 |
| | DAVID WEISZ | ☐ Contingent | |
| | 301 WILCREST DRIVE APT. 5006 | ☐ Unliquidated | |
| | HOUSTON, TX 77042 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _427168_ | |
| | **Last 4 digits of account number** _ | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.595 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $20.64 |
| | DAVID WILKERSON | ☐ Contingent | |
| | 605 PARQUE DRIVE | ☐ Unliquidated | |
| | ORMOND BEACH, FL 32174 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _422472_ | |
| | **Last 4 digits of account number** _ | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.596 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $171.00 |
| | DAVID YUSINSKI | ☐ Contingent | |
| | 10053 VALLEY VIEW DRIVE | ☐ Unliquidated | |
| | CLARKS SUMMIT, PA 18411 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _409703_ | |
| | **Last 4 digits of account number** _ | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.597 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $282.55 |
| | DAVINDAR SINGH | ☐ Contingent | |
| | 635 FLATBUSH AVE | ☐ Unliquidated | |
| | BROOKLYN, NY 11225 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _466763_ | |
| | **Last 4 digits of account number** _ | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor  **Business Index Group, Inc., a California corporation**          Case number (if known) _____
_____
         Name

| 3.598 | **Nonpriority creditor's name and mailing address**<br>DAVIYION JOHNSON<br>92 ASHLAND AVE, APT 4<br>BUFFALO, NY 14222<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _388884_<br><br>Is the claim subject to offset? ■ No ☐ Yes | $31.22 |
|---|---|---|
| 3.599 | **Nonpriority creditor's name and mailing address**<br>DAWN ALSTON<br>3615 RADFORD CIRCLE<br>CHESAPEAKE, VA 23321<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _468628_<br><br>Is the claim subject to offset? ■ No ☐ Yes | $89.24 |
| 3.600 | **Nonpriority creditor's name and mailing address**<br>DAWN CLARK<br>602 HELEN AVE.<br>GREENSBURG, PA 15601<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _388411_<br><br>Is the claim subject to offset? ■ No ☐ Yes | $80.00 |
| 3.601 | **Nonpriority creditor's name and mailing address**<br>DAWN KENSINGTON<br>5044 WISE BIRD DR<br>WINDERMERE, FL 34786<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _458271_<br><br>Is the claim subject to offset? ■ No ☐ Yes | $95.78 |
| 3.602 | **Nonpriority creditor's name and mailing address**<br>DAWN KOLOSH<br>780 TEAL DRIVE<br>NEW LENOX, IL 60451<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _334374_<br><br>Is the claim subject to offset? ■ No ☐ Yes | $51.82 |
| 3.603 | **Nonpriority creditor's name and mailing address**<br>DAWN WHITE<br>515 PALOMINO DR<br>YORK, PA 17402<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _457731_<br><br>Is the claim subject to offset? ■ No ☐ Yes | $28.22 |
| 3.604 | **Nonpriority creditor's name and mailing address**<br>DEACON JOHN BERSTECHER<br>36 MONROE DR<br>LAUREL SPRINGS, NJ 08021<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _212738_<br><br>Is the claim subject to offset? ■ No ☐ Yes | $88.69 |

Debtor    Business Index Group, Inc., a California corporation      Case number (if known) _____

           Name

| 3.605 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $41.20 |
|---|---|---|---|

DEAN MORGAN
5916 WILLOW WOOD LN
DALLAS, TX 75252

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _388847_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.606 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $17.56 |
|---|---|---|---|

DEANNA GRAY
3470 ORO BLANCO
COLORADO SPRINGS, CO 80917

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _412524_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.607 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $120.31 |
|---|---|---|---|

DEANNA PEPE
PO BOX 1372
LAKE HAVASU CITY, AZ 86405

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _447286_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.608 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $48.03 |
|---|---|---|---|

DEANNA STEVENS
16795 DORVEL LANE
ANDERSON, CA 96007

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _428710_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.609 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $147.12 |
|---|---|---|---|

DEANNE WOON
731 ELM TREE DRIVE
MAINEVILLE, OH 45039

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _454991_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.610 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $82.73 |
|---|---|---|---|

DEB BOSAK
10114 N. BROOKLYN AVE.
KANSAS CITY, MO 64155

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _432918_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.611 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $19.00 |
|---|---|---|---|

DEB JOHNSON
PO BOX 432
PROVIDENCE, UT 84332

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _448478_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Business Index Group, Inc., a California corporation | Case number (if known) |
|---|---|---|
| | Name | |

**3.612** | Nonpriority creditor's name and mailing address
DEBBIE ANDERSON
27 LOUISA AVE.
GREENVILLE, PA 16125

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _86767_

Is the claim subject to offset? ■ No ☐ Yes

**$101.00**

---

**3.613** | Nonpriority creditor's name and mailing address
DEBBIE CHAVEZ
5804 CARLOS CT. SW
ALBUQUERQUE, NM 87121

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _412856_

Is the claim subject to offset? ■ No ☐ Yes

**$159.06**

---

**3.614** | Nonpriority creditor's name and mailing address
DEBBIE COLO
109 MAJESTIC CT.
BECKLEY, WV 25801

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _107154_

Is the claim subject to offset? ■ No ☐ Yes

**$181.14**

---

**3.615** | Nonpriority creditor's name and mailing address
DEBBIE DOWDY
11804 CEDAR VALLEY TERRACE
OKLAHOMA CITY, OK 73170

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _421534_

Is the claim subject to offset? ■ No ☐ Yes

**$54.95**

---

**3.616** | Nonpriority creditor's name and mailing address
DEBBIE MORRISON
113 RUBY DRIVE
GREENVILLE, SC 29617

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _451873_

Is the claim subject to offset? ■ No ☐ Yes

**$53.30**

---

**3.617** | Nonpriority creditor's name and mailing address
DEBBIE ROSS
612 ANSLEY STREET
FLORENCE, SC 29505

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _176472_

Is the claim subject to offset? ■ No ☐ Yes

**$245.13**

---

**3.618** | Nonpriority creditor's name and mailing address
DEBBIE SHAW
2406 WEST 26TH
PINE BLUFF, AR 71603

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _375403_

Is the claim subject to offset? ■ No ☐ Yes

**$25.68**

Debtor    **Business Index Group, Inc., a California corporation**         Case number *(if known)*

           Name

| | | |
|---|---|---|
| **3.619** | **Nonpriority creditor's name and mailing address**<br>DEBI FREUNDT<br>2131 PEPPERBUSH AVE<br>CHESTERTON, IN 46304<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** 465775<br><br>Is the claim subject to offset? ■ No ☐ Yes | $49.55 |
| **3.620** | **Nonpriority creditor's name and mailing address**<br>DEBORA TERRANOVA<br>7950 NE BAYSHORE CT., #1602<br>MIAMI, FL 33138<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** 446381<br><br>Is the claim subject to offset? ■ No ☐ Yes | $50.00 |
| **3.621** | **Nonpriority creditor's name and mailing address**<br>DEBORAH CHASCZEWSKI<br>5707 PLEASANT RUN ROAD<br>COLLEYVILLE, TX 76034<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** 301488<br><br>Is the claim subject to offset? ■ No ☐ Yes | $82.99 |
| **3.622** | **Nonpriority creditor's name and mailing address**<br>DEBORAH SAVAGE<br>18413 BOWIE MILL ROAD<br>OLNEY, MD 20832<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** 452476<br><br>Is the claim subject to offset? ■ No ☐ Yes | $61.91 |
| **3.623** | **Nonpriority creditor's name and mailing address**<br>DEBORAH SIMMONS<br>2266 KING JOHNS CT<br>WINTER PARK, FL 32792<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** 167997<br><br>Is the claim subject to offset? ■ No ☐ Yes | $23.69 |
| **3.624** | **Nonpriority creditor's name and mailing address**<br>DEBORAH SOLIZ<br>2511 PRADO DEL SOL AVE<br>LAS CRUCES, NM 88011<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** 105091<br><br>Is the claim subject to offset? ■ No ☐ Yes | $21.20 |
| **3.625** | **Nonpriority creditor's name and mailing address**<br>DEBRA BROCK<br>13 GREAT BROOK ROAD<br>MILFORD, NH 03055<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** 454967<br><br>Is the claim subject to offset? ■ No ☐ Yes | $155.23 |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com           Best Case Bankruptcy

| Debtor | Business Index Group, Inc., a California corporation | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.626 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $162.00 |
|---|---|---|---|

**DEBRA BROWN**
8621 WILBUR AVE #4
NORTHRIDGE, CA 91324

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: 455827

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.627 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $132.24 |
|---|---|---|---|

**DEBRA LEVIN**
7550 WESTLAKE TERRACE
BETHESDA, MD 20817

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: 460298

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.628 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $61.73 |
|---|---|---|---|

**DEBRA POLING**
909 S JEFFERSON ST
PRINCETON, IN 47670

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: 455516

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.629 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $42.45 |
|---|---|---|---|

**DEBRA SCHRAGER**
52244 DORCHESTER CT.
GRANGER, IN 46530

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: 468924

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.630 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $52.00 |
|---|---|---|---|

**DEBRA SMALL**
134 E 4TH AVENUE
LATROBE, PA 15650

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: 412006

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.631 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $21.63 |
|---|---|---|---|

**DEE EGBERT**
1431 HOWARD PLACE
GRAND ISLAND, NE 68803

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: 199224

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.632 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $50.49 |
|---|---|---|---|

**DEE ROBINSON HARTWICK**
11201 BOWERMAN RD.
DICKINSON, TX 77539

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: 424317

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Business Index Group, Inc., a California corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.633 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $172.90 |
|---|---|---|---|

DEENA SMITH
97 WOODLAND CIRCLE
WASHINGTON, WV 26181

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  102068

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.634 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $51.01 |
|---|---|---|---|

DEEPTHI DINESAN
2575 JEROME AVE, APT# 3A
BRONX, NY 10468

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  275262

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.635 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $123.74 |
|---|---|---|---|

DELILAH RUGG
8 GREGORY LANE
CENTRAL VALLEY, NY 10917

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  196637

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.636 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $23.69 |
|---|---|---|---|

DELLA DEGORE
7064 HALIFAX STREET
ENGLEWOOD, FL 34224

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  424715

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.637 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $26.57 |
|---|---|---|---|

DELSYIA ALDANA
8109 ABBEY GLEN CT
ARLINGTON, TX 76002

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  261847

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.638 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $28.34 |
|---|---|---|---|

DELYNN JOHNSON
1937 CAUSEY LN #104
CORDOVA, TN 38016

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  443911

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.639 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $113.39 |
|---|---|---|---|

DEMETRIA BRITTINGHAM
1552 MOSS CREEK DRIVE
HARRISBURG, NC 28075

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  459582

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Business Index Group, Inc., a California corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.640 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $226.99 |
|---|---|---|---|

**DEMETRIS BRYSON**
10731 BUCK PARK
SAN ANTONIO, TX 78245

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** 299642

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.641 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $38.36 |
|---|---|---|---|

**DEMOND KENNEDY**
746 ERIN DRIVE
STOCKBRIDGE, GA 30281

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** 450672

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.642 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $63.68 |
|---|---|---|---|

**DENESE DEPEZA**
1205 BAKER PLACE S, #13
FREDERICK, MD 21702

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** 459077

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.643 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $65.24 |
|---|---|---|---|

**DENISE BROWN**
1323 S. 2950 E.
SPANISH FORK, UT 84660

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** 424750

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.644 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $129.12 |
|---|---|---|---|

**DENISE SCHERMERHORN**
55 JACKSONS VALLEY
SHARPSBURG, GA 30277

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** 462594

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.645 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $126.00 |
|---|---|---|---|

**DENITA PAYNE**
2134 BUTANO DRIVE #3306
SACRAMENTO, CA 95825

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** 286985

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.646 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20.00 |
|---|---|---|---|

**DENNIS DRGON**
52 W. AVE DE LAS FLORES
THOUSAND OAKS, CA 91360

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** 356356

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

| Debtor | Business Index Group, Inc., a California corporation | Case number (if known) | |
|--------|------------------------------------------------------|------------------------|--|
| | Name | | |

| | | | |
|--|--|--|--|
| **3.647** | **Nonpriority creditor's name and mailing address** <br> DENNIS MITCHELL <br> 8519 S. 47TH AVE <br> BELLEVUE, NE 68157 <br><br> **Date(s) debt was incurred** _ <br> **Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** _461622_ <br><br> Is the claim subject to offset? ■ No ☐ Yes | $68.61 |

| | | | |
|--|--|--|--|
| **3.648** | **Nonpriority creditor's name and mailing address** <br> DENYCE VEDOVINO <br> 1003 ROUTE 311 <br> PATTERSON, NY 12563 <br><br> **Date(s) debt was incurred** _ <br> **Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** _461344_ <br><br> Is the claim subject to offset? ■ No ☐ Yes | $38.47 |

| | | | |
|--|--|--|--|
| **3.649** | **Nonpriority creditor's name and mailing address** <br> DEREK GARRETT <br> 26 KNUTSON DRIVE <br> MADISON, WI 53704 <br><br> **Date(s) debt was incurred** _ <br> **Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** _450138_ <br><br> Is the claim subject to offset? ■ No ☐ Yes | $29.25 |

| | | | |
|--|--|--|--|
| **3.650** | **Nonpriority creditor's name and mailing address** <br> DEREK MALONE <br> 1137 WILLINGHAM ROAD <br> FLORENCE, AL 35630 <br><br> **Date(s) debt was incurred** _ <br> **Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** _378392_ <br><br> Is the claim subject to offset? ■ No ☐ Yes | $73.81 |

| | | | |
|--|--|--|--|
| **3.651** | **Nonpriority creditor's name and mailing address** <br> DIANA CAMPBELL <br> 3270 MONTEZUMA RD <br> MONTGOMERY, AL 36106 <br><br> **Date(s) debt was incurred** _ <br> **Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** _198054_ <br><br> Is the claim subject to offset? ■ No ☐ Yes | $268.19 |

| | | | |
|--|--|--|--|
| **3.652** | **Nonpriority creditor's name and mailing address** <br> DIANA DELATORRE <br> P.O. BOX 5934 <br> LA QUINTA, CA 92248 <br><br> **Date(s) debt was incurred** _ <br> **Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** _448564_ <br><br> Is the claim subject to offset? ■ No ☐ Yes | $201.00 |

| | | | |
|--|--|--|--|
| **3.653** | **Nonpriority creditor's name and mailing address** <br> DIANA DORN <br> 162 PENNSYLVANIA AVE <br> RENOVO, PA 17764 <br><br> **Date(s) debt was incurred** _ <br> **Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** _241351_ <br><br> Is the claim subject to offset? ■ No ☐ Yes | $10.00 |

| Debtor | Business Index Group, Inc., a California corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.654 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $50.00 |
|---|---|---|---|

DIANA GOLDBERG
14 CORRY ST.
MADISON, WI 53704

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _391069_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.655 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $132.75 |
|---|---|---|---|

DIANA GREEN
3223 BROOKLAWN DR
NORTON, OH 44203

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _444146_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.656 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $91.00 |
|---|---|---|---|

DIANA KING
300 1/2 RUBY AVE
NEWPORT BEACH, CA 92662

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _381742_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.657 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $73.81 |
|---|---|---|---|

DIANA LAGE
9797 TERRAIN ROAD
FOUNTAIN, CO 80817

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _370376_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.658 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $25.95 |
|---|---|---|---|

DIANAH KLATT
1367 WILLOW ST #335
MINNEAPOLIS, MN 55403

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _451870_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.659 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $109.96 |
|---|---|---|---|

DIANE BALL
2424 GOLD CANYON DRIVE, APT 123
SAN ANTONIO, TX 78259

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _455820_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.660 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $23.68 |
|---|---|---|---|

DIANE BARR
3510 CRICKET AVE
NEW LENOX, IL 60451

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _397100_

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Business Index Group, Inc., a California corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.661 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $27.14 |
|---|---|---|---|
| | DIANE BYERLY | ☐ Contingent | |
| | 18402 RUSTLING RIDGE | ☐ Unliquidated | |
| | SAN ANTONIO, TX 78259 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _421411_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.662 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $30.57 |
|---|---|---|---|
| | DIANE DAVIDSON | ☐ Contingent | |
| | 2007 2ND AVE | ☐ Unliquidated | |
| | WHITEHALL, PA 18052 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _432191_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.663 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $50.48 |
|---|---|---|---|
| | DIANE GILHAM | ☐ Contingent | |
| | 8696 PRIMROSE LANE | ☐ Unliquidated | |
| | CLIVE, IA 50325 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _419275_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.664 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $52.01 |
|---|---|---|---|
| | DIANE GOFF | ☐ Contingent | |
| | 1413 SO. 6TH AVE | ☐ Unliquidated | |
| | YAKIMA, WA 98902 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _451493_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.665 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $250.40 |
|---|---|---|---|
| | DIANE KELLEY | ☐ Contingent | |
| | 18507 RED SAILS PASS | ☐ Unliquidated | |
| | HUMBLE, TX 77346 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _407733_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.666 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $24.50 |
|---|---|---|---|
| | DIANE SANSALONE | ☐ Contingent | |
| | 165 S. OPDYKE RD. #009 | ☐ Unliquidated | |
| | AUBURN HILLS, MI 48326 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _247319_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.667 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $70.96 |
|---|---|---|---|
| | DIANE STUBRUD | ☐ Contingent | |
| | 5322 NE 20TH AVE | ☐ Unliquidated | |
| | OCALA, FL 34479 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _441009_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

| Debtor | Business Index Group, Inc., a California corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.668** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$67.48**

DIANE THOMAS
6090 ARLYNE LANE
MEDINA, OH 44256

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** 392023

Is the claim subject to offset? ■ No ☐ Yes

---

**3.669** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$320.37**

DIANN IVERSON
2815 N 42ND WAY
PHOENIX, AZ 85008

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** 458752

Is the claim subject to offset? ■ No ☐ Yes

---

**3.670** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$48.78**

DIANNA CANDELARIA
2433 ALAN DUNCAN LN
EL PASO, TX 79936

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** 438032

Is the claim subject to offset? ■ No ☐ Yes

---

**3.671** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$41.53**

DIANNE SULLIVAN
4515 COVENTRY ROAD
HARRISBURG, PA 17109

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** 468704

Is the claim subject to offset? ■ No ☐ Yes

---

**3.672** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$44.21**

DIDIER BROCHET
9900 PEPPER HILL ROAD
PERRY HALL, MD 21128

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** 457799

Is the claim subject to offset? ■ No ☐ Yes

---

**3.673** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$31.04**

DIGNA MEDEROS
6910 HOMINY RIDGE
ROWLETT, TX 75089

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** 132882

Is the claim subject to offset? ■ No ☐ Yes

---

**3.674** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$21.70**

DIOMO MOTUBA
6264 24TH ST S
FARGO, ND 58104

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** 330175

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Business Index Group, Inc., a California corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.675** | Nonpriority creditor's name and mailing address
DIVEC OLIVERA
840 LAURITA ST
LINDEN, NJ 07036

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: 457583

Is the claim subject to offset? ■ No ☐ Yes

$89.70

---

**3.676** | Nonpriority creditor's name and mailing address
DOLLY PISTOLESI
2100 EAST OCEAN VIEW AVE. APT. 7
NORFOLK, VA 23518

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: 468384

Is the claim subject to offset? ■ No ☐ Yes

$28.47

---

**3.677** | Nonpriority creditor's name and mailing address
DON WALKER
4122 S SKYLINE CT
GILBERT, AZ 85297

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: 455654

Is the claim subject to offset? ■ No ☐ Yes

$75.07

---

**3.678** | Nonpriority creditor's name and mailing address
DON WHITTEN
120 APRIL WIND DR E
MONTGOMERY, TX 77356

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: 465633

Is the claim subject to offset? ■ No ☐ Yes

$65.59

---

**3.679** | Nonpriority creditor's name and mailing address
DONALD CRANDALL
51 WHEELER HILL RD
FREWSBURG, NY 14738

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: 429573

Is the claim subject to offset? ■ No ☐ Yes

$462.06

---

**3.680** | Nonpriority creditor's name and mailing address
DONALD HELMS
1211 GLADSTONE AVENUE
BIRMINGHAM, AL 35213

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: 442368

Is the claim subject to offset? ■ No ☐ Yes

$79.01

---

**3.681** | Nonpriority creditor's name and mailing address
DONALD WARD
9243 BERKSHIRE ST
MANASSAS, VA 20110

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: 307877

Is the claim subject to offset? ■ No ☐ Yes

$25.40

---

| Debtor | Business Index Group, Inc., a California corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.682 Nonpriority creditor's name and mailing address**
DONGEUN JEONG
JINQULU
XIAN, SHANXI, 10000
CHINA

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: 444925

Is the claim subject to offset? ■ No ☐ Yes

$191.00

---

**3.683 Nonpriority creditor's name and mailing address**
DONGHYUN KIM
170-707 SHIMAODIEHUWAN
KUNSHAN CITY, JIANGSUSHENG, 10000
CHINA

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: 457309

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.684 Nonpriority creditor's name and mailing address**
DONGKYUNG KIM
YINRENYUSHUHUAYUAN 138HAO 2303
WUXI, JIANGSUSHENG
CHINA

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: 463415

Is the claim subject to offset? ■ No ☐ Yes

$197.00

---

**3.685 Nonpriority creditor's name and mailing address**
DONNA BAILEY
4995 LEWISBERRY ROAD
DOVER, PA 17315

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: 372975

Is the claim subject to offset? ■ No ☐ Yes

$101.36

---

**3.686 Nonpriority creditor's name and mailing address**
DONNA DODD
7920 STORMY LANE
NORTHPORT, AL 35473

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: 263182

Is the claim subject to offset? ■ No ☐ Yes

$56.16

---

**3.687 Nonpriority creditor's name and mailing address**
DONNA DUNDAS
6360 CALLE ELEGANTE
ALTA LOMA, CA 91737

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: 232272

Is the claim subject to offset? ■ No ☐ Yes

$30.00

---

**3.688 Nonpriority creditor's name and mailing address**
DONNA FRIX
5400 FRESNO
FORT SMITH, AR 72903

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: 423638

Is the claim subject to offset? ■ No ☐ Yes

$94.49

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | Business Index Group, Inc., a California corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.689** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$78.51**

DONNA GEUDER
2450 HERITAGE LAKE DRIVE
LOCKPORT, IL 60441

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _462939_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.690** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$43.01**

DONNA HAAR
6714 WOODLAKE DR
TOLEDO, OH 43617

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _457613_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.691** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$402.23**

DONNA HULL
1870 SHEARER RD
BULVERDE, TX 78163

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _301552_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.692** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25.50**

DONNA LONG
1615 HENDRICKS ST
TERRE HAUTE, IN 47804

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _384950_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.693** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$26.33**

DONNA MACEIKO
236 ATLASBURG ROAD
AVELLA, PA 15312

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _229858_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.694** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$141.31**

DONNA NICKERSON
100 BERRYHILL DRIVE #5
EASLEY, SC 29642

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _422484_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.695** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$83.03**

DONNA NORMAND
8274 SW 56 AVE RD
OCALA, FL 34476

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _405217_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Business Index Group, Inc., a California corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.696 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $27.68 |
|---|---|---|---|

**3.696**

Nonpriority creditor's name and mailing address

DONNA RICHARDS
1086 LIONSGATE LANE
GULF BREEZE, FL 32563

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: 184452

Is the claim subject to offset? ■ No ☐ Yes

$27.68

---

**3.697**

Nonpriority creditor's name and mailing address

DONNA SOSNA
3314 HEARTHFIRE DRIVE
FT COLLINS, CO 80524

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: 451207

Is the claim subject to offset? ■ No ☐ Yes

$58.65

---

**3.698**

Nonpriority creditor's name and mailing address

DONNA VANDEVELD
1005 TEXAS AVENUE, #4
CORPUS CHRISTI, TX 78404

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: 263123

Is the claim subject to offset? ■ No ☐ Yes

$216.03

---

**3.699**

Nonpriority creditor's name and mailing address

DONNA WALLACE
1272 TURNER MEADOW DRIVE
RALEIGH, NC 27603

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: 468655

Is the claim subject to offset? ■ No ☐ Yes

$64.69

---

**3.700**

Nonpriority creditor's name and mailing address

DONNA WESCOTT
7401 REMBRANDT CIR
NEWARK, DE 19702

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: 347257

Is the claim subject to offset? ■ No ☐ Yes

$32.24

---

**3.701**

Nonpriority creditor's name and mailing address

DONNA WODOCK
102 INDIAN CREEK WAY
CHALFONT, PA 18914

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: 434165

Is the claim subject to offset? ■ No ☐ Yes

$189.00

---

**3.702**

Nonpriority creditor's name and mailing address

DONOVAN LUSK
801 E CORAL GABLES DR
PHOENIX, AZ 85022

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: 455680

Is the claim subject to offset? ■ No ☐ Yes

$136.29

---

| Debtor | Business Index Group, Inc., a California corporation | Case number *(if known)* | |
|---|---|---|---|
| | *Name* | | |

**3.703** **Nonpriority creditor's name and mailing address**
DOOKYUNG KIM
1001 WEIDUILIGUANGCHANG 101 TIYUXILU
TIA
GUANGZHOU, GUANGDONG SHENG
CHINA

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim:  469099
Is the claim subject to offset? ■ No ☐ Yes
**$27.00**

**3.704** **Nonpriority creditor's name and mailing address**
DOREEN BINGHAM
260 N. MAIN STREET-B40
SPRING VALLEY, NY 10977

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim:  307722
Is the claim subject to offset? ■ No ☐ Yes
**$61.99**

**3.705** **Nonpriority creditor's name and mailing address**
DORIS ANDERSON
355 PEABODY STREET
CASTLE ROCK, CO 80104

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim:  454829
Is the claim subject to offset? ■ No ☐ Yes
**$18.00**

**3.706** **Nonpriority creditor's name and mailing address**
DOROTHEA CRUMP
3314 JOHN HANCOCK DR
COLUMBUS, MS 39705

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim:  108296
Is the claim subject to offset? ■ No ☐ Yes
**$19.27**

**3.707** **Nonpriority creditor's name and mailing address**
DOROTHY BELEW
676 WEAKLEY CREEK RD.
LAWRENCEBURG, TN 38464

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim:  462465
Is the claim subject to offset? ■ No ☐ Yes
**$30.14**

**3.708** **Nonpriority creditor's name and mailing address**
DOROTHY HUGHES
17075 154TH STREET SE
MONROE, WA 98272

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim:  385905
Is the claim subject to offset? ■ No ☐ Yes
**$111.15**

**3.709** **Nonpriority creditor's name and mailing address**
DOROTHY JONES
2240 E. TREEMONT PLACE # 208
CORONA, CA 92879

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim:  451131
Is the claim subject to offset? ■ No ☐ Yes
**$28.95**

| Debtor | Business Index Group, Inc., a California corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | | |
|---|---|---|
| **3.710** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. |
| | DORYUAN SPRAGUE | ☐ Contingent |
| | 4017 SOUTH PUGET SOUND AVE UNIT A | ☐ Unliquidated |
| | TACOMA, WA 98409 | ☐ Disputed |
| | **Date(s) debt was incurred** | **Basis for the claim:** 468607 |
| | **Last 4 digits of account number** | Is the claim subject to offset? ■ No ☐ Yes |

**$61.98**

| | | |
|---|---|---|
| **3.711** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. |
| | DUONG PHAM | ☐ Contingent |
| | 2706-688 ABBOTT ST | ☐ Unliquidated |
| | VANCOUVER, BC, V6B 0B9 | ☐ Disputed |
| | CANADA | |
| | **Date(s) debt was incurred** | **Basis for the claim:** 464598 |
| | **Last 4 digits of account number** | Is the claim subject to offset? ■ No ☐ Yes |

**$95.00**

| | | |
|---|---|---|
| **3.712** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. |
| | DUSTIN BALL | ☐ Contingent |
| | 136 MCKNIGHT ST | ☐ Unliquidated |
| | ASHLAND, KY 41102 | ☐ Disputed |
| | **Date(s) debt was incurred** | **Basis for the claim:** 262832 |
| | **Last 4 digits of account number** | Is the claim subject to offset? ■ No ☐ Yes |

**$33.04**

| | | |
|---|---|---|
| **3.713** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. |
| | DUSTIN HAMMONS | ☐ Contingent |
| | 6514 CROSSBOW TRAIL | ☐ Unliquidated |
| | CHEYENNE, WY 82001 | ☐ Disputed |
| | **Date(s) debt was incurred** | **Basis for the claim:** 457891 |
| | **Last 4 digits of account number** | Is the claim subject to offset? ■ No ☐ Yes |

**$162.71**

| | | |
|---|---|---|
| **3.714** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. |
| | DYAN RHOADS | ☐ Contingent |
| | 656 JEFFERSON ST | ☐ Unliquidated |
| | BRIDGEPORT, PA 19405 | ☐ Disputed |
| | **Date(s) debt was incurred** | **Basis for the claim:** 460105 |
| | **Last 4 digits of account number** | Is the claim subject to offset? ■ No ☐ Yes |

**$118.00**

| | | |
|---|---|---|
| **3.715** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. |
| | DYANNE BECHARD | ☐ Contingent |
| | 202 HAMILTON STREET | ☐ Unliquidated |
| | TORONTO, ON, M4M 2E2 | ☐ Disputed |
| | CANADA | |
| | **Date(s) debt was incurred** | **Basis for the claim:** 212619 |
| | **Last 4 digits of account number** | Is the claim subject to offset? ■ No ☐ Yes |

**$35.00**

| | | |
|---|---|---|
| **3.716** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. |
| | DYLAN LARSON | ☐ Contingent |
| | 2811 SPRINGDALE AVE PO 7442 | ☐ Unliquidated |
| | SPRINGDALE, AR 72764 | ☐ Disputed |
| | **Date(s) debt was incurred** | **Basis for the claim:** 468396 |
| | **Last 4 digits of account number** | Is the claim subject to offset? ■ No ☐ Yes |

**$17.21**

| Debtor | Business Index Group, Inc., a California corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.717 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $184.79 |
|---|---|---|---|

**3.717** Nonpriority creditor's name and mailing address
E. GONZALES HOFF
1318 HOPKINS PARK DRIVE
HOUSTON, TX 77094

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: 432522

Is the claim subject to offset? ■ No ☐ Yes

$184.79

---

**3.718** Nonpriority creditor's name and mailing address
EBONY STEWART
614 W MAGNOLIA STREET #B
COMPTON, CA 90220

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: 73943

Is the claim subject to offset? ■ No ☐ Yes

$129.54

---

**3.719** Nonpriority creditor's name and mailing address
ED HENDERSON
252 MARSEN KNOB DRIVE APT. 202
RABUN GAP, GA 30568

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: 436212

Is the claim subject to offset? ■ No ☐ Yes

$195.74

---

**3.720** Nonpriority creditor's name and mailing address
EDDIE MALDONADO
10501 SW 216TH ST APT B
CUTLER BAY, FL 33190

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: 385290

Is the claim subject to offset? ■ No ☐ Yes

$99.42

---

**3.721** Nonpriority creditor's name and mailing address
EDINA DICKERSON
8421 HILDRETH
WICHITA, KS 67207

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: 366837

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.722** Nonpriority creditor's name and mailing address
EDITH EVANS
990 DUCEY AVE
MESKEGON, MI 49442

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: 440936

Is the claim subject to offset? ■ No ☐ Yes

$28.78

---

**3.723** Nonpriority creditor's name and mailing address
EDITH TAQUINO
10106 CAPISTRANO AVE
SOUTH GATE, CA 90280

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: 427834

Is the claim subject to offset? ■ No ☐ Yes

$136.58

---

| Debtor | Business Index Group, Inc., a California corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.724 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $29.47 |
|---|---|---|---|

EDMOND CHOI
2048 DURANGO DR
MONTEREY PARK, CA 91754

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _426963_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.725 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $150.58 |
|---|---|---|---|

EDUARDO MARINO
184 04 90TH AVE
HOLLIS, NY 11423

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _468385_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.726 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $135.66 |
|---|---|---|---|

EDWARD ARGENTI
2355 EAST 12TH ST. APT 6E
BROOKLYN, NY 11229

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _389878_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.727 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $125.11 |
|---|---|---|---|

EDWARD LOPEZ
5336 DAVID DR.
KENNER, LA 70065

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _451091_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.728 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $43.38 |
|---|---|---|---|

EDWARD ORIBHABOR
1185 MEADOW PARK LANE
GRAND PRAIRIE, TX 75052

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _446024_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.729 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $37.59 |
|---|---|---|---|

EDWARD ROBINSON
7 HAMLIN LANE
ORRS ISLAND, ME 04066

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _363579_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.730 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $39.13 |
|---|---|---|---|

EDWARD TRUONG
3910 N 28TH STREET, APARTMENT 304
TACOMA, WA 98407

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _454818_

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   Business Index Group, Inc., a California corporation          Case number (if known) _____
         Name

| | | |
|---|---|---|
| 3.731 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$42.20** |

3.731 | **Nonpriority creditor's name and mailing address**
EDWIN HEDGPETH
814-117 GUILFORD COLLEGE ROAD
GREENSBORO, NC 27409

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 302332

Is the claim subject to offset? ■ No ☐ Yes

**$42.20**

---

3.732 | **Nonpriority creditor's name and mailing address**
EILEEN JACKSON
4334 CHISHOLM TRAIL
SAN ANGELO, TX 76903

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 393253

Is the claim subject to offset? ■ No ☐ Yes

**$56.45**

---

3.733 | **Nonpriority creditor's name and mailing address**
ELAINE BODNAR
215 INNER CIRCLE
REDWOOD CITY, CA 94062

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 469316

Is the claim subject to offset? ■ No ☐ Yes

**$40.90**

---

3.734 | **Nonpriority creditor's name and mailing address**
ELAINE LIVSHIN
4710 MERLIN PLACE
ENCINO, CA 91436

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 220311

Is the claim subject to offset? ■ No ☐ Yes

**$113.20**

---

3.735 | **Nonpriority creditor's name and mailing address**
ELAINE TOWNSLEY
20 WHITE OAK CIRCLE
SEARCY, AR 72143

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 440993

Is the claim subject to offset? ■ No ☐ Yes

**$83.07**

---

3.736 | **Nonpriority creditor's name and mailing address**
ELAINE VIA
13340 SE 86TH CIRCLE
SUMMERFIELD, FL 34491

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 30662

Is the claim subject to offset? ■ No ☐ Yes

**$103.69**

---

3.737 | **Nonpriority creditor's name and mailing address**
ELENA OSEGUEDA
315 LAKEVIEW DR
SUGAR LAND, TX 77478

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 244161

Is the claim subject to offset? ■ No ☐ Yes

**$35.00**

---

| Debtor | Business Index Group, Inc., a California corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.738 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $160.03 |
|---|---|---|---|
| | ELISABETH WISNEWSKI<br>5000 HALLMARC DR.<br>FARMINGTON, NM 87402 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** 459038 | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.739 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $41.71 |
|---|---|---|---|
| | ELISE RASMUSSEN<br>620 25 1/2 RD #24<br>GRAND JUNCTION, CO 81505 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** 468458 | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.740 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $387.38 |
|---|---|---|---|
| | ELIZA JOHNSON<br>378 HUNTERS LN UNIT B<br>CARMEL, IN 46032 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** 221007 | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.741 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $62.83 |
|---|---|---|---|
| | ELIZABETH COLEMAN BUSHA<br>218 CAWTHON RD<br>TOCCOA, GA 30577 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** 458519 | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.742 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $189.41 |
|---|---|---|---|
| | ELIZABETH FENING<br>1117 EAGLE RUN WAY<br>OCOEE, FL 34761 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** 246856 | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.743 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $29.12 |
|---|---|---|---|
| | ELIZABETH GARD<br>10737 SAIGON<br>EL PASO, TX 79925 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** 396619 | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.744 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $30.03 |
|---|---|---|---|
| | ELIZABETH GIANFRANCISCO<br>98-107 KALIKE PLACE<br>AIEA, HI 96701 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** 336741 | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | Business Index Group, Inc., a California corporation | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.745 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $34.37 |
|---|---|---|---|

**3.745**　Nonpriority creditor's name and mailing address
ELIZABETH GOLDWYN
4761 DOMINICK DRIVE
MINNETONKA, MN 55343

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _418739_

Is the claim subject to offset? ■ No ☐ Yes

$34.37

---

**3.746**　Nonpriority creditor's name and mailing address
ELIZABETH HEFFERNAN
1397 155TH ST.
FORT SCOTT, KS 66701

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _394490_

Is the claim subject to offset? ■ No ☐ Yes

$43.93

---

**3.747**　Nonpriority creditor's name and mailing address
ELIZABETH HILSENBERG
5300 MAIN ST
OAKLEY, CA 94561

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _437802_

Is the claim subject to offset? ■ No ☐ Yes

$21.04

---

**3.748**　Nonpriority creditor's name and mailing address
ELIZABETH KNUTSON
361 5TH AVE E
TWIN FALLS, ID 83301

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _459097_

Is the claim subject to offset? ■ No ☐ Yes

$82.60

---

**3.749**　Nonpriority creditor's name and mailing address
ELIZABETH LONG
3737 NOBEL DR UNIT 2201
SAN DIEGO, CA 92122

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _248825_

Is the claim subject to offset? ■ No ☐ Yes

$59.72

---

**3.750**　Nonpriority creditor's name and mailing address
ELIZABETH MCKEE
4206 HENDERSON RD.
GREENSBORO, NC 27410

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _272655_

Is the claim subject to offset? ■ No ☐ Yes

$31.74

---

**3.751**　Nonpriority creditor's name and mailing address
ELIZABETH MIKKELSEN
3504 AJUGA PLACE
FAYETTEVILLE, NC 28314

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _442423_

Is the claim subject to offset? ■ No ☐ Yes

$120.42

---

Debtor   Business Index Group, Inc., a California corporation
         Name

Case number (if known) _____

| | |
|---|---|
| 3.752 | **Nonpriority creditor's name and mailing address** | $24.99 |

**3.752** **Nonpriority creditor's name and mailing address**
ELIZABETH SCHMIDT
32299 PRAIRIEVIEW LANE
LAKEMOOR, IL 60051

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _468001_

Is the claim subject to offset? ■ No ☐ Yes

$24.99

---

**3.753** **Nonpriority creditor's name and mailing address**
ELLA ANN GRAHAM
6567 RYE GRASS RD
BILOXI, MS 39532

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _333902_

Is the claim subject to offset? ■ No ☐ Yes

$215.18

---

**3.754** **Nonpriority creditor's name and mailing address**
ELLA GINDIN
414 TAPPAN AVE
N PLAINFIELD, NJ 07063

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _299156_

Is the claim subject to offset? ■ No ☐ Yes

$236.84

---

**3.755** **Nonpriority creditor's name and mailing address**
ELLEN ANDERSON
23205 GREENVIEW RED
COUNCIL BLUFFS, IA 51503

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _392312_

Is the claim subject to offset? ■ No ☐ Yes

$26.33

---

**3.756** **Nonpriority creditor's name and mailing address**
ELLEN KRUEGER
4019 CYPRESS POINT
MONT BELVIEU, TX 77523

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _456288_

Is the claim subject to offset? ■ No ☐ Yes

$69.52

---

**3.757** **Nonpriority creditor's name and mailing address**
ELLEN MORRIS
409 TUCKAHOE BOULEVARD
RICHMOND, VA 23226

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _434296_

Is the claim subject to offset? ■ No ☐ Yes

$59.56

---

**3.758** **Nonpriority creditor's name and mailing address**
ELOISE KOMINEK
907 MILLERCREST DRIVE
JOHNSON CITY, TN 37604

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _204358_

Is the claim subject to offset? ■ No ☐ Yes

$53.40

---

| Debtor | Business Index Group, Inc., a California corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.759** | Nonpriority creditor's name and mailing address

ELSA SOUZA
938 WANAAO ROAD
KAILUA, HI 96734

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: 444455

Is the claim subject to offset? ■ No ☐ Yes

$75.00

---

**3.760** | Nonpriority creditor's name and mailing address

ELSIE ARDRY
907 HICKS STREET
WEST MONROE, LA 71291

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: 278024

Is the claim subject to offset? ■ No ☐ Yes

$58.30

---

**3.761** | Nonpriority creditor's name and mailing address

ELSIE BASCUE
11013 W. GREENSPOINT ST.
WICHITA, KS 67205

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: 237927

Is the claim subject to offset? ■ No ☐ Yes

$163.06

---

**3.762** | Nonpriority creditor's name and mailing address

EMILY CROWE
68 SHELBURNE ST
BLUFFTON, SC 29910

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: 71791

Is the claim subject to offset? ■ No ☐ Yes

$35.35

---

**3.763** | Nonpriority creditor's name and mailing address

EMILY DIBINIE
4177 COMMONWEALTH AVE
CULVER CITY, CA 90232

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: 208284

Is the claim subject to offset? ■ No ☐ Yes

$22.28

---

**3.764** | Nonpriority creditor's name and mailing address

EMILY HOWARD
1283 CRISTWAY CT
CINCINNATI, OH 45230

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: 121483

Is the claim subject to offset? ■ No ☐ Yes

$33.24

---

**3.765** | Nonpriority creditor's name and mailing address

EMILY LYNCH
1904 N PARK PL
WICHITA, KS 67203

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: 459512

Is the claim subject to offset? ■ No ☐ Yes

$30.50

---

| Debtor | Business Index Group, Inc., a California corporation | Case number (if known) | |
|--------|--------------------------------|-----------------------|---|
| | Name | | |

| 3.766 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $25.43 |
|---|---|---|---|

EMILY MONTGOMERY
1511 BOUCHELLE AVE
COLUMBIA, MO 65201

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 469137

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.767 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $20.00 |
|---|---|---|---|

EMILY OTSUKA
45662 ANOI ROAD
KANEOHE, HI 96744

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 453905

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.768 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $44.35 |
|---|---|---|---|

EMILY POE
126 CAMINO DR
THOMASVILLE, NC 27360

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 468006

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.769 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $14.91 |
|---|---|---|---|

EMILY REUL
4310 W SPRUCE ST #232
TAMPA, FL 33607

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 444724

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.770 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $33.56 |
|---|---|---|---|

EMILY ROGERS
16352 W CORTEZ STREET
SURPRISE, AZ 85388

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 450439

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.771 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $59.99 |
|---|---|---|---|

EMORY RILEY
4106 LEEDS AVE
BALTIMORE, MD 21229

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 422696

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.772 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $62.53 |
|---|---|---|---|

ENRIQUE OJEDA
3919 SEVEN TREE BLVD A212
SAN JOSE, CA 95111

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 285016

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | Business Index Group, Inc., a California corporation | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.773 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $176.76 |
|---|---|---|---|

ENRIQUE ORTIZ
643 WEST 171ST #24
MANHATTAN, NY 10032

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** 330952

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.774 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

ERIC BARKER
5336 CAMPANIA WAY
FONTANA, CA 92336

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** 102146

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.775 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $93.27 |
|---|---|---|---|

ERIC BARNES
2506 RIDGEWAY DR
BREMERTON, WA 98312

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** 213656

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.776 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $65.96 |
|---|---|---|---|

ERIC BAUMGARTNER
118 MONTE VISTA AVENUE
CHARLOTTESVILLE, VA 22903

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** 430267

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.777 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $68.88 |
|---|---|---|---|

ERIC BRACKETT
2502 MANHATTAN BEACH BL #14
GARDENA, CA 90249

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** 272436

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.778 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $225.00 |
|---|---|---|---|

ERIC CORPUS
8 CLARK ST 1A
BROOKLYN, NY 11210

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** 154967

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.779 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $39.84 |
|---|---|---|---|

ERIC FOX
3637 NE 120TH ST
SEATTLE, WA 98125

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** 343039

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Business Index Group, Inc., a California corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.780 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $90.11 |
|---|---|---|---|
| | ERIC HAYNIE<br>4506 PEBBLE SHORE DRIVE<br>OPELIKA, AL 36804 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** 344918 | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.781 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $40.75 |
|---|---|---|---|
| | ERIC LEFDAHL<br>1720 WILLIAMS WAY E<br>ANDERSON, IN 46011 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** 447929 | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.782 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $26.04 |
|---|---|---|---|
| | ERIC MCDANIEL<br>12405 E. 58TH ST.<br>KANSAS CITY, MO 64133 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** 464656 | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.783 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $182.00 |
|---|---|---|---|
| | ERIC MENDOZA<br>1805 E CHELSEA DR<br>ANAHEIM, CA 92805 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** 384002 | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.784 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $37.24 |
|---|---|---|---|
| | ERIC PORTER<br>200 PARKVIEW AVE.<br>BANGOR, ME 04401 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** 394925 | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.785 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $32.66 |
|---|---|---|---|
| | ERIC SMITH<br>103 ASH CT<br>JACKSONVILLE, NC 28546 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** 439286 | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.786 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $22.20 |
|---|---|---|---|
| | ERICA BUFFINGTON<br>172 CATAWBA AIR ROAD<br>MOORESVILLE, NC 28117 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** 459331 | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | Business Index Group, Inc., a California corporation | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.787** | **Nonpriority creditor's name and mailing address**

ERICA HODGES
7513 SIERRA BELLA PL
LAS CRUCES, NM 88012

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: 415716

Is the claim subject to offset? ■ No ☐ Yes

$73.10

---

**3.788** | **Nonpriority creditor's name and mailing address**

ERICH STIDFOLE
7415 OVERLAND PARK BLVD W
JACKSONVILLE, FL 32244

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: 443828

Is the claim subject to offset? ■ No ☐ Yes

$167.29

---

**3.789** | **Nonpriority creditor's name and mailing address**

ERIK KATHER
1513 WILLIAMSBURG RD
RICHMOND, VA 23231

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: 273760

Is the claim subject to offset? ■ No ☐ Yes

$45.28

---

**3.790** | **Nonpriority creditor's name and mailing address**

ERIK SCHUMAN
18030 BROOKHURST #583
FOUNTAIN VALLEY, CA 92708

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: 433107

Is the claim subject to offset? ■ No ☐ Yes

$93.70

---

**3.791** | **Nonpriority creditor's name and mailing address**

ERIKA STANDING
342 WHISPERING PINES CIRCLE
GREECE, NY 14612

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: 456051

Is the claim subject to offset? ■ No ☐ Yes

$28.45

---

**3.792** | **Nonpriority creditor's name and mailing address**

ERIN BALDWIN
1302 LYNDALE DRIVE
CHARLESTON, WV 25314

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: 465946

Is the claim subject to offset? ■ No ☐ Yes

$117.87

---

**3.793** | **Nonpriority creditor's name and mailing address**

ERIN CAMPBELL
224 HIGHBLUFFS BLVD
COLUMBUS, OH 43235

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: 431159

Is the claim subject to offset? ■ No ☐ Yes

$105.10

---

Debtor  Business Index Group, Inc., a California corporation

Name

Case number (if known) _____

| 3.794 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $93.94 |

**3.794** Nonpriority creditor's name and mailing address
ERIN GRIBBEN
2017 FIONA WAY
SPRING HILL, TN 37174

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 404803

Is the claim subject to offset? ■ No ☐ Yes

$93.94

---

**3.795** Nonpriority creditor's name and mailing address
ERIN GWILLIAM
2802 EAST 17TH STREET
ODESSA, TX 79761

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 312343

Is the claim subject to offset? ■ No ☐ Yes

$115.09

---

**3.796** Nonpriority creditor's name and mailing address
ERIN LARSON
5626 SW BOUNDARY STREET
PORTLAND, OR 97221

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 440961

Is the claim subject to offset? ■ No ☐ Yes

$26.98

---

**3.797** Nonpriority creditor's name and mailing address
ERIN LAUER
20 SPRINGDALE DR
GLOUCESTER CITY, NJ 08030

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 291041

Is the claim subject to offset? ■ No ☐ Yes

$17.71

---

**3.798** Nonpriority creditor's name and mailing address
ERIN NEGLEY
1346 W. MAIN ST.
EPHRATA, PA 17522

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 426666

Is the claim subject to offset? ■ No ☐ Yes

$161.28

---

**3.799** Nonpriority creditor's name and mailing address
ERIN NOVO
3512 TURNINGWIND LN
WINTER GARDEN, FL 34787

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 446826

Is the claim subject to offset? ■ No ☐ Yes

$14.91

---

**3.800** Nonpriority creditor's name and mailing address
ERIN PIPES
2305 WILDBERRY COURT
WILMINGTON, NC 28411

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 451315

Is the claim subject to offset? ■ No ☐ Yes

$21.89

---

| Debtor | Business Index Group, Inc., a California corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.801** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$57.37**

ERNEST MATHEWS
43 BACK ROAD
DOVER, NH 03820

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _241760_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.802** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$36.40**

ERNESTINE QUINN
2764 PLEASANT ROAD 11006
TEGA CAY, SC 29708

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _299069_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.803** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$537.74**

EUGENE VISHNEVETSKY
4105 KILMER AVENUE
ALLENTOWN, PA 18104

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _367921_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.804** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$164.00**

EUN AE LEE
451 SEIO YAO HEE STEET
WUHAN CITY, WUHAN HUBEI
CHINA

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _463371_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.805** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$35.00**

EUN KYOUNG KANG
14-1-702 JIANGGAN
HANGZHOU, HANGZHOU PROVINCE
CHINA

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _459944_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.806** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$168.00**

EUN MI CHOI
#102, 29 HAENGUN 1 DAEGIL,
HAENGUN-DONG
GWANAK-GU, SEOUL, 151809
SOUTH KOREA

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _445034_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.807** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$97.00**

EUN TAE JUNG
ZHUANJIAGONGYU 8HAOLOU
LIAOCHENGSHI, DONGCHANGFUQU
CHINA

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _462133_

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | Business Index Group, Inc., a California corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.808** **Nonpriority creditor's name and mailing address**
EUN YOUNG SUNG
I-PARK 108-401 SHINHUNG2-DING MUNSU RD.
ULSAN SI, ULSAN
SOUTH KOREA

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 460752

Is the claim subject to offset? ■ No ☐ Yes

**$34.00**

**3.809** **Nonpriority creditor's name and mailing address**
EUNKYOUNG LEE
ROOM 1105-2, UNIT 0, BUILDING 2, HUJIALO
BEIJING, CHAOYANG DISTRICT, 10000
CHINA

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 452696

Is the claim subject to offset? ■ No ☐ Yes

**$95.00**

**3.810** **Nonpriority creditor's name and mailing address**
EUNUI LEE
104-303 ESSENSVILLE KIHEUNG SHINGAL YONG
SEOUL, 104303
SOUTH KOREA

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 440488

Is the claim subject to offset? ■ No ☐ Yes

**$58.00**

**3.811** **Nonpriority creditor's name and mailing address**
EVA ANDER
2133 MAR MAR
NAVARRE, FL 32566

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 460089

Is the claim subject to offset? ■ No ☐ Yes

**$25.68**

**3.812** **Nonpriority creditor's name and mailing address**
EVELYN GINGHER
3650 SUSSEX LA
PHILADELPHIA, PA 19114

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 425075

Is the claim subject to offset? ■ No ☐ Yes

**$89.30**

**3.813** **Nonpriority creditor's name and mailing address**
EVELYN HSU
4031 SW 129 AVE
MIAMI, FL 33175

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 368299

Is the claim subject to offset? ■ No ☐ Yes

**$146.40**

**3.814** **Nonpriority creditor's name and mailing address**
EVELYN KING
11978 PAULMEADOWS DRIVE
SYMMES, OH 45249

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 449445

Is the claim subject to offset? ■ No ☐ Yes

**$38.24**

| Debtor | Business Index Group, Inc., a California corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.815**   **Nonpriority creditor's name and mailing address**

EVELYN MILLER
10425 GAIUS DR
EL PASO, TX 79924

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 304562

Is the claim subject to offset? ☑ No ☐ Yes

$44.78

---

**3.816**   **Nonpriority creditor's name and mailing address**

EVIE DENOUDEN
8323 JACKSON ST
PARAMOUNT, CA 90723

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 267736

Is the claim subject to offset? ☑ No ☐ Yes

$86.25

---

**3.817**   **Nonpriority creditor's name and mailing address**

FAHMIN BASHER
1755 CENTRAL PARK ROAD APT. #52033
JAMES ISLAND, SC 29412

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 304096

Is the claim subject to offset? ☑ No ☐ Yes

$33.35

---

**3.818**   **Nonpriority creditor's name and mailing address**

FAITH KREIGHBAUM
1815 SAINT CHARLES PL
ELKHART, IN 46514

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 467576

Is the claim subject to offset? ☑ No ☐ Yes

$43.54

---

**3.819**   **Nonpriority creditor's name and mailing address**

FARRAH JOHNSON
1104 S MAIN ST
ABBEVILLE, SC 29620

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 356728

Is the claim subject to offset? ☑ No ☐ Yes

$44.00

---

**3.820**   **Nonpriority creditor's name and mailing address**

FARRAH MYERS
8801 E HARRY ST
WICHITA, KS 67207

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 308033

Is the claim subject to offset? ☑ No ☐ Yes

$56.71

---

**3.821**   **Nonpriority creditor's name and mailing address**

FARRAH SMITH
PO BOX 6750
GOODYEAR, AZ 85338

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 367039

Is the claim subject to offset? ☑ No ☐ Yes

$125.11

---

Debtor    Business Index Group, Inc., a California corporation          Case number (if known) _____
          Name

| | | |
|---|---|---|
| 3.822 | **Nonpriority creditor's name and mailing address** | $97.20 |

FARZANA AHMAD
651 GAMBOCZ COURT
MONMOUTH JCT, NJ 08852

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 401986

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.823 | **Nonpriority creditor's name and mailing address** | $54.00 |

Fastrak
PO Box 26926
San Francisco, CA 94126

**Date(s) debt was incurred** _

**Last 4 digits of account number** 5425

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.824 | **Nonpriority creditor's name and mailing address** | Unknown |

Fawnridge Winery
5560 Fawnridge Road
Auburn, CA 95602

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.825 | **Nonpriority creditor's name and mailing address** | $78.96 |

FELICIA HENCE
8610 OAKSHIRE DR.
PICKERINGTON, OH 43147

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 447419

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.826 | **Nonpriority creditor's name and mailing address** | $40.41 |

FELIPE LOPEZ
3134 E MCKELLIPS RD #90
MESA, AZ 85213

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 449251

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.827 | **Nonpriority creditor's name and mailing address** | $50.71 |

FERNANDA BEST
2001 SEWARD DR
HAMPTON, VA 23663

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 136383

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.828 | **Nonpriority creditor's name and mailing address** | $58.59 |

FIONA HAMM
38 UNIVERSITY MEWS
PHILA, PA 19104

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 433169

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Business Index Group, Inc., a California corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.829 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $26.66 |
|---|---|---|---|

**3.829**

Nonpriority creditor's name and mailing address
FITZ DEARMORE
1772 AUTUMN AVE
MEMPHIS, TN 38112

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __462482__

Is the claim subject to offset? ■ No ☐ Yes

**$26.66**

---

**3.830**

Nonpriority creditor's name and mailing address
FONG HA
57 HARVARD ST.
WINCHESTER, MA 01890

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __387386__

Is the claim subject to offset? ■ No ☐ Yes

**$60.00**

---

**3.831**

Nonpriority creditor's name and mailing address
FRAN MATTRE
102 ARLINGTON ST
JOHNSTOWN, PA 15905

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __416962__

Is the claim subject to offset? ■ No ☐ Yes

**$65.99**

---

**3.832**

Nonpriority creditor's name and mailing address
FRANCES PAGE
361 HARMON HOLLOW RD
SMITHVILLE, TN 37166

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __447837__

Is the claim subject to offset? ■ No ☐ Yes

**$49.73**

---

**3.833**

Nonpriority creditor's name and mailing address
FRANCES SALIA
100 JUBILEE HILL DRIVE UNIT D
GROVER, MO 63040

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __379582__

Is the claim subject to offset? ■ No ☐ Yes

**$74.31**

---

**3.834**

Nonpriority creditor's name and mailing address
FRANCES TOLLEY
120 RAINTREE DRIVE
HURRICANE, WV 25526

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __466789__

Is the claim subject to offset? ■ No ☐ Yes

**$110.59**

---

**3.835**

Nonpriority creditor's name and mailing address
FRANK JOCIS
6203 WOODFIELD PL SE APT. 11
GRAND RAPIDS, MI 49548

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __461270__

Is the claim subject to offset? ■ No ☐ Yes

**$25.14**

Debtor  Business Index Group, Inc., a California corporation

Case number (if known) _____

Name

| 3.836 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $19.99 |
|---|---|---|---|

FRANK SCHLESINGER
12 ESTHER DRIVE E.
DAYTON, NJ 08810

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** 455872

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.837 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,275.42 |
|---|---|---|---|

FRANKLIN ALVAREZ
98-38 57TH AVE APT 16L
CORONA, NY 11368

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** 375236

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.838 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $169.01 |
|---|---|---|---|

FRED JONES
1316 N HANCOCK AVE
COLORADO SPRINGS, CO 80903

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** 468193

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.839 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $31.84 |
|---|---|---|---|

FREDERICK STAHLHUT
1010 ANNA AVE
ORANGE PARK, FL 32073

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** 448066

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.840 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $34.24 |
|---|---|---|---|

FUJI LE
1806 S POLLOCK WAY
MIDDLETOWN, DE 19709

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** 408568

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.841 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $40.92 |
|---|---|---|---|

FUXIANG YU
211 YACHT CLUB WAY, APT 342
REDONDO BEACH, CA 90277

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** 409453

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.842 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $22.80 |
|---|---|---|---|

GABRIEL HARRIS
52 BARRACLOUGH AVE
HAMDEN, CT 06517

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** 461453

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Business Index Group, Inc., a California corporation | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

**3.843**

**Nonpriority creditor's name and mailing address**
GAEUL CHUN
INWANG MT. BYOKSAN APT., HONGJE
3-DONG
SEODAEMUN-GU, SEOUL, 102408
SOUTH KOREA

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 448722

Is the claim subject to offset? ■ No ☐ Yes

$80.00

---

**3.844**

**Nonpriority creditor's name and mailing address**
GAIL DUNCAN
3427 ADY RD
STREET, MD 21154

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 291002

Is the claim subject to offset? ■ No ☐ Yes

$154.70

---

**3.845**

**Nonpriority creditor's name and mailing address**
GAIL HENSON
828 YORKHAVEN ROAD
CINCINNATI, OH 45240

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 466479

Is the claim subject to offset? ■ No ☐ Yes

$27.00

---

**3.846**

**Nonpriority creditor's name and mailing address**
GAIL NADLER
3274 EDINGTON RD
FAIRLAWN, OH 44333

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 213214

Is the claim subject to offset? ■ No ☐ Yes

$112.25

---

**3.847**

**Nonpriority creditor's name and mailing address**
GAIL PHILLIPS
18815 EASTWOOD DR.
HARPER WOODS, MI 48225

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 433554

Is the claim subject to offset? ■ No ☐ Yes

$14.99

---

**3.848**

**Nonpriority creditor's name and mailing address**
GAIL ROBINSON
22851 BALTAR STREET
WEST HILLS, CA 91304

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 255779

Is the claim subject to offset? ■ No ☐ Yes

$130.48

---

**3.849**

**Nonpriority creditor's name and mailing address**
GAIL SWYERS
13640 MALLORCA DRIVE
JACKSONVILLE, FL 32225

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 280960

Is the claim subject to offset? ■ No ☐ Yes

$65.33

---

Debtor    **Business Index Group, Inc., a California corporation**      Case number *(if known)* _____

          Name

| | | |
|---|---|---|
| **3.850** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

**3.850**

**Nonpriority creditor's name and mailing address**
GARRY L. GARRISON
314 ARROWHEADLANE
NEW KENSINGTON, PA 15068

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __407710__

Is the claim subject to offset? ■ No ☐ Yes

$58.36

---

**3.851**

**Nonpriority creditor's name and mailing address**
GARVIN SETO
30 LINDEN LANE
TEMPLE CITY, CA 91780

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __135081__

Is the claim subject to offset? ■ No ☐ Yes

$44.36

---

**3.852**

**Nonpriority creditor's name and mailing address**
GARY BARRON
520 CARL C SENTER
FORNEY, TX 75126

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __409990__

Is the claim subject to offset? ■ No ☐ Yes

$75.83

---

**3.853**

**Nonpriority creditor's name and mailing address**
GARY HAMSHER
5801 REDWOOD CT
MENTOR, OH 44060

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __165595__

Is the claim subject to offset? ■ No ☐ Yes

$52.99

---

**3.854**

**Nonpriority creditor's name and mailing address**
GARY HANSON
7066 WOODS DRIVE
NEWBURGH, IN 47630

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __450130__

Is the claim subject to offset? ■ No ☐ Yes

$120.06

---

**3.855**

**Nonpriority creditor's name and mailing address**
GAYLE BROMSON
PO BOX 2385
ROSAMOND, CA 93560

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __458534__

Is the claim subject to offset? ■ No ☐ Yes

$76.31

---

**3.856**

**Nonpriority creditor's name and mailing address**
GAYLE POOTS
10232 HOPKINS RD.
GARRETTSVILLE, OH 44231

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __226019__

Is the claim subject to offset? ■ No ☐ Yes

$34.74

---

| Debtor | Business Index Group, Inc., a California corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.857** | **Nonpriority creditor's name and mailing address**
GENE HOLSTEIN
7521 WILKINS DR.
FAYETTEVILLE, NC 28311

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 430191

Is the claim subject to offset? ■ No ☐ Yes

$112.72

---

**3.858** | **Nonpriority creditor's name and mailing address**
GEON WOO LEE
201,127-12, BAENGNYEONG-RO
CHUNCHEON-SI, GANGWON-DO
SOUTH KOREA

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 467926

Is the claim subject to offset? ■ No ☐ Yes

$105.00

---

**3.859** | **Nonpriority creditor's name and mailing address**
GEORGANNE DETWEILER VOYLES
2826 FOREST LANE
SARASOTA, FL 34231

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 93157

Is the claim subject to offset? ■ No ☐ Yes

$139.58

---

**3.860** | **Nonpriority creditor's name and mailing address**
GEORGE BRACK
6521 TYMILL CT.
DAYTON, OH 45415

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 411338

Is the claim subject to offset? ■ No ☐ Yes

$46.96

---

**3.861** | **Nonpriority creditor's name and mailing address**
GEORGE GARCIA III
1228 E HENRIETTA
KINGSVILLE, TX 78363

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 394932

Is the claim subject to offset? ■ No ☐ Yes

$83.22

---

**3.862** | **Nonpriority creditor's name and mailing address**
GEORGE GLISSONMUNIER
305 WILD PLUM
SAN MARCOS, TX 78666

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 367740

Is the claim subject to offset? ■ No ☐ Yes

$70.66

---

**3.863** | **Nonpriority creditor's name and mailing address**
GEORGE KOPENEC
2050 WINNINGEWAY
PORT CHARLOTTE, FL 33948

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 334104

Is the claim subject to offset? ■ No ☐ Yes

$113.31

---

| Debtor | Business Index Group, Inc., a California corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.864** | Nonpriority creditor's name and mailing address
GEORGIA BRYDEN
1461 LOG CABIN LANE
LAWRENCEVILLE, GA 30045

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 452599

Is the claim subject to offset? ■ No ☐ Yes

$18.99

---

**3.865** | Nonpriority creditor's name and mailing address
GER ROSARIO
315 S. PEORIA  ST.  APT 508D
CHICAGO, IL 60607

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 406814

Is the claim subject to offset? ■ No ☐ Yes

$89.18

---

**3.866** | Nonpriority creditor's name and mailing address
GERALD REINOEHL
3223 WILD IVY WAY
EULESS, TX 76040

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 371057

Is the claim subject to offset? ■ No ☐ Yes

$46.00

---

**3.867** | Nonpriority creditor's name and mailing address
GERALD SMITH
2032 W. LINDEN STREET #30
RIVERSIDE, CA 92507

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 452717

Is the claim subject to offset? ■ No ☐ Yes

$60.64

---

**3.868** | Nonpriority creditor's name and mailing address
GERALD STRAW
11539 MONUMENT RIDGE DR
JACKSONVILLE, FL 32225

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 396134

Is the claim subject to offset? ■ No ☐ Yes

$19.96

---

**3.869** | Nonpriority creditor's name and mailing address
GERALD WILSON
2528 JOHN DR
DENTON, TX 76207

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 436886

Is the claim subject to offset? ■ No ☐ Yes

$19.06

---

**3.870** | Nonpriority creditor's name and mailing address
GERAND CABANILLA
46078 EMPELA PLACE APT D100
KANEOHE, HI 96744

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 451664

Is the claim subject to offset? ■ No ☐ Yes

$30.00

---

| Debtor | Business Index Group, Inc., a California corporation | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 3.871 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $74.72 |
|---|---|---|---|
| | GERHARD SCHEMEL<br>3920 14TH AVE<br>ROCK ISLAND, IL 61201 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** 326021 | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.872 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $45.83 |
|---|---|---|---|
| | GILA BERLIN<br>6495 HAPPY CANYON RD  #10<br>DENVER, CO 80237 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** 446621 | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.873 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $41.68 |
|---|---|---|---|
| | GINA COLLINS<br>1811 LANDSIDE DRIVE<br>VALRICO, FL 33594 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** 225064 | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.874 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $29.67 |
|---|---|---|---|
| | GINA RIEVES<br>4003 BERKSHIRE CT<br>HIGH POINT, NC 27265 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** 455881 | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.875 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $29.87 |
|---|---|---|---|
| | GINA SAYLOR<br>104 J DR S<br>MACON, GA 31216 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** 65666 | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.876 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $124.38 |
|---|---|---|---|
| | GINA SCHNEIDER<br>1206 BOULDER DR SE<br>FORT PAYNE, AL 35967 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** 406615 | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.877 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $44.20 |
|---|---|---|---|
| | GINA URBANSKI<br>16230 HAMILTON AVENUE<br>TINLEY PARK, IL 60477 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** 145112 | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | Business Index Group, Inc., a California corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.878 | **Nonpriority creditor's name and mailing address**<br>GINNY BLAKE<br>5674 MEDALLION DR. E<br>WESTERVILLE, OH 43082 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $22.49 |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** 242875 | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.879 | **Nonpriority creditor's name and mailing address**<br>GLENDA CHAIN<br>685 TYLER AVE.<br>PERU, IN 46970 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $25.19 |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** 334152 | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.880 | **Nonpriority creditor's name and mailing address**<br>GLENN LETTS<br>1127 HEMLOCK LANE<br>WAUKESHA, WI 53189 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $19.64 |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** 404971 | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.881 | **Nonpriority creditor's name and mailing address**<br>GLENN SOLT<br>18777 STONE OAK PKWY #812<br>SAN ANTONIO, TX 78258 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $40.06 |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** 230339 | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.882 | **Nonpriority creditor's name and mailing address**<br>Global Intelligence<br>2190 E. Pebble Road, Suite 150<br>Las Vegas, NV 89123 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $10,817.00 |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.883 | **Nonpriority creditor's name and mailing address**<br>GLOBAL INTELLIGENCE NETWORK<br>2190 E. PEBBLE RD., SUITE 150<br>LAS VEGAS, NV 89123 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $4,802.77 |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** 191241 | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.884 | **Nonpriority creditor's name and mailing address**<br>GLORIA ADAMS<br>3350 SOUTH KACHINA DRIVE<br>TEMPE, AZ 85282 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $98.58 |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** 258430 | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

Debtor   Business Index Group, Inc., a California corporation     Case number (if known) _____
        Name

| 3.885 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $35.68 |
|---|---|---|---|

GLORIA MCCOY
1441 INSPIRATION DRIVE
LA JOLLA, CA 92037

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** 409347

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.886 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $13.58 |
|---|---|---|---|

GLORIA MIKUS
4304 BARRINGTON ROAD
BALTIMORE, MD 21229

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** 108892

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.887 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $279.00 |
|---|---|---|---|

GLORIA STRATTON
1919 W. CORONET AVE, SPACE #42
ANAHEIM, CA 92801

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** 390117

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.888 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $72.21 |
|---|---|---|---|

GLORIA THOMAS
16484 SHAMROCK DRIVE
MISHAWAKA, IN 46544

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** 386001

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.889 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $145.00 |
|---|---|---|---|

GOEUN LEE
17-701 ZAOZIXIANG, JINNIUQU
CHENGDU, SICHUAN, 100000
CHINA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** 468113

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.890 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $57.41 |
|---|---|---|---|

GORDON SONNEN
5013 NE 9TH PL
RENTON, WA 98059

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** 312077

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.891 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $16.86 |
|---|---|---|---|

GOSIA SHAENAN
6700 CAPISTRANO AVE
WEST HILLS, CA 91307

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** 243685

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | Business Index Group, Inc., a California corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | | |
|---|---|---|
| **3.892** | **Nonpriority creditor's name and mailing address**<br>GRACE AMANN-VIOLA<br>17194 E ADRIATIC PLACE APT F103<br>AURORA, CO 80013 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$20.16** |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: 187736<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| | | |
|---|---|---|
| **3.893** | **Nonpriority creditor's name and mailing address**<br>GRACE BALINT<br>4953 HARRIMAN AVENUE<br>SOUTH PASADENA, CA 91030 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$75.14** |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: 461699<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| | | |
|---|---|---|
| **3.894** | **Nonpriority creditor's name and mailing address**<br>GRACE REED<br>1900 BLACK LAKE BLVD SW APT. BB-5<br>OLYMPIA, WA 98512 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$166.49** |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: 418410<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| | | |
|---|---|---|
| **3.895** | **Nonpriority creditor's name and mailing address**<br>GRACE SIMPSON<br>311 2ND ST. UNIT 303<br>OAKLAND, CA 94607 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$71.70** |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: 426097<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| | | |
|---|---|---|
| **3.896** | **Nonpriority creditor's name and mailing address**<br>GRACIE CAMPOS<br>1208 NW 189TH STREET<br>RIDGEFIELD, WA 98642 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$26.91** |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: 450501<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| | | |
|---|---|---|
| **3.897** | **Nonpriority creditor's name and mailing address**<br>GREG EMORY<br>420 KETTERING RD<br>DELTONA, FL 32725 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$21.78** |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: 455976<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| | | |
|---|---|---|
| **3.898** | **Nonpriority creditor's name and mailing address**<br>GREG GRUIC<br>1078 CHERRY ST<br>PERRYSBURG, OH 43551 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$52.50** |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: 450880<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | Business Index Group, Inc., a California corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.899 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $25.00 |
|---|---|---|---|
| | GREG MILLER<br>94 WALNUT RD<br>LEWISTWN, PA 17044 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** 468940 | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.900 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $21.38 |
|---|---|---|---|
| | GREG SANFORD<br>3111 ETTRICK STREET<br>LOS ANGELES, CA 90027 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** 417772 | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.901 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $33.72 |
|---|---|---|---|
| | GREGORY LINDSEY<br>1505 CLEARFIELD CIRCLE<br>SEVERN, MD 21144 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** 394800 | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.902 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $38.59 |
|---|---|---|---|
| | GREGORY WHITFIELD<br>2506 A BLUFF VIEW COURT<br>GREENVILLE, NC 27834 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** 327191 | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.903 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $120.99 |
|---|---|---|---|
| | GRETCHEN PATEY<br>6 KNOLLWOOD CT<br>MADISON, WI 53713 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** 87344 | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.904 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $58.46 |
|---|---|---|---|
| | GRETELL ALFONSO<br>7441 SW 172 ST<br>VILLAGE OF PALMETTO BAY, FL 33157 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** 441458 | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.905 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $100.00 |
|---|---|---|---|
| | GUI YANG<br>31-35 55TH STREET<br>WOODSIDE, NY 11377 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** 452773 | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

| Debtor | Business Index Group, Inc., a California corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.906 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $79.93 |
|---|---|---|---|

GUILLERMO CHAVEZ
506 BEVERLY
LAREDO, TX 78045

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim: 391909

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.907 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $139.00 |
|---|---|---|---|

GUN HO LEE
GIONGUIDO GURI SI INCHANGDONG AROM
SAMSU
GUION GUI, GYEONGGI PROVINCE
SOUTH KOREA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim: 425277

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.908 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $30.00 |
|---|---|---|---|

GWEN COFFIN
211 EAST OHIO STREET #1709
CHICAGO, IL 60611

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim: 261980

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.909 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $32.00 |
|---|---|---|---|

HAERIN LEE
SINT NICOLASSTRAAT 26, 1012NK
AMSTERDAM
NETHERLANDS

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim: 466318

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.910 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $22.43 |
|---|---|---|---|

HALEY ECHOLS
15413 BRAEFIELD
CHESTERFIELD, MO 63017

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim: 464516

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.911 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $34.35 |
|---|---|---|---|

HALLARY METZEN
145 WILHOUR RD
ELIZABETHVILLE, PA 17023

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim: 412793

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.912 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $44.28 |
|---|---|---|---|

HANA CHANG
44718 ADAM LANE
TEMECULA, CA 92592

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim: 457988

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Business Index Group, Inc., a California corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.913** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$54.35**

HANNAH CROSS
12005 ROYALWOOD DR
FISHERS, IN 46037

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** 232778

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.914** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$37.48**

HANNAH SHAFRAN
5089 CHERRY BLOSSOM DR.
GROVEPORT, OH 43125

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** 409576

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.915** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$29.00**

HANWOONG NA
139, SICHEONG-RO
GWANGMYEONG-SI, GYEONGGI-DO
SOUTH KOREA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** 462342

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.916** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$26.58**

HARPER PENNIE
2924 WICKHAM AVE
BRONX, NY 10469

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** 440402

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.917** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$54.00**

HARRY DIERKS
29440 MARINERS WAY
LAKE ELSINORE, CA 92530

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** 385659

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.918** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$33.20**

HARRY MANESS
6451 ZEBULON HWY LOT #3
PIKEVILLE, KY 41501

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** 454635

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.919** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$69.78**

HASIT PARMAR
3801 103RD AVE N
BROOKLYN PARK, MN 55443

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** 286050

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Business Index Group, Inc., a California corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.920 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $26.09 |
|---|---|---|---|

**3.920**

Nonpriority creditor's name and mailing address

HAYLEY NORPEL
322 SWEET ST
OSHKOSH, WI 54901

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  463452

Is the claim subject to offset? ■ No ☐ Yes

$26.09

---

**3.921**

Nonpriority creditor's name and mailing address

HEATHER ALLISON
5765 YOUNGFIELD ST.
ARVADA, CO 80002

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  454348

Is the claim subject to offset? ■ No ☐ Yes

$58.71

---

**3.922**

Nonpriority creditor's name and mailing address

HEATHER BAILEY
503 ROSEWOOD AVENUE
MONROE, MI 48162

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  458990

Is the claim subject to offset? ■ No ☐ Yes

$36.59

---

**3.923**

Nonpriority creditor's name and mailing address

HEATHER CARTER
415 IVY WAY
GARLAND, TX 75043

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  261252

Is the claim subject to offset? ■ No ☐ Yes

$32.85

---

**3.924**

Nonpriority creditor's name and mailing address

HEATHER CASTRO
1005 JERVIS STREET, APT. 604
VANCOUVER, BC, V6E 3T1
CANADA

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  146044

Is the claim subject to offset? ■ No ☐ Yes

$65.00

---

**3.925**

Nonpriority creditor's name and mailing address

HEATHER CRUMP
917 FOREST POND DRIVE
MARIETTA, GA 30068

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  463596

Is the claim subject to offset? ■ No ☐ Yes

$24.61

---

**3.926**

Nonpriority creditor's name and mailing address

HEATHER FLEMING
325 WILLOW HEIGHTS
CLARKSVILLE, TN 37040

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  467523

Is the claim subject to offset? ■ No ☐ Yes

$88.03

| Debtor | Business Index Group, Inc., a California corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.927 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $41.00 |
|---|---|---|---|

HEATHER LIPP
324 MERIDIAN RD
BUTLER, PA 16001

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** 395291

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.928 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $184.04 |
|---|---|---|---|

HEATHER NELSON
512 LEONA DR.
SOUTH OGDEN, UT 84403

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** 456685

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.929 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $217.80 |
|---|---|---|---|

HEATHER RAY
1743 SANDAL WAY
NEWBURGH, IN 47630

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** 212601

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.930 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $53.94 |
|---|---|---|---|

HEATHER SAJDAK
127 W NEWHALL
WAUKESHA, WI 53186

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** 468722

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.931 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $68.29 |
|---|---|---|---|

HEATHER SOMERVILLE
1006 EDGEFIELD WAY
BOWLING GREEN, KY 42104

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** 415871

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.932 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $37.75 |
|---|---|---|---|

HEATHER SOUTHERLAND
416 CYPRESS ST
GREENEVILLE, TN 37745

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** 415411

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.933 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $51.39 |
|---|---|---|---|

HEATHER SWANSON
2268 TRINGO COURT
SAN LEANDRO, CA 94579

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** 355059

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Business Index Group, Inc., a California corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.934 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $70.00 |
|---|---|---|---|

**HEE CHOI**
**415 JANGJI-DONG**
**SEOUL, 4523312**
**SOUTH KOREA**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** 455405

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.935 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $189.00 |
|---|---|---|---|

**HEEAE SHIN**
**TAIZHOU WANDA**
**TAIZHOU, ZHEJIANG, 10000**
**CHINA**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** 453659

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.936 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $68.62 |
|---|---|---|---|

**HEIDI COLEMAN**
**602 18TH ST.**
**BUTNER, NC 27509**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** 251961

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.937 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $24.87 |
|---|---|---|---|

**HEIDI MCKNIGHT**
**2107 WEST OSAGE DRIVE**
**BAYTOWN, TX 77523**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** 176633

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.938 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $63.35 |
|---|---|---|---|

**HEIDI SAUER**
**1823 W BROOKWOOD COURT**
**PHOENIX, AZ 85045**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** 275579

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.939 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $37.15 |
|---|---|---|---|

**HEIDI WITTE**
**4324 HUNTER RUN CIRCLE**
**SOUTH BEND, IN 46628**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** 464086

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.940 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $101.70 |
|---|---|---|---|

**HELEN GAILEY**
**2090 N CALLE DE VIDA**
**TUCSON, AZ 85715**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** 384674

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Business Index Group, Inc., a California corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.941 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $51.37 |
|---|---|---|---|

HELEN KRULL
12198 SAGEMEADOW
MARYLAND HTS, MO 63043

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** 411558

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.942 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $133.84 |
|---|---|---|---|

HELEN YANG
400 RIDGE WATER DR
PIKE ROAD, AL 36064

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** 443606

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.943 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $92.15 |
|---|---|---|---|

HENRY SOLOMON
14231 CRAGGY ROCK AVE
EL PASO, TX 79938

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** 450702

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.944 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $50.00 |
|---|---|---|---|

HENRY TAM
244 S. MYERS ST.
BURBANK, CA 91506

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** 158590

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.945 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $104.86 |
|---|---|---|---|

HESHAM WISSA
4312B HERITAGE DR. APT 1
LIVERPOOL, NY 13090

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** 454806

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.946 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $19.92 |
|---|---|---|---|

HICKSON CHEN
1290 VALLEY VIEW AVE
PASADENA, CA 91107

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** 310333

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.947 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $25.00 |
|---|---|---|---|

HOA CAO
14136 MOORE COURT
IRVINE, CA 92606

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** 436997

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Business Index Group, Inc., a California corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.948 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $49.72 |
|---|---|---|---|

**3.948**
Nonpriority creditor's name and mailing address
HOA NGUYEN
1046 NORTH 24TH STREET
CAMDEN, NJ 08105

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: 462082

Is the claim subject to offset? ■ No ☐ Yes

$49.72

---

**3.949**
Nonpriority creditor's name and mailing address
HOLLY FORSGREN
2168 N FASTWATER AVE
BOISE, ID 83713

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: 450711

Is the claim subject to offset? ■ No ☐ Yes

$66.67

---

**3.950**
Nonpriority creditor's name and mailing address
HOLLY HARTWIGS
810 NEWCASTLE DRIVE
RED HILL, PA 18076

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: 278054

Is the claim subject to offset? ■ No ☐ Yes

$57.35

---

**3.951**
Nonpriority creditor's name and mailing address
HOLLY HERRING
4105 GROVE RIDGE DR
DURHAM, NC 27703

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: 446980

Is the claim subject to offset? ■ No ☐ Yes

$41.21

---

**3.952**
Nonpriority creditor's name and mailing address
HOLLY O'BIER
1051 S HIGHLAND ST 5C
MOUNT DORA, FL 32757

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: 464659

Is the claim subject to offset? ■ No ☐ Yes

$7.38

---

**3.953**
Nonpriority creditor's name and mailing address
HOLLY RIFKIND
2 LYNGBY CT.
RIVERWOODS, IL 60015

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: 289786

Is the claim subject to offset? ■ No ☐ Yes

$41.23

---

**3.954**
Nonpriority creditor's name and mailing address
HOPE LIZ
15 PACIFIC STREET
ST AUGUSTINE, FL 32084

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: 461072

Is the claim subject to offset? ■ No ☐ Yes

$24.58

---

| Debtor | Business Index Group, Inc., a California corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.955 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $50.23 |
|---|---|---|---|

HOPE WEISS
526 KIMBARK ST., #D
LONGMONT, CO 80501

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** 145535

Is the claim subject to offset? ■ No ☐ Yes

| 3.956 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $73.28 |
|---|---|---|---|

HOWARD LICHTENSTEIN
176 STRATFORD DRIVE
CHURCHVILLE, PA 18966

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** 460993

Is the claim subject to offset? ■ No ☐ Yes

| 3.957 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $108.88 |
|---|---|---|---|

HOWARD ZINGG
10818 LAZY OAKS DR
SAN ANTONIO, TX 78217

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** 415833

Is the claim subject to offset? ■ No ☐ Yes

| 3.958 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $34,914.00 |
|---|---|---|---|

Hull Family Trust
c/o Colliers International
PO Box 4857
Portland, OR 97208

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** Lease

Is the claim subject to offset? ■ No ☐ Yes

| 3.959 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $80.00 |
|---|---|---|---|

HUN LEE
SHANGHAI MINHANGQU
SHANGHAI, ZHEJIANG, 10000
CHINA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** 454511

Is the claim subject to offset? ■ No ☐ Yes

| 3.960 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $34.31 |
|---|---|---|---|

HUY PHAM
2411 SEARCY DRIVE
DALLAS, TX 75211

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** 468133

Is the claim subject to offset? ■ No ☐ Yes

| 3.961 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $68.00 |
|---|---|---|---|

HYENG GUK OH
102, JANGAN-DONG
DONGDAEMUN-GU, SEOUL, 45210
SOUTH KOREA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** 463972

Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | Business Index Group, Inc., a California corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.962** | **Nonpriority creditor's name and mailing address**

HYEONGSEOK MIN
LIFE APARTMENT 1106 SONGCHEON-DONG
JEONJU-SI, JEOLLABUK-DO
SOUTH KOREA

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 456914

Is the claim subject to offset? ■ No ☐ Yes

$27.00

---

**3.963** | **Nonpriority creditor's name and mailing address**

HYOJIN KIM
WEIHAI XINCHENGLU
WEIHAI, SHANDONG, 10000
CHINA

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 455298

Is the claim subject to offset? ■ No ☐ Yes

$99.00

---

**3.964** | **Nonpriority creditor's name and mailing address**

HYOJIN KIM
JINHUA WANDA
JINHUA, ZHEJIANG, 10000
CHINA

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 450667

Is the claim subject to offset? ■ No ☐ Yes

$174.00

---

**3.965** | **Nonpriority creditor's name and mailing address**

HYOJONG WOO
#29 TONGKANG ROAD
PINGDU CITY, QINGDAO SHANGDONG
PROVINCE,
CHINA

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 431775

Is the claim subject to offset? ■ No ☐ Yes

$171.00

---

**3.966** | **Nonpriority creditor's name and mailing address**

HYOMIN KANG
MIA DONG
SEOUL
SOUTH KOREA

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 463431

Is the claim subject to offset? ■ No ☐ Yes

$35.00

---

**3.967** | **Nonpriority creditor's name and mailing address**

HYUN A KO
517-29 OKSU-DONG
SEONGDONG-GU, SEOUL, 123456
SOUTH KOREA

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 352042

Is the claim subject to offset? ■ No ☐ Yes

$157.00

---

**3.968** | **Nonpriority creditor's name and mailing address**

HYUN CHANG SHIM
243-38, GALHYEON-DONG
EUNPYEONG-GU, SEOUL
SOUTH KOREA

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 461617

Is the claim subject to offset? ■ No ☐ Yes

$69.00

---

Debtor    Business Index Group, Inc., a California corporation      Case number (if known) _____

         Name

| 3.969 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $29.00 |
|---|---|---|---|

HYUN JEUNG LEE
SHINANHANIL APT 104-605,
CHUNCHUNDONG,
SUWON, KYOUNGKIDO, 440732
SOUTH KOREA

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** 448942

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.970 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $225.00 |
|---|---|---|---|

HYUN MI HAN
TURFSCHIP 14 1FLOOR, 1186 XL
AMSTELVEEN
AMSTERDAM
NETHERLANDS

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** 468136

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.971 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $36.00 |
|---|---|---|---|

HYUNCHUL LEE
359-22, SANGDO-DONG, DONGJAK-GU
DONGJAK-GU, SEOUL
SOUTH KOREA

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** 466712

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.972 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $35.00 |
|---|---|---|---|

HYUNJI PARK
102-1305 DONGSEO1CHA APT
MAEHO-DONG
DAEGU SI, SUSEONG-GU
SOUTH KOREA

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** 464824

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.973 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $110.00 |
|---|---|---|---|

HYUNJIN KI
JINTAICHENGLIWAN 1HAOLOU 1DANYUAN
1803,
BEIJING, FENGTAIQU
CHINA

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** 463812

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.974 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $99.00 |
|---|---|---|---|

HYUNSOO PARK
8-5-702 XIDONGYUAN LIYUAN
XIHUQU LIANHUAJIE, HANGZHOUSHI, 10000
CHINA

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** 457849

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.975 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $96.00 |
|---|---|---|---|

HYUNSUNG SONG
NANTONG GONGNONGNANLU
NANTONG, ZHEJIANG, 10000
CHINA

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** 451635

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Business Index Group, Inc., a California corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.976 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $62.00 |
|---|---|---|---|

HYUNWOOK JO
WONJU SI
GANGWON DO
SOUTH KOREA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  460657

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No ☐ Yes

| 3.977 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $130.73 |
|---|---|---|---|

IAN LARSON
1315 NORTHWEST 116TH TERRACE
MIAMI, FL 33167

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  441950

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No ☐ Yes

| 3.978 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $44.08 |
|---|---|---|---|

ILYA BURAVTSOV
307 YOAKUM PKWAY, #621
ALEXANDRIA, VA 22304

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  389851

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.979 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $30.00 |
|---|---|---|---|

INDHIRA ESCALA
1511 LOGAN AVENUE
TYRONE, PA 16686

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  288878

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.980 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $49.00 |
|---|---|---|---|

INGRID SILVERNALE
333 BELLA LUNA TERRACE
STROUDSBURG, PA 18360

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  274293

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.981 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $207.00 |
|---|---|---|---|

INHYUP KIM
153 TAILIU ROAD
QINGDAO, CHINA
CHINA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  468515

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.982 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $200.00 |
|---|---|---|---|

INKYUNG SEO
HYUNDAI SAMHWAN APT #101-101,
POONGAM-DO
GWANGJU CITY, GWANGJU CITY, 502770
SOUTH KOREA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  445656

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | Business Index Group, Inc., a California corporation | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

| 3.983 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $109.96 |
|---|---|---|---|

IRENE EICHEL
23401 ABBEY GLEN PLACE
VALENCIA, CA 91354

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** 285038

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.984 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $35.00 |
|---|---|---|---|

IRENE IWASAKA
1242 W 145TH PL
GARDENA, CA 90247

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** 378032

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.985 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $138.50 |
|---|---|---|---|

IRENE VALDES
53 GOLD STREET
NORTH ARLINGTON, NJ 07031

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** 209528

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.986 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $14.79 |
|---|---|---|---|

IRIS KAROO
79 LANDSCAPE AVE
YONKERS, NY 10705

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** 468259

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.987 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $55.15 |
|---|---|---|---|

IRVING SERRA
2105 TENBRINK DR
ROLLA, MO 65401

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** 397746

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.988 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $30.24 |
|---|---|---|---|

ISOKEN IGWEKALA-NWEKE
7386 DESERT SPRINGS COURT
WEST CHESTER, OH 45069

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** 90404

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.989 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $48.26 |
|---|---|---|---|

JACK KENDRICK
9046 41ST ST E
PARRISH, FL 34219

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** 414433

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Business Index Group, Inc., a California corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.990** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$33.00**

JACK SMITH
826 OLD MCGINLEY DRIVE
MARYVILLE, TN 37803

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _463126_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.991** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$250.40**

JACKIE HUNTER
105 LANCASTER AVE
MANCHESTER, NH 03103

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _451650_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.992** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,678.00**

JACKIE LIU
845 TIANSHI ROAD
SHANGHAI
CHINA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _462004_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.993** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$38.99**

JACKIE MOUGHLER
9 SCHWARTZ DR
OTTUMWA, IA 52501

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _259220_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.994** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$23.10**

JACKIE REDDY
22739 WATKINS ST
HAYWARD, CA 94541

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _464971_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.995** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50.48**

JACLYN CHAVEZ
4806 SOMBRERETE RD SE
RIO RANCHO, NM 87124

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _469154_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.996** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$57.18**

JACOBA WELLS
918 W 4TH ST
BLOOMINGTON, IN 47404

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _463483_

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Business Index Group, Inc., a California corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.997** | Nonpriority creditor's name and mailing address

JACQUE TAYLOR
6205 DOUGLAS DRIVE
YAKIMA, WA 98908

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 456984

Is the claim subject to offset? ■ No ☐ Yes

$24.60

---

**3.998** | Nonpriority creditor's name and mailing address

JACQUELINE BLACK
6412 HOLYOKE DRIVE
ANNANDALE, VA 22003

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 467545

Is the claim subject to offset? ■ No ☐ Yes

$27.81

---

**3.999** | Nonpriority creditor's name and mailing address

JACQUELINE GORNOWICH
1515 SATTERFIELD
POCATELLO, ID 83201

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 465357

Is the claim subject to offset? ■ No ☐ Yes

$30.56

---

**3.100 0** | Nonpriority creditor's name and mailing address

JACQUELINE GREY
1170 PARK AVENUE
BRIDGEPORT, CT 06604

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 462808

Is the claim subject to offset? ■ No ☐ Yes

$27.52

---

**3.100 1** | Nonpriority creditor's name and mailing address

JACQUELINE JACKSON
681 LAUREL WOOD DRIVE SW
MARIETTA, GA 30064

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 423363

Is the claim subject to offset? ■ No ☐ Yes

$81.54

---

**3.100 2** | Nonpriority creditor's name and mailing address

JACQUELINE MALONE
13329 WEST EAGLE RIDGE LANE
PEORIA, AZ 85383

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 124397

Is the claim subject to offset? ■ No ☐ Yes

$47.80

---

**3.100 3** | Nonpriority creditor's name and mailing address

JACQUELINE STURM
57 HOLIDAY DRIVE
WEST CALDWELL, NJ 07006

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 469416

Is the claim subject to offset? ■ No ☐ Yes

$22.71

---

| Debtor | Business Index Group, Inc., a California corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.100 4**

**Nonpriority creditor's name and mailing address**

JAE HUN JANG
SHANEKOU DISTRICT LEE STREET GREEN
23-1-
DALIAN, SOUTH LIAONING PROVINCE
CHINA

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 459533

Is the claim subject to offset? ■ No ☐ Yes

$99.00

---

**3.100 5**

**Nonpriority creditor's name and mailing address**

JAEHONG GOO
ZHENGZHOU WANDA
ZHENGZHOU, ZHEJIANG, 10000
CHINA

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 448905

Is the claim subject to offset? ■ No ☐ Yes

$61.00

---

**3.100 6**

**Nonpriority creditor's name and mailing address**

JAIME TUCKER
118 RIVERVIEW AVE
ANNAPOLIS, MD 21401

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 466018

Is the claim subject to offset? ■ No ☐ Yes

$63.78

---

**3.100 7**

**Nonpriority creditor's name and mailing address**

JAIME WOGERMAN
202 CRESTWOOD CIRCLE
CENTERVILLE, GA 31028

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 343409

Is the claim subject to offset? ■ No ☐ Yes

$47.72

---

**3.100 8**

**Nonpriority creditor's name and mailing address**

JAKE PARIS
146 BARTLETT STREET
LEWISTON, ME 04240

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 258311

Is the claim subject to offset? ■ No ☐ Yes

$163.89

---

**3.100 9**

**Nonpriority creditor's name and mailing address**

JAMAR BROOKS
614 LITTLE FARM ROAD
PRATTVILLE, AL 36066

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 460755

Is the claim subject to offset? ■ No ☐ Yes

$51.01

---

**3.101 0**

**Nonpriority creditor's name and mailing address**

JAMES ALEXANDER
21 LAWRENCE STREET
NORTH NEW HYDE PARK, NY 11040

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 257132

Is the claim subject to offset? ■ No ☐ Yes

$89.60

---

| Debtor | Business Index Group, Inc., a California corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.101 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $97.00 |
|---|---|---|---|
| | JAMES ANDREWS<br>XIAMEN SIMINGQU<br>XIAMEN, GUANGDONG<br>CHINA | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** 446984 | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.101 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $32.57 |
|---|---|---|---|
| | JAMES CHIANG<br>7221 FRANCISCO DR<br>FORT WORTH, TX 76133 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** 458482 | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.101 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $12.81 |
|---|---|---|---|
| | JAMES EISTER<br>155 ANDERSON HWY APT 933<br>CLEMSON, SC 29631 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** 464276 | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.101 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $23.00 |
|---|---|---|---|
| | JAMES EVARTS<br>20 HOLLY DR.<br>N FORT MYERS, FL 33903 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** 424897 | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.101 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $169.28 |
|---|---|---|---|
| | JAMES HELY<br>912 REVERE DRIVE<br>HILLSIDE, NJ 07205 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** 273392 | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.101 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $152.96 |
|---|---|---|---|
| | JAMES HILSENBECK<br>3306 PEBBLE BEACH DRIVE<br>HARLINGEN, TX 78550 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** 450726 | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.101 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $679.53 |
|---|---|---|---|
| | JAMES HOLLINGSWORTH<br>127 SPARKLEBERRY LANE APT.# 509<br>COLUMBIA, SC 29229 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** 414876 | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | Business Index Group, Inc., a California corporation | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.101**
**8**

**Nonpriority creditor's name and mailing address**

JAMES HUFF
418 MAY AVE
TITUSVILLE, PA 16354

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 452262

Is the claim subject to offset? ■ No ☐ Yes

$17.00

---

**3.101**
**9**

**Nonpriority creditor's name and mailing address**

JAMES KIM
201 ROCKY SLOPE RD 1311
GREENVILLE, SC 29607

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 452229

Is the claim subject to offset? ■ No ☐ Yes

$211.38

---

**3.102**
**0**

**Nonpriority creditor's name and mailing address**

JAMES NOLAND
17800 EAST BOLGER RD 407B
INDEPENDENCE, MO 64055

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 445578

Is the claim subject to offset? ■ No ☐ Yes

$72.73

---

**3.102**
**1**

**Nonpriority creditor's name and mailing address**

JAMES ONEILL
239 BRIDGE ST
JESSUP, PA 18434

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 433080

Is the claim subject to offset? ■ No ☐ Yes

$243.00

---

**3.102**
**2**

**Nonpriority creditor's name and mailing address**

JAMES SCOTT
6161 HIGHLAND AVE
COLUMBUS, GA 31909

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 461100

Is the claim subject to offset? ■ No ☐ Yes

$61.81

---

**3.102**
**3**

**Nonpriority creditor's name and mailing address**

JAMES TAYLOR
131 SIMMONS DRIVE
WELLFORD, SC 29385

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 436981

Is the claim subject to offset? ■ No ☐ Yes

$79.45

---

**3.102**
**4**

**Nonpriority creditor's name and mailing address**

JAMES TILLMAN
31 EAST RIDGE ROAD
LAUREL, MS 39440

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 398578

Is the claim subject to offset? ■ No ☐ Yes

$50.21

---

| Debtor | Business Index Group, Inc., a California corporation | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.102 5**

**Nonpriority creditor's name and mailing address**

JAMES WILLIAMS
2429 OTIS COURT
EDGEWATER, CO 80214

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 417223

Is the claim subject to offset? ■ No ☐ Yes

$73.62

---

**3.102 6**

**Nonpriority creditor's name and mailing address**

JAMIE APPLING
505 CYPRESS STATION DR. APT. 2405
HOUSTON, TX 77090

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 415157

Is the claim subject to offset? ■ No ☐ Yes

$173.70

---

**3.102 7**

**Nonpriority creditor's name and mailing address**

JANA SPOONER
3728 AUTUMN LN
BAYTOWN, TX 77521

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 465358

Is the claim subject to offset? ■ No ☐ Yes

$143.60

---

**3.102 8**

**Nonpriority creditor's name and mailing address**

JANAE ANDERSEN
5046 GALENA
CHUBBUCK, ID 83202

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 452454

Is the claim subject to offset? ■ No ☐ Yes

$35.00

---

**3.102 9**

**Nonpriority creditor's name and mailing address**

JANDI KIM
BUILDING SHIDAIMINGFENGYUAN ,
FANGXIN RE
XIANSHI BEILINGU, XIAN, 100000
CHINA

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 467127

Is the claim subject to offset? ■ No ☐ Yes

$99.00

---

**3.103 0**

**Nonpriority creditor's name and mailing address**

JANE DAVIS
1918 SPEEDWAY AVENUE
WICHITA FALLS, TX 76301

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 453719

Is the claim subject to offset? ■ No ☐ Yes

$89.30

---

**3.103 1**

**Nonpriority creditor's name and mailing address**

JANE MANGUM
817 E 750 S
SALEM, UT 84653

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 328436

Is the claim subject to offset? ■ No ☐ Yes

$49.63

---

| Debtor | Business Index Group, Inc., a California corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.103<br>2 | **Nonpriority creditor's name and mailing address**<br>JANE PETERSON<br>4700 WESTON HILLS DRIVE<br>EAGAN, MN 55123 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $70.45 |
|---|---|---|---|
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** 464063<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.103<br>3 | **Nonpriority creditor's name and mailing address**<br>JANELL BODLE<br>4866 CABERNET DR<br>BRUNSWICK, OH 44212 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $66.24 |
|---|---|---|---|
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** 450331<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.103<br>4 | **Nonpriority creditor's name and mailing address**<br>JANELLE FIELDS<br>5256 WICKLIFF STREET<br>PITTSBURGH, PA 15201 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $17.00 |
|---|---|---|---|
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** 409592<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.103<br>5 | **Nonpriority creditor's name and mailing address**<br>JANET BOTH<br>1576 OLYMPIC CIRCLE APT. 2<br>WHITEHALL, PA 18052 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $14.99 |
|---|---|---|---|
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** 345580<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.103<br>6 | **Nonpriority creditor's name and mailing address**<br>JANET BOWEN<br>6807 INDIAN RUN COURT<br>ANNANDALE, VA 22003 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $25.81 |
|---|---|---|---|
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** 220599<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.103<br>7 | **Nonpriority creditor's name and mailing address**<br>JANET HALL<br>3613 CHAPEL VALLEY RD<br>RAPID CITY, SD 57702 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $168.90 |
|---|---|---|---|
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** 431194<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.103<br>8 | **Nonpriority creditor's name and mailing address**<br>JANET HOLLAND<br>4121 S CONSTANCIA CT<br>GREEN VALLEY, AZ 85622 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $20.00 |
|---|---|---|---|
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** 195152<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | Business Index Group, Inc., a California corporation | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.103 9**

**Nonpriority creditor's name and mailing address**
JANET JANKEL
296 MURRAY AVE.
GEORGIA, VT 05468

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 433750

Is the claim subject to offset? ■ No ☐ Yes

$21.09

---

**3.104 0**

**Nonpriority creditor's name and mailing address**
JANET MASON
3130 CASA DE CAMPO
SAN MATEO, CA 94403

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 415391

Is the claim subject to offset? ■ No ☐ Yes

$44.56

---

**3.104 1**

**Nonpriority creditor's name and mailing address**
JANET MATA
P.O. BOX 55073
PHOENIX, AZ 85078

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 242026

Is the claim subject to offset? ■ No ☐ Yes

$25.53

---

**3.104 2**

**Nonpriority creditor's name and mailing address**
JANET PEIKER
1973 W FALCON DR
CHANDLER, AZ 85248

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 427677

Is the claim subject to offset? ■ No ☐ Yes

$66.15

---

**3.104 3**

**Nonpriority creditor's name and mailing address**
JANETTE FERRYALL
2623 S 80TH E AVE
TULSA, OK 74129

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 428361

Is the claim subject to offset? ■ No ☐ Yes

$21.00

---

**3.104 4**

**Nonpriority creditor's name and mailing address**
JANICE LEATHERS
5 MARAH LANE
GREER, SC 29651

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 459769

Is the claim subject to offset? ■ No ☐ Yes

$108.88

---

**3.104 5**

**Nonpriority creditor's name and mailing address**
JANINE HWANG
26072 GARDNER ST
LOMA LINDA, CA 92354

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 426026

Is the claim subject to offset? ■ No ☐ Yes

$99.78

---

| Debtor | Business Index Group, Inc., a California corporation | Case number (if known) | |
|--------|------|--------|---|
| | Name | | |

---

**3.104 6**

**Nonpriority creditor's name and mailing address**

JANINE KUPKO
105 FAWN COURT
HARRISBURG, PA 17110

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 464440

Is the claim subject to offset? ■ No ☐ Yes

$52.00

---

**3.104 7**

**Nonpriority creditor's name and mailing address**

JANIS DAY
1210 E. BLUEBIRD COURT
HERNANDO, FL 34442

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 274431

Is the claim subject to offset? ■ No ☐ Yes

$25.69

---

**3.104 8**

**Nonpriority creditor's name and mailing address**

JANIS WILLIAMSON
5410 GREENWOOD ROAD
LOUISVILLE, KY 40258

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 434576

Is the claim subject to offset? ■ No ☐ Yes

$254.92

---

**3.104 9**

**Nonpriority creditor's name and mailing address**

JANNETTE SHEPPARD
16513 FOOTHILL DR
TAMPA, FL 33624

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 452278

Is the claim subject to offset? ■ No ☐ Yes

$137.49

---

**3.105 0**

**Nonpriority creditor's name and mailing address**

JAQUETTA TERRY
6910 GREENBORO LN
FT WASHINGTON, MD 20744

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 460417

Is the claim subject to offset? ■ No ☐ Yes

$33.84

---

**3.105 1**

**Nonpriority creditor's name and mailing address**

JARED MIKELL
319 CONDUIT ROAD
COLONIAL HEIGHTS, VA 23834

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 449851

Is the claim subject to offset? ■ No ☐ Yes

$66.60

---

**3.105 2**

**Nonpriority creditor's name and mailing address**

JARED RICHARDS
319 COOPERS RIDGE DR.
KANNAPOLIS, NC 28083

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 450933

Is the claim subject to offset? ■ No ☐ Yes

$44.59

---

| Debtor | Business Index Group, Inc., a California corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.105 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $38.98 |
|---|---|---|---|

**JARROD RICH**
837 LESLIE DRIVE
WILMINGTON, OH 45177

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** 227420

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $96.90 |
|---|---|---|---|

**JASON CIATTEO**
501 WAVENY ROAD
RICHMOND, VA 23229

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** 294629

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $155.94 |
|---|---|---|---|

**JASON DORNBLASER**
20 AMADEO DR
GILBERTSVILLE, PA 19525

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** 414276

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $113.49 |
|---|---|---|---|

**JASON FRANKLIN**
458 ARROWHEAD POINT
HELOTES, TX 78023

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** 424631

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $135.52 |
|---|---|---|---|

**JASON GOODWIN**
1315 3RD ST.
NEW BRIGHTON, PA 15066

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** 468529

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $35.28 |
|---|---|---|---|

**JASON MILLER**
N9444 ANDREW DR
APPLETON, WI 54915

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** 171062

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $60.76 |
|---|---|---|---|

**JASON PHILLIPPE**
14029 SAN SEGUNDO DR
RANCHO CUCAMONGA, CA 91739

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** 454535

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Business Index Group, Inc., a California corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.106 0**

**Nonpriority creditor's name and mailing address**
JASON ROBERTS
22 ANDREWS CT
PARKTON, MD 21120

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 255620

Is the claim subject to offset? ■ No ☐ Yes

$49.06

---

**3.106 1**

**Nonpriority creditor's name and mailing address**
JASON SNEED
8719 FAITH HILLS LANE
HIXSON, TN 37343

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 174308

Is the claim subject to offset? ■ No ☐ Yes

$113.43

---

**3.106 2**

**Nonpriority creditor's name and mailing address**
JAY VINER
816 KENNEDY DRIVE
WINCHESTER, VA 22601

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 420850

Is the claim subject to offset? ■ No ☐ Yes

$160.19

---

**3.106 3**

**Nonpriority creditor's name and mailing address**
JAYNE CAMERON
53 - 251 90TH AVENUE SE
CALGARY, AB, T2J 0A4
CANADA

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 123948

Is the claim subject to offset? ■ No ☐ Yes

$40.00

---

**3.106 4**

**Nonpriority creditor's name and mailing address**
JEAN IADEROSA
414 OXFORD DRIVE
RICHMOND HILL, GA 31324

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 367210

Is the claim subject to offset? ■ No ☐ Yes

$64.71

---

**3.106 5**

**Nonpriority creditor's name and mailing address**
JEAN ROWLEY
19001 COLCHESTER LANE
HUNTINGTON BEACH, CA 92646

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 99299

Is the claim subject to offset? ■ No ☐ Yes

$30.00

---

**3.106 6**

**Nonpriority creditor's name and mailing address**
JEAN STONE
923A COUNTRY CLUB DR SE
RIO RANCHO, NM 87124

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 394471

Is the claim subject to offset? ■ No ☐ Yes

$118.95

---

Debtor    **Business Index Group, Inc., a California corporation**

Name                                                Case number (if known)

---

**3.106 7**

**Nonpriority creditor's name and mailing address**
JEANIE KO
364 PRAIRIE COURT
BREA, CA 92821

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 310722

Is the claim subject to offset? ☑ No ☐ Yes

$107.65

---

**3.106 8**

**Nonpriority creditor's name and mailing address**
JEANNE MYERS
168 GOLFVIEW DR
ADVANCE, NC 27006

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 279531

Is the claim subject to offset? ☑ No ☐ Yes

$53.54

---

**3.106 9**

**Nonpriority creditor's name and mailing address**
JEANNE ROBY
2642 BROOKDALE DRIVE
SPRINGFIELD, OH 45502

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 421933

Is the claim subject to offset? ☑ No ☐ Yes

$49.98

---

**3.107 0**

**Nonpriority creditor's name and mailing address**
JEANNIE CHUNG
12011 VEIRS MILL RD, #202
SILVER SPRING, MD 20906

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 448482

Is the claim subject to offset? ☑ No ☐ Yes

$169.25

---

**3.107 1**

**Nonpriority creditor's name and mailing address**
JEANNIE LEHMAN
126 BLACKWELL
LA PORTE, TX 77571

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 269626

Is the claim subject to offset? ☑ No ☐ Yes

$24.84

---

**3.107 2**

**Nonpriority creditor's name and mailing address**
JEFF BERGER
4639 COUNTRYCROSSING DR
SPRING, TX 77388

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 221189

Is the claim subject to offset? ☑ No ☐ Yes

$168.45

---

**3.107 3**

**Nonpriority creditor's name and mailing address**
JEFF FEDORKA
236 HILLTOP RD.
NEWPORT, NC 28570

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 401035

Is the claim subject to offset? ☑ No ☐ Yes

$20.69

---

| Debtor | Business Index Group, Inc., a California corporation | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.107<br>4 | **Nonpriority creditor's name and mailing address**<br>JEFF MAZERSKI<br>3925 HUNTER ROAD<br>ELLICOTT, MD 21043 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $189.67 |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** 83578<br><br>Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.107<br>5 | **Nonpriority creditor's name and mailing address**<br>JEFF SPIESS<br>12751 STANDBRIDGE DR<br>RIVERVIEW, FL 33579 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $40.50 |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** 233830<br><br>Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.107<br>6 | **Nonpriority creditor's name and mailing address**<br>JEFFREY BAKER<br>203 HOPE DR<br>BOILING SPRINGS, PA 17007 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $95.28 |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** 468402<br><br>Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.107<br>7 | **Nonpriority creditor's name and mailing address**<br>JEFFREY ENOS<br>7230 KELVIN AVE. #20<br>WINNETKA, CA 91306 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $86.72 |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** 467456<br><br>Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.107<br>8 | **Nonpriority creditor's name and mailing address**<br>JEFFREY HORTON<br>1488 LILY LAKE DRIVE<br>COLORADO SPRINGS, CO 80921 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $398.80 |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** 440010<br><br>Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.107<br>9 | **Nonpriority creditor's name and mailing address**<br>JEFFREY TOMPKINS<br>2023 GENTRSIDE DRIVE #110<br>HOUSTON, TX 77077 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $26.84 |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** 455749<br><br>Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.108<br>0 | **Nonpriority creditor's name and mailing address**<br>JEN DIXON<br>4112 SUNSTONE DR.<br>FORT COLLINS, CO 80525 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $110.55 |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** 464698<br><br>Is the claim subject to offset? ☐ No ☐ Yes | |

| Debtor | Business Index Group, Inc., a California corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.108**
**1**

**Nonpriority creditor's name and mailing address**
JENNA COLLINS
1607 HICKORY DRIVE
LILBURN, GA 30047

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 468351

Is the claim subject to offset? ■ No ☐ Yes

$18.17

---

**3.108**
**2**

**Nonpriority creditor's name and mailing address**
JENNA VAN DELDEN
1519 HOLLAND AVENUE
NORFOLK, VA 23509

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 468721

Is the claim subject to offset? ■ No ☐ Yes

$36.50

---

**3.108**
**3**

**Nonpriority creditor's name and mailing address**
JENNIE SLEIGHT
6113 ALKIRE COURT
ARVADA, CO 80004

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 468435

Is the claim subject to offset? ■ No ☐ Yes

$32.84

---

**3.108**
**4**

**Nonpriority creditor's name and mailing address**
JENNIE STOUVENEL
1520 MCANDREWS RD W
BURNSVILLE, MN 55337

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 453669

Is the claim subject to offset? ■ No ☐ Yes

$22.98

---

**3.108**
**5**

**Nonpriority creditor's name and mailing address**
JENNIFER BAILEY
3965 GALLIA ST.
NEW BOSTON, OH 45662

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 238815

Is the claim subject to offset? ■ No ☐ Yes

$136.37

---

**3.108**
**6**

**Nonpriority creditor's name and mailing address**
JENNIFER BEIGHT
11889 NEWTON ST.
WESTMINSTER, CO 80031

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 325551

Is the claim subject to offset? ■ No ☐ Yes

$32.84

---

**3.108**
**7**

**Nonpriority creditor's name and mailing address**
JENNIFER CAITO
304 LIVE OAK ST
NEW SMYRNA BEACH, FL 32168

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 415119

Is the claim subject to offset? ■ No ☐ Yes

$104.74

---

Debtor **Business Index Group, Inc., a California corporation**
Name

Case number *(if known)*

| 3.108 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $34.25 |

**Nonpriority creditor's name and mailing address**
JENNIFER CROCKETT
115 GRACE MANOR DRIVE
HAVRE DE GRACE, MD 21078

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

3.108 8

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 438957

Is the claim subject to offset? ■ No ☐ Yes

$34.25

---

3.108 9
**Nonpriority creditor's name and mailing address**
JENNIFER D'ORAZIO
1947 S 169TH AVE
GOODYEAR, AZ 85338

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 466262

Is the claim subject to offset? ■ No ☐ Yes

$105.92

---

3.109 0
**Nonpriority creditor's name and mailing address**
JENNIFER DAY
655 W. DELAYNE CIRCLE
LAYTON, UT 84041

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 288703

Is the claim subject to offset? ■ No ☐ Yes

$153.19

---

3.109 1
**Nonpriority creditor's name and mailing address**
JENNIFER DMYTRIW
411 WALNUT ST #12706
GREEN COVE SPRINGS, FL 32043

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 466618

Is the claim subject to offset? ■ No ☐ Yes

$48.87

---

3.109 2
**Nonpriority creditor's name and mailing address**
JENNIFER EAVENSON
916 BOBBY JONES DR
EASTOVER, NC 28312

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 457243

Is the claim subject to offset? ■ No ☐ Yes

$21.75

---

3.109 3
**Nonpriority creditor's name and mailing address**
JENNIFER GRUNKLEE
2601 BELFORD, APT# 57
GRAND JUNCTION, CO 81501

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 252060

Is the claim subject to offset? ■ No ☐ Yes

$108.86

---

3.109 4
**Nonpriority creditor's name and mailing address**
JENNIFER GUIRGUESS
12 REBEL RUN DR
EAST BRUNSWICK, NJ 08816

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 424031

Is the claim subject to offset? ■ No ☐ Yes

$34.51

| Debtor | Business Index Group, Inc., a California corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.109 5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $17.92 |
|---|---|---|
| JENNIFER HASKETT<br>9625 YOLANDA AVE<br>NORTHRIDGE, CA 91324 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** 468058 | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.109 6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $22.87 |
|---|---|---|
| JENNIFER JUN<br>2016 GLENRIDGE CT<br>PLAINFIELD, IL 60586 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** 465154 | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.109 7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $143.71 |
|---|---|---|
| JENNIFER KILLIAN<br>723 RUTLEDGE STREET<br>SPARTANBURG, SC 29302 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** 315987 | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.109 8**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $73.44 |
|---|---|---|
| JENNIFER KOPCIK<br>1901 MOGER DRIVE<br>HAMPTON, VA 23663 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** 318881 | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.109 9**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|
| JENNIFER LANHAM<br>1271 JUNIPER DRIVE #5<br>GILROY, CA 95020 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** 459041 | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.110 0**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $122.24 |
|---|---|---|
| JENNIFER LEE<br>10850 E RENATA CIRCLE<br>MESA, AZ 85212 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** 466563 | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.110 1**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $22.08 |
|---|---|---|
| JENNIFER LEONARDO<br>635 N CHIPPEWA AVE APT 117<br>ANAHEIM, CA 92801 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** 435739 | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | Business Index Group, Inc., a California corporation | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.110 2**

**Nonpriority creditor's name and mailing address**

JENNIFER MATTHEWS
739 E 875 N
OREM, UT 84097

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 465327

Is the claim subject to offset? ■ No ☐ Yes

$58.86

---

**3.110 3**

**Nonpriority creditor's name and mailing address**

JENNIFER MILVAIN
2401 HIDDEN TRAIL CT
MATTHEWS, NC 28105

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 406465

Is the claim subject to offset? ■ No ☐ Yes

$95.88

---

**3.110 4**

**Nonpriority creditor's name and mailing address**

JENNIFER MORRIS
444 E. ROSEWOOD ST.
REPUBLIC, MO 65738

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 451785

Is the claim subject to offset? ■ No ☐ Yes

$78.17

---

**3.110 5**

**Nonpriority creditor's name and mailing address**

JENNIFER MULKEY
3309 PIKE AVENUE
BIRMINGHAM, AL 35224

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 422152

Is the claim subject to offset? ■ No ☐ Yes

$93.85

---

**3.110 6**

**Nonpriority creditor's name and mailing address**

JENNIFER MYERS
3760 G TURNOCK GLEN
COLUMBUS, OH 43230

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 462418

Is the claim subject to offset? ■ No ☐ Yes

$41.98

---

**3.110 7**

**Nonpriority creditor's name and mailing address**

JENNIFER NESS
3405 CLAREMONT AVE
EVANS, CO 80620

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 253102

Is the claim subject to offset? ■ No ☐ Yes

$216.62

---

**3.110 8**

**Nonpriority creditor's name and mailing address**

JENNIFER NIKOLAISEN
13446 PINWHEEL CT
DALE CITY, VA 22193

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 414845

Is the claim subject to offset? ■ No ☐ Yes

$32.72

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Debtor | Business Index Group, Inc., a California corporation | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.110 9**

**Nonpriority creditor's name and mailing address**

JENNIFER PAGE
11865 SOUTH MAPLERIDGE RD
SANDY, UT 84094

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 458387

Is the claim subject to offset? ■ No ☐ Yes

$27.19

---

**3.111 0**

**Nonpriority creditor's name and mailing address**

JENNIFER PALMQUIST
PO BOX 2357
SANTA BARBARA, CA 93120

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 465802

Is the claim subject to offset? ■ No ☐ Yes

$93.71

---

**3.111 1**

**Nonpriority creditor's name and mailing address**

JENNIFER PLUFF
13003 JAYTON WOOD WAY.
WILLIS, TX 77318

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 358244

Is the claim subject to offset? ■ No ☐ Yes

$22.74

---

**3.111 2**

**Nonpriority creditor's name and mailing address**

JENNIFER PRESCOTT
8485 E. PIERCE ST.
SCOTTSDALE, AZ 85257

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 164278

Is the claim subject to offset? ■ No ☐ Yes

$30.00

---

**3.111 3**

**Nonpriority creditor's name and mailing address**

JENNIFER ROBINSON
3136 NANSEMOND LOOP
VIRGINIA BEACH, VA 23456

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 144214

Is the claim subject to offset? ■ No ☐ Yes

$58.21

---

**3.111 4**

**Nonpriority creditor's name and mailing address**

JENNIFER SIEBER
51 YARMOUTH LANE
DOWNINGTOWN, PA 19335

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 94123

Is the claim subject to offset? ■ No ☐ Yes

$20.36

---

**3.111 5**

**Nonpriority creditor's name and mailing address**

JENNIFER SMITH
1916 SHEP WILLIS RD
MOREHEAD CITY, NC 28557

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 360988

Is the claim subject to offset? ■ No ☐ Yes

$44.87

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

Debtor  Business Index Group, Inc., a California corporation
      Name

Case number (if known) _____

---

**3.111 6**

**Nonpriority creditor's name and mailing address**
JENNIFER SPENCE
131 GRAY DR.
PRATTVILLE, AL 36067

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 192593

Is the claim subject to offset? ■ No ☐ Yes

$45.67

---

**3.111 7**

**Nonpriority creditor's name and mailing address**
JENNIFER STEPHENS
3338 BUCKHORN RD
KNOX, PA 16232

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 411465

Is the claim subject to offset? ■ No ☐ Yes

$28.49

---

**3.111 8**

**Nonpriority creditor's name and mailing address**
JENNIFER SYX
3903 SILVER MAPLE DRIVE
NORTHPORT, AL 35473

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 432624

Is the claim subject to offset? ■ No ☐ Yes

$58.16

---

**3.111 9**

**Nonpriority creditor's name and mailing address**
JENNIFER TAM
1747 MINAS DE ORO
SAN JOSE, CA 95116

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 331945

Is the claim subject to offset? ■ No ☐ Yes

$20.00

---

**3.112 0**

**Nonpriority creditor's name and mailing address**
JENNIFER WELCH
370 BUCKNER BRANCH RD
MARS HILL, NC 28754

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 270655

Is the claim subject to offset? ■ No ☐ Yes

$32.55

---

**3.112 1**

**Nonpriority creditor's name and mailing address**
JENNIFER WILLIAMS
710 LAKESIDE DRIVE
WINTER SPRINGS, FL 32708

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 455075

Is the claim subject to offset? ■ No ☐ Yes

$25.42

---

**3.112 2**

**Nonpriority creditor's name and mailing address**
JENNIFFER HAHN
3550 NEW YORK AVE
SEBRING, FL 33870

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 351132

Is the claim subject to offset? ■ No ☐ Yes

$30.00

---

| Debtor | Business Index Group, Inc., a California corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.112 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $191.05 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
JEONG SEON PARK
CALLE ARCIPRESTE DE HITA 7, 2A
MADRID, SPAIN, 28008
SPAIN

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 460479

Is the claim subject to offset? ■ No ☐ Yes

$191.05

---

| 3.112 4 |
|---|

**Nonpriority creditor's name and mailing address**
JERE SPONAGLE
4706 WEST MENADOTA DRIVE
GLENDALE, AZ 85308

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 90832

Is the claim subject to offset? ■ No ☐ Yes

$65.60

---

| 3.112 5 |
|---|

**Nonpriority creditor's name and mailing address**
JEREMY DILLINGER
220 NORWOOD ST
LYNCHBURG, VA 24504

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 435469

Is the claim subject to offset? ■ No ☐ Yes

$92.92

---

| 3.112 6 |
|---|

**Nonpriority creditor's name and mailing address**
JERISE MARES
84 BOG RD
CONCORD, NH 03303

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 198480

Is the claim subject to offset? ■ No ☐ Yes

$277.36

---

| 3.112 7 |
|---|

**Nonpriority creditor's name and mailing address**
JEROME COPPENS
301 - 2070 CORNWALL AVE
VANCOUVER, BC, V6J 1E1
CANADA

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 455270

Is the claim subject to offset? ■ No ☐ Yes

$30.00

---

| 3.112 8 |
|---|

**Nonpriority creditor's name and mailing address**
JERRI HANSEN
16681 STATE ORCHARD ROAD
COUNCIL BLUFFS, IA 51503

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 455752

Is the claim subject to offset? ■ No ☐ Yes

$39.18

---

| 3.112 9 |
|---|

**Nonpriority creditor's name and mailing address**
JERRY OLTHOFF
5677 E SINGLETREE
APACHE JUNCTION, AZ 85219

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 355489

Is the claim subject to offset? ■ No ☐ Yes

$22.97

---

| Debtor | Business Index Group, Inc., a California corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.113 0**

**Nonpriority creditor's name and mailing address**
JESSE HICKS
4841 WOODLAND AVE
ROYAL OAK, MI 48073

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 454976

Is the claim subject to offset? ■ No ☐ Yes

$94.59

---

**3.113 1**

**Nonpriority creditor's name and mailing address**
JESSE ROBERTSON
820 HAMILTON DR
DULUTH, MN 55811

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 419006

Is the claim subject to offset? ■ No ☐ Yes

$61.36

---

**3.113 2**

**Nonpriority creditor's name and mailing address**
JESSICA BUCKNER
7112 CROSSWINDS TRAIL NW
ALBUQUERQUE, NM 87114

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 302519

Is the claim subject to offset? ■ No ☐ Yes

$31.22

---

**3.113 3**

**Nonpriority creditor's name and mailing address**
JESSICA BURGER
1003 TULIP DRIVE
HARRISON CITY, PA 15636

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 465567

Is the claim subject to offset? ■ No ☐ Yes

$73.83

---

**3.113 4**

**Nonpriority creditor's name and mailing address**
JESSICA CARTWRIGHT
6870 S 225 W
ASHLEY, IN 46705

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 439834

Is the claim subject to offset? ■ No ☐ Yes

$66.01

---

**3.113 5**

**Nonpriority creditor's name and mailing address**
JESSICA EDWARDS
3170 ALEXANDRIA DRIVE
GROVETOWN, GA 30813

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 302064

Is the claim subject to offset? ■ No ☐ Yes

$55.82

---

**3.113 6**

**Nonpriority creditor's name and mailing address**
JESSICA HAIGHT
1658 R W BERENDS DR SW APARTMENT 1
WYOMING, MI 49519

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 195665

Is the claim subject to offset? ■ No ☐ Yes

$87.12

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | Business Index Group, Inc., a California corporation | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.113 7**

**Nonpriority creditor's name and mailing address**

JESSICA HELEAN
14808 42ND AVE E
TACOMA, WA 98446

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 457933

Is the claim subject to offset? ■ No ☐ Yes

$130.94

---

**3.113 8**

**Nonpriority creditor's name and mailing address**

JESSICA HERISSE
225 BRAYTON ROAD LOT 204
TIVERTON, RI 02878

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 218722

Is the claim subject to offset? ■ No ☐ Yes

$52.10

---

**3.113 9**

**Nonpriority creditor's name and mailing address**

JESSICA LILICH
10101 KIRK DR.
YUKON, OK 73099

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 455868

Is the claim subject to offset? ■ No ☐ Yes

$77.06

---

**3.114 0**

**Nonpriority creditor's name and mailing address**

JESSICA LODOVICI
1175 MOUNTAIN SHADOW W
FAYETTEVILLE, PA 17222

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 468328

Is the claim subject to offset? ■ No ☐ Yes

$10.00

---

**3.114 1**

**Nonpriority creditor's name and mailing address**

JESSICA SIMPSON
2912 TWIN CREEKS LANE
ROCKLIN, CA 95677

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 463052

Is the claim subject to offset? ■ No ☐ Yes

$72.11

---

**3.114 2**

**Nonpriority creditor's name and mailing address**

JESSICA SPRAGUE
35 RUTHELLEN ROAD
HUDSON, MA 01749

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 152147

Is the claim subject to offset? ■ No ☐ Yes

$100.40

---

**3.114 3**

**Nonpriority creditor's name and mailing address**

JESSICA TAMM
3759 COVERT
WATERFORD TOWNSHIP, MI 48328

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 242004

Is the claim subject to offset? ■ No ☐ Yes

$29.53

---

Debtor      Business Index Group, Inc., a California corporation
            Name

Case number (if known) _____

| 3.114 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $125.77 |

**Nonpriority creditor's name and mailing address**
JESSICA VANMERSBERGEN
11816 WOODLAND WAY
FRISCO, TX 75035

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$125.77

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** 437387

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.114 5 |

**Nonpriority creditor's name and mailing address**
JESSICA WALKER
302 8TH AVE E
HENDERSONVLLE, NC 28792

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$47.09

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** 445777

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.114 6 |

**Nonpriority creditor's name and mailing address**
JESSICA WASHINGTON
5413 OHIO STREET
SOUTH CHARLESTON, WV 25309

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$20.59

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** 453145

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.114 7 |

**Nonpriority creditor's name and mailing address**
JI AH CHOI
SADANG-DONG
DONGJAK-GU, SEOUL
SOUTH KOREA

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$34.00

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** 467738

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.114 8 |

**Nonpriority creditor's name and mailing address**
JI HYEON KIM
MOK 1-DONG, YANGCHEON-GU
SEOUL, 158051
SOUTH KOREA

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$34.00

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** 445218

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.114 9 |

**Nonpriority creditor's name and mailing address**
JI YOUNG JUNG
LICHENGQU KANGHADONGYUAN 1-2-2001
JINAN, SHANGDONG
CHINA

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$22.00

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** 466234

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.115 0 |

**Nonpriority creditor's name and mailing address**
JIAN LI
2440 BROADWAY #123
NEW YORK, NY 10024

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$34.29

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** 428638

Is the claim subject to offset? ☒ No ☐ Yes

---

Debtor **Business Index Group, Inc., a California corporation**
          Name

Case number (*if known*) _____

| | | |
|---|---|---|
| 3.115 1 | **Nonpriority creditor's name and mailing address** | $56.00 |

JIE SUN LEE
MINGHANGQU HONGXULU
SHANGHAI, CHINA, 201103
CHINA

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** 443283

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.115 2 | **Nonpriority creditor's name and mailing address** | $273.00 |

JIEUN LEE
121-701 DONGA APT BONGCHUN-5
KWANAK-GU
SEOUL, 151770
SOUTH KOREA

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** 422623

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.115 3 | **Nonpriority creditor's name and mailing address** | $23.00 |

JIHAE LEE
WEISITINGGONGGUAN 6HAOLOU 1103
LINFEN, YAODUQU
CHINA

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** 466216

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.115 4 | **Nonpriority creditor's name and mailing address** | $235.00 |

JIHYE JANG
6-1-501 NIT TEACHER'S APT.283 TIANXIANG
NANCHANG, NANCHANG, JIANGXI, 330099
CHINA

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** 457852

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.115 5 | **Nonpriority creditor's name and mailing address** | $17.33 |

JILL COX
3731 W PERIWINKLE DR
SOUTH JORDAN, UT 84095

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** 60330

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.115 6 | **Nonpriority creditor's name and mailing address** | $42.34 |

JILL DANNELS
6619 CHELDON COURT
JOHNSTON, IA 50131

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** 454647

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.115 7 | **Nonpriority creditor's name and mailing address** | $64.48 |

JILL PEACOCK
13930 W BANFF LN
SURPRISE, AZ 85379

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** 461533

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    Business Index Group, Inc., a California corporation      Case number (if known) _____
_____
Name

| | |
|---|---|
| **3.115 8** | |

**Nonpriority creditor's name and mailing address**
JILL SIMMONS
1701 ROBERVAL COURT
VIRGINIA BCH, VA 23454

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  430472

**Is the claim subject to offset?** ■ No ☐ Yes

$352.62

---

| | |
|---|---|
| **3.115 9** | |

**Nonpriority creditor's name and mailing address**
JILL SPENDJIAN
3750 MAIN ST UNIT #207
PHILADELPHIA, PA 19127

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  466958

**Is the claim subject to offset?** ■ No ☐ Yes

$82.00

---

| | |
|---|---|
| **3.116 0** | |

**Nonpriority creditor's name and mailing address**
JIM BAUKNECHT
2030 INDIAN CREEK TRAIL
HAMILTON, OH 45013

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  244885

**Is the claim subject to offset?** ■ No ☐ Yes

$30.80

---

| | |
|---|---|
| **3.116 1** | |

**Nonpriority creditor's name and mailing address**
JIM HOLDING
2609 GREYWALL AVE
OCOEE, FL 34761

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  459100

**Is the claim subject to offset?** ■ No ☐ Yes

$30.00

---

| | |
|---|---|
| **3.116 2** | |

**Nonpriority creditor's name and mailing address**
JIMMY BOSTOCK
3027 GREY FOX DR
HEPHZIBAH, GA 30815

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  459438

**Is the claim subject to offset?** ■ No ☐ Yes

$178.69

---

| | |
|---|---|
| **3.116 3** | |

**Nonpriority creditor's name and mailing address**
JIN SOO PARK
1004HO 314DONG, 144, GILJUNAM-RO
BUPYEONG-GU, INCHEON
SOUTH KOREA

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  463931

**Is the claim subject to offset?** ■ No ☐ Yes

$33.00

---

| | |
|---|---|
| **3.116 4** | |

**Nonpriority creditor's name and mailing address**
JINHEE LEE
TAEJU
TAEJU, 100000
CHINA

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  444384

**Is the claim subject to offset?** ■ No ☐ Yes

$98.00

---

| Debtor | Business Index Group, Inc., a California corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.116 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $228.10 |
|---|---|---|---|
| | JINJIN YAO<br>2000 COMMINWEALTH AVE<br>BRIGHTON, MA 02135 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** 465110 | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.116 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $251.00 |
|---|---|---|---|
| | JINWOO SUNG<br>JINAN WANGDA<br>JINAN, SHANGDONG, 10000<br>CHINA | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** 453997 | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.116 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $21.00 |
|---|---|---|---|
| | JINWOO YANG<br>CALLE ERASMO DE ROTTERDAM, 5, D408<br>MADRID, SPAIN, 28049<br>SPAIN | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** 465838 | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.116 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $304.00 |
|---|---|---|---|
| | JISEON LIM<br>115-202, SEONGWON<br>YONGIN, GYEONGGI-DO, 446913<br>SOUTH KOREA | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** 197575 | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.116 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $27.00 |
|---|---|---|---|
| | JISOO PARK<br>4JIE 3ZUO 1802 XINTANG ZHEN,<br>FENGHUANGCH<br>GUANGZHOU SHI, GUANGDONG SHENG<br>CHINA | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** 469098 | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.117 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $69.00 |
|---|---|---|---|
| | JIYOUNG MOON<br>#302 6TH BUILIDNG DIANHUAXIAOQU,<br>JINQIAO<br>WENZHOU CITY, LUCHENG DISTRICT,<br>WENZHOU,<br>CHINA | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** 457987 | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | Business Index Group, Inc., a California corporation | Case number (if known) |
|---|---|---|
| | Name | |

**3.117 1**

**Nonpriority creditor's name and mailing address**
JNAI DICKERSON
3409 N RYBOLT AVE APT C
INDIANAPOLIS, IN 46222

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 464395

Is the claim subject to offset? ■ No ☐ Yes

$20.00

---

**3.117 2**

**Nonpriority creditor's name and mailing address**
JOAN KELLY
217 PRINCESS AVENUE
LANCASTER, PA 17601

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 389989

Is the claim subject to offset? ■ No ☐ Yes

$7.00

---

**3.117 3**

**Nonpriority creditor's name and mailing address**
JOAN MAGILL
145 SHADYSIDE DRIVE
NEW CONCORD, OH 43762

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 274629

Is the claim subject to offset? ■ No ☐ Yes

$21.00

---

**3.117 4**

**Nonpriority creditor's name and mailing address**
JOAN MORGAN
6046 41ST AVE. SW
SEATTLE, WA 98136

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 465511

Is the claim subject to offset? ■ No ☐ Yes

$72.73

---

**3.117 5**

**Nonpriority creditor's name and mailing address**
JOANN BIRSA
6305 W. 5TH PLACE
LAKEWOOD, CO 80226

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 292738

Is the claim subject to offset? ■ No ☐ Yes

$63.49

---

**3.117 6**

**Nonpriority creditor's name and mailing address**
JOANN SCHNEIDER
83-77 WOODHAVEN BLVD., #4D
WOODHAVEN, NY 11421

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 319877

Is the claim subject to offset? ■ No ☐ Yes

$22.22

---

**3.117 7**

**Nonpriority creditor's name and mailing address**
JOANNA COUTU
3900 N EVERLASTING DRIVE
BEVERLY HILLS, FL 34465

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 268543

Is the claim subject to offset? ■ No ☐ Yes

$26.44

---

| Debtor | Business Index Group, Inc., a California corporation | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.117 8**

**Nonpriority creditor's name and mailing address**
JOANNA WAPIENNIK
1815 HIDDEN VALLEY DR
MILFORD TWP, MI 48380

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 457429

Is the claim subject to offset? ■ No ☐ Yes

$31.60

---

**3.117 9**

**Nonpriority creditor's name and mailing address**
JOANNE BURCH
2439 E. BLACKLIDGE DR.
TUCSON, AZ 85719

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 430703

Is the claim subject to offset? ■ No ☐ Yes

$59.60

---

**3.118 0**

**Nonpriority creditor's name and mailing address**
JOANNE FURE
1323 LANDMARK TRAIL SOUTH
HOPKINS, MN 55343

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 173166

Is the claim subject to offset? ■ No ☐ Yes

$15.01

---

**3.118 1**

**Nonpriority creditor's name and mailing address**
JODI ARCEGA
2135 PARKVIEW PLACE
INGLESIDE, TX 78362

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 434425

Is the claim subject to offset? ■ No ☐ Yes

$21.91

---

**3.118 2**

**Nonpriority creditor's name and mailing address**
JODI HENDRY
612 INGLEWOOD DR
FLOWER MOUND, TX 75028

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 390352

Is the claim subject to offset? ■ No ☐ Yes

$83.47

---

**3.118 3**

**Nonpriority creditor's name and mailing address**
JODI SENG
422 REAR SHADY AVENUE
CHARLEROI, PA 15022

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 107670

Is the claim subject to offset? ■ No ☐ Yes

$17.00

---

**3.118 4**

**Nonpriority creditor's name and mailing address**
JODI YARUSINSKY
305 LYNDALE DR.
HARTSVILLE, SC 29550

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 201131

Is the claim subject to offset? ■ No ☐ Yes

$67.10

---

| Debtor | Business Index Group, Inc., a California corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.118 5**

**Nonpriority creditor's name and mailing address**
JODY LANGTON
3810 ESTATES PATH
CUMMING, GA 30040

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 468783

Is the claim subject to offset? ■ No ☐ Yes

$39.38

---

**3.118 6**

**Nonpriority creditor's name and mailing address**
JODY WRIGHT
1033 BEECHWOOD ST NE
GRAND RAPIDS, MI 49505

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 446422

Is the claim subject to offset? ■ No ☐ Yes

$24.90

---

**3.118 7**

**Nonpriority creditor's name and mailing address**
JOE BAKER
212 MOLTON CIRCLE
GRAY, TN 37615

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 386184

Is the claim subject to offset? ■ No ☐ Yes

$58.21

---

**3.118 8**

**Nonpriority creditor's name and mailing address**
JOE CHEUNG
1080 EDDY STREET, APT 602
SAN FRANCISCO, CA 94109

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 424888

Is the claim subject to offset? ■ No ☐ Yes

$93.05

---

**3.118 9**

**Nonpriority creditor's name and mailing address**
JOE GENGSHENG
58 SHINGSHI ROAD
HUIAN, JIANGSUSHENG
CHINA

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 461777

Is the claim subject to offset? ■ No ☐ Yes

$150.00

---

**3.119 0**

**Nonpriority creditor's name and mailing address**
JOE JIMENEZ
14138 DAYLIGHT RIDGE
SAN ANTONIO, TX 78230

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 431130

Is the claim subject to offset? ■ No ☐ Yes

$57.74

---

**3.119 1**

**Nonpriority creditor's name and mailing address**
JOE TOMASKEVITCH
11559 WILDFLOWER
MOORPARK, CA 93021

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 410002

Is the claim subject to offset? ■ No ☐ Yes

$29.50

---

| Debtor | Business Index Group, Inc., a California corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.119 2**
**Nonpriority creditor's name and mailing address**
JOE TURNER
455 WEEPING CEDAR TR
CHESAPEAKE, VA 23323

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 88065

Is the claim subject to offset? ■ No ☐ Yes

$275.33

---

**3.119 3**
**Nonpriority creditor's name and mailing address**
JOELLE SHEIBAN
16394 PEPPERWOOD CT
STRONGSVILLE, OH 44136

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 463459

Is the claim subject to offset? ■ No ☐ Yes

$180.71

---

**3.119 4**
**Nonpriority creditor's name and mailing address**
JOETTA CORNWELL
4365 REMOUNT RD.
FRONT ROYAL, VA 22630

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 268212

Is the claim subject to offset? ■ No ☐ Yes

$39.54

---

**3.119 5**
**Nonpriority creditor's name and mailing address**
JOEY ARLETTE
3865 SAWTELLE BLVD
LOS ANGELES, CA 90066

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 412502

Is the claim subject to offset? ■ No ☐ Yes

$25.00

---

**3.119 6**
**Nonpriority creditor's name and mailing address**
JOEY TROWBRIDGE
2976 ROYAL TUSCAN LANE
VALRICO, FL 33594

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 451281

Is the claim subject to offset? ■ No ☐ Yes

$38.90

---

**3.119 7**
**Nonpriority creditor's name and mailing address**
JOHN BULANCHUK
PO BOX 292
NORTHPORT, NY 11768

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 453261

Is the claim subject to offset? ■ No ☐ Yes

$105.00

---

**3.119 8**
**Nonpriority creditor's name and mailing address**
JOHN BUSHMAN
716-4 PARK POINT DRIVE
ROCHESTER, NY 14623

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 464925

Is the claim subject to offset? ■ No ☐ Yes

$139.72

---

| Debtor | Business Index Group, Inc., a California corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.119 9**

**Nonpriority creditor's name and mailing address**
JOHN CLARK
1042 CYPRESS LANE
COCOA, FL 32922

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 436957

Is the claim subject to offset? ■ No ☐ Yes

$308.17

---

**3.120 0**

**Nonpriority creditor's name and mailing address**
JOHN COLE
3925 RAINBOW DRIVE
VIRGINIA BEACH, VA 23456

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 442148

Is the claim subject to offset? ■ No ☐ Yes

$212.64

---

**3.120 1**

**Nonpriority creditor's name and mailing address**
JOHN COLLINS
1400 COLD STREAM CT, APT 106
ASHEVILLE, NC 28803

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 441040

Is the claim subject to offset? ■ No ☐ Yes

$143.54

---

**3.120 2**

**Nonpriority creditor's name and mailing address**
JOHN LAAMAN
420 N DEAN RD APT 6F
AUBURN, AL 36830

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 451996

Is the claim subject to offset? ■ No ☐ Yes

$194.37

---

**3.120 3**

**Nonpriority creditor's name and mailing address**
JOHN LUCIER
2190 MEMORIAL DR APT N-204
CLARKSVILLE, TN 37043

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 453442

Is the claim subject to offset? ■ No ☐ Yes

$14.51

---

**3.120 4**

**Nonpriority creditor's name and mailing address**
JOHN MATTRE
102 ARLINGTON ST
JOHNSTOWN, PA 15905

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 415124

Is the claim subject to offset? ■ No ☐ Yes

$94.00

---

**3.120 5**

**Nonpriority creditor's name and mailing address**
JOHN METEVIA
2611 ROUNDTREE CIRCLE
MIDLAND, MI 48642

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 450295

Is the claim subject to offset? ■ No ☐ Yes

$52.73

---

| Debtor | Business Index Group, Inc., a California corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.120 6 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

JOHN NISH
3039 TRURO RD
TRURO, IA 50257

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 72897

Is the claim subject to offset? ■ No ☐ Yes

$35.33

---

| 3.120 7 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

JOHN PASSOLT
4124 BELMAR AVE.
TOLEDO, OH 43612

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 204761

Is the claim subject to offset? ■ No ☐ Yes

$66.00

---

| 3.120 8 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

JOHN POTEREK
6321 W DEMPSTER ST #103
MORTON GROVE, IL 60053

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 432841

Is the claim subject to offset? ■ No ☐ Yes

$33.63

---

| 3.120 9 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

JOHN REICH
10 HOCH RD
OLEY, PA 19547

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 452034

Is the claim subject to offset? ■ No ☐ Yes

$26.25

---

| 3.121 0 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

JOHN SHADLE
13 S HILLSIDE TER
MADISON, WI 53705

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 456126

Is the claim subject to offset? ■ No ☐ Yes

$47.54

---

| 3.121 1 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

JOHN SIERK
3705 SUNNYWOOD COURT
ANTIOCH, TN 37013

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 448213

Is the claim subject to offset? ■ No ☐ Yes

$36.77

---

| 3.121 2 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

JOHN SIX
3675 OLD HWY 48
CLARKSVILLE, TN 37040

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 158195

Is the claim subject to offset? ■ No ☐ Yes

$302.41

---

| Debtor | Business Index Group, Inc., a California corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.121 3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $115.51 |
|---|---|---|
| JOHN STILLWELL<br>208 JEOPARDY LN<br>CONWAY, SC 29526 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** 125195 | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.121 4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $30.89 |
|---|---|---|
| JOHN TESNOHLIDEK<br>190 E. FRONT STREET, APT 537<br>BOISE, ID 83702 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** 363028 | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.121 5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $169.90 |
|---|---|---|
| JOHN VIGGIANO<br>234 EADIE WAY<br>SPRING CITY, PA 19475 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** 66012 | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.121 6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $20.00 |
|---|---|---|
| JOHNNY BISHOP<br>609 VERN BUTLER<br>EL PASO, TX 79932 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** 424687 | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.121 7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $54.13 |
|---|---|---|
| JOLENE ERLACHER<br>190 WHEELING DRIVE<br>PINEHURST, NC 28374 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** 403741 | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.121 8**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $20.00 |
|---|---|---|
| JOLENE NEMEC<br>1030 RIDGESIDE DRIVE<br>BRANDON, MS 39042 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** 448971 | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.121 9**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $95.58 |
|---|---|---|
| JOLLENE JOYCE<br>809 NORTH 5TH AVENUE  APT #227<br>PHOENIX, AZ 85003 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** 250835 | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | Business Index Group, Inc., a California corporation | Case number (if known) | |
|--------|------|------|---|
| | Name | | |

**3.122.7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $122.11 |
|---|---|---|
| JONATHAN SCHWARTZ<br>123 MASON AVE<br>GREECE, NY 14626 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** _462191_<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

**3.122.8**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $228.02 |
|---|---|---|
| JONATHAN STERLACE<br>167 DECATUR STREET<br>CORNING, NY 14830 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** _446842_<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

**3.122.9**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $37.00 |
|---|---|---|
| JONGHEON JEONG<br>UNNAM JUGONG 5 DANJI APT 505- 1701.,<br>70,<br>OSAN-SI, GYEONGGI-DO<br>SOUTH KOREA | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** _464652_<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

**3.123.0**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $33.37 |
|---|---|---|
| JONI SPRUNG<br>1225 FAIRVIEW DR<br>ELLISVILLE, MO 63011 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** _468158_<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

**3.123.1**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $35.00 |
|---|---|---|
| JOO  YOUNG OH<br>GONGYEYUANQU SONGJIANGLU 266<br>TIANDIYUAN<br>SUZHOU, JIANGSU<br>CHINA | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** _463852_<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

**3.123.2**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $102.00 |
|---|---|---|
| JOOYOUNG BAIK<br>#3-1203 SAMSUNG APT DOGOK1DONG<br>KANGNAMGU<br>SEOUL, 135504<br>SOUTH KOREA | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** _445008_<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | Business Index Group, Inc., a California corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.123 3**

**Nonpriority creditor's name and mailing address**

Jorgenson Company
2467 Foundry Park Drive
Fresno, CA 93706

**Date(s) debt was incurred** _

**Last 4 digits of account number**  1823

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$105.60

---

**3.123 4**

**Nonpriority creditor's name and mailing address**

JOSE DE LA ROSA
5815 BELLAMAH AVE NE
ALBUQUERQUE, NM 87110

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  467923

Is the claim subject to offset? ■ No ☐ Yes

$402.66

---

**3.123 5**

**Nonpriority creditor's name and mailing address**

JOSEPH BOLTON
111 HOLLY HILL DR
OAKDALE, PA 15071

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  453575

Is the claim subject to offset? ■ No ☐ Yes

$76.70

---

**3.123 6**

**Nonpriority creditor's name and mailing address**

JOSEPH CURIE
3808 N ROTH RD
HOBBS, NM 88240

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  431980

Is the claim subject to offset? ■ No ☐ Yes

$35.04

---

**3.123 7**

**Nonpriority creditor's name and mailing address**

JOSEPH DAVIDSON
7095 MIDDLETOWN RD
CANFIELD, OH 44406

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  462208

Is the claim subject to offset? ■ No ☐ Yes

$296.93

---

**3.123 8**

**Nonpriority creditor's name and mailing address**

JOSEPH DECKER
107 RIDGEVIEW LANE
OLYPHANT, PA 18447

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  348757

Is the claim subject to offset? ■ No ☐ Yes

$30.00

---

**3.123 9**

**Nonpriority creditor's name and mailing address**

JOSEPH HORSLEY
59 ISON ROAD
FRANKLN FRNCE, OH 45629

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  292946

Is the claim subject to offset? ■ No ☐ Yes

$27.99

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

| Debtor | Business Index Group, Inc., a California corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.124 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $70.53 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
JOSEPH PAIS
450 S ACACIA APT 2064
MESA, AZ 85204

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 289581

Is the claim subject to offset? ☐ No ☐ Yes

$70.53

---

**3.124 1**

**Nonpriority creditor's name and mailing address**
JOSEPH PEZZUTO
800 PRESERVE AVE. E. 8308
PORT ROYAL, SC 29935

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 468279

Is the claim subject to offset? ■ No ☐ Yes

$19.71

---

**3.124 2**

**Nonpriority creditor's name and mailing address**
Joseph Scalia
Law Offices of Joseph W. Scalia, APC
3017 Douglas Blvd., Suite 300 PMB 30095
Roseville, CA 95661

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$25,807.50

---

**3.124 3**

**Nonpriority creditor's name and mailing address**
JOSH FRANKLIN
6162 MAPLE AVE APT. 2127
DALLAS, TX 75235

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 405968

Is the claim subject to offset? ■ No ☐ Yes

$40.68

---

**3.124 4**

**Nonpriority creditor's name and mailing address**
JOSHUA CARLSON
450 W DUBOIS AVE
DU BOIS, PA 15801

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 313105

Is the claim subject to offset? ■ No ☐ Yes

$7.40

---

**3.124 5**

**Nonpriority creditor's name and mailing address**
JOSHUA CRABTREE
1009 SUNRISE LN
MISSION, TX 78574

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 422044

Is the claim subject to offset? ■ No ☐ Yes

$184.60

---

**3.124 6**

**Nonpriority creditor's name and mailing address**
JOSHUA DOOLEY
7948 MEADOW SPRING LN
FT WORTH, TX 76120

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 393349

Is the claim subject to offset? ■ No ☐ Yes

$62.80

---

| Debtor | Business Index Group, Inc., a California corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.124 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $43.89 |
|---|---|---|---|

JOSHUA LEE
308 5TH ST.
EAST GRAND FORKS, MN 56721

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** 327929

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $21.91 |
|---|---|---|---|

JOSHUA WICKES
3002 HIGHWAY 380
GREENVILLE, TX 75401

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** 468293

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $56.40 |
|---|---|---|---|

JOSIE WARNEKE
5831 CHARTER OAKS DR
CASTRO VALLEY, CA 94552

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** 433487

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $14.18 |
|---|---|---|---|

JOY COLBURN
1452 SOUTH LOCUST STREET
DENVER, CO 80224

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** 458760

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $60.00 |
|---|---|---|---|

JOY PEMBERTON
288 MAIN STREET, APT 205
MELROSE, MA 02176

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** 403697

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $15.54 |
|---|---|---|---|

JOYCE BUTCHER
271 HAZEL MILL LANE
MIDDLETOWN, VA 22645

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** 126015

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $75.25 |
|---|---|---|---|

JOYCE CRANDALL
3810 26TH ST
LUBBOCK, TX 79410

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** 461605

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Business Index Group, Inc., a California corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.125
4**

**Nonpriority creditor's name and mailing address**

JOYCE CRAWFORD
3526 BEACONS VIEW
FRIENDSWOOD, TX 77546

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 281246

Is the claim subject to offset? ■ No ☐ Yes

$27.79

---

**3.125
5**

**Nonpriority creditor's name and mailing address**

JOYCE KELMAN
5501 YORK LANE N
COLUMBUS, OH 43232

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 82329

Is the claim subject to offset? ■ No ☐ Yes

$158.97

---

**3.125
6**

**Nonpriority creditor's name and mailing address**

JOYCE POLLARD
1018 LAUREN LN
STILLWATER, OK 74075

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 450751

Is the claim subject to offset? ■ No ☐ Yes

$46.07

---

**3.125
7**

**Nonpriority creditor's name and mailing address**

JOYCE WONG
918 SANDPIPER PLACE
LA JOLLA, CA 92037

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 397788

Is the claim subject to offset? ■ No ☐ Yes

$29.00

---

**3.125
8**

**Nonpriority creditor's name and mailing address**

JU EUN LEE
#12345
EUNGAM 1-DONG EUNPYEONG-GU, SEOUL,
12201
SOUTH KOREA

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 270187

Is the claim subject to offset? ■ No ☐ Yes

$102.00

---

**3.125
9**

**Nonpriority creditor's name and mailing address**

JUAN CESENA
3445 AGOSTO ST
SAN DIEGO, CA 92154

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 370906

Is the claim subject to offset? ■ No ☐ Yes

$433.26

---

**3.126
0**

**Nonpriority creditor's name and mailing address**

JUANEN ATIENZA
VENIDA RAFAEL ALBERTI 43, 3B
MADRID, SPAIN, 28049
SPAIN

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 467438

Is the claim subject to offset? ■ No ☐ Yes

$167.00

---

| Debtor | Business Index Group, Inc., a California corporation | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.126 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $884.04 |

**Nonpriority creditor's name and mailing address**
JUANTEZ RICHBURG
2409 WENONAH OXMOOR RD
BIRMINGHAM, AL 35211

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 455307

Is the claim subject to offset? ☐ No ☐ Yes            $884.04

---

**Nonpriority creditor's name and mailing address**  3.126 2
JUDITH RUSHING
418 SEMINOLE DR
MONTGOMERY, AL 36117

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 282998

Is the claim subject to offset? ■ No ☐ Yes            $51.99

---

**Nonpriority creditor's name and mailing address**  3.126 3
JUDY KEY
4518 N REESE STREET
PHILADELPHIA, PA 19140

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 426135

Is the claim subject to offset? ■ No ☐ Yes            $43.00

---

**Nonpriority creditor's name and mailing address**  3.126 4
JUDY MERRILL
448 FLESHMAN DRIVE
DESTIN, FL 32541

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 179287

Is the claim subject to offset? ■ No ☐ Yes            $75.94

---

**Nonpriority creditor's name and mailing address**  3.126 5
JUDY PARMANN
44303 NOVA DR
STERLING HTS, MI 48314

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 305145

Is the claim subject to offset? ■ No ☐ Yes            $40.25

---

**Nonpriority creditor's name and mailing address**  3.126 6
JUDY ROTH
1523 MILLERDALE AVE
WENATCHEE, WA 98801

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 466912

Is the claim subject to offset? ■ No ☐ Yes            $110.96

---

**Nonpriority creditor's name and mailing address**  3.126 7
JUDY YAN
101 CHEROKEE DR
BLACKSBURG, VA 24060

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 251203

Is the claim subject to offset? ■ No ☐ Yes            $158.27

| Debtor | Business Index Group, Inc., a California corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.1268**

**Nonpriority creditor's name and mailing address**
JUDY ZUROW
957 ANTHONY WAYNE DRIVE
BADEN, PA 15005

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 67271

Is the claim subject to offset? ■ No ☐ Yes

$98.94

---

**3.1269**

**Nonpriority creditor's name and mailing address**
JULIA GIBSON
2347 N. LAKESHORE DR
PACIFIC, MO 63069

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 442081

Is the claim subject to offset? ■ No ☐ Yes

$70.34

---

**3.1270**

**Nonpriority creditor's name and mailing address**
JULIAN GONZALES
945 TODDWICK AVE
MARYSVILLE, CA 95901

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 445041

Is the claim subject to offset? ■ No ☐ Yes

$21.51

---

**3.1271**

**Nonpriority creditor's name and mailing address**
JULIE BILLETT
510 87TH DR. SE
LAKE STEVENS, WA 98258

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 456699

Is the claim subject to offset? ■ No ☐ Yes

$41.00

---

**3.1272**

**Nonpriority creditor's name and mailing address**
JULIE COOK
1452 GREGSON CT
ROCK HILL, SC 29732

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 150741

Is the claim subject to offset? ■ No ☐ Yes

$23.88

---

**3.1273**

**Nonpriority creditor's name and mailing address**
JULIE DAMSCHEN
11223 WAR EMBLEM
SAN ANTONIO, TX 78245

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 455646

Is the claim subject to offset? ■ No ☐ Yes

$180.94

---

**3.1274**

**Nonpriority creditor's name and mailing address**
JULIE DUPONT
7717 WOOD BLUFF
SAN ANTONIO, TX 78240

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 468884

Is the claim subject to offset? ■ No ☐ Yes

$63.84

---

Debtor   Business Index Group, Inc., a California corporation
_____
Name

Case number (if known) _____

| 3.127 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8.51 |
|---|---|---|---|

**3.127 5**

Nonpriority creditor's name and mailing address
JULIE GRAMAZIO
623 NORTHBRIDGE DRIVE
ALTAMONTE SPRINGS, FL 32714

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  466378

Is the claim subject to offset? ■ No  ☐ Yes

$8.51

---

**3.127 6**

Nonpriority creditor's name and mailing address
JULIE HOUSTON
113 STARNES COVE RD.
ASHEVILLE, NC 28806

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  214538

Is the claim subject to offset? ■ No  ☐ Yes

$107.41

---

**3.127 7**

Nonpriority creditor's name and mailing address
JULIE IKEDA
46-369 HAIKU ROAD APT H9
KANEOHE, HI 96744

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  460732

Is the claim subject to offset? ■ No  ☐ Yes

$182.00

---

**3.127 8**

Nonpriority creditor's name and mailing address
JULIE PERAZA
3706 ROGERS LN
MCALLEN, TX 78504

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  458800

Is the claim subject to offset? ■ No  ☐ Yes

$154.00

---

**3.127 9**

Nonpriority creditor's name and mailing address
JULIE SCHINDLER
1836 MAGELLAN DRIVE
OAKLAND, CA 94611

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  218954

Is the claim subject to offset? ■ No  ☐ Yes

$29.20

---

**3.128 0**

Nonpriority creditor's name and mailing address
JULIE SMITH
2834 SOUTH MAIN ST
AKRON, OH 44319

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  81523

Is the claim subject to offset? ■ No  ☐ Yes

$375.64

---

**3.128 1**

Nonpriority creditor's name and mailing address
JULIE YOUNG
1810 N FARVIEW DR
INDEPENDENCE, MO 64058

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  396042

Is the claim subject to offset? ■ No  ☐ Yes

$35.98

---

Debtor   Business Index Group, Inc., a California corporation     Case number (if known) _____
      Name

---

**3.128 2**

**Nonpriority creditor's name and mailing address**
JULIET GARNER
2302 WILMER DR
GRAND PRAIRIE, TX 75052

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 156649

Is the claim subject to offset? ■ No ☐ Yes

$85.63

---

**3.128 3**

**Nonpriority creditor's name and mailing address**
JULLIEN SEARFOSS
1401 PERSHING BLVD
SHILLINGTON, PA 19607

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 301044

Is the claim subject to offset? ■ No ☐ Yes

$12.00

---

**3.128 4**

**Nonpriority creditor's name and mailing address**
JUNG A KO
CALLE LONGARES 5
MADRID, SPAIN, 28022
SPAIN

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 468161

Is the claim subject to offset? ■ No ☐ Yes

$97.00

---

**3.128 5**

**Nonpriority creditor's name and mailing address**
JUNG MI KIM
33, WIRYESEOIL-RO 3-GIL, SUJEONG-GU
SEONGNAM-SI, GYEONGGI-DO
SOUTH KOREA

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 467701

Is the claim subject to offset? ■ No ☐ Yes

$63.00

---

**3.128 6**

**Nonpriority creditor's name and mailing address**
JUNYOUNG JEONG
SUNGWON APARTMENT 101-DONG 507-HO,
17, N
GWANGJIN-GU, SEOUL
SOUTH KOREA

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 459805

Is the claim subject to offset? ■ No ☐ Yes

$61.00

---

**3.128 7**

**Nonpriority creditor's name and mailing address**
JUSTIN KOPENHAFER
205 STONEHALL CT.
VIRGINIA BEACH, VA 23462

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 176444

Is the claim subject to offset? ■ No ☐ Yes

$46.41

---

**3.128 8**

**Nonpriority creditor's name and mailing address**
JUSTIN PARAISO
7018 MIAMI AVE
RICHMOND, VA 23226

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 238984

Is the claim subject to offset? ■ No ☐ Yes

$68.61

---

Debtor  Business Index Group, Inc., a California corporation
        Name

Case number (if known) _____

| | |
|---|---|
| **3.128 9** | |

**Nonpriority creditor's name and mailing address**
JUSTIN PAUL
1418 NW 97 AVE
PEMBROKE PINES, FL 33024

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 461852

Is the claim subject to offset? ☐ No ☐ Yes

$93.46

---

| | |
|---|---|
| **3.129 0** | |

**Nonpriority creditor's name and mailing address**
JUSTINA SCHMELZ
3001 WILLOWBEND ROAD
RAPID CITY, SD 57703

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 456625

Is the claim subject to offset? ■ No ☐ Yes

$92.12

---

| | |
|---|---|
| **3.129 1** | |

**Nonpriority creditor's name and mailing address**
JUYOUN WOO
SHANGHAI WENXINGQU
SHANGHAI, ZHEJIANG, 10000
CHINA

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 448607

Is the claim subject to offset? ■ No ☐ Yes

$56.00

---

| | |
|---|---|
| **3.129 2** | |

**Nonpriority creditor's name and mailing address**
KAI ZHANG
153 HAO HUA YUAL 11 DONG
YANGZHOU, JIANGSU
CHINA

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 464431

Is the claim subject to offset? ■ No ☐ Yes

$128.00

---

| | |
|---|---|
| **3.129 3** | |

**Nonpriority creditor's name and mailing address**
Kaiser Permanente
PO Box 23219
San Diego, CA 92193

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

| | |
|---|---|
| **3.129 4** | |

**Nonpriority creditor's name and mailing address**
KAKUNA SMITH
8236 S. ELIZABETH STREET
CHICAGO, IL 60620

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 383085

Is the claim subject to offset? ■ No ☐ Yes

$157.35

---

| | |
|---|---|
| **3.129 5** | |

**Nonpriority creditor's name and mailing address**
KAMI PIERCE
8928 NORTH TIPTON AVENUE
KANSAS CITY, MO 64153

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 232043

Is the claim subject to offset? ■ No ☐ Yes

$108.49

---

| Debtor | Business Index Group, Inc., a California corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.129<br>6 | **Nonpriority creditor's name and mailing address**<br>KAMILA SMITH<br>1 HARRISON ST. A-3C<br>NEW ROCHELLE, NY 10801 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $27.01 |
|---|---|---|---|
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** 353350<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.129<br>7 | **Nonpriority creditor's name and mailing address**<br>KANDACE RAYMOND<br>750 SCOTT PLACE<br>ABILENE, TX 79601 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $86.43 |
|---|---|---|---|
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** 415481<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.129<br>8 | **Nonpriority creditor's name and mailing address**<br>KANDIE BOWERS<br>2125 52ND ST<br>GALVESTON, TX 77551 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $37.97 |
|---|---|---|---|
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** 458544<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.129<br>9 | **Nonpriority creditor's name and mailing address**<br>KARA ARDENYI<br>680 SAFFRON DR<br>TRACY, CA 95377 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $59.34 |
|---|---|---|---|
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** 462240<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.130<br>0 | **Nonpriority creditor's name and mailing address**<br>KARA HEATH<br>401 CANBERRY COURT, 1217<br>VIRGINIA BEACH, VA 23454 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $137.05 |
|---|---|---|---|
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** 468151<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.130<br>1 | **Nonpriority creditor's name and mailing address**<br>KARA TAYLOR<br>2071 REDBERRY LANE<br>CONOVER, NC 28613 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $29.03 |
|---|---|---|---|
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** 433184<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.130<br>2 | **Nonpriority creditor's name and mailing address**<br>KAREN ANDERSON<br>1401 GRAY STONE CT.<br>CHARLOTTESVILLE, VA 22902 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $70.55 |
|---|---|---|---|
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** 467962<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

| Debtor | Business Index Group, Inc., a California corporation | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.130 3**

**Nonpriority creditor's name and mailing address**

KAREN BROWN
1028 UNION
EMPORIA, KS 66801

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 81487

Is the claim subject to offset? ■ No ☐ Yes

$109.22

---

**3.130 4**

**Nonpriority creditor's name and mailing address**

KAREN BRUGGER
508 HYCREST DR
BLACK CREEK, WI 54106

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 254806

Is the claim subject to offset? ■ No ☐ Yes

$113.35

---

**3.130 5**

**Nonpriority creditor's name and mailing address**

KAREN CARR
43 HOLLIS WOOD DRIVE
HAMPTON, VA 23666

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 154469

Is the claim subject to offset? ■ No ☐ Yes

$37.34

---

**3.130 6**

**Nonpriority creditor's name and mailing address**

KAREN EMBURY
58 OLD BACHMANS VALLEY ROAD
WESTMINSTER, MD 21157

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 231683

Is the claim subject to offset? ■ No ☐ Yes

$178.20

---

**3.130 7**

**Nonpriority creditor's name and mailing address**

KAREN FELLER
7942 JOLIET DR NORTH
TINLEY PARK, IL 60477

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 214159

Is the claim subject to offset? ■ No ☐ Yes

$20.69

---

**3.130 8**

**Nonpriority creditor's name and mailing address**

KAREN FUNG
2740 DUNSTAN DRIVE
TUSTIN, CA 92782

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 137826

Is the claim subject to offset? ■ No ☐ Yes

$30.00

---

**3.130 9**

**Nonpriority creditor's name and mailing address**

KAREN GILMER
12303 E VILLANOVA DR
AURORA, CO 80014

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 150138

Is the claim subject to offset? ■ No ☐ Yes

$35.62

---

Debtor    Business Index Group, Inc., a California corporation
          Name                                                Case number (if known)

| | |
|---|---|
| **3.131 0** | |

**Nonpriority creditor's name and mailing address**
KAREN GRAY
610 OLD PELZER RD
PIEDMONT, SC 29673

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 454831

Is the claim subject to offset? ■ No ☐ Yes

$143.46

---

| | |
|---|---|
| **3.131 1** | |

**Nonpriority creditor's name and mailing address**
KAREN HOFFMAN
4304 E CAMPBELL AVENUE # 1015
PHOENIX, AZ 85018

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 316685

Is the claim subject to offset? ■ No ☐ Yes

$127.73

---

| | |
|---|---|
| **3.131 2** | |

**Nonpriority creditor's name and mailing address**
KAREN JONES
826 BRYSON ARCH
CHESAPEAKE, VA 23323

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 125636

Is the claim subject to offset? ■ No ☐ Yes

$23.13

---

| | |
|---|---|
| **3.131 3** | |

**Nonpriority creditor's name and mailing address**
KAREN KUHL
309 COLLEEN DR
O FALLON, IL 62269

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 456356

Is the claim subject to offset? ■ No ☐ Yes

$58.08

---

| | |
|---|---|
| **3.131 4** | |

**Nonpriority creditor's name and mailing address**
KAREN LEON
199 MANHATTAN AVENUE
OAK RIDGE, TN 37830

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 403861

Is the claim subject to offset? ■ No ☐ Yes

$41.16

---

| | |
|---|---|
| **3.131 5** | |

**Nonpriority creditor's name and mailing address**
KAREN MAY
1697 QUEBEC ST
DENVER, CO 80220

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 190194

Is the claim subject to offset? ■ No ☐ Yes

$36.19

---

| | |
|---|---|
| **3.131 6** | |

**Nonpriority creditor's name and mailing address**
KAREN MCBRIEN
135 ZAPALAC RD
SMITHVILLE, TX 78957

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 462432

Is the claim subject to offset? ■ No ☐ Yes

$49.22

---

| Debtor | Business Index Group, Inc., a California corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.131 7**

**Nonpriority creditor's name and mailing address**
KAREN NEWTON
8119 WEBSTER ST
ARVADA, CO 80003

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 103039

Is the claim subject to offset? ■ No  ☐ Yes

$128.10

---

**3.131 8**

**Nonpriority creditor's name and mailing address**
KAREN PETERSON
421 MARGUERITE AVENUE
WILMERDING, PA 15148

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 466440

Is the claim subject to offset? ■ No  ☐ Yes

$12.00

---

**3.131 9**

**Nonpriority creditor's name and mailing address**
KAREN PLOWMAN
259A MILLPORT ROAD
WEST MIFFLIN, PA 15122

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 426233

Is the claim subject to offset? ■ No  ☐ Yes

$37.00

---

**3.132 0**

**Nonpriority creditor's name and mailing address**
KAREN RICE
1715 BEACON RD
JEFFERSON CTY, TN 37760

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 468446

Is the claim subject to offset? ■ No  ☐ Yes

$89.38

---

**3.132 1**

**Nonpriority creditor's name and mailing address**
KAREN SHENKOFF
270 SEAMAN AVE
NEW YORK, NY 10034

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 275554

Is the claim subject to offset? ■ No  ☐ Yes

$22.00

---

**3.132 2**

**Nonpriority creditor's name and mailing address**
KAREN SPENCE
12100 LESLYE AVE.
GULFPORT, MS 39503

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 249939

Is the claim subject to offset? ■ No  ☐ Yes

$8.03

---

**3.132 3**

**Nonpriority creditor's name and mailing address**
KAREN TRUSS
531 PARK VIEW TERRACE
BUFFALO GROVE, IL 60089

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 454899

Is the claim subject to offset? ■ No  ☐ Yes

$70.11

---

| Debtor | Business Index Group, Inc., a California corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.132 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $16.05 |
|---|---|---|---|
| | KARI GREENWOOD<br>11411 PARK RD<br>CHARLOTTE, NC 28226 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _436897_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.132 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $58.12 |
|---|---|---|---|
| | KARL REIGLE<br>4711 PARADISE WOODS<br>SAN ANTONIO, TX 78249 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _430854_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.132 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $17.67 |
|---|---|---|---|
| | KARLA MOORE<br>4417 E. LA ESTENCIA<br>CAVE CREEK, AZ 85331 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _104856_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.132 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $56.88 |
|---|---|---|---|
| | KARLA SILVA<br>1130 E CORONA DR<br>YUMA, AZ 85365 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _463461_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.132 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $35.34 |
|---|---|---|---|
| | KASIA URBAN<br>108 DEVONSHIRE CT<br>CLEMSON, SC 29631 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _294078_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.132 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $65.14 |
|---|---|---|---|
| | KASSANDRA STALBAUM<br>133 WINECUP WAY<br>AUSTIN, TX 78737 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _363369_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.133 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $300.49 |
|---|---|---|---|
| | KATARINA BARNETT<br>730 STONE CANYON DRIVE<br>BALLWIN, MO 63021 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _463405_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | Business Index Group, Inc., a California corporation | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

### 3.133 1

**Nonpriority creditor's name and mailing address**

KATE JENSEN
5772 N APPLEBROOK WAY
BOISE, ID 83713

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 468469

Is the claim subject to offset? ■ No ☐ Yes

$188.36

---

### 3.133 2

**Nonpriority creditor's name and mailing address**

KATHERINE CARTER
215 PARKGROVE AVE.
GREENDALE, IN 47025

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 454065

Is the claim subject to offset? ■ No ☐ Yes

$49.50

---

### 3.133 3

**Nonpriority creditor's name and mailing address**

KATHERINE DANIELS
416 JOHNSTOWN RD
CHESAPEAKE, VA 23322

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 468400

Is the claim subject to offset? ■ No ☐ Yes

$20.54

---

### 3.133 4

**Nonpriority creditor's name and mailing address**

KATHERINE LEWALLEN
5699 BARRETT DRIVE
RIVERSIDE, OH 45431

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 459921

Is the claim subject to offset? ■ No ☐ Yes

$57.97

---

### 3.133 5

**Nonpriority creditor's name and mailing address**

KATHERINE MCCORKLE
2997 DYER ST
MALVERN, AR 72104

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 467159

Is the claim subject to offset? ■ No ☐ Yes

$33.76

---

### 3.133 6

**Nonpriority creditor's name and mailing address**

KATHERINE SEILER
450QUAKER DRIVE
YORK, PA 17402

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 443620

Is the claim subject to offset? ■ No ☐ Yes

$7.00

---

### 3.133 7

**Nonpriority creditor's name and mailing address**

KATHIE JAROSZ
964 CARMEL COURT
SHOREVIEW, MN 55126

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 170319

Is the claim subject to offset? ■ No ☐ Yes

$40.26

---

| Debtor | Business Index Group, Inc., a California corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.1338**

**Nonpriority creditor's name and mailing address**
KATHLEEN AGUSTIN
94-366 KUANALIO WAY
MILILANI, HI 96789

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 376917

Is the claim subject to offset? ■ No ☐ Yes

$33.75

---

**3.1339**

**Nonpriority creditor's name and mailing address**
KATHLEEN ANDRADE
10839 S. AVENUE E
CHICAGO, IL 60617

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 467326

Is the claim subject to offset? ■ No ☐ Yes

$55.82

---

**3.1340**

**Nonpriority creditor's name and mailing address**
KATHLEEN DANIELS
23506 13TH PL W
BOTHELL, WA 98021

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 461916

Is the claim subject to offset? ■ No ☐ Yes

$57.16

---

**3.1341**

**Nonpriority creditor's name and mailing address**
KATHLEEN MEDVED
81946 CAMINO CANTOS
INDIO, CA 92203

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 451987

Is the claim subject to offset? ■ No ☐ Yes

$75.33

---

**3.1342**

**Nonpriority creditor's name and mailing address**
KATHLEEN RUTHERFORD
1117 W JACKSON ST, UNIT B
TUPELO, MS 38804

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 132461

Is the claim subject to offset? ■ No ☐ Yes

$73.60

---

**3.1343**

**Nonpriority creditor's name and mailing address**
KATHLEEN SCHIMEL
114 BEAVER ROAD
HATTIESBURG, MS 39402

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 402441

Is the claim subject to offset? ■ No ☐ Yes

$47.51

---

**3.1344**

**Nonpriority creditor's name and mailing address**
KATHRYN DYER
2049 RULE AVE
MARYLAND HEIGHTS, MO 63043

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 466778

Is the claim subject to offset? ■ No ☐ Yes

$121.30

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor  Business Index Group, Inc., a California corporation
_____
        Name

Case number (if known) _____

| 3.134<br>5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $13.51 |
|---|---|---|---|

KATHRYN FEDORA
18314 DULUTH ST.
FARMINGTON, MN 55024

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _445411_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134<br>6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $43.48 |
|---|---|---|---|

KATHRYN FITTRO
621 HUNTINGTON PKWY
NASHVILLE, TN 37211

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _455690_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134<br>7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $105.00 |
|---|---|---|---|

KATHRYN FOREMAN
PO BOX 78604
SEATTLE, WA 98178

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _440197_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134<br>8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $68.38 |
|---|---|---|---|

KATHRYN JOHNSON
6024 MADERA CT.
PLANO, TX 75024

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _204542_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134<br>9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $23.10 |
|---|---|---|---|

KATHRYN MARION
1304 ASPEN ST
BROOMFIELD, CO 80020

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _427285_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135<br>0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $36.06 |
|---|---|---|---|

KATHRYN PIENTA
5931 CENTURY DRIVE
SAN ANTONIO, TX 78242

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _452609_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135<br>1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $96.82 |
|---|---|---|---|

KATHRYN RENDALL
516 W. SECOND AVE
PARKESBURG, PA 19365

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _55094_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Business Index Group, Inc., a California corporation | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

**3.135
2**

**Nonpriority creditor's name and mailing address**
KATHY BECHT
3564 N LUTHER RD
FLOYDS KNOBS, IN 47119

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 259243

Is the claim subject to offset? ■ No ☐ Yes

$109.34

---

**3.135
3**

**Nonpriority creditor's name and mailing address**
KATHY BEEVERS
RT. 2 BOX 105
JANE LEW, WV 26378

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 227773

Is the claim subject to offset? ■ No ☐ Yes

$87.72

---

**3.135
4**

**Nonpriority creditor's name and mailing address**
KATHY BOUCHE
2778 HAZELWOOD LN.
GREEN BAY, WI 54304

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 286444

Is the claim subject to offset? ■ No ☐ Yes

$16.50

---

**3.135
5**

**Nonpriority creditor's name and mailing address**
KATHY COOLEY
5821 FORT SUMTER DR.
HARRISON, TN 37341

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 388680

Is the claim subject to offset? ■ No ☐ Yes

$22.80

---

**3.135
6**

**Nonpriority creditor's name and mailing address**
KATHY COPELAND
503 N CALVIN PARK BLVD
ROCKFORD, IL 61107

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 415291

Is the claim subject to offset? ■ No ☐ Yes

$24.73

---

**3.135
7**

**Nonpriority creditor's name and mailing address**
KATHY KARAISARIDIS
28-09 39 AVENUE
LONG ISLAND CITY, NY 11101

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 452703

Is the claim subject to offset? ■ No ☐ Yes

$50.00

---

**3.135
8**

**Nonpriority creditor's name and mailing address**
KATHY POURMEHR
4640 BERKELEY WALK PT.
BERKELEY LAKE, GA 30096

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 415467

Is the claim subject to offset? ■ No ☐ Yes

$46.84

---

| Debtor | Business Index Group, Inc., a California corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.135 9**

**Nonpriority creditor's name and mailing address**
KATHY REYNOLDS
712 WILDERLAND CT.
PIERCE, CO 80650

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 428594

Is the claim subject to offset? ■ No ☐ Yes

$218.71

---

**3.136 0**

**Nonpriority creditor's name and mailing address**
KATHY SEASE
11722 HADES CHURCH ROAD
GREENCASTLE, PA 17225

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 107669

Is the claim subject to offset? ■ No ☐ Yes

$246.53

---

**3.136 1**

**Nonpriority creditor's name and mailing address**
KATHY SKEELS
1224 TURF DR
CENTER POINT, AL 35215

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 459056

Is the claim subject to offset? ■ No ☐ Yes

$56.42

---

**3.136 2**

**Nonpriority creditor's name and mailing address**
KATHY SUMMERLIN
1296 14TH AVE SW
VERO BEACH, FL 32962

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 398403

Is the claim subject to offset? ■ No ☐ Yes

$43.28

---

**3.136 3**

**Nonpriority creditor's name and mailing address**
KATHY WILSON
14328 E. FORTUNA PALMS DRIVE
YUMA, AZ 85367

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 379258

Is the claim subject to offset? ■ No ☐ Yes

$48.45

---

**3.136 4**

**Nonpriority creditor's name and mailing address**
KATIE ARIAS
2524 25GH AVE S
FARGO, ND 58103

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 464416

Is the claim subject to offset? ■ No ☐ Yes

$44.90

---

**3.136 5**

**Nonpriority creditor's name and mailing address**
KATIE HARVEY
43 HAYDEN AVE
COLUMBUS, OH 43222

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 461656

Is the claim subject to offset? ■ No ☐ Yes

$119.00

---

| Debtor | Business Index Group, Inc., a California corporation | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

**3.136**
**6**

**Nonpriority creditor's name and mailing address**
KATIE LOCKE
46 CALAMINT HILL RD SOUTH
PRINCETON, MA 01541

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 120395

Is the claim subject to offset? ■ No ☐ Yes

$181.71

---

**3.136**
**7**

**Nonpriority creditor's name and mailing address**
KATRINA ROSE
701 MESA VISTA DR.
FARMINGTON, NM 87401

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 457689

Is the claim subject to offset? ■ No ☐ Yes

$20.84

---

**3.136**
**8**

**Nonpriority creditor's name and mailing address**
Katy Gravatt
PO Box 3297
Auburn, CA 95604

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.136**
**9**

**Nonpriority creditor's name and mailing address**
KATY SEDMAK
1871 PRESERVE CR APT 101
CASPER, WY 82609

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 399172

Is the claim subject to offset? ■ No ☐ Yes

$106.77

---

**3.137**
**0**

**Nonpriority creditor's name and mailing address**
KAY BONASERA
3360 ROCKY LANE
EASTON, PA 18045

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 103960

Is the claim subject to offset? ■ No ☐ Yes

$58.36

---

**3.137**
**1**

**Nonpriority creditor's name and mailing address**
KAY BURROWS
243 DRAKE RUN LANE
DICKINSON, TX 77539

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 466336

Is the claim subject to offset? ■ No ☐ Yes

$875.62

---

**3.137**
**2**

**Nonpriority creditor's name and mailing address**
KAYLA HEKIMIAN WILLIAMS
5108 LETITIA CT.
TAMPA, FL 33624

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 465620

Is the claim subject to offset? ■ No ☐ Yes

$23.91

| Debtor | Business Index Group, Inc., a California corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.137 3 | **Nonpriority creditor's name and mailing address** KAYOUNG LEE CALLE DE GRANADA 42 MADRID, SPAIN, 28007 SPAIN | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $19.00 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** 466317 | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.137 4 | **Nonpriority creditor's name and mailing address** KEELY CANO 15211 NIGHTINGALE LANE LAKEWAY, TX 78734 | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $101.44 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** 435392 | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.137 5 | **Nonpriority creditor's name and mailing address** KEIKO BELL 407 SPINNAKER RIDGE DR MADISON, AL 35758 | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $91.91 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** 408575 | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.137 6 | **Nonpriority creditor's name and mailing address** KEISHA PONDER 1653 BERKLEY AVENUE COLUMBUS, GA 31907 | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $210.92 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** 140003 | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.137 7 | **Nonpriority creditor's name and mailing address** KEISHA SCHUSTER 1424 ELM DR SE CULLMAN, AL 35055 | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $104.97 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** 447462 | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.137 8 | **Nonpriority creditor's name and mailing address** KEITH BOGEN 64 COVINGTON DR EAST WINDSOR, NJ 08520 | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $94.74 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** 37241 | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.137 9 | **Nonpriority creditor's name and mailing address** KEITH KELLAM 8254 CHRISTOPHER PAUL DR MECHANICSVILLE, VA 23111 | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $34.23 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** 302102 | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | Business Index Group, Inc., a California corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.138 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $68.40 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
KEITH WELLS
621 FLINTRIDGE PLACE
ESCONDIDO, CA 92026

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 373633

Is the claim subject to offset? ■ No ☐ Yes

$68.40

---

**Nonpriority creditor's name and mailing address**
KELAMENTER SMITH
10516 W OUTER DR
DETROIT, MI 48223

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 431641

Is the claim subject to offset? ■ No ☐ Yes

$20.59

---

**Nonpriority creditor's name and mailing address**
KELLEY CARMICHAEL
31 CRANE COURT
MONTICELLO, GA 31064

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 366775

Is the claim subject to offset? ■ No ☐ Yes

$43.53

---

**Nonpriority creditor's name and mailing address**
KELLEY GUBLER
11695 CHRIS DR NE
MOSES LAKE, WA 98837

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 251956

Is the claim subject to offset? ■ No ☐ Yes

$40.68

---

**Nonpriority creditor's name and mailing address**
KELLEY LAND
11105 SOUTH CEDAR STREET
JENKS, OK 74037

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 454369

Is the claim subject to offset? ■ No ☐ Yes

$54.17

---

**Nonpriority creditor's name and mailing address**
KELLEY PATIENT
1044 GOLF VIEW WAY
SPRING HILL, TN 37174

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 467710

Is the claim subject to offset? ■ No ☐ Yes

$51.04

---

**Nonpriority creditor's name and mailing address**
KELLI ELIZABETH MULLIN
3205 MERRILL DRIVE #18
TORRANCE, CA 90503

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 195805

Is the claim subject to offset? ■ No ☐ Yes

$123.22

---

| Debtor | Business Index Group, Inc., a California corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.138 7**

**Nonpriority creditor's name and mailing address**
KELLI LEINWEBER
12316 ROSLYN WAY
THORNTON, CO 80602

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 314120

Is the claim subject to offset? ■ No ☐ Yes

$64.04

---

**3.138 8**

**Nonpriority creditor's name and mailing address**
KELLI SMITH
321 PARKVIEW DRIVE
SOUDERTON, PA 18964

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 411675

Is the claim subject to offset? ■ No ☐ Yes

$20.00

---

**3.138 9**

**Nonpriority creditor's name and mailing address**
KELLI WUERFFEL
3614 163RD AVE CT E
LAKE TAPPS, WA 98391

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 420127

Is the claim subject to offset? ■ No ☐ Yes

$60.18

---

**3.139 0**

**Nonpriority creditor's name and mailing address**
KELLY GAITHER
14764 DASMARINAS DRIVE
CORPUS CHRISTI, TX 78418

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 468173

Is the claim subject to offset? ■ No ☐ Yes

$16.68

---

**3.139 1**

**Nonpriority creditor's name and mailing address**
KELLY MORAN
1924 OAK LEAF LANE
HOLMES, PA 19043

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 116819

Is the claim subject to offset? ■ No ☐ Yes

$38.46

---

**3.139 2**

**Nonpriority creditor's name and mailing address**
KELLY SEIFERT
130 2D JAMES ROAD
HIGH POINT, NC 27265

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 403137

Is the claim subject to offset? ■ No ☐ Yes

$115.93

---

**3.139 3**

**Nonpriority creditor's name and mailing address**
KELLYANN COLGAN
523 RICHMOND ROAD
BANGOR, PA 18013

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 326766

Is the claim subject to offset? ■ No ☐ Yes

$19.53

---

| Debtor | Business Index Group, Inc., a California corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.139 4**

**Nonpriority creditor's name and mailing address**

KELSEY WAGG
1563 LEHI LANE
KALISPELL, MT 59901

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 468580

Is the claim subject to offset? ☐ No ☐ Yes

$16.25

---

**3.139 5**

**Nonpriority creditor's name and mailing address**

KEN CLARK
7666 DANCY RD
SAN DIEGO, CA 92126

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 197276

Is the claim subject to offset? ■ No ☐ Yes

$52.62

---

**3.139 6**

**Nonpriority creditor's name and mailing address**

KEN COUSENS
13686 CRAWFORD CT.
FONTANA, CA 92336

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 382735

Is the claim subject to offset? ■ No ☐ Yes

$38.84

---

**3.139 7**

**Nonpriority creditor's name and mailing address**

KEN DIETZ
31770 SWAMP ROAD
DAGSBORO, DE 19939

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 408100

Is the claim subject to offset? ■ No ☐ Yes

$84.49

---

**3.139 8**

**Nonpriority creditor's name and mailing address**

KEN JR BALCOM
989 VALLEY ST APT 2
MANCHESTER, NH 03103

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 428888

Is the claim subject to offset? ■ No ☐ Yes

$115.92

---

**3.139 9**

**Nonpriority creditor's name and mailing address**

KENDALL FERGUSON
103 KEITH RD
NEWPORT NEWS, VA 23606

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 314657

Is the claim subject to offset? ■ No ☐ Yes

$29.34

---

**3.140 0**

**Nonpriority creditor's name and mailing address**

KENDRA CLARK
389 CROWN POINT
COLUMBIA, MO 65203

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 466753

Is the claim subject to offset? ■ No ☐ Yes

$24.31

---

| Debtor | Business Index Group, Inc., a California corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.140**
**1**

**Nonpriority creditor's name and mailing address**
KENDRA WHEELER
400 S MUMAUGH RD BLDG 11 APT 2
LIMA, OH 45804

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 444087

Is the claim subject to offset? ■ No ☐ Yes

$8.78

---

**3.140**
**2**

**Nonpriority creditor's name and mailing address**
KENNETH BRUCE
8727 BLOSSOM LANE
DALLAS, TX 75227

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 461788

Is the claim subject to offset? ■ No ☐ Yes

$127.59

---

**3.140**
**3**

**Nonpriority creditor's name and mailing address**
KENNETH DEWEY
8412 TREELINE DR.
CHOCTAW, OK 73020

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 452535

Is the claim subject to offset? ■ No ☐ Yes

$96.88

---

**3.140**
**4**

**Nonpriority creditor's name and mailing address**
KENT BELLISTON
1379 BREAKWATER DR
TAYLORSVILLE, UT 84123

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 291292

Is the claim subject to offset? ■ No ☐ Yes

$172.60

---

**3.140**
**5**

**Nonpriority creditor's name and mailing address**
KENYATTA MILLER
PO BOX 245
LANE, SC 29564

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 463438

Is the claim subject to offset? ■ No ☐ Yes

$23.00

---

**3.140**
**6**

**Nonpriority creditor's name and mailing address**
KESHA ROGERS
56 PETERS LANE
NEWPORT NEWS, VA 23606

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 468311

Is the claim subject to offset? ■ No ☐ Yes

$141.73

---

**3.140**
**7**

**Nonpriority creditor's name and mailing address**
KEVIN ANDREWS
4401 E. 37TH ST.
SIOUX FALLS, SD 57103

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 460349

Is the claim subject to offset? ■ No ☐ Yes

$143.51

---

| Debtor | Business Index Group, Inc., a California corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.140 8**

**Nonpriority creditor's name and mailing address**
KEVIN BREWER
3215 MAGNOLIA MEADOWS DR
PLANT CITY, FL 33567

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 468887

Is the claim subject to offset? ■ No ☐ Yes

$19.00

---

**3.140 9**

**Nonpriority creditor's name and mailing address**
KEVIN ELZINGA
2324 HAZEL AVE.
KALAMAZOO, MI 49008

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 420414

Is the claim subject to offset? ■ No ☐ Yes

$81.72

---

**3.141 0**

**Nonpriority creditor's name and mailing address**
KEVIN HITCH
307 S HUSTON ST.
INGALLS, IN 46048

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 75745

Is the claim subject to offset? ■ No ☐ Yes

$172.81

---

**3.141 1**

**Nonpriority creditor's name and mailing address**
KEVIN MCFANN
240 UNION STREET
LANCASTER, OH 43130

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 193062

Is the claim subject to offset? ■ No ☐ Yes

$31.98

---

**3.141 2**

**Nonpriority creditor's name and mailing address**
KEVIN MILLER
4375 ELEANOR DRIVE
MELBOURNE, FL 32935

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 461033

Is the claim subject to offset? ■ No ☐ Yes

$49.38

---

**3.141 3**

**Nonpriority creditor's name and mailing address**
KEVIN ROCKOFF
1473 BURRERO WAY
CORONA, CA 92882

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 420527

Is the claim subject to offset? ■ No ☐ Yes

$40.28

---

**3.141 4**

**Nonpriority creditor's name and mailing address**
KEVIN SMITH
111 WOODLAND COURT
MONTOURSVILLE, PA 17754

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 117673

Is the claim subject to offset? ■ No ☐ Yes

$202.88

---

| Debtor | Business Index Group, Inc., a California corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.141 5**

**Nonpriority creditor's name and mailing address**

KEWLAPATI KALIKA
95-36 114 ST
S RICHMOND HILL, NY 11419

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 348665

Is the claim subject to offset? ■ No ☐ Yes

$96.34

---

**3.141 6**

**Nonpriority creditor's name and mailing address**

KI MOON SON
14, EUNPYEONG TUNNEL-RO 13-GIL
EUNPYEONG-GU, SEOUL
SOUTH KOREA

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 463930

Is the claim subject to offset? ■ No ☐ Yes

$50.00

---

**3.141 7**

**Nonpriority creditor's name and mailing address**

KILEY LUNDEEN
5349 AMESBURY DRIVE #2303
DALLAS, TX 75206

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 468756

Is the claim subject to offset? ■ No ☐ Yes

$13.56

---

**3.141 8**

**Nonpriority creditor's name and mailing address**

KIM COWART
14039 FOSTERS CREEK DRIVE
CYPRESS, TX 77429

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 467380

Is the claim subject to offset? ■ No ☐ Yes

$128.13

---

**3.141 9**

**Nonpriority creditor's name and mailing address**

KIM CRAIG
13367 W WATSON LN
SURPRISE, AZ 85379

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 464165

Is the claim subject to offset? ■ No ☐ Yes

$30.72

---

**3.142 0**

**Nonpriority creditor's name and mailing address**

KIM FEINDT
112 3RD AVE.
PHOENIXVILLE, PA 19460

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 97513

Is the claim subject to offset? ■ No ☐ Yes

$135.35

---

**3.142 1**

**Nonpriority creditor's name and mailing address**

KIM HAUSER
4135 E BROWN WAY
TUCSON, AZ 85711

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 442234

Is the claim subject to offset? ■ No ☐ Yes

$30.61

---

| Debtor | Business Index Group, Inc., a California corporation | Case number *(if known)* | |
|--------|------|------|---|
| | Name | | |

| 3.142 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $61.00 |
|---------|---|---|---|

**Nonpriority creditor's name and mailing address**
KIM JUHEE
#402, 22-49, DONGCHENG FLOWER
GARDEN, HU
SHANGHAI, PUDONG NEW AREA, 201300
CHINA

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 428475

Is the claim subject to offset? ■ No  ☐ Yes

$61.00

---

**Nonpriority creditor's name and mailing address** (3.142 3)
KIM MARIE KINKELLA
1617 12TH AVENUE
SAN FRANCISCO, CA 94122

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 426073

Is the claim subject to offset? ■ No  ☐ Yes

$352.50

---

**Nonpriority creditor's name and mailing address** (3.142 4)
KIM MCLOOTA
509 PHILADELPHIA AVE.
OCEAN CITY, MD 21842

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 139926

Is the claim subject to offset? ■ No  ☐ Yes

$34.94

---

**Nonpriority creditor's name and mailing address** (3.142 5)
KIM PLUMMER
123 RAMBLEWOOD ROAD
PENNSYLVANIA FURNACE, PA 16865

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 296769

Is the claim subject to offset? ■ No  ☐ Yes

$10.00

---

**Nonpriority creditor's name and mailing address** (3.142 6)
KIM WILLIAMS
PO BOX 135023
CLERMONT, FL 34713

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 385969

Is the claim subject to offset? ■ No  ☐ Yes

$21.00

---

**Nonpriority creditor's name and mailing address** (3.142 7)
KIM WILLS
PO BOX 141
VALPARAISO, IN 46384

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 430336

Is the claim subject to offset? ■ No  ☐ Yes

$53.03

---

**Nonpriority creditor's name and mailing address** (3.142 8)
KIMALA HUMPHREYS
19 GRACEFORD
ABERDEEN, MD 21001

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 115468

Is the claim subject to offset? ■ No  ☐ Yes

$150.79

---

| Debtor | Business Index Group, Inc., a California corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | | |
|---|---|---|
| **3.142 9** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $25.00 |

KIMBERLEY HOLLANDSWORTH
502 KEKUPUA ST
HONOLULU, HI 96825

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** 57904

Is the claim subject to offset? ■ No ☐ Yes

---

| **3.143 0** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $103.02 |
|---|---|---|---|

KIMBERLY ALFINI
54 CYPRESSPOINTE CT.
SEVERNA PARK, MD 21146

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** 417350

Is the claim subject to offset? ■ No ☐ Yes

---

| **3.143 1** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $231.18 |
|---|---|---|---|

KIMBERLY ASHLEY
25 RIDGE RUN
NEW BRAUNFELS, TX 78132

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** 454576

Is the claim subject to offset? ■ No ☐ Yes

---

| **3.143 2** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $35.90 |
|---|---|---|---|

KIMBERLY CHU
2747 FM 637
CORSICANA, TX 75109

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** 300463

Is the claim subject to offset? ■ No ☐ Yes

---

| **3.143 3** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $35.00 |
|---|---|---|---|

KIMBERLY CLENDENIN
56659 WINDSOR AVE
SOUTH BEND, IN 46619

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** 445906

Is the claim subject to offset? ■ No ☐ Yes

---

| **3.143 4** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $54.19 |
|---|---|---|---|

KIMBERLY DALEY
6637 MILLSTONE STREET
HIGHLANDS RANCH, CO 80130

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** 465599

Is the claim subject to offset? ■ No ☐ Yes

---

| **3.143 5** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $15.76 |
|---|---|---|---|

KIMBERLY DOOLEY
3950 KITTERY POINT
SNELLVILLE, GA 30039

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** 189021

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| Debtor | Business Index Group, Inc., a California corporation |
| | Name |

Case number (if known) _____

---

**3.143 6**

**Nonpriority creditor's name and mailing address**
KIMBERLY EDWARDS
2908 WILLIAMS AVE
MUSKOGEE, OK 74401

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 468612

Is the claim subject to offset? ■ No ☐ Yes

$49.00

---

**3.143 7**

**Nonpriority creditor's name and mailing address**
KIMBERLY FORCH
25 LA SALLE CT. APT 108
LYNCHBURG, VA 24502

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 456313

Is the claim subject to offset? ■ No ☐ Yes

$49.26

---

**3.143 8**

**Nonpriority creditor's name and mailing address**
KIMBERLY HUTCHESON
509 MIMOSA DR.
DUBLIN, GA 31021

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 441080

Is the claim subject to offset? ■ No ☐ Yes

$28.86

---

**3.143 9**

**Nonpriority creditor's name and mailing address**
KIMBERLY POWELL
725 SHADY NOOK DR
CLERMONT, FL 34711

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 456203

Is the claim subject to offset? ■ No ☐ Yes

$31.48

---

**3.144 0**

**Nonpriority creditor's name and mailing address**
KIMBERLY SCHILTZ
10 ZELLER CROSSING UNIT 310
NORTH LIBERTY, IA 52317

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 463424

Is the claim subject to offset? ■ No ☐ Yes

$33.46

---

**3.144 1**

**Nonpriority creditor's name and mailing address**
KIMBERLY TUCKER
6153 SCENIC WEST DRIVE
MOBILE, AL 36693

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 329512

Is the claim subject to offset? ■ No ☐ Yes

$31.84

---

**3.144 2**

**Nonpriority creditor's name and mailing address**
KIMBERLY WALLS
231 MESA HEIGHTS DR.
DURANGO, CO 81303

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 86398

Is the claim subject to offset? ■ No ☐ Yes

$17.78

---

| Debtor | Business Index Group, Inc., a California corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.144
3**

**Nonpriority creditor's name and mailing address**
KIMBERLY WEBB
1344 BADHAM DRIVE
VESTAVIA, AL 35216

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 392048

Is the claim subject to offset? ■ No ☐ Yes

$413.34

---

**3.144
4**

**Nonpriority creditor's name and mailing address**
KIMBERLY WICK
60 NORTH 14TH STREET
INDIANA, PA 15701

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 159761

Is the claim subject to offset? ■ No ☐ Yes

$20.00

---

**3.144
5**

**Nonpriority creditor's name and mailing address**
KIMBERLY WORTHINGTON
106 COTSWOLD COURT
STEPHENS CITY, VA 22655

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 225689

Is the claim subject to offset? ■ No ☐ Yes

$20.42

---

**3.144
6**

**Nonpriority creditor's name and mailing address**
KIRK ROSENHAN
701 SASSAFRAS
STARKVILLE, MS 39759

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 156028

Is the claim subject to offset? ■ No ☐ Yes

$60.49

---

**3.144
7**

**Nonpriority creditor's name and mailing address**
KIRSTY ELSTAD
6486 O'HARA COURT DR
WEST SPRINGFIELD, VA 22152

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 435566

Is the claim subject to offset? ■ No ☐ Yes

$70.15

---

**3.144
8**

**Nonpriority creditor's name and mailing address**
KITTI ANDERSON
112 VILLAGE ST
HAMILTON, OH 45011

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 256417

Is the claim subject to offset? ■ No ☐ Yes

$54.96

---

**3.144
9**

**Nonpriority creditor's name and mailing address**
KONDWANI PRATER
5609 COLFAX AVE #155
NORTH HOLLYWOOD, CA 91601

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 462627

Is the claim subject to offset? ■ No ☐ Yes

$56.39

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

| Debtor | Business Index Group, Inc., a California corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.145
0**

**Nonpriority creditor's name and mailing address**
KORETTA MCGHEE
1037 SQUARE DRIVE
PHOENIXVILLE, PA 19460

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 442385

Is the claim subject to offset? ■ No ☐ Yes

$17.00

---

**3.145
1**

**Nonpriority creditor's name and mailing address**
KRIS COAK
1223 FOXMOOR RUN
FORT WAYNE, IN 46825

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 172783

Is the claim subject to offset? ■ No ☐ Yes

$112.51

---

**3.145
2**

**Nonpriority creditor's name and mailing address**
KRIS HEIDELBERGER
2896 BARTELMY LANE
MAPLEWOOD, MN 55109

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 412470

Is the claim subject to offset? ■ No ☐ Yes

$81.88

---

**3.145
3**

**Nonpriority creditor's name and mailing address**
KRISTA GERTH
1001 SE LOWELL DR
ANKENY, IA 50021

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 388757

Is the claim subject to offset? ■ No ☐ Yes

$59.96

---

**3.145
4**

**Nonpriority creditor's name and mailing address**
KRISTEN DI FELICE
2512 REGENCY HILLS DRIVE
SHELBY TOWNSHIP, MI 48316

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 450577

Is the claim subject to offset? ■ No ☐ Yes

$46.18

---

**3.145
5**

**Nonpriority creditor's name and mailing address**
KRISTEN HICKS
628 HOLLEMAN DRIVE
COLLEGE STATION, TX 77840

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 419747

Is the claim subject to offset? ■ No ☐ Yes

$33.54

---

**3.145
6**

**Nonpriority creditor's name and mailing address**
KRISTEN JEFFERY
4017 S 6640 W
WEST VALLEY CITY, UT 84128

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 113203

Is the claim subject to offset? ■ No ☐ Yes

$10.00

---

| Debtor | Business Index Group, Inc., a California corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.145 7 | **Nonpriority creditor's name and mailing address**<br>KRISTEN LOWMAN<br>1620 FEDERAL AVE #4<br>WEST LOS ANGELES, CA 90025<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** 403985<br><br>Is the claim subject to offset? ■ No ☐ Yes | $25.80 |

| 3.145 8 | **Nonpriority creditor's name and mailing address**<br>KRISTEN MACK<br>325 OLD RT 51 RD<br>SMOCK, PA 15480<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** 159954<br><br>Is the claim subject to offset? ■ No ☐ Yes | $43.72 |

| 3.145 9 | **Nonpriority creditor's name and mailing address**<br>KRISTEN NIEVES<br>8082 SW 158 AVE<br>MIAMI, FL 33186<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** 346924<br><br>Is the claim subject to offset? ■ No ☐ Yes | $89.71 |

| 3.146 0 | **Nonpriority creditor's name and mailing address**<br>KRISTEN NUSBAUM<br>1965 DEVAUL RANCH DRIVE<br>SAN LUIS OBISPO, CA 93405<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** 155481<br><br>Is the claim subject to offset? ■ No ☐ Yes | $62.75 |

| 3.146 1 | **Nonpriority creditor's name and mailing address**<br>KRISTEN PIA<br>2321 CALAIS DR, UNIT H<br>LONGMONT, CO 80504<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** 466246<br><br>Is the claim subject to offset? ■ No ☐ Yes | $104.22 |

| 3.146 2 | **Nonpriority creditor's name and mailing address**<br>KRISTEN TATEOSIAN<br>2 VIA ABRAZAR<br>SAN CLEMENTE, CA 92673<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** 413970<br><br>Is the claim subject to offset? ■ No ☐ Yes | $64.12 |

| 3.146 3 | **Nonpriority creditor's name and mailing address**<br>KRISTIN COLE<br>414 CORLEY STREET<br>LEXINGTON, SC 29072<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** 424667<br><br>Is the claim subject to offset? ■ No ☐ Yes | $78.49 |

| Debtor | Business Index Group, Inc., a California corporation | Case number *(if known)* | |
|--------|------------------------------------------------------|--------------------------|--|
| | Name | | |

---

**3.146 4**

**Nonpriority creditor's name and mailing address**
KRISTIN RAFFALOVICH
682 BRASS KEY COURT
LAWRENCEVILLE, GA 30046

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 423902

Is the claim subject to offset? ■ No ☐ Yes

$37.14

---

**3.146 5**

**Nonpriority creditor's name and mailing address**
KRISTINA MUNGER
6919 W. BRIGHTWATER WAY
TUCSON, AZ 85757

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 311396

Is the claim subject to offset? ■ No ☐ Yes

$334.55

---

**3.146 6**

**Nonpriority creditor's name and mailing address**
KRISTINA ORSEGA
134 BEAUMONT FARMS DRIVE
SHARPSBURG, GA 30277

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 229046

Is the claim subject to offset? ■ No ☐ Yes

$28.95

---

**3.146 7**

**Nonpriority creditor's name and mailing address**
KRISTINA STEINOUR
149 MEADOW BROOK LN
ABBOTTSTOWN, PA 17301

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 303055

Is the claim subject to offset? ■ No ☐ Yes

$39.46

---

**3.146 8**

**Nonpriority creditor's name and mailing address**
KRISTINE HENSON
108 JEWEL DR
GRIFFIN, GA 30224

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 195865

Is the claim subject to offset? ■ No ☐ Yes

$58.46

---

**3.146 9**

**Nonpriority creditor's name and mailing address**
KRISTYN DORAN
805 AMANDA COURT
CHESAPEAKE, VA 23322

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 222056

Is the claim subject to offset? ■ No ☐ Yes

$130.98

---

**3.147 0**

**Nonpriority creditor's name and mailing address**
KRUPA NATARAJ
1084 W OAKLAND AVE APT 628
JOHNSON CITY, TN 37604

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 464525

Is the claim subject to offset? ■ No ☐ Yes

$60.60

---

| Debtor | Business Index Group, Inc., a California corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.147 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $183.00 |
|---|---|---|---|

| | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | |

**3.147 1**

KUN LI
ROOM104,BUILDING1,LANGQINHUAYUAN,R
OAD33
SUZHOU, JIANGSU
CHINA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 464432

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

$183.00

---

**3.147 2**

KYLEY BOLITHO
13351 COLUMBINE CIR.
THORNTON, CO 80241

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 132322

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

$18.67

---

**3.147 3**

KYONGEUN KIM
HUANZHENBEILU 699 NONG96 HAO30
SHANGHAI, BAOSHANQU, 100000
CHINA

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 463733

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

$170.00

---

**3.147 4**

KYUHUN KIM
6-607, XINIANGUANGCHANG,
JIEFANGNANLU, H
TIANJIN, TIANJIN, 300000
CHINA

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 445284

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

$126.00

---

**3.147 5**

KYUNGMI PARK
DONGWON ROYALDUKE APT. 139, SANDAN
4-RO,
BUSAN
SOUTH KOREA

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 467163

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

$67.00

---

**3.147 6**

LACEY MAYLE
3131 BROCKETT RD
MIMS, FL 32754

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 466064

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

$22.64

---

| Debtor | Business Index Group, Inc., a California corporation | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.147 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $44.71 |
|---|---|---|---|

LAJUANTA LOVETT
310A MOUNTAIN RIDGE CT
GLEN BURNIE, MD 21061

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** 437803

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.147 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $35.00 |
|---|---|---|---|

LANA BONNELL
2005 QUINTE ST
BURLINGTON, ON, L7L 7B5
CANADA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** 249923

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.147 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $37.68 |
|---|---|---|---|

LANCE HALLADAY
606 COVE ST.
PROVIDENCE, UT 84332

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** 419461

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.148 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $33.85 |
|---|---|---|---|

LARA FARLEY
14132 BADGER CREEK DR
FRISCO, TX 75033

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** 190405

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.148 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $33.47 |
|---|---|---|---|

LARISSA VAN DER MEERSCHE
4690 W. SHANNON ST.
CHANDLER, AZ 85226

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** 436348

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.148 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $64.99 |
|---|---|---|---|

LARRY DAVIS
11941 OAK HILLS DRIVE
BENTONVILLE, AR 72712

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** 436908

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.148 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $51.10 |
|---|---|---|---|

LARRY GREENHAW
12405 KNOLL RIDGE DR
AUSTIN, TX 78758

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** 269106

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

| Debtor | Business Index Group, Inc., a California corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.148 4**

**Nonpriority creditor's name and mailing address**

LARRY PITTS
1325 OAK NOB WAY
SACRAMENTO, CA 95833

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 216336

Is the claim subject to offset? ■ No ☐ Yes

$77.97

---

**3.148 5**

**Nonpriority creditor's name and mailing address**

LARRY RENO
255 BROOKSHIRE DRIVE
FAYETTEVILLE, GA 30215

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 357801

Is the claim subject to offset? ■ No ☐ Yes

$50.78

---

**3.148 6**

**Nonpriority creditor's name and mailing address**

LARRY SAWALLISH
180 WOODLAWN RD
QUINCY, IL 62301

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 462493

Is the claim subject to offset? ■ No ☐ Yes

$24.68

---

**3.148 7**

**Nonpriority creditor's name and mailing address**

LATONYA EDWARDS
5743 S CALUMET AVE
CHICAGO, IL 60637

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 451352

Is the claim subject to offset? ■ No ☐ Yes

$72.78

---

**3.148 8**

**Nonpriority creditor's name and mailing address**

LATRENDA NICHOLSON
312 CORNELL ROAD
MONTGOMERY, AL 36109

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 453706

Is the claim subject to offset? ■ No ☐ Yes

$77.00

---

**3.148 9**

**Nonpriority creditor's name and mailing address**

LAURA CLEGHORN
5D RATHFARNHAM RD
ASHEVILLE, NC 28803

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 404127

Is the claim subject to offset? ■ No ☐ Yes

$57.45

---

**3.149 0**

**Nonpriority creditor's name and mailing address**

LAURA HARRISON ALLEN
22B DUGOUT RD
HUDSON, NH 03051

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 136124

Is the claim subject to offset? ■ No ☐ Yes

$62.22

---

Debtor Business Index Group, Inc., a California corporation Case number (if known)
Name

| | | | |
|---|---|---|---|
| 3.1491 | **Nonpriority creditor's name and mailing address**<br>LAURA HILL<br>2501 HAYDEN PARKWAY #434<br>ROSEVILLE, CA 95747<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** 365430<br>Is the claim subject to offset? ■ No ☐ Yes | $64.85 |
| 3.1492 | **Nonpriority creditor's name and mailing address**<br>LAURA LOVELACE<br>1911 KYLE CT<br>SUFFOLK, VA 23434<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** 462805<br>Is the claim subject to offset? ■ No ☐ Yes | $37.28 |
| 3.1493 | **Nonpriority creditor's name and mailing address**<br>LAURA MARTINEZ<br>589 CALLA CT. APT. 104<br>NEWPORT NEWS, VA 23608<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** 449574<br>Is the claim subject to offset? ■ No ☐ Yes | $27.48 |
| 3.1494 | **Nonpriority creditor's name and mailing address**<br>LAURA PECKENPAUGH<br>11205 SE 208TH ST, APT 2534<br>KENT, WA 98031<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** 419676<br>Is the claim subject to offset? ■ No ☐ Yes | $49.39 |
| 3.1495 | **Nonpriority creditor's name and mailing address**<br>LAURA PEREZ<br>1530 ALTA MESA<br>BROWNSVILLE, TX 78526<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** 430694<br>Is the claim subject to offset? ■ No ☐ Yes | $145.78 |
| 3.1496 | **Nonpriority creditor's name and mailing address**<br>LAURA SIKORA<br>220 WILLOW GLADE POINT<br>JOHNS CREEK, GA 30022<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** 465676<br>Is the claim subject to offset? ■ No ☐ Yes | $38.53 |
| 3.1497 | **Nonpriority creditor's name and mailing address**<br>LAURA STALEY<br>4225 FROST WAY<br>MODESTO, CA 95356<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** 423500<br>Is the claim subject to offset? ■ No ☐ Yes | $43.09 |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

| | |
|---|---|
| Debtor | Business Index Group, Inc., a California corporation |
| | Name |

Case number (if known) _____

---

**3.1498**

**Nonpriority creditor's name and mailing address**

LAURA WHALEY
1315 POLK ST.
SANDUSKY, OH 44870

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 449785

Is the claim subject to offset? ■ No ☐ Yes

$31.99

---

**3.1499**

**Nonpriority creditor's name and mailing address**

LAURA YACINTHE
1301 S 31ST STREET, APT 8
OMAHA, NE 68105

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 354028

Is the claim subject to offset? ■ No ☐ Yes

$22.97

---

**3.1500**

**Nonpriority creditor's name and mailing address**

LAUREN DOTTER
15106 PENN HILLS LANE
HOUSTON, TX 77062

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 238800

Is the claim subject to offset? ■ No ☐ Yes

$190.93

---

**3.1501**

**Nonpriority creditor's name and mailing address**

LAUREN HEWITT
622 AZALEA AVE
RICHMOND, VA 23227

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 409560

Is the claim subject to offset? ■ No ☐ Yes

$85.55

---

**3.1502**

**Nonpriority creditor's name and mailing address**

LAUREN LAPRADE
411 ARABI ST
PEARL, MS 39208

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 432947

Is the claim subject to offset? ■ No ☐ Yes

$38.00

---

**3.1503**

**Nonpriority creditor's name and mailing address**

LAUREN MIZZI
241 BROADSTONE DR
MARS, PA 16046

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 447300

Is the claim subject to offset? ■ No ☐ Yes

$17.00

---

**3.1504**

**Nonpriority creditor's name and mailing address**

LAUREN MURPHY
125 CONLEY LN
ETTERS, PA 17319

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 460393

Is the claim subject to offset? ■ No ☐ Yes

$45.00

---

| Debtor | Business Index Group, Inc., a California corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.150 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $21.08 |
|---|---|---|---|

LAUREN SERAFIN
1208 L ST.
DAVIS, CA 95616

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** 461834

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.150 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $10.00 |
|---|---|---|---|

LAUREN SNYDER
226 MILLIGAN ST
PHOENIXVILLE, PA 19460

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** 445623

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.150 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $13.00 |
|---|---|---|---|

LAURENE KASPER
4200 VISTAVIEW STREET
WEST MIFFLIN, PA 15122

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** 88562

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.150 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $435.18 |
|---|---|---|---|

LAURETTA RUCZYNSKI
78 MAPLE BRANCH
SPRING, TX 77380

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** 451918

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.150 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $92.79 |
|---|---|---|---|

LAURI JAVES
4116 QUINCY STREET NE
COLUMBIA HEIGHTS, MN 55421

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** 202041

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.151 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $23.22 |
|---|---|---|---|

LAURIE KANE
5352 W. DORADO PLACE
LITTLETON, CO 80123

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** 467493

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.151 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $73.36 |
|---|---|---|---|

LAURIE LANE
4679 WALNUT HILL DRIVE
EVANS, GA 30809

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** 213892

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    Business Index Group, Inc., a California corporation
_____
       Name

Case number (if known) _____

| 3.151 2 | **Nonpriority creditor's name and mailing address**<br>LAURIE LEVERINGTON<br>2708 THURROCK DR<br>APEX, NC 27539<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _369196_<br><br>Is the claim subject to offset? ■ No ☐ Yes | $99.97 |
|---|---|---|---|

| 3.151 3 | **Nonpriority creditor's name and mailing address**<br>LAVON HEYWARD<br>106 ANTIQUE ROSE DRIVE<br>MADISON, AL 35758<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _461577_<br><br>Is the claim subject to offset? ■ No ☐ Yes | $98.86 |
|---|---|---|---|

| 3.151 4 | **Nonpriority creditor's name and mailing address**<br>LEA BICKERTON<br>36 WENTWORTH AVE<br>WEST VIEW, PA 15229<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _378125_<br><br>Is the claim subject to offset? ■ No ☐ Yes | $58.83 |
|---|---|---|---|

| 3.151 5 | **Nonpriority creditor's name and mailing address**<br>LEA ZIMMERMAN<br>301 W GAY AVE<br>GLADEWATER, TX 75647<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _468531_<br><br>Is the claim subject to offset? ■ No ☐ Yes | $109.92 |
|---|---|---|---|

| 3.151 6 | **Nonpriority creditor's name and mailing address**<br>LEAH EDWARDS<br>3027 VETERANS MEMORIAL<br>LANETT, AL 36863<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _245220_<br><br>Is the claim subject to offset? ■ No ☐ Yes | $33.50 |
|---|---|---|---|

| 3.151 7 | **Nonpriority creditor's name and mailing address**<br>LEAH KILLEN<br>41 E RODNEY DR #14<br>CAPE GIRARDEAU, MO 63701<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _273727_<br><br>Is the claim subject to offset? ■ No ☐ Yes | $78.92 |
|---|---|---|---|

| 3.151 8 | **Nonpriority creditor's name and mailing address**<br>LEAH SHELTON<br>904A JONES CT<br>NIXA, MO 65714<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _444745_<br><br>Is the claim subject to offset? ■ No ☐ Yes | $20.89 |
|---|---|---|---|

| Debtor | Business Index Group, Inc., a California corporation | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.1519**

**Nonpriority creditor's name and mailing address**

LEANETTE POKUWAAH
5224 N CHRISTIANA AVE UNIT #2
CHICAGO, IL 60625

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 444256

Is the claim subject to offset? ■ No ☐ Yes

$14.46

---

**3.1520**

**Nonpriority creditor's name and mailing address**

LEANNE BEAUMONT
10207 FREMONT AVE
KANSAS CITY, MO 64134

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 171208

Is the claim subject to offset? ■ No ☐ Yes

$58.11

---

**3.1521**

**Nonpriority creditor's name and mailing address**

LEANNE MARTIN
1308 MOUNTAIN DRIVE
FREDERICKSBURG, PA 17026

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 365005

Is the claim subject to offset? ■ No ☐ Yes

$100.00

---

**3.1522**

**Nonpriority creditor's name and mailing address**

LEANNE TUPPER
110 CREEKS EDGE
MEBANE, NC 27302

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 434813

Is the claim subject to offset? ■ No ☐ Yes

$31.27

---

**3.1523**

**Nonpriority creditor's name and mailing address**

LEE AMMER
1807 BREEZY BEND DR,
KATY, TX 77494

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 465747

Is the claim subject to offset? ■ No ☐ Yes

$328.85

---

**3.1524**

**Nonpriority creditor's name and mailing address**

LEE ANN BERTHIAUME
2012 QUEENS CT
MOODY, AL 35004

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 425848

Is the claim subject to offset? ■ No ☐ Yes

$111.67

---

**3.1525**

**Nonpriority creditor's name and mailing address**

LEE ANN HAGEMAN
5000 MARINA DEL RD.
FORT WORTH, TX 76179

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 462457

Is the claim subject to offset? ■ No ☐ Yes

$26.05

---

| Debtor | Business Index Group, Inc., a California corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.152 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $78.00 |
|---|---|---|---|

LEE JUNG JANG
EUNHA MAEURL JUNG4DONG WONMIGU
BUCHONSI
BUCHEON, GUING GUIDO
SOUTH KOREA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** 427780

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.152 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $61.36 |
|---|---|---|---|

LEE MARKOWITZ
255 WARREN STREET APT 1103
JERSEY CITY, NJ 07302

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** 461434

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.152 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $65.57 |
|---|---|---|---|

LEE MORENO
219 MESA LOOP
SAN ANTONIO, TX 78258

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** 464785

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.152 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $98.39 |
|---|---|---|---|

LEIGH MATICH
8264 MARLEY DRIVE
MECHANICSVLLE, VA 23116

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** 178689

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.153 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $20.76 |
|---|---|---|---|

LEILA BERRY
3700 GARCON POINT ROAD
MILTON, FL 32583

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** 439972

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.153 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $61.15 |
|---|---|---|---|

LEN NORKUNAS
P.O BOX 1953
WESTMINSTER, CA 92683

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** 397541

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.153 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $105.00 |
|---|---|---|---|

LEONA LO
7445 LAWRENCE DRIVE
BURNABY, BC, V5A 3L9
CANADA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** 449214

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | Business Index Group, Inc., a California corporation | Case number *(if known)* | |
|--------|----------------|---------------|--|
| | Name | | |

| 3.153 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $45.70 |
|---|---|---|---|

LEONARD BRISCOE JR
3818 BARRINGTON RD
BALTIMORE, MD 21215

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** 212243

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.153 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $32.80 |
|---|---|---|---|

LEONARD JOHNSON JR
80 GORDON STREET
RIDGEFIELD PARK, NJ 07660

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** 436762

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.153 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $342.81 |
|---|---|---|---|

LEONARD KURRIGER
6315 VISTA CAMINO DR
HOUSTON, TX 77083

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** 410767

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.153 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $81.46 |
|---|---|---|---|

LEONNE FRANCOIS
333 NW 3RD AVE
HOMESTEAD, FL 33030

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** 269427

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.153 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $36.47 |
|---|---|---|---|

LESLEY WENGER
1006 BROAD ST
AKRON, PA 17501

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** 79718

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.153 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $88.10 |
|---|---|---|---|

LESLIE CRAIG
133 CHASE OAKS DR.
CORNELIA, GA 30531

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** 445602

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.153 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $49.00 |
|---|---|---|---|

LESLIE DICKEN
2817 LAURIE LANE
MARRERO, LA 70072

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** 182815

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Business Index Group, Inc., a California corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.154 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $18.78 |
|---|---|---|---|

**3.154 0**

**Nonpriority creditor's name and mailing address**
LESLIE DRURY
20 32ND ST SW
WYOMING, MI 49548

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 467464

Is the claim subject to offset? ■ No ☐ Yes

$18.78

---

**3.154 1**

**Nonpriority creditor's name and mailing address**
LESLIE HERNANDEZ
18000 NW 68 AVE APT 214
MIAMI LAKES, FL 33015

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 458700

Is the claim subject to offset? ■ No ☐ Yes

$91.41

---

**3.154 2**

**Nonpriority creditor's name and mailing address**
LESLIE LINWICK
101 WOOD DUCK DRIVE
FRANKFORT, KY 40601

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 106553

Is the claim subject to offset? ■ No ☐ Yes

$61.45

---

**3.154 3**

**Nonpriority creditor's name and mailing address**
LESLIE PIRNIE
62 BAYBERRY LANE
WESTFIELD, MA 01085

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 95592

Is the claim subject to offset? ■ No ☐ Yes

$120.00

---

**3.154 4**

**Nonpriority creditor's name and mailing address**
LESLIE TANNER
2414 ABERCORN AVENUE
DUNWOODY, GA 30346

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 462410

Is the claim subject to offset? ■ No ☐ Yes

$46.44

---

**3.154 5**

**Nonpriority creditor's name and mailing address**
LEVI JACKSON
5601 19TH STREET
LUBBOCK, TX 79407

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 459709

Is the claim subject to offset? ■ No ☐ Yes

$129.46

---

**3.154 6**

**Nonpriority creditor's name and mailing address**
LIISA ANDREASSEN
40 BARNARD AVENUE
ASHEVILLE, NC 28804

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 468482

Is the claim subject to offset? ■ No ☐ Yes

$54.45

---

| Debtor | Business Index Group, Inc., a California corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.154 7**

**Nonpriority creditor's name and mailing address**
LILA DILBAITIS
3801 KINGSLEY DR
SPRINGFIELD, IL 62711

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 132556

Is the claim subject to offset? ■ No ☐ Yes

$37.26

---

**3.154 8**

**Nonpriority creditor's name and mailing address**
LILA RAWLINGS
1249 NORTH 80 EAST
AMERICAN FORK, UT 84003

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 210698

Is the claim subject to offset? ■ No ☐ Yes

$63.75

---

**3.154 9**

**Nonpriority creditor's name and mailing address**
LILIYA DESYATNIKOV
1 PENNY LN
BALTIMORE, MD 21209

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 461752

Is the claim subject to offset? ■ No ☐ Yes

$97.76

---

**3.155 0**

**Nonpriority creditor's name and mailing address**
LILLIAN HOOPER
10008 TOBY ROAD
SAN RAMON, CA 94583

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 85286

Is the claim subject to offset? ■ No ☐ Yes

$28.60

---

**3.155 1**

**Nonpriority creditor's name and mailing address**
LILLIAN WALSH
348 HONEY LOCUST SQUARE
LANCASTER, PA 17602

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 425966

Is the claim subject to offset? ■ No ☐ Yes

$135.00

---

**3.155 2**

**Nonpriority creditor's name and mailing address**
LILY YANG
15 PERKINS SQUARE, 8
BOSTON, MA 02130

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 467996

Is the claim subject to offset? ■ No ☐ Yes

$178.00

---

**3.155 3**

**Nonpriority creditor's name and mailing address**
LINDA BAKMAZ
333 CURTIS STREET
SHARON, PA 16146

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 427086

Is the claim subject to offset? ■ No ☐ Yes

$10.00

---

| | |
|---|---|
| Debtor | Business Index Group, Inc., a California corporation |
| | Name |

Case number (if known) _____

| | | |
|---|---|---|
| 3.155 4 | **Nonpriority creditor's name and mailing address**<br>LINDA BRIGHTBILL<br>104 SILVER OAK CT<br>FRANKLIN, OH 45005<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** 82021<br><br>Is the claim subject to offset? ■ No ☐ Yes | $49.72 |

| | | |
|---|---|---|
| 3.155 5 | **Nonpriority creditor's name and mailing address**<br>LINDA CAPILLA<br>2525 E 104TH AVE, #622<br>THORNTON, CO 80233<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** 453622<br><br>Is the claim subject to offset? ■ No ☐ Yes | $18.19 |

| | | |
|---|---|---|
| 3.155 6 | **Nonpriority creditor's name and mailing address**<br>LINDA CHU-MEI<br>21 WARD ST<br>SOUTH BOSTON, MA 02127<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** 102351<br><br>Is the claim subject to offset? ■ No ☐ Yes | $60.00 |

| | | |
|---|---|---|
| 3.155 7 | **Nonpriority creditor's name and mailing address**<br>LINDA DARLINGTON<br>215 N KING ST, #1909<br>HONOLULU, HI 96817<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** 400162<br><br>Is the claim subject to offset? ■ No ☐ Yes | $51.21 |

| | | |
|---|---|---|
| 3.155 8 | **Nonpriority creditor's name and mailing address**<br>LINDA ESTILOW<br>3440 HADDONFIELD ROAD<br>PENNSAUKEN, NJ 08109<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** 430778<br><br>Is the claim subject to offset? ■ No ☐ Yes | $16.99 |

| | | |
|---|---|---|
| 3.155 9 | **Nonpriority creditor's name and mailing address**<br>LINDA FERMIN<br>852 POHONO COURT<br>TRACY, CA 95304<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** 463142<br><br>Is the claim subject to offset? ■ No ☐ Yes | $62.08 |

| | | |
|---|---|---|
| 3.156 0 | **Nonpriority creditor's name and mailing address**<br>LINDA FISCHER<br>4116 BUCKBOARD TRL<br>ALLISON PARK, PA 15101<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** 162110<br><br>Is the claim subject to offset? ■ No ☐ Yes | $68.64 |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

| Debtor | Business Index Group, Inc., a California corporation | Case number (if known) | |
|--------|------------------------------------------------------|------------------------|---|
| | Name | | |

| 3.156 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $59.63 |
|---------|-----------------------------------------------------|---------------------------------------------------------------------------|--------|

**Nonpriority creditor's name and mailing address**
LINDA GARMON
2990 BROOKFIELD CIRCLE
CUMMING, GA 30040

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 402768

Is the claim subject to offset? ■ No ☐ Yes

$59.63

---

3.156 2

**Nonpriority creditor's name and mailing address**
LINDA HEINZ
473 S. YOUNGFIELD COURT
LAKEWOOD, CO 80228

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 366738

Is the claim subject to offset? ■ No ☐ Yes

$30.99

---

3.156 3

**Nonpriority creditor's name and mailing address**
LINDA HILDEBRAND
916 NORTH 13TH ST
MATTOON, IL 61938

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 260923

Is the claim subject to offset? ■ No ☐ Yes

$48.87

---

3.156 4

**Nonpriority creditor's name and mailing address**
LINDA HOOVER
27 LEWISTON CIRCLE
LANCASTER, PA 17601

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 141047

Is the claim subject to offset? ■ No ☐ Yes

$78.36

---

3.156 5

**Nonpriority creditor's name and mailing address**
LINDA MENELEY
2700 WESTVIEW AVE
DODGE CITY, KS 67801

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 416553

Is the claim subject to offset? ■ No ☐ Yes

$94.81

---

3.156 6

**Nonpriority creditor's name and mailing address**
LINDA MILTON
59 FEBRUARY DRIVE
SOUTHINGTON, CT 06489

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 138514

Is the claim subject to offset? ■ No ☐ Yes

$198.57

---

3.156 7

**Nonpriority creditor's name and mailing address**
LINDA MIRKOVICH
327 SUGAR RUN RD
WAYNESBURG, PA 15370

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 332372

Is the claim subject to offset? ■ No ☐ Yes

$20.00

---

| Debtor | Business Index Group, Inc., a California corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.1568**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $61.20 |
|---|---|---|
| LINDA MOSCONA<br>1610 W. 207TH STREET #1<br>TORRANCE, CA 90501 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** 375315 | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.1569**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $47.09 |
|---|---|---|
| LINDA MYERS<br>10426 HOLLAND STREET<br>BAKERSFIELD, CA 93312 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** 215436 | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.1570**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $32.23 |
|---|---|---|
| LINDA NOWAK<br>791 MOONGLOW AVE.<br>NEW BRAUNFELS, TX 78130 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** 329818 | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.1571**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $43.78 |
|---|---|---|
| LINDA PAYNE<br>5500 BROOKHAVEN CIRCLE<br>MOBILE, AL 36693 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** 300974 | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.1572**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $64.83 |
|---|---|---|
| LINDA PETRICK<br>8036 EACON CT<br>HUDSON, FL 34667 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** 213680 | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.1573**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $640.37 |
|---|---|---|
| LINDA RANSOM<br>331 W WILSON AVE. UNIT #103<br>GLENDALE, CA 91203 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** 416183 | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.1574**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $37.55 |
|---|---|---|
| LINDA RICHARDS<br>1546 SOARING POINTE<br>MARIETTA, GA 30062 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** 218389 | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | Business Index Group, Inc., a California corporation | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.157 5**

**Nonpriority creditor's name and mailing address**
LINDA SMOOT
208 TOWNE CRIER ROAD
LYNCHBURG, VA 24502

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 455566

Is the claim subject to offset? ■ No ☐ Yes

$126.06

---

**3.157 6**

**Nonpriority creditor's name and mailing address**
LINDA VAN ETTEN
8908 W TELFAIR CIRCLE
WILMINGTON, NC 28412

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 452119

Is the claim subject to offset? ■ No ☐ Yes

$140.61

---

**3.157 7**

**Nonpriority creditor's name and mailing address**
LINDAY STEPHENSON
448 ELYSIAN AVE APT. A
MORGANTOWN, WV 26501

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 460135

Is the claim subject to offset? ■ No ☐ Yes

$57.61

---

**3.157 8**

**Nonpriority creditor's name and mailing address**
LINDORIS WILSON
920 WELLSTON COURT
GLEN ALLEN, VA 23059

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 465346

Is the claim subject to offset? ■ No ☐ Yes

$22.87

---

**3.157 9**

**Nonpriority creditor's name and mailing address**
LINDSAY DELK
8529 GRACEFUL OAK CROSSING
KATY, TX 77494

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 422943

Is the claim subject to offset? ■ No ☐ Yes

$86.72

---

**3.158 0**

**Nonpriority creditor's name and mailing address**
LINDSAY MILLER
626 S PUGH ST
STATE COLLEGE, PA 16801

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 466799

Is the claim subject to offset? ■ No ☐ Yes

$23.97

---

**3.158 1**

**Nonpriority creditor's name and mailing address**
LINDSEY FRESON
3327 WOODFORD ROAD
CINCINNATI, OH 45213

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 463649

Is the claim subject to offset? ■ No ☐ Yes

$51.48

---

| Debtor | Business Index Group, Inc., a California corporation | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 3.158 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $77.22 |
|---|---|---|---|

LINDSEY JENSEN
1301 N SCOTTSDALE RD #3093
SCOTTSDALE, AZ 85257

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** 431436

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.158 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $44.96 |
|---|---|---|---|

LINDSEY LLOYD
1208 W HALE
BOISE, ID 83706

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** 423798

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.158 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $34.38 |
|---|---|---|---|

LINDY SNETHEN
318 W CEDAR ST.
OLATHE, KS 66061

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** 459073

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.158 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $73.49 |
|---|---|---|---|

LINNEA PIERSON
1031 S. PLAMETTO AVE.  J-6
ONTARIO, CA 91762

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** 426945

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.158 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $66.87 |
|---|---|---|---|

LIREN ZHENG
402 WARREN PLACE, 402 WARREN PLACE
ITHACA, NY 14850

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** 417855

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.158 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $44.91 |
|---|---|---|---|

LISA AUBREY
16304 CALIDONIA LANE
TAMPA, FL 33624

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** 444814

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.158 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $79.29 |
|---|---|---|---|

LISA BRADY
12725 MILWAUKEE AVE
TAVARES, FL 32778

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** 333449

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   Business Index Group, Inc., a California corporation
         Name

Case number (if known) _____

| 3.158 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $27.41 |
|---|---|---|---|

LISA BULKLEY
143 SPICEBUSH LANE
MILFORD, PA 18337

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** 297844

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.159 0 | **Nonpriority creditor's name and mailing address** | | $99.36 |
|---|---|---|---|

LISA CAIN
11533 CHRISTIAN PLACE
GULFPORT, MS 39503

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** 374850

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.159 1 | **Nonpriority creditor's name and mailing address** | | $37.87 |
|---|---|---|---|

LISA CAREY
3303 JACKSON DR
HOLIDAY, FL 34691

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** 376663

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.159 2 | **Nonpriority creditor's name and mailing address** | | $62.84 |
|---|---|---|---|

LISA CARNES
2057 MCLAIN ROAD NW
ACWORTH, GA 30101

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** 276139

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.159 3 | **Nonpriority creditor's name and mailing address** | | $47.23 |
|---|---|---|---|

LISA DIETRICH
40 PINEHURST DRIVE
GRANVILLE, OH 43023

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** 465442

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.159 4 | **Nonpriority creditor's name and mailing address** | | $22.66 |
|---|---|---|---|

LISA GOINS
2735 LULLINGTON DRIVE
WINSTON SALEM, NC 27103

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** 425028

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.159 5 | **Nonpriority creditor's name and mailing address** | | $284.50 |
|---|---|---|---|

LISA GRAY
12119 ELEONORE COURT
SAN DIEGO, CA 92131

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** 372172

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    Business Index Group, Inc., a California corporation
           Name

Case number *(if known)* _____

| | |
|---|---|
| **3.159 6** | |

**Nonpriority creditor's name and mailing address**
LISA HEISEY
239 LONGSTREET DR
GETTYSBURG, PA 17325

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 445282

Is the claim subject to offset? ■ No ☐ Yes

$30.00

---

| | |
|---|---|
| **3.159 7** | |

**Nonpriority creditor's name and mailing address**
LISA HYLAND
29 STONE CREEK PARK
OWENSBORO, KY 42303

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 467761

Is the claim subject to offset? ■ No ☐ Yes

$109.54

---

| | |
|---|---|
| **3.159 8** | |

**Nonpriority creditor's name and mailing address**
LISA KALAGASSY
1903 W 8TH ST #246
ERIE, PA 16505

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 445841

Is the claim subject to offset? ■ No ☐ Yes

$57.18

---

| | |
|---|---|
| **3.159 9** | |

**Nonpriority creditor's name and mailing address**
LISA LEFITZ
22 STABLE GATE ROAD
HILTON HEAD, SC 29926

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 455667

Is the claim subject to offset? ■ No ☐ Yes

$30.97

---

| | |
|---|---|
| **3.160 0** | |

**Nonpriority creditor's name and mailing address**
LISA LIVSHIN
4710 MERLIN PLACE
ENCINO, CA 91436

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 423653

Is the claim subject to offset? ■ No ☐ Yes

$98.19

---

| | |
|---|---|
| **3.160 1** | |

**Nonpriority creditor's name and mailing address**
LISA MILLER
4051 HWY 11
INMAN, SC 29349

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 454569

Is the claim subject to offset? ■ No ☐ Yes

$21.87

---

| | |
|---|---|
| **3.160 2** | |

**Nonpriority creditor's name and mailing address**
LISA MOORE
223 PINE ROAD
ABBOTTSTOWN, PA 17301

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 436967

Is the claim subject to offset? ■ No ☐ Yes

$122.34

---

| Debtor | Business Index Group, Inc., a California corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.160 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $70.08 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
LISA PAPE
4921 BRIARCLIFF ROAD
NASHPORT, OH 43830

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 444899

Is the claim subject to offset? ■ No ☐ Yes

$70.08

---

**3.160 4**

**Nonpriority creditor's name and mailing address**
LISA PARKER-KIM
19323 PHIL LANE
CUPERTINO, CA 95014

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 338332

Is the claim subject to offset? ■ No ☐ Yes

$20.00

---

**3.160 5**

**Nonpriority creditor's name and mailing address**
LISA PATTERSON
472 TAPPAN AVE
NORTH PLAINFIELD, NJ 07063

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 227283

Is the claim subject to offset? ■ No ☐ Yes

$79.38

---

**3.160 6**

**Nonpriority creditor's name and mailing address**
LISA ROBERTS
130 SHAD BOAT LANE
CLAYTON, NC 27520

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 421421

Is the claim subject to offset? ■ No ☐ Yes

$30.65

---

**3.160 7**

**Nonpriority creditor's name and mailing address**
LISA SCOTT
10923 S. 91ST E. CT.
TULSA, OK 74133

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 468441

Is the claim subject to offset? ■ No ☐ Yes

$62.33

---

**3.160 8**

**Nonpriority creditor's name and mailing address**
LISA SENICK
7703 N VIA ATASCADERO
TUCSON, AZ 85743

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 441066

Is the claim subject to offset? ■ No ☐ Yes

$70.84

---

**3.160 9**

**Nonpriority creditor's name and mailing address**
LISA SNIDER
5634 S. ZANTE CIRCLE
AURORA, CO 80015

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 85672

Is the claim subject to offset? ■ No ☐ Yes

$15.00

---

| Debtor | Business Index Group, Inc., a California corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.161 0**

**Nonpriority creditor's name and mailing address**
LISA SORIANO
2135 OLD MILL ROAD
TOLEDO, OH 43615

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 187964

Is the claim subject to offset? ■ No ☐ Yes

$92.50

---

**3.161 1**

**Nonpriority creditor's name and mailing address**
LISA WALTRIP
209 DEBRA ANN DR
MOUNTAIN HOME, AR 72653

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 243531

Is the claim subject to offset? ■ No ☐ Yes

$24.12

---

**3.161 2**

**Nonpriority creditor's name and mailing address**
LISA WINTERS
519 WESTWOOD DR
TALLAHASSEE, FL 32304

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 302704

Is the claim subject to offset? ■ No ☐ Yes

$104.47

---

**3.161 3**

**Nonpriority creditor's name and mailing address**
LISAROXANNE WALTERS-JEFFERS
223 GATES AVENUE
BROOKLYN, NY 11238

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 266576

Is the claim subject to offset? ■ No ☐ Yes

$64.27

---

**3.161 4**

**Nonpriority creditor's name and mailing address**
LIZABETH DUPUIS
92-7151 ELELE STREET 1404
MAKAKILO, HI 96707

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 457513

Is the claim subject to offset? ■ No ☐ Yes

$78.03

---

**3.161 5**

**Nonpriority creditor's name and mailing address**
LIZETH BRANCH
9921 SW 98 AVE
MIAMI, FL 33176

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 436435

Is the claim subject to offset? ■ No ☐ Yes

$35.00

---

**3.161 6**

**Nonpriority creditor's name and mailing address**
LOCI ZSUPPAN
532 MAY FARM RD
PITTSBORO, NC 27312

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 467961

Is the claim subject to offset? ■ No ☐ Yes

$74.36

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

Debtor　　Business Index Group, Inc., a California corporation

Case number *(if known)* _____

Name

| 3.161 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $228.97 |
|---|---|---|---|

LOIS CHARON
18405 CEDAR DRIVE
TRIANGLE, VA 22172

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** 281125

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.161 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $23.15 |
|---|---|---|---|

LORELEI WEIS
5226 SHEFFORD CT
INDIANAPOLIS, IN 46254

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** 443796

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.161 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $23.04 |
|---|---|---|---|

LORENDA DRABEK
4724 COUNTY ROAD 347
BRAZORIA, TX 77422

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** 466786

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.162 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $77.76 |
|---|---|---|---|

LORI DAVIDSON
483 REIDLAND DRIVE
DALLAS, GA 30132

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** 207377

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.162 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $113.18 |
|---|---|---|---|

LORI EVANS
6253 E OMEGA ST
MESA, AZ 85215

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** 396767

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.162 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $255.04 |
|---|---|---|---|

LORI HARRIS
2604 HAWALASKA STL
LEHIGH ACRES, FL 33973

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** 450233

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.162 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $49.99 |
|---|---|---|---|

LORI HILTON
3825 DELMORE RD
CLEVELAND HTS, OH 44121

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** 462906

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Business Index Group, Inc., a California corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| **3.162 4** | **Nonpriority creditor's name and mailing address**<br>LORI JONES<br>5512 STANFORD ST.<br>VENTURA, CA 93003 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $20.74 |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** 10810<br><br>Is the claim subject to offset? ■ No ☐ Yes | |
| **3.162 5** | **Nonpriority creditor's name and mailing address**<br>LORI LANDIS<br>127 CAMINAR WAY<br>WALNUT CREEK, CA 94596 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $19.89 |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** 427010<br><br>Is the claim subject to offset? ■ No ☐ Yes | |
| **3.162 6** | **Nonpriority creditor's name and mailing address**<br>LORI LONG<br>3 HAVERFORD COURT<br>MANCHESTER, PA 17345 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $58.64 |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** 457621<br><br>Is the claim subject to offset? ■ No ☐ Yes | |
| **3.162 7** | **Nonpriority creditor's name and mailing address**<br>LORI MOODY<br>1917 DORIS DR.<br>COLUMBIA, MO 65202 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $26.43 |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** 452809<br><br>Is the claim subject to offset? ■ No ☐ Yes | |
| **3.162 8** | **Nonpriority creditor's name and mailing address**<br>LORI PERKINS<br>418 SUMMIT CHASE DRIVE<br>VALRICO, FL 33594 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $33.45 |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** 423582<br><br>Is the claim subject to offset? ■ No ☐ Yes | |
| **3.162 9** | **Nonpriority creditor's name and mailing address**<br>LORI RAVELLI<br>3124 AVE Q<br>GALVESTON, TX 77550 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $184.78 |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** 315267<br><br>Is the claim subject to offset? ■ No ☐ Yes | |
| **3.163 0** | **Nonpriority creditor's name and mailing address**<br>LORI SINGER<br>1205 MEADOW LANE<br>HARRISBURG, PA 17113 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $68.04 |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** 463666<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | Business Index Group, Inc., a California corporation | Case number (if known) | |
|--------|--------|--------|--------|
| | Name | | |

| 3.163 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $33.23 |
|---|---|---|---|

LORI WHITEMAN
1109 N 16TH ST
HARRISBURG, PA 17103

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** 226609

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.163 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $235.77 |
|---|---|---|---|

LORI WILK
7290 KINGHURST DRIVE #202
DELRAY BEACH, FL 33446

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** 451951

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.163 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $262.76 |
|---|---|---|---|

LORI WOODALL
4918 PARKCREST
LA PORTE, TX 77571

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** 260053

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.163 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $35.99 |
|---|---|---|---|

LORIANNE ROSENGARTEN
1304 E. PRYOR RD.
SAN TAN VALLEY, AZ 85140

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** 399894

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.163 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $51.23 |
|---|---|---|---|

LORNA FAIR
4709 PROVIDENCE WOODS CIRCLE
WENTZVILLE, MO 63385

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** 465561

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.163 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $113.00 |
|---|---|---|---|

LORRAINA BALLARD
2650 BELLEZZA DR
SAN DIEGO, CA 92108

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** 284298

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.163 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $48.62 |
|---|---|---|---|

LORRAINE DIXON
4232 US HWY 82
BRUNSWICK, GA 31523

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** 425112

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Business Index Group, Inc., a California corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.163 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $59.35 |
|---|---|---|---|

LORRAINE SIMKA
1642 SWEETGUM LN
MATTHEWS, NC 28105

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** 435328

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.163 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $18.09 |
|---|---|---|---|

LOUIS DUNNING
19275 POTOMAC CIRCLE
NORTH FORT MYERS, FL 33917

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** 469064

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.164 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $144.86 |
|---|---|---|---|

LOYD RILEY
414 SHALLOW CREEK ROAD
TUSCALOOSA, AL 35406

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** 335435

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.164 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $119.59 |
|---|---|---|---|

LU LIU
549 BORDEN AVE APT 7A
LONG ISLAND CITY, NY 11101

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** 466347

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.164 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $96.11 |
|---|---|---|---|

LUCILA FAUNI
38 CAMELBACK AVE N
CARSON, CA 90745

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** 273418

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.164 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $65.00 |
|---|---|---|---|

LUCILLE GARCIA
811 NORTH VINEYARD BLVD. F2
HONOLULU, HI 96817

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** 416456

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.164 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $21.40 |
|---|---|---|---|

LUCY BRAUN
823 SUGARMAN'S CT.
WEST CHESTER, PA 19382

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** 410347

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | Business Index Group, Inc., a California corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.164 5**

**Nonpriority creditor's name and mailing address**

LUIS LOPEZ
2814 FALCON CT
BRYANT, AR 72022

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 376359

Is the claim subject to offset? ■ No ☐ Yes

$61.82

---

**3.164 6**

**Nonpriority creditor's name and mailing address**

LUIS MATUS
16350 ELLA BLVD APT 1112
HOUSTON, TX 77090

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 348283

Is the claim subject to offset? ■ No ☐ Yes

$66.74

---

**3.164 7**

**Nonpriority creditor's name and mailing address**

LUTHER PONDER
4613 PRISCILLA LANE
WICHITA FALLS, TX 76306

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 419808

Is the claim subject to offset? ■ No ☐ Yes

$129.91

---

**3.164 8**

**Nonpriority creditor's name and mailing address**

LUZ VENEGAS
5002 VINCENT AVENUE
LOS ANGELES, CA 90041

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 449155

Is the claim subject to offset? ■ No ☐ Yes

$89.94

---

**3.164 9**

**Nonpriority creditor's name and mailing address**

LYDIA MARTINELLI
5482 WILSHIRE BLVD #305
LOS ANGELES, CA 90036

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 310971

Is the claim subject to offset? ■ No ☐ Yes

$96.63

---

**3.165 0**

**Nonpriority creditor's name and mailing address**

LYDIA SIMMONS
1306 W WATER ST
WEATHERFORD, TX 76086

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 450078

Is the claim subject to offset? ■ No ☐ Yes

$84.96

---

**3.165 1**

**Nonpriority creditor's name and mailing address**

LYNDA LOOMIS
1 NW OBRIEN RD APT 9
LEES SUMMIT, MO 64063

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 468689

Is the claim subject to offset? ■ No ☐ Yes

$21.51

---

| Debtor | Business Index Group, Inc., a California corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.165 2**

**Nonpriority creditor's name and mailing address**
LYNETTE TRAPPEY
405 DAFNEY DRIVE
LAFAYETTE, LA 70503

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 468644

Is the claim subject to offset? ■ No ☐ Yes

$59.07

---

**3.165 3**

**Nonpriority creditor's name and mailing address**
LYNETTE TROTTA
3043 OAK FOREST DR
PARKVILLE, MD 21234

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 466798

Is the claim subject to offset? ■ No ☐ Yes

$21.58

---

**3.165 4**

**Nonpriority creditor's name and mailing address**
LYNN BLACK
195 N. DEODATE ROAD
MIDDLETOWN, PA 17057

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 467547

Is the claim subject to offset? ■ No ☐ Yes

$339.46

---

**3.165 5**

**Nonpriority creditor's name and mailing address**
LYNN HAZELMAN
103 LEGION STREET
POMPTON LAKES, NJ 07442

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 252015

Is the claim subject to offset? ■ No ☐ Yes

$31.39

---

**3.165 6**

**Nonpriority creditor's name and mailing address**
LYNN LEWIS
6902 AMBLER DRIVE
SPRING, TX 77379

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 222859

Is the claim subject to offset? ■ No ☐ Yes

$156.83

---

**3.165 7**

**Nonpriority creditor's name and mailing address**
LYNN WYATT
2931 KNOX STREET
COLUMBUS, GA 31903

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 80812

Is the claim subject to offset? ■ No ☐ Yes

$175.67

---

**3.165 8**

**Nonpriority creditor's name and mailing address**
LYNN ZIVKOVICH
1341 MAYFIELD RIDGE RD
MAYFIELD HTS, OH 44124

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 427343

Is the claim subject to offset? ■ No ☐ Yes

$42.50

---

Debtor   Business Index Group, Inc., a California corporation
         _____
         Name

Case number (if known) _____

| | |
|---|---|
| **3.165 9** | |

**Nonpriority creditor's name and mailing address**
LYNNE WEIXEL
15314 ASHBURTON DRIVE
JERSEY VILLAGE, TX 77040

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 403954

Is the claim subject to offset? ■ No ☐ Yes

$30.14

---

| | |
|---|---|
| **3.166 0** | |

**Nonpriority creditor's name and mailing address**
LYNNETTE GILLESPIE
2551 W. CRAWFORD ST.
TUCSON, AZ 85745

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 281412

Is the claim subject to offset? ■ No ☐ Yes

$125.73

---

| | |
|---|---|
| **3.166 1** | |

**Nonpriority creditor's name and mailing address**
MADELEINE WRIGHT
345 E 12TH ST, 27
NEW YORK, NY 10003

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 468071

Is the claim subject to offset? ■ No ☐ Yes

$50.00

---

| | |
|---|---|
| **3.166 2** | |

**Nonpriority creditor's name and mailing address**
MADHAVI REDDY
332 ELM ST
MANSFIELD, MA 02048

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 451461

Is the claim subject to offset? ■ No ☐ Yes

$19.79

---

| | |
|---|---|
| **3.166 3** | |

**Nonpriority creditor's name and mailing address**
MAEHWA KIM
SHANGHAI PUDONGXINQU
SHANGHAI, 201203
CHINA

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 451329

Is the claim subject to offset? ■ No ☐ Yes

$235.00

---

| | |
|---|---|
| **3.166 4** | |

**Nonpriority creditor's name and mailing address**
MAGGIE GRIFFIN
1025 17TH STREET APT C
SANTA MONICA, CA 90403

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 439366

Is the claim subject to offset? ■ No ☐ Yes

$141.92

---

| | |
|---|---|
| **3.166 5** | |

**Nonpriority creditor's name and mailing address**
MAIRE KELLY
701 ANDERSON
CORPUS CHRISTI, TX 78411

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 96492

Is the claim subject to offset? ■ No ☐ Yes

$30.25

---

| Debtor | Business Index Group, Inc., a California corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.166 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $18.64 |
|---|---|---|---|

MALATHI RAMESH
924 SILVERLINK DR
O FALLON, IL 62269

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** 272356

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.166 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $76.12 |
|---|---|---|---|

MALLORY PORSHNEV
5511 LEE MARIE LN
CHARLOTTE, NC 28269

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** 368724

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.166 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $97.47 |
|---|---|---|---|

MANDY MOORE
3803 S WOODRUFF
SPOKANE VALLEY, WA 99206

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** 407976

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.166 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $142.84 |
|---|---|---|---|

MANNY ACINO
9765 E MISSION LN
SCOTTSDALE, AZ 85258

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** 349560

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.167 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $31.99 |
|---|---|---|---|

MARCIA NIEMERG
14206 E 1420TH AVE
TEUTOPOLIS, IL 62467

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** 98608

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.167 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $44.20 |
|---|---|---|---|

MARGARET D'ANGELO
93 STONESTHROW DRIVE
BEREA, OH 44017

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** 450719

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.167 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $24.88 |
|---|---|---|---|

MARGARET WELCH
264 ETHAN ALLEN PARKWAY
NORTH BURLINGTON, VT 05408

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** 406993

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   Business Index Group, Inc., a California corporation          Case number (if known) _____
_____
          Name

| 3.167 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $807.54 |

**Nonpriority creditor's name and mailing address**
MARGIE CHING
1032 TOYON DR
BURLINGAME, CA 94010

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 439522

Is the claim subject to offset? ■ No ☐ Yes

$807.54

---

3.167 4

**Nonpriority creditor's name and mailing address**
MARGUERITE MASTROMATTO
510 WALLER WAY
JEFFERSONVILLE, PA 19403

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 422732

Is the claim subject to offset? ■ No ☐ Yes

$62.00

---

3.167 5

**Nonpriority creditor's name and mailing address**
MARIA COLMENERO-CLARK
1218 SAXONHILL DR
SAN ANTONIO, TX 78253

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 164677

Is the claim subject to offset? ■ No ☐ Yes

$126.84

---

3.167 6

**Nonpriority creditor's name and mailing address**
MARIA CORLETO
1625 E G ST # 8B
ONTARIO, CA 91764

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 426057

Is the claim subject to offset? ■ No ☐ Yes

$36.88

---

3.167 7

**Nonpriority creditor's name and mailing address**
MARIA IKRAM
9936 RESEDA BLVD UNIT #39
NORTHRIDGE, CA 91324

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 257106

Is the claim subject to offset? ■ No ☐ Yes

$130.95

---

3.167 8

**Nonpriority creditor's name and mailing address**
MARIA MOTSAVAGE
509 CENTENNIAL AVE
GILBERTSVILLE, PA 19525

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 415915

Is the claim subject to offset? ■ No ☐ Yes

$47.00

---

3.167 9

**Nonpriority creditor's name and mailing address**
MARIA RUTLEDGE
6013 MERRIWOOD DR.
AUSTIN, TX 78745

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 467044

Is the claim subject to offset? ■ No ☐ Yes

$21.63

---

| Debtor | Business Index Group, Inc., a California corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.168 0**

**Nonpriority creditor's name and mailing address**

MARIA SANCHEZ LOPEZ
893 SCHENCK AVENUE #2E
BROOKLYN, NY 11207

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 413887

Is the claim subject to offset? ■ No ☐ Yes

$20.88

---

**3.168 1**

**Nonpriority creditor's name and mailing address**

MARIA VALENCIA
257 GREEN PARK SOUTH
PELHAM, AL 35124

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 89220

Is the claim subject to offset? ■ No ☐ Yes

$323.18

---

**3.168 2**

**Nonpriority creditor's name and mailing address**

MARIA WALLACE
3522 BEATY RD SW
HUNTSVILLE, AL 35805

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 421038

Is the claim subject to offset? ■ No ☐ Yes

$55.80

---

**3.168 3**

**Nonpriority creditor's name and mailing address**

MARIAN CHANDLER
210 PELICAN GARTH
FORT WASHINGTON, MD 20744

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 458055

Is the claim subject to offset? ■ No ☐ Yes

$107.51

---

**3.168 4**

**Nonpriority creditor's name and mailing address**

MARIANNE HEDGPETH
3729 MOSS CREEK DR.
GREENSBORO, NC 27410

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 356902

Is the claim subject to offset? ■ No ☐ Yes

$64.14

---

**3.168 5**

**Nonpriority creditor's name and mailing address**

MARIANNE KALINOSKI
327 11TH AVE WEST
HUNTINGTON, WV 25701

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 377914

Is the claim subject to offset? ■ No ☐ Yes

$29.85

---

**3.168 6**

**Nonpriority creditor's name and mailing address**

MARIANO CONTRERAS
8345 SUNRISELAKES BLVD APTO. 101
SUNRISE, FL 33322

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 195729

Is the claim subject to offset? ■ No ☐ Yes

$28.77

---

| Debtor | Business Index Group, Inc., a California corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.168 7**

**Nonpriority creditor's name and mailing address**
MARIE GARVER
9543 JAYBIRD LANE
LAND O' LAKES, FL 34639

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 325280

Is the claim subject to offset? ■ No ☐ Yes

$25.99

---

**3.168 8**

**Nonpriority creditor's name and mailing address**
MARIE PHILIPPI
6 CITY VIEW LANE
SAINT PAUL, MN 55107

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 414585

Is the claim subject to offset? ■ No ☐ Yes

$38.46

---

**3.168 9**

**Nonpriority creditor's name and mailing address**
MARIEL PORTER
18 W PRINCETON CIR APT 118
LYNCHBURG, VA 24503

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 451877

Is the claim subject to offset? ■ No ☐ Yes

$16.17

---

**3.169 0**

**Nonpriority creditor's name and mailing address**
MARILEE HARPER
2314 KINGSTON DR.
LAWRENCE, KS 66049

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 469021

Is the claim subject to offset? ■ No ☐ Yes

$28.36

---

**3.169 1**

**Nonpriority creditor's name and mailing address**
MARILOU FEYERHERM
307 S OAKDALE AVE #6
SALINA, KS 67401

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 197243

Is the claim subject to offset? ■ No ☐ Yes

$56.20

---

**3.169 2**

**Nonpriority creditor's name and mailing address**
MARILU QUINN
P.O.BOX 1622
WESTERVILLE, OH 43086

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 366866

Is the claim subject to offset? ■ No ☐ Yes

$52.31

---

**3.169 3**

**Nonpriority creditor's name and mailing address**
MARILYN BURKLE
10573 GAYLEMONT LANE
SAN DIEGO, CA 92130

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 302524

Is the claim subject to offset? ■ No ☐ Yes

$247.00

---

| Debtor | Business Index Group, Inc., a California corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.169<br>4 | **Nonpriority creditor's name and mailing address**<br>MARILYN MUI<br>6131 MAYFAIR AVE<br>MORTON GROVE, IL 60053 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $67.49 |
|---|---|---|---|
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** 101943<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.169<br>5 | **Nonpriority creditor's name and mailing address**<br>MARINA CHANTHAKHOUNE<br>246 MOTT ST<br>NEW YORK, NY 10012 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $46.71 |
|---|---|---|---|
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** 412360<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.169<br>6 | **Nonpriority creditor's name and mailing address**<br>MARINA ROJAS<br>3075 NW 86 ST<br>MIAMI, FL 33147 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $55.17 |
|---|---|---|---|
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** 464059<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.169<br>7 | **Nonpriority creditor's name and mailing address**<br>MARINA RUDER<br>1007 BLOSSOM LANE<br>REDONDO BEACH, CA 90278 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $28.25 |
|---|---|---|---|
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** 434390<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.169<br>8 | **Nonpriority creditor's name and mailing address**<br>MARISOL ARELLANO<br>4992 SABLE PINE CIR A1<br>WEST PALM BEACH, FL 33417 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $55.25 |
|---|---|---|---|
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** 457832<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.169<br>9 | **Nonpriority creditor's name and mailing address**<br>MARISSA HEELEY<br>18223 OCCIDENTAL AVE S.<br>BURIEN, WA 98148 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $66.94 |
|---|---|---|---|
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** 314398<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.170<br>0 | **Nonpriority creditor's name and mailing address**<br>MARISSA SCHMITT<br>55006 FULTON HILL ROAD<br>BELLAIRE, OH 43906 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $44.85 |
|---|---|---|---|
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** 458599<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | Business Index Group, Inc., a California corporation | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| **3.170**<br>**1** | **Nonpriority creditor's name and mailing address**<br>MARJORIE ANDERSON<br>1120 S FOREST DR<br>CASPER, WY 82609 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $33.99 |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** 181079<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| **3.170**<br>**2** | **Nonpriority creditor's name and mailing address**<br>MARK BREMEN<br>4107 SW ROSE STREET<br>SEATTLE, WA 98136 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $22.00 |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** 246900<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| **3.170**<br>**3** | **Nonpriority creditor's name and mailing address**<br>MARK HALLAQ<br>4506 ST. CHARLES AVENUE, APT. P<br>NEW ORLEANS, LA 70115 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $133.12 |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** 407990<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| **3.170**<br>**4** | **Nonpriority creditor's name and mailing address**<br>MARK HARLOW<br>4510 W BUNGALOW<br>FAYETTEVILLE, AR 72704 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $62.84 |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** 409587<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| **3.170**<br>**5** | **Nonpriority creditor's name and mailing address**<br>MARK HUCKER<br>106 MISTY VIEW<br>SAINT PETERS, MO 63376 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $90.94 |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** 236441<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| **3.170**<br>**6** | **Nonpriority creditor's name and mailing address**<br>MARK JUDD<br>10 WESTWOOD VLG<br>WRIGHT CITY, MO 63390 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $90.40 |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** 457569<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| **3.170**<br>**7** | **Nonpriority creditor's name and mailing address**<br>MARK LATTA<br>13610 LINCOLN HWY<br>EVERETT, PA 15537 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $384.00 |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** 112884<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com  

| Debtor | Business Index Group, Inc., a California corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | | |
|---|---|---|
| 3.170 8 | **Nonpriority creditor's name and mailing address** | $215.12 |

MARK MYERS
14945 FIG COURT
WOODBRIDGE, VA 22193

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 372970

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.170 9 | **Nonpriority creditor's name and mailing address** | $65.28 |

MARK NOVAK
983 WINDMILL LANE
TRAVERSE CITY, MI 49696

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 430870

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.171 0 | **Nonpriority creditor's name and mailing address** | $24.30 |

MARK PARTIPILO
803 S EMERSON
MOUNT PROSPECT, IL 60056

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 155528

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.171 1 | **Nonpriority creditor's name and mailing address** | $38.76 |

MARK PEPER
1302 N MAIN ST, APT D
WEBB CITY, MO 64870

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 168712

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.171 2 | **Nonpriority creditor's name and mailing address** | $44.32 |

MARK SCHEMMER
420 N MCKINLEY ST #111-311
CORONA, CA 92879

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 437323

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.171 3 | **Nonpriority creditor's name and mailing address** | $26.61 |

MARK VALENTE
262 DUCKPOND LANE
ELIZABETH, AR 72531

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 428547

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.171 4 | **Nonpriority creditor's name and mailing address** | $179.86 |

MARK WIENER
117 LAKEWOOD DRIVE
FAIRFIELD, CT 06824

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 217630

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Business Index Group, Inc., a California corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.171 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $119.38 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
MARLA RUANO
3404 W. VIA MONTOYA DRIVE
PHOENIX, AZ 85027

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 275877

Is the claim subject to offset? ■ No ☐ Yes

$119.38

---

| 3.171 6 |
|---|

**Nonpriority creditor's name and mailing address**
MARLY DESHOMMES
333 E. RIVELY AVE
ALDAN, PA 19018

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 422735

Is the claim subject to offset? ■ No ☐ Yes

$20.00

---

| 3.171 7 |
|---|

**Nonpriority creditor's name and mailing address**
MARQUITA PORTER
3226 KNIGHT LN #258
MEMPHIS, TN 38115

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 408175

Is the claim subject to offset? ■ No ☐ Yes

$25.93

---

| 3.171 8 |
|---|

**Nonpriority creditor's name and mailing address**
MARSHA SMITH
8800 ETON AVENUE #22
CANOGA PARK, CA 91304

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 239244

Is the claim subject to offset? ■ No ☐ Yes

$17.29

---

| 3.171 9 |
|---|

**Nonpriority creditor's name and mailing address**
MARTA RICHARDS
4075 S. RAMSEY DR.
BATON ROUGE, LA 70808

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 435559

Is the claim subject to offset? ■ No ☐ Yes

$48.16

---

| 3.172 0 |
|---|

**Nonpriority creditor's name and mailing address**
MARTHA CASASSA
10 NORROWAY AVENUE
RANDOLPH, MA 02368

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 412649

Is the claim subject to offset? ■ No ☐ Yes

$40.79

---

| 3.172 1 |
|---|

**Nonpriority creditor's name and mailing address**
MARTHA CONWAY
7908 AMERICAN HERITAGE DR NE
ALBUQUERQUE, NM 87109

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 446568

Is the claim subject to offset? ■ No ☐ Yes

$29.90

---

Debtor  __Business Index Group, Inc., a California corporation__
          Name

Case number (if known)  _____

| | | |
|---|---|---|
| 3.172 2 | **Nonpriority creditor's name and mailing address**<br>MARTHA GROMOTSKY<br>24736 SEA SHELL<br>DANA POINT, CA 92629<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _408054_<br><br>Is the claim subject to offset? ■ No ☐ Yes | $34.12 |

| | | |
|---|---|---|
| 3.172 3 | **Nonpriority creditor's name and mailing address**<br>MARTHA LYNN<br>4428 WIDGEON WAY<br>TALLAHASSEE, FL 32303<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _466511_<br><br>Is the claim subject to offset? ■ No ☐ Yes | $82.01 |

| | | |
|---|---|---|
| 3.172 4 | **Nonpriority creditor's name and mailing address**<br>MARTHA ROBERSON<br>9961 BRANTINGHAM ROAD<br>DOUGLASVILLE, GA 30135<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _456120_<br><br>Is the claim subject to offset? ■ No ☐ Yes | $102.21 |

| | | |
|---|---|---|
| 3.172 5 | **Nonpriority creditor's name and mailing address**<br>MARTHA VOGLER<br>909 S VINEYARD<br>MESA, AZ 85210<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _226770_<br><br>Is the claim subject to offset? ■ No ☐ Yes | $99.37 |

| | | |
|---|---|---|
| 3.172 6 | **Nonpriority creditor's name and mailing address**<br>MARTI EMBRY<br>525 NETA CIR<br>SALEM, VA 24153<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _422196_<br><br>Is the claim subject to offset? ■ No ☐ Yes | $64.18 |

| | | |
|---|---|---|
| 3.172 7 | **Nonpriority creditor's name and mailing address**<br>MARTIN FLAHERTY<br>1343 BARBARA DRIVE<br>VERONA, PA 15147<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _467394_<br><br>Is the claim subject to offset? ■ No ☐ Yes | $79.00 |

| | | |
|---|---|---|
| 3.172 8 | **Nonpriority creditor's name and mailing address**<br>MARTIN FRANK<br>7708 N ASHLAND AVE #3<br>CHICAGO, IL 60626<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _355839_<br><br>Is the claim subject to offset? ■ No ☐ Yes | $152.48 |

| Debtor | Business Index Group, Inc., a California corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.172 9**

**Nonpriority creditor's name and mailing address**
MARVIN NAKAJIMA
1414 ALEXANDER ST. APT# 704
HONOLULU, HI 96822

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 414456

Is the claim subject to offset? ■ No ☐ Yes

$57.66

---

**3.173 0**

**Nonpriority creditor's name and mailing address**
MARY ANN TUSZYNSKI
44612 BAYVIEW AVE APT 18109
CLINTON TOWNSHIP, MI 48038

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 210834

Is the claim subject to offset? ☐ No ☐ Yes

$70.83

---

**3.173 1**

**Nonpriority creditor's name and mailing address**
MARY BAUER
3026 EAST IMPALA COURT
SPRINGFIELD, MO 65804

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 441594

Is the claim subject to offset? ■ No ☐ Yes

$23.35

---

**3.173 2**

**Nonpriority creditor's name and mailing address**
MARY CULLEN
3111 MARY AVE
BALTIMORE, MD 21214

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 259058

Is the claim subject to offset? ■ No ☐ Yes

$30.92

---

**3.173 3**

**Nonpriority creditor's name and mailing address**
MARY DANNER
394 NE HILLWOOD DRIVE
HILLSBORO, OR 97124

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 447487

Is the claim subject to offset? ■ No ☐ Yes

$54.96

---

**3.173 4**

**Nonpriority creditor's name and mailing address**
MARY DIETRICH
3104 MOLLIFIELD LANE
CHARLOTTESVLE, VA 22911

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 422331

Is the claim subject to offset? ■ No ☐ Yes

$35.00

---

**3.173 5**

**Nonpriority creditor's name and mailing address**
MARY DOYLE
3268 S 22ND ST
MILWAUKEE, WI 53215

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 446045

Is the claim subject to offset? ■ No ☐ Yes

$75.72

---

| Debtor | Business Index Group, Inc., a California corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.173 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $25.00 |
|---|---|---|---|

MARY DURBIN
7420 SYCAMORE RD
CENTERBURG, OH 43011

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** 353439

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.173 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $37.28 |
|---|---|---|---|

MARY ENOS
3109 HOMESTEAD LANE
IDAHO FALLS, ID 83404

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** 389387

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.173 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $134.43 |
|---|---|---|---|

MARY KAY JOENS
458 LAKEWOOD BLVD
PARK FOREST, IL 60466

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** 144750

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.173 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $30.00 |
|---|---|---|---|

MARY LOBY
2160 SR 492
NEW MILFORD, PA 18834

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** 126353

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.174 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $36.15 |
|---|---|---|---|

MARY LOU GAL
12 SONGVIEW
MISSION VIEJO, CA 92692

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** 31025

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.174 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $314.11 |
|---|---|---|---|

MARY MACK
2 MICHAEL ST
HAMPTON, VA 23666

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** 407658

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.174 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $21.16 |
|---|---|---|---|

MARY MARKO
3515 HARDING RD
CLINTON, NY 13323

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** 240765

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Business Index Group, Inc., a California corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.174
3**

**Nonpriority creditor's name and mailing address**

MARY QUINN
107 WINGED FOOT COURT
LIMERICK, PA 19468

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 465597

Is the claim subject to offset? ■ No ☐ Yes

$31.00

---

**3.174
4**

**Nonpriority creditor's name and mailing address**

MARY SERVANTES
3007 PECAN WAY CT.
RICHMOND, TX 77406

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 455602

Is the claim subject to offset? ■ No ☐ Yes

$119.93

---

**3.174
5**

**Nonpriority creditor's name and mailing address**

MARY STINSON
1228 PARKER BLVD
WEAVER, AL 36277

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 370996

Is the claim subject to offset? ■ No ☐ Yes

$84.93

---

**3.174
6**

**Nonpriority creditor's name and mailing address**

MARY ZAMUDIO
15663 MISSION ST.
HESPERIA, CA 92345

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 250402

Is the claim subject to offset? ■ No ☐ Yes

$18.77

---

**3.174
7**

**Nonpriority creditor's name and mailing address**

MARYANN VALESKA
9005 W. 4TH PL.
LAKEWOOD, CO 80226

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 185048

Is the claim subject to offset? ■ No ☐ Yes

$56.09

---

**3.174
8**

**Nonpriority creditor's name and mailing address**

MARYLEE BELL
605 MAPLE STREET
SILVER CITY, NM 88061

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 255738

Is the claim subject to offset? ■ No ☐ Yes

$113.16

---

**3.174
9**

**Nonpriority creditor's name and mailing address**

MASAKO WHITE
1 CLARK LANE
RYE, NY 10580

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 225992

Is the claim subject to offset? ■ No ☐ Yes

$110.00

---

| Debtor | Business Index Group, Inc., a California corporation | Case number (if known) | |
|--------|------|------|---|
| | Name | | |

---

**3.175 0**

**Nonpriority creditor's name and mailing address**
MATT ATWELL
1120 THORNROSE WAY
WAKE FOREST, NC 27587

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 454963

Is the claim subject to offset? ■ No ☐ Yes

$81.59

---

**3.175 1**

**Nonpriority creditor's name and mailing address**
MATT WITTLEDER
6096 PIONEER MESA DR
COLORADO SPRINGS, CO 80923

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 271326

Is the claim subject to offset? ■ No ☐ Yes

$78.91

---

**3.175 2**

**Nonpriority creditor's name and mailing address**
MATTHEW COHEN
3406 FARM LAKE ST.
JAMESTOWN, NC 27282

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 416756

Is the claim subject to offset? ■ No ☐ Yes

$46.73

---

**3.175 3**

**Nonpriority creditor's name and mailing address**
MATTHEW HARTMAN
12290 GREEN MEADOW DRIVE APT. 710
COLUMBIA, MD 21044

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 461816

Is the claim subject to offset? ■ No ☐ Yes

$68.02

---

**3.175 4**

**Nonpriority creditor's name and mailing address**
MATTHEW KACAL
817 CHATHAM ROAD
BELTON, TX 76513

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 363069

Is the claim subject to offset? ■ No ☐ Yes

$56.70

---

**3.175 5**

**Nonpriority creditor's name and mailing address**
MATTHEW LEVITT
4010-B CIMA SERENA DR.
AUSTIN, TX 78731

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 401426

Is the claim subject to offset? ■ No ☐ Yes

$36.00

---

**3.175 6**

**Nonpriority creditor's name and mailing address**
MATTHEW MITCHELL
2367 BRUSHWOOD AVE.
IMPERIAL, CA 92251

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 466974

Is the claim subject to offset? ■ No ☐ Yes

$133.59

---

| Debtor | Business Index Group, Inc., a California corporation | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.175 7**

**Nonpriority creditor's name and mailing address**
MATTHEW NIESEN
15 PLEASANTVIEW CT.
GRAND CHUTE, WI 54914

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 309340

Is the claim subject to offset? ■ No ☐ Yes

$52.55

---

**3.175 8**

**Nonpriority creditor's name and mailing address**
MATTHEW PILACHOWSKI
2252 HOLLY LANE
AVON, OH 44011

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 460260

Is the claim subject to offset? ■ No ☐ Yes

$442.96

---

**3.175 9**

**Nonpriority creditor's name and mailing address**
MATTHEW PLUST
3142 EAST YORBA LINDA BLVD, APT F14
FULLERTON, CA 92831

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 465805

Is the claim subject to offset? ■ No ☐ Yes

$31.15

---

**3.176 0**

**Nonpriority creditor's name and mailing address**
MATTHEW RAWSON
1600 ELDRIDGE PKWY APT. 2802
HOUSTON, TX 77077

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 433523

Is the claim subject to offset? ■ No ☐ Yes

$126.46

---

**3.176 1**

**Nonpriority creditor's name and mailing address**
MATTHEW SMITH
652 RED FERN ROAD
CRESTVIEW, FL 32536

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 468233

Is the claim subject to offset? ■ No ☐ Yes

$89.59

---

**3.176 2**

**Nonpriority creditor's name and mailing address**
MATTHEW SOUTHERN
4841 WINCHELSEA DR
WINSTON SALEM, NC 27104

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 465605

Is the claim subject to offset? ■ No ☐ Yes

$26.25

---

**3.176 3**

**Nonpriority creditor's name and mailing address**
MATTHEW ZAGAR
PO BOX 9805
FALL RIVER, MA 02720

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 455764

Is the claim subject to offset? ■ No ☐ Yes

$33.99

---

| Debtor | Business Index Group, Inc., a California corporation | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.176 4**

**Nonpriority creditor's name and mailing address**

MATTIE SORVALA
5813 WRIGHTSVILLE AVENUE APT 187
WILMINGTON, NC 28403

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 468673

Is the claim subject to offset? ■ No ☐ Yes

$39.13

---

**3.176 5**

**Nonpriority creditor's name and mailing address**

MAUREEN PINFOLD
5702 FORT SUMTER LANE
HOUSTON, TX 77084

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 448334

Is the claim subject to offset? ■ No ☐ Yes

$215.02

---

**3.176 6**

**Nonpriority creditor's name and mailing address**

MAURICE ALBRITTON
1310 KEATON WAY
CHESAPEAKE, VA 23321

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 411160

Is the claim subject to offset? ■ No ☐ Yes

$116.69

---

**3.176 7**

**Nonpriority creditor's name and mailing address**

MAYA FRANCOTAYAR
521 E 14TH ST APT 11D
NEW YORK, NY 10009

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 466816

Is the claim subject to offset? ■ No ☐ Yes

$60.19

---

**3.176 8**

**Nonpriority creditor's name and mailing address**

MAYA GINDIN
1002 ST. VINCENT CT.
READING, PA 19605

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 387005

Is the claim subject to offset? ■ No ☐ Yes

$42.44

---

**3.176 9**

**Nonpriority creditor's name and mailing address**

MAYURIKA SAXENA
12635 ADRIAN COURT
LAKE OSWEGO, OR 97034

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 433078

Is the claim subject to offset? ■ No ☐ Yes

$19.99

---

**3.177 0**

**Nonpriority creditor's name and mailing address**

MEAGHAN CANFIELD
2631 W BEACON AVE
SPOKANE, WA 99208

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 351460

Is the claim subject to offset? ■ No ☐ Yes

$120.43

---

| Debtor | Business Index Group, Inc., a California corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.177**
**1**

**Nonpriority creditor's name and mailing address**

MECHELLE OWENS
15 WINSTON DR
GUYTON, GA 31312

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 462468

Is the claim subject to offset? ■ No ☐ Yes

$24.00

---

**3.177**
**2**

**Nonpriority creditor's name and mailing address**

MEG FITZGERALD
1368 BENNINGTON COURT
GLENVIEW, IL 60026

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 359643

Is the claim subject to offset? ■ No ☐ Yes

$13.14

---

**3.177**
**3**

**Nonpriority creditor's name and mailing address**

MEG WISE
5383 SNOW OWL DRIVE
ROANOKE, VA 24018

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 190359

Is the claim subject to offset? ■ No ☐ Yes

$73.78

---

**3.177**
**4**

**Nonpriority creditor's name and mailing address**

MEGAN BARTL
1651 REXDALE DRIVE
CUYAHOGA FALLS, OH 44221

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 184689

Is the claim subject to offset? ■ No ☐ Yes

$88.49

---

**3.177**
**5**

**Nonpriority creditor's name and mailing address**

MEGAN CAIRE
1205 MASSACHUSETTS AVENUE
KENNER, LA 70062

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 468966

Is the claim subject to offset? ■ No ☐ Yes

$23.25

---

**3.177**
**6**

**Nonpriority creditor's name and mailing address**

MEGAN RYAN
3750 MAIN ST, UNIT 401
PHILADELPHIA, PA 19127

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 464088

Is the claim subject to offset? ■ No ☐ Yes

$30.77

---

**3.177**
**7**

**Nonpriority creditor's name and mailing address**

MEGAN SATORI
9528 POPLAR HILL DRIVE
CRESTWOOD, KY 40014

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 463153

Is the claim subject to offset? ■ No ☐ Yes

$20.50

---

| Debtor | Business Index Group, Inc., a California corporation | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.177 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $10.00 |
|---|---|---|---|

MEGHAN CARDINE
702 MOUNT LAUREL AVE
TEMPLE, PA 19560

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** 462866

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.177 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $47.68 |
|---|---|---|---|

MEGHAN HAUGHT
59 WOODLAWN DRIVE
PALMYRA, VA 22963

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** 459642

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.178 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $192.12 |
|---|---|---|---|

MEGHAN MCFARLANE
3231 N JACKSON AVE
TUCSON, AZ 85719

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** 455113

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.178 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $40.00 |
|---|---|---|---|

MEHZABIN POCHARA
10 HARRIS COURT
LAWRENCEVILLE, NJ 08648

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** 356154

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.178 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $30.54 |
|---|---|---|---|

MELANIE HENDRIX
214 LEGACY PARK DRIVE
POWDER SPRINGS, GA 30127

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** 456161

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.178 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $194.50 |
|---|---|---|---|

MELANIE IVERSON
2199 COUNTY ROAD 900E
CHAMPAIGN, IL 61822

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** 453851

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.178 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $415.90 |
|---|---|---|---|

MELANIE LAVACHE
212 SHEFFIELD
SAN ANTONIO, TX 78213

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** 187977

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor　Business Index Group, Inc., a California corporation

Case number (if known)　_____

Name

| 3.178 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $187.98 |
|---|---|---|---|

MELANIE LAWRENCE
12000 SW 56TH STREET
MUSTANG, OK 73064

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** 121939

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.178 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $48.29 |
|---|---|---|---|

MELANIE MAMULA
4468 SUMMIT RIDGE DR.
DAYTON, OH 45424

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** 466407

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.178 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $34.89 |
|---|---|---|---|

MELANIE NELSON
106 MILBURN CIR
DAPHNE, AL 36526

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** 454881

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.178 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $88.25 |
|---|---|---|---|

MELANIE STEEN
207 HY VISTA DR
ALTON, IL 62002

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** 274158

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.178 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $24.63 |
|---|---|---|---|

MELANIE YOUNG
445 RIVERBEND BLVD
SAINT ALBANS, WV 25177

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** 277429

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.179 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $24.37 |
|---|---|---|---|

MELINDA GIVIDEN
10006 SPRING GATE DR
LOUISVILLE, KY 40241

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** 418534

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.179 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $127.15 |
|---|---|---|---|

MELISA SILVEY
1443 FARM CROSS WAY
YORK, PA 17408

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** 460717

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Business Index Group, Inc., a California corporation | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

**3.179 2**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $27.09 |
|---|---|---|
| MELISSA BERNARDO<br>1215 PINEWOOD DRIVE<br>FREDERICK, MD 21701 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** 445501 | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.179 3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $104.58 |
|---|---|---|
| MELISSA CAVE<br>7915 CANARY LAKE RD<br>NORTH AUGUSTA, SC 29841 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** 437510 | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.179 4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $157.14 |
|---|---|---|
| MELISSA DASHER<br>3806 NORTHWOOD DR NW<br>CLEVELAND, TN 37312 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** 197553 | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.179 5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $36.87 |
|---|---|---|
| MELISSA HERBERT<br>43486 MICHELLI LANE<br>HAMMOND, LA 70403 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** 450934 | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.179 6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $54.72 |
|---|---|---|
| MELISSA IBARRA<br>PO BOX 717<br>HOLCOMB, KS 67851 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** 445913 | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.179 7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $67.42 |
|---|---|---|
| MELISSA MATHIS<br>396 S 166TH DR,<br>GOODYEAR, AZ 85338 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** 465682 | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.179 8**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $105.24 |
|---|---|---|
| MELISSA MCMULLIN<br>603 N CARDINGTON ST<br>WICHITA, KS 67212 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** 436854 | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | Business Index Group, Inc., a California corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.179 9**

**Nonpriority creditor's name and mailing address**
MELISSA MOLASKI
520 ASTER DRIVE
GRAFTON, WI 53024

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 369237

Is the claim subject to offset? ■ No ☐ Yes

$96.80

---

**3.180 0**

**Nonpriority creditor's name and mailing address**
MELISSA ROSS
8824 KLONDYKE DR
WEST JORDAN, UT 84081

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 467882

Is the claim subject to offset? ■ No ☐ Yes

$165.54

---

**3.180 1**

**Nonpriority creditor's name and mailing address**
MELISSA THOLE
1620 E ROVERSIDE DR APT 3057
AUSTIN, TX 78741

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 468391

Is the claim subject to offset? ■ No ☐ Yes

$56.62

---

**3.180 2**

**Nonpriority creditor's name and mailing address**
MELISSA WATKINS
2634 N. SACRAMENTO
CHICAGO, IL 60647

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 431738

Is the claim subject to offset? ■ No ☐ Yes

$76.49

---

**3.180 3**

**Nonpriority creditor's name and mailing address**
MELODIE TURNER
6045 COLLEGE HILL RD.
VERNON CENTER, NY 13477

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 142578

Is the claim subject to offset? ■ No ☐ Yes

$223.62

---

**3.180 4**

**Nonpriority creditor's name and mailing address**
MELODY BOOTH
3007 S.E. MILITARY DR APT 3201
SAN ANTONIO, TX 78223

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 147233

Is the claim subject to offset? ■ No ☐ Yes

$32.00

---

**3.180 5**

**Nonpriority creditor's name and mailing address**
MELODY MARCANTONIO
1633 FAIRWAY VALLEY DRIVE
WENTZVILLE, MO 63385

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 366011

Is the claim subject to offset? ■ No ☐ Yes

$33.08

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | Business Index Group, Inc., a California corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.180 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $60.47 |
|---|---|---|---|

MELODY MEEK
1160 W 28TH AVE.
EUGENE, OR 97405

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** 429407

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.180 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $22.87 |
|---|---|---|---|

MELODY NASH
5210 HOLLYMEAD DR
RICHMOND, VA 23223

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** 466611

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.180 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $271.79 |
|---|---|---|---|

MELVINA POITIER
14240 OLD STATE RD.
EVANSVILLE, IN 47725

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** 459182

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.180 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $99.10 |
|---|---|---|---|

MERCEDES SMARTT
375 SUMMIT COURT
HAMPTON, VA 23666

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** 439246

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.181 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $62.82 |
|---|---|---|---|

MEREDITH REEVES
801 N. CAPE ESTATES CIRCLE
CAPE CORAL, FL 33993

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** 350262

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.181 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $41.88 |
|---|---|---|---|

MEREDITH STEIN
4100 VICTORY DR.
AUSTIN, TX 78704

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** 461421

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.181 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $76.93 |
|---|---|---|---|

MEROPI HAWKINS
63 BRADFORD DRIVE
LUMBERTON, NC 28358

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** 456652

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   Business Index Group, Inc., a California corporation          Case number (if known) _____
         _____
         Name

---

| 3.181 3 | **Nonpriority creditor's name and mailing address**<br>MERRE COYMAN<br>25 PLUMGRASS ST<br>BLUFFTON, SC 29910 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $61.48 |

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** _440064_

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.181 4 | **Nonpriority creditor's name and mailing address**<br>MERRY KETTERER<br>106 JOHN STREET<br>LOUISBURG, NC 27549 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $18.72 |

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** _367469_

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.181 5 | **Nonpriority creditor's name and mailing address**<br>META-KATE HELLMAN<br>6916 W SOUTHGATE<br>PHOENIX, AZ 85043 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $61.90 |

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** _339911_

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.181 6 | **Nonpriority creditor's name and mailing address**<br>MI JUNG LEE<br>APT #205-1702, GANAM-MYEON<br>YEOJU-GUN, GYEONGGI-DO, 469708<br>SOUTH KOREA | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $27.00 |

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** _236059_

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.181 7 | **Nonpriority creditor's name and mailing address**<br>MIA BRITO RIVERA<br>11315 NW 7 STREET #1<br>DORAL BRANCH, FL 33172 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $19.00 |

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** _427767_

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.181 8 | **Nonpriority creditor's name and mailing address**<br>MICHAEL ALLEN<br>PO BOX 948<br>WOODINVILLE, WA 98072 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $42.00 |

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** _279212_

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.181 9 | **Nonpriority creditor's name and mailing address**<br>MICHAEL BELLI<br>33 NALIBU CT<br>RUXTON, MD 21204 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $39.55 |

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** _461865_

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

| Debtor | Business Index Group, Inc., a California corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.182 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $20.89 |
|---|---|---|---|

3.182 0

**Nonpriority creditor's name and mailing address**

MICHAEL BILLUPS
1773 POPPS FERRY RD, APT H27
BILOXI, MS 39532

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 455285

Is the claim subject to offset? ☒ No ☐ Yes

$20.89

---

3.182 1

**Nonpriority creditor's name and mailing address**

MICHAEL BRADSHAW
28274 VIA CASCADITA
SUN CITY, CA 92585

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 458554

Is the claim subject to offset? ☒ No ☐ Yes

$126.44

---

3.182 2

**Nonpriority creditor's name and mailing address**

MICHAEL CRONE
10994 ELMONT WOODS DRIVE
GLEN ALLEN, VA 23059

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 67480

Is the claim subject to offset? ☒ No ☐ Yes

$37.99

---

3.182 3

**Nonpriority creditor's name and mailing address**

MICHAEL DEHAVEN
1156 BUTZTOWN ROAD
BETHLEHEM, PA 18017

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 462137

Is the claim subject to offset? ☒ No ☐ Yes

$30.99

---

3.182 4

**Nonpriority creditor's name and mailing address**

Michael Hawes, CPA
2250 Douglas Blvd, Suite 160
Roseville, CA 95661

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

Unknown

---

3.182 5

**Nonpriority creditor's name and mailing address**

MICHAEL HICKS
22444 SHAWNEE LANE
ATHENS, AL 35613

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 403447

Is the claim subject to offset? ☒ No ☐ Yes

$170.25

---

3.182 6

**Nonpriority creditor's name and mailing address**

MICHAEL HOCHMAN
1412 3RD ST N
HOPKINS, MN 55343

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 454038

Is the claim subject to offset? ☒ No ☐ Yes

$38.57

---

| Debtor | Business Index Group, Inc., a California corporation | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.182 7**

**Nonpriority creditor's name and mailing address**
MICHAEL MACK
3808 JUNIPER RIDGE LN
ROSAMOND, CA 93560

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 433165

Is the claim subject to offset? ■ No ☐ Yes

$20.86

---

**3.182 8**

**Nonpriority creditor's name and mailing address**
MICHAEL MAINELLO
71 BRENTWOOD RD
ROSWELL, NM 88201

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 455618

Is the claim subject to offset? ■ No ☐ Yes

$60.46

---

**3.182 9**

**Nonpriority creditor's name and mailing address**
MICHAEL MCPHIE
11831 ALLBROOK DR
POWAY, CA 92064

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 454438

Is the claim subject to offset? ■ No ☐ Yes

$96.90

---

**3.183 0**

**Nonpriority creditor's name and mailing address**
MICHAEL STRAWN
15107 S HONOR DR
BLUFFDALE, UT 84065

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 457724

Is the claim subject to offset? ■ No ☐ Yes

$63.14

---

**3.183 1**

**Nonpriority creditor's name and mailing address**
MICHAEL TAVERNIE
6615 FOXHALL LN
HUNTSVILLE, AL 35806

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 239800

Is the claim subject to offset? ■ No ☐ Yes

$169.21

---

**3.183 2**

**Nonpriority creditor's name and mailing address**
MICHAEL THOMPSON
6627 N AZURITE WAY
CASA GRANDE, AZ 85222

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 148424

Is the claim subject to offset? ■ No ☐ Yes

$20.82

---

**3.183 3**

**Nonpriority creditor's name and mailing address**
MICHAEL THORN
3 MAINSAIL CT
GREENSBORO, NC 27455

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 404455

Is the claim subject to offset? ■ No ☐ Yes

$105.18

---

| Debtor | Business Index Group, Inc., a California corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.183 4**

**Nonpriority creditor's name and mailing address**
MICHAEL WONG
167 CORA STREET
SAN FRANCISCO, CA 94134

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 459736

Is the claim subject to offset? ■ No ☐ Yes

$130.00

---

**3.183 5**

**Nonpriority creditor's name and mailing address**
MICHELE ANDRYCHOWSKI
2410 LONGVIEW DRIVE
COATESVILLE, PA 19320

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 410443

Is the claim subject to offset? ■ No ☐ Yes

$85.92

---

**3.183 6**

**Nonpriority creditor's name and mailing address**
MICHELE BASS
2401 MANCHESTER DR.
CARROLLTON, TX 75006

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 450515

Is the claim subject to offset? ■ No ☐ Yes

$72.85

---

**3.183 7**

**Nonpriority creditor's name and mailing address**
MICHELE EMPET
2609 MOUNTAIN VIEW DRIVE
MC KINNEY, TX 75071

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 448670

Is the claim subject to offset? ■ No ☐ Yes

$51.22

---

**3.183 8**

**Nonpriority creditor's name and mailing address**
MICHELE GRIFFIN
7 TRAFTON ST
CHICOPEE, MA 01013

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 461917

Is the claim subject to offset? ■ No ☐ Yes

$45.50

---

**3.183 9**

**Nonpriority creditor's name and mailing address**
MICHELE KEY
368 O'HAIR DR
LAS CRUCES, NM 88001

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 418983

Is the claim subject to offset? ■ No ☐ Yes

$36.22

---

**3.184 0**

**Nonpriority creditor's name and mailing address**
MICHELE RAY
9127 KILBRIDE ROAD
NOTTINGHAM, MD 21236

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 459823

Is the claim subject to offset? ■ No ☐ Yes

$89.17

---

| Debtor | Business Index Group, Inc., a California corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.184 1**

**Nonpriority creditor's name and mailing address**

MICHELLE AGYEMANG
706 HARBORTOWN BLVD
PERTH AMBOY, NJ 08861

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 418254

Is the claim subject to offset? ■ No ☐ Yes

$79.76

---

**3.184 2**

**Nonpriority creditor's name and mailing address**

MICHELLE BUSTOS
10757 LEMON AVE #1613
ALTA LOMA, CA 91737

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 450785

Is the claim subject to offset? ■ No ☐ Yes

$65.09

---

**3.184 3**

**Nonpriority creditor's name and mailing address**

MICHELLE CASTILLO
18919 HANNA BELLE DR
CLEVELAND, TX 77328

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 191976

Is the claim subject to offset? ■ No ☐ Yes

$103.63

---

**3.184 4**

**Nonpriority creditor's name and mailing address**

MICHELLE FOSTER
1123 HOLMES PLACE
DEKALB, IL 60115

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 425267

Is the claim subject to offset? ■ No ☐ Yes

$31.48

---

**3.184 5**

**Nonpriority creditor's name and mailing address**

MICHELLE FULLER
4718 HAYLOCK DRIVE
ORLANDO, FL 32807

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 447069

Is the claim subject to offset? ■ No ☐ Yes

$87.27

---

**3.184 6**

**Nonpriority creditor's name and mailing address**

MICHELLE GILBERT
104 ASHINGTON DR
SIMPSONVILLE, SC 29681

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 203400

Is the claim subject to offset? ■ No ☐ Yes

$171.01

---

**3.184 7**

**Nonpriority creditor's name and mailing address**

MICHELLE HAMMONS
2375 MASSEY ROAD
MEMPHIS, TN 38119

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 422770

Is the claim subject to offset? ■ No ☐ Yes

$43.86

---

| Debtor | Business Index Group, Inc., a California corporation | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.184 8**

**Nonpriority creditor's name and mailing address**

MICHELLE HARRISON
9507 WHITEHEART DR
FREDERICKSBURG, VA 22407

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 185729

Is the claim subject to offset? ■ No ☐ Yes

$99.92

---

**3.184 9**

**Nonpriority creditor's name and mailing address**

MICHELLE JOHNSON
4930 N JEANETTE AVE.
WICHITA, KS 67204

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 460883

Is the claim subject to offset? ■ No ☐ Yes

$20.25

---

**3.185 0**

**Nonpriority creditor's name and mailing address**

MICHELLE KAUFMAN
6105 MOSER FARM ROAD
PROSPECT, KY 40059

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 433814

Is the claim subject to offset? ■ No ☐ Yes

$25.60

---

**3.185 1**

**Nonpriority creditor's name and mailing address**

MICHELLE LONG
440 K ST NW, APT. 216
WASHINGTON, DC 20001

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 456326

Is the claim subject to offset? ■ No ☐ Yes

$19.46

---

**3.185 2**

**Nonpriority creditor's name and mailing address**

MICHELLE MEALEY
1863 WELLS RD APT 5
ORANGE PARK, FL 32073

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 105788

Is the claim subject to offset? ■ No ☐ Yes

$26.59

---

**3.185 3**

**Nonpriority creditor's name and mailing address**

MICHELLE MULACEK
2320 SOUTH 8TH ST.
SPRINGFIELD, IL 62703

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 456697

Is the claim subject to offset? ■ No ☐ Yes

$93.32

---

**3.185 4**

**Nonpriority creditor's name and mailing address**

MICHELLE TORGRIMSON
18711 E MONTVIEW BLVD
AURORA, CO 80011

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 468245

Is the claim subject to offset? ■ No ☐ Yes

$22.99

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | Business Index Group, Inc., a California corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.185 5**

**Nonpriority creditor's name and mailing address**
MICHELLE TYLER
2341 SANSBURY DR.
CHESAPEAKE BEACH, MD 20732

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 240523

Is the claim subject to offset? ■ No ☐ Yes

$112.70

---

**3.185 6**

**Nonpriority creditor's name and mailing address**
MICHELLE VEGTER
5601 W. 18TH ST UNIT 37
GREELEY, CO 80634

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 100330

Is the claim subject to offset? ■ No ☐ Yes

$56.92

---

**3.185 7**

**Nonpriority creditor's name and mailing address**
MICHELLE WARNOW
2521 SW DUNCAN DR
TOPEKA, KS 66614

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 462620

Is the claim subject to offset? ■ No ☐ Yes

$28.45

---

**3.185 8**

**Nonpriority creditor's name and mailing address**
MICHELLE WILSON
445 N 150 E
HYDE PARK, UT 84318

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 442243

Is the claim subject to offset? ■ No ☐ Yes

$18.07

---

**3.185 9**

**Nonpriority creditor's name and mailing address**
MICHI OKIMOTO
2027 FEDERAL AVE
LOS ANGELES, CA 90025

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 344291

Is the claim subject to offset? ■ No ☐ Yes

$214.20

---

**3.186 0**

**Nonpriority creditor's name and mailing address**
MIGUEL CARTAGENA
8903 W 132ND PL
OVERLAND PARK, KS 66213

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 452942

Is the claim subject to offset? ■ No ☐ Yes

$128.99

---

**3.186 1**

**Nonpriority creditor's name and mailing address**
MIJIN KIM
SANGAM-DONG
MAPO GU, SEOUL
SOUTH KOREA

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 464007

Is the claim subject to offset? ■ No ☐ Yes

$32.00

---

| Debtor | Business Index Group, Inc., a California corporation | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.186 2 | **Nonpriority creditor's name and mailing address**<br>MIKE BRANDON<br>5523 BRYAN HURST LN<br>SPRING, TX 77379 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $193.45 |
|---|---|---|---|
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** 375959<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.186 3 | **Nonpriority creditor's name and mailing address**<br>MIKE BURBACK<br>12234 7TH ST<br>YUCAIPA, CA 92399 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $176.00 |
|---|---|---|---|
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** 436547<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.186 4 | **Nonpriority creditor's name and mailing address**<br>MIKE DAVIDSON<br>229 BROOKWOOD DRIVE<br>GRAY, GA 31032 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $25.69 |
|---|---|---|---|
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** 425051<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.186 5 | **Nonpriority creditor's name and mailing address**<br>MIKE DAVIS<br>5907 COUNTRY BROOK COURT<br>SUGAR LAND, TX 77479 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $698.53 |
|---|---|---|---|
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** 456653<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.186 6 | **Nonpriority creditor's name and mailing address**<br>MIKE KAYS<br>29809 CALLE TAMPICO<br>CATHEDRAL CITY, CA 92234 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $113.47 |
|---|---|---|---|
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** 389318<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.186 7 | **Nonpriority creditor's name and mailing address**<br>MIKE QUINTON<br>6612 SOUTH MILLER BLVD<br>OKLAHOMA CITY, OK 73159 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $101.05 |
|---|---|---|---|
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** 429844<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.186 8 | **Nonpriority creditor's name and mailing address**<br>MIKE SETZKORN<br>2914 CENTER AVE.<br>DODGE CITY, KS 67801 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $28.09 |
|---|---|---|---|
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** 390022<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | Business Index Group, Inc., a California corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.1869**

**Nonpriority creditor's name and mailing address**
MIKE WILLIAMS
9663 REGENCY CT
OOLTEWAH, TN 37363

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 103768

Is the claim subject to offset? ☑ No ☐ Yes

$107.62

---

**3.1870**

**Nonpriority creditor's name and mailing address**
MIMI BRESTOWSKI
208 TOLLGATE TRAIL
LONGWOOD, FL 32750

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 430463

Is the claim subject to offset? ☑ No ☐ Yes

$22.98

---

**3.1871**

**Nonpriority creditor's name and mailing address**
MIN GU KANG
78, CENTUM JUNGANG-RO
HAEUNDAE-GU, BUSAN
SOUTH KOREA

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 465277

Is the claim subject to offset? ☑ No ☐ Yes

$67.00

---

**3.1872**

**Nonpriority creditor's name and mailing address**
MIN GYU PARK
DALIANSHI SHAHEKOUQU
LINGYUANJIE1HAO MIN
DAILIN CITY, DAILIN
CHINA

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 468358

Is the claim subject to offset? ☑ No ☐ Yes

$139.00

---

**3.1873**

**Nonpriority creditor's name and mailing address**
MIN JEE HONG
105-705 SAMHO APARTMENT,
YEONGCHEON-DONG
SEODAEMUN-GU, SEOUL, 120768
SOUTH KOREA

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 453483

Is the claim subject to offset? ☑ No ☐ Yes

$19.00

---

**3.1874**

**Nonpriority creditor's name and mailing address**
MIN JUNG JANG
14 RUE MADINAT YAMAMMA DAR FADHAL
TUNIS, TUNISIA
TUNISIA

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 468180

Is the claim subject to offset? ☑ No ☐ Yes

$52.00

---

| Debtor | Business Index Group, Inc., a California corporation | Case number (if known) | |
|--------|------------------------------------------------------|------------------------|---|
| | Name | | |

| 3.187 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $28.00 |
|---------|-------------------------------------------------|---------------------------------------------------------------------|--------|

MIN SUN PARK
1925 SHENGLONG GARDEN ZHENGTONG RD
ZHENGZHOU, HENANSHENG, 100000
CHINA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** 469238

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.187 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $109.00 |
|---------|-------------------------------------------------|---------------------------------------------------------------------|---------|

MIN YOUNG YANG
HENANSHENG ZHENGZHOUSHI  ERQIQU ERQIWAND
ZHENGZHOU, HENANSHENG
CHINA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** 465837

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.187 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $28.60 |
|---------|-------------------------------------------------|---------------------------------------------------------------------|--------|

MINDY GIDAN
240 HENRY AVE SE APT 2
GRAND RAPIDS, MI 49503

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** 465242

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.187 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,328.00 |
|---------|-------------------------------------------------|---------------------------------------------------------------------|-----------|

MINDY LEE
148 HEIKONG RD
SHANGHAI
CHINA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** 461776

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.187 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $34.54 |
|---------|-------------------------------------------------|---------------------------------------------------------------------|--------|

MINDY MCQUEEN
328 ANDERSON AVE
MILFORD, CT 06460

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** 119545

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.188 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $81.00 |
|---------|-------------------------------------------------|---------------------------------------------------------------------|--------|

MINJI PAEK
NO 1 DING FU ZHUANG
CHAO YANG DISTRICT, BEIJING, 100024
CHINA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** 449174

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

| Debtor | Business Index Group, Inc., a California corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.188
1**

**Nonpriority creditor's name and mailing address**

MINJONG YOO
SUZHOU GAOXINQU
SUZHOU, ZHEJIANG, 10000
CHINA

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  445229

Is the claim subject to offset? ■ No ☐ Yes

$355.00

---

**3.188
2**

**Nonpriority creditor's name and mailing address**

MIOSHI MARSHALL
P.0 BOX 720956
BYRAM, MS 39272

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  444245

Is the claim subject to offset? ■ No ☐ Yes

$30.00

---

**3.188
3**

**Nonpriority creditor's name and mailing address**

MIRIAH PETERSON
8234 ASPEN AVENUE
JUNEAU, AK 99801

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  457871

Is the claim subject to offset? ■ No ☐ Yes

$30.99

---

**3.188
4**

**Nonpriority creditor's name and mailing address**

MISHA POWELL
10 MILL STREET #B
MEDFORD, NJ 08055

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  468629

Is the claim subject to offset? ■ No ☐ Yes

$46.34

---

**3.188
5**

**Nonpriority creditor's name and mailing address**

MISHA SEDGWICK
4544 EUCLID AVE
SAN DIEGO, CA 92115

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  300066

Is the claim subject to offset? ■ No ☐ Yes

$165.00

---

**3.188
6**

**Nonpriority creditor's name and mailing address**

MISTIE MAISCH
1028 HOPKINS AVE
GLENOLDEN, PA 19036

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  409565

Is the claim subject to offset? ■ No ☐ Yes

$25.23

---

**3.188
7**

**Nonpriority creditor's name and mailing address**

MISTY BUONSIGNORE
7304 RIDGELINE DR
RALEIGH, NC 27613

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  262685

Is the claim subject to offset? ■ No ☐ Yes

$30.00

---

| Debtor | Business Index Group, Inc., a California corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.1888**

**Nonpriority creditor's name and mailing address**
MITASVIL PATEL
140 DUDLEY ST
CAMBRIDGE, MA 02140

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 457363

Is the claim subject to offset? ■ No ☐ Yes

$54.55

---

**3.1889**

**Nonpriority creditor's name and mailing address**
Mitch Hanna
22410 Egbert Hill Drive
Grass Valley, CA 95949

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$17,851.00

---

**3.1890**

**Nonpriority creditor's name and mailing address**
MITCHEL DUKATT
5208 N. 180TH LANE
LITCHFIELD PARK, AZ 85340

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 457484

Is the claim subject to offset? ■ No ☐ Yes

$20.80

---

**3.1891**

**Nonpriority creditor's name and mailing address**
MITCHELL BERLIN
185 WEST END AVE APT 15F
NEW YORK, NY 10023

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 420448

Is the claim subject to offset? ■ No ☐ Yes

$100.00

---

**3.1892**

**Nonpriority creditor's name and mailing address**
MJ AYOOB
4 BEACON HILL
CHARLESTON, WV 25311

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 438433

Is the claim subject to offset? ■ No ☐ Yes

$164.01

---

**3.1893**

**Nonpriority creditor's name and mailing address**
MOIRA RICHARDSON
319 S DIAMOND STREET
MOUNT PLEASANT, PA 15666

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 466609

Is the claim subject to offset? ■ No ☐ Yes

$174.82

---

**3.1894**

**Nonpriority creditor's name and mailing address**
MOJAN KIANCHEHR
210 W251 ST, APT #4C
RIVERDALE, NY 10471

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 464462

Is the claim subject to offset? ■ No ☐ Yes

$30.22

---

Debtor   Business Index Group, Inc., a California corporation
         Name

Case number (if known) _____

---

**3.189
5**

**Nonpriority creditor's name and mailing address**
MOLLY OTIENDE
173 BEACHVIEW AVE
BILOXI, MS 39531

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 455846

Is the claim subject to offset? ■ No ☐ Yes

$15.69

---

**3.189
6**

**Nonpriority creditor's name and mailing address**
MOLLY PHENNICIE
1536 HONOR CT
LEHIGH ACRES, FL 33971

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 234319

Is the claim subject to offset? ■ No ☐ Yes

$36.57

---

**3.189
7**

**Nonpriority creditor's name and mailing address**
MONICA MATSUSHIMA
5 MERIT PARK DR
GARDENA, CA 90247

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 235594

Is the claim subject to offset? ■ No ☐ Yes

$45.75

---

**3.189
8**

**Nonpriority creditor's name and mailing address**
MONICA MINNIS
7670 PARKLAND CT
COLUMBUS, IN 47201

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 447901

Is the claim subject to offset? ■ No ☐ Yes

$18.69

---

**3.189
9**

**Nonpriority creditor's name and mailing address**
MONICA R.
PO BOX 5115
CHICAGO, IL 60680

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 460108

Is the claim subject to offset? ■ No ☐ Yes

$299.76

---

**3.190
0**

**Nonpriority creditor's name and mailing address**
MONICA STEWART
25823 WINTERWOOD DRIVE
MADISON, AL 35756

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 446264

Is the claim subject to offset? ■ No ☐ Yes

$77.06

---

**3.190
1**

**Nonpriority creditor's name and mailing address**
MONICA WILLIAMSON
PO BOX 2461
ROBERTSDALE, AL 36567

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 441218

Is the claim subject to offset? ■ No ☐ Yes

$54.08

---

| Debtor | Business Index Group, Inc., a California corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.190 2 | **Nonpriority creditor's name and mailing address**<br>MOREEN LOGAN<br>1015 10TH STREET<br>HERMOSA BEACH, CA 90254<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** 448443<br><br>Is the claim subject to offset? ■ No ☐ Yes | $125.70 |
| 3.190 3 | **Nonpriority creditor's name and mailing address**<br>MOUNIR MOUTAOUAKIL<br>8506 TRADE WIND CT<br>BRISTOW, VA 20136<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** 448441<br><br>Is the claim subject to offset? ■ No ☐ Yes | $71.40 |
| 3.190 4 | **Nonpriority creditor's name and mailing address**<br>Mount Saint Joseph Winery<br>Attn: Joe Smock<br>121 Dunbarton Court<br>Granite Bay, CA 95746<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | Unknown |
| 3.190 5 | **Nonpriority creditor's name and mailing address**<br>Mount Vernon Winery<br>Attn: Lynda Taylor<br>10850 Mount Vernon Road<br>Auburn, CA 95603<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | Unknown |
| 3.190 6 | **Nonpriority creditor's name and mailing address**<br>MYRA GRAY<br>129 PLANTATION RD.<br>MCDONOUGH, GA 30252<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** 434466<br><br>Is the claim subject to offset? ■ No ☐ Yes | $68.26 |
| 3.190 7 | **Nonpriority creditor's name and mailing address**<br>MYRNA RIOS<br>7424 LAURIE DR<br>FORT WORTH, TX 76112<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** 460265<br><br>Is the claim subject to offset? ■ No ☐ Yes | $29.20 |
| 3.190 8 | **Nonpriority creditor's name and mailing address**<br>MYUNG AE KIM<br>HAEWOONDAE<br>HAEUNDAE-GU, BUSAN<br>SOUTH KOREA<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** 434435<br><br>Is the claim subject to offset? ■ No ☐ Yes | $63.00 |

| Debtor | Business Index Group, Inc., a California corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.190 9**

**Nonpriority creditor's name and mailing address**
MYUNG HEE LEE
34,CHANGWON-DAERO780 BEON-GIL
CHANGWON SI, SUNGSAN-GU
SOUTH KOREA

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 467700

Is the claim subject to offset? ■ No ☐ Yes

$71.00

---

**3.191 0**

**Nonpriority creditor's name and mailing address**
NADINE MCPHERSON
1082 UTAH ST SE
PALM BAY, FL 32909

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 74613

Is the claim subject to offset? ■ No ☐ Yes

$29.44

---

**3.191 1**

**Nonpriority creditor's name and mailing address**
NALISHA TAHIR
2115 LINCOLN STREET
BETHLEHEM, PA 18017

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 144030

Is the claim subject to offset? ■ No ☐ Yes

$17.00

---

**3.191 2**

**Nonpriority creditor's name and mailing address**
NANCY BOMMER
72-06 34TH AVENUE
JACKSON HEIGHTS, NY 11372

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 412568

Is the claim subject to offset? ■ No ☐ Yes

$57.10

---

**3.191 3**

**Nonpriority creditor's name and mailing address**
NANCY BURGIN
1919 SPRUCE CREEK CIRCLE N
PORT ORANGE, FL 32128

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 454724

Is the claim subject to offset? ■ No ☐ Yes

$281.67

---

**3.191 4**

**Nonpriority creditor's name and mailing address**
NANCY GARRETT
2717 HILLDALE
ARLINGTON, TX 76016

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 94561

Is the claim subject to offset? ■ No ☐ Yes

$94.49

---

**3.191 5**

**Nonpriority creditor's name and mailing address**
NANCY HSU
94-303 FARRINGTON HWY.
WAIPAHU, HI 96797

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 446390

Is the claim subject to offset? ■ No ☐ Yes

$72.00

---

Debtor　Business Index Group, Inc., a California corporation
　　　　　Name

Case number (if known) _____

| 3.191 6 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** *Check all that apply.* | $165.14 |
| NANCY REEVES | | ☐ Contingent | |
| 3622 N RIDGE PORT ST | | ☐ Unliquidated | |
| WICHITA, KS 67205 | | ☐ Disputed | |
| **Date(s) debt was incurred** _ | | **Basis for the claim:** 191141 | |
| **Last 4 digits of account number** _ | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.191 7 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** *Check all that apply.* | $104.07 |
| NANCY SCHOOLS | | ☐ Contingent | |
| 13 MAE DRIVE | | ☐ Unliquidated | |
| YARDVILLE, NJ 08620 | | ☐ Disputed | |
| **Date(s) debt was incurred** _ | | **Basis for the claim:** 280690 | |
| **Last 4 digits of account number** _ | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.191 8 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** *Check all that apply.* | $29.58 |
| NANCY SOSA | | ☐ Contingent | |
| 5437 FIRE RIDGE CR | | ☐ Unliquidated | |
| EL PASO, TX 79932 | | ☐ Disputed | |
| **Date(s) debt was incurred** _ | | **Basis for the claim:** 299050 | |
| **Last 4 digits of account number** _ | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.191 9 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** *Check all that apply.* | $32.68 |
| NANCY TOMASINO | | ☐ Contingent | |
| 283 DELANO PLACE | | ☐ Unliquidated | |
| FAIRVIEW, NJ 07022 | | ☐ Disputed | |
| **Date(s) debt was incurred** _ | | **Basis for the claim:** 434469 | |
| **Last 4 digits of account number** _ | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.192 0 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** *Check all that apply.* | $31.87 |
| NAPOLEON BUTIC | | ☐ Contingent | |
| 8902 CRAZY HORSE TRAIL | | ☐ Unliquidated | |
| HOUSTON, TX 77064 | | ☐ Disputed | |
| **Date(s) debt was incurred** _ | | **Basis for the claim:** 403144 | |
| **Last 4 digits of account number** _ | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.192 1 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** *Check all that apply.* | $116.94 |
| NARESH PUNJABI | | ☐ Contingent | |
| 11307 ROCK BRIDGE LN | | ☐ Unliquidated | |
| SUGAR LAND, TX 77498 | | ☐ Disputed | |
| **Date(s) debt was incurred** _ | | **Basis for the claim:** 469020 | |
| **Last 4 digits of account number** _ | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.192 2 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** *Check all that apply.* | $41.36 |
| NARIMA SHAHABUDEEN | | ☐ Contingent | |
| 700 RIDGE ST | | ☐ Unliquidated | |
| NEWARK, NJ 07104 | | ☐ Disputed | |
| **Date(s) debt was incurred** _ | | **Basis for the claim:** 356324 | |
| **Last 4 digits of account number** _ | | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | Business Index Group, Inc., a California corporation | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.192 3**

**Nonpriority creditor's name and mailing address**
NATALI MEETZE
1049 LABRADOR LANE
LAKE WYLIE, SC 29710

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 468242

Is the claim subject to offset? ■ No ☐ Yes

$51.43

---

**3.192 4**

**Nonpriority creditor's name and mailing address**
NATALIE CURTIS
4928 MAGNOLIA BLOSSOM BLVD
COLUMBUS, OH 43230

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 451614

Is the claim subject to offset? ■ No ☐ Yes

$47.83

---

**3.192 5**

**Nonpriority creditor's name and mailing address**
NATALIE IJELU
1254 PINE VALLEY DR.
SCHAUMBURG, IL 60173

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 463950

Is the claim subject to offset? ■ No ☐ Yes

$161.61

---

**3.192 6**

**Nonpriority creditor's name and mailing address**
NATASHA CLINE
PO BOX 1086
ATHENS, WV 24712

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 465038

Is the claim subject to offset? ■ No ☐ Yes

$144.66

---

**3.192 7**

**Nonpriority creditor's name and mailing address**
NATHAN KELLAR
113 FOX ST
LA PORTE, IN 46350

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 437506

Is the claim subject to offset? ■ No ☐ Yes

$75.91

---

**3.192 8**

**Nonpriority creditor's name and mailing address**
NATHAN SIMPSON
9403 DAKOTA DUNES LN
FALCON, CO 80831

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 451723

Is the claim subject to offset? ■ No ☐ Yes

$19.87

---

**3.192 9**

**Nonpriority creditor's name and mailing address**
NATHAN SMITH
905 KENNY DR
PENSACOLA, FL 32504

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 231603

Is the claim subject to offset? ■ No ☐ Yes

$42.35

---

Official Form 206 E/F   Schedule E/F: Creditors Who Have Unsecured Claims   Page 282 of 389

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

| Debtor | Business Index Group, Inc., a California corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.193 0 | **Nonpriority creditor's name and mailing address** NAZEER KHALEELUDDIN 7221 RANDALL WAY PLANO, TX 75025 | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $33.85 |
| | **Date(s) debt was incurred** _ **Last 4 digits of account number** _ | **Basis for the claim:** 329406 Is the claim subject to offset? ■ No ☐ Yes | |

| 3.193 1 | **Nonpriority creditor's name and mailing address** NEIL AGUILO 1700 SE MILE HILL DRIVE, 114-56 PT ORCHARD, WA 98366 | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $66.56 |
| | **Date(s) debt was incurred** _ **Last 4 digits of account number** _ | **Basis for the claim:** 464214 Is the claim subject to offset? ■ No ☐ Yes | |

| 3.193 2 | **Nonpriority creditor's name and mailing address** NELLY WESTERHOFF 18301 COUNTRY LANE LANSING, IL 60438 | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $74.52 |
| | **Date(s) debt was incurred** _ **Last 4 digits of account number** _ | **Basis for the claim:** 204675 Is the claim subject to offset? ■ No ☐ Yes | |

| 3.193 3 | **Nonpriority creditor's name and mailing address** NELSON LAU 3302 KAOHINANI DR. HONOLULU, HI 96817 | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $40.00 |
| | **Date(s) debt was incurred** _ **Last 4 digits of account number** _ | **Basis for the claim:** 376628 Is the claim subject to offset? ■ No ☐ Yes | |

| 3.193 4 | **Nonpriority creditor's name and mailing address** Network Solutions 12808 Gran Bay Pkwy West Jacksonville, FL 32258 | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | Unknown |
| | **Date(s) debt was incurred** _ **Last 4 digits of account number** 8673 | **Basis for the claim:** _ Is the claim subject to offset? ■ No ☐ Yes | |

| 3.193 5 | **Nonpriority creditor's name and mailing address** Nevada Irrigation District 1036 W. Main Street Rocklin, CA 95677 | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | Unknown |
| | **Date(s) debt was incurred** _ **Last 4 digits of account number** _ | **Basis for the claim:** _ Is the claim subject to offset? ■ No ☐ Yes | |

| 3.193 6 | **Nonpriority creditor's name and mailing address** NICHELLE STONE 300 AUBURN OAKS RD E JACKSONVILLE, FL 32218 | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $129.27 |
| | **Date(s) debt was incurred** _ **Last 4 digits of account number** _ | **Basis for the claim:** 183945 Is the claim subject to offset? ■ No ☐ Yes | |

Debtor    Business Index Group, Inc., a California corporation

Case number (if known) _____

Name

| | |
|---|---|
| **3.193 7** | |

**Nonpriority creditor's name and mailing address**
NICHOLAS RAIFORD
2200 HOUSECREEK TRAIL, APT 109
RALEIGH, NC 27607

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 450060

Is the claim subject to offset? ■ No ☐ Yes

$54.77

---

| | |
|---|---|
| **3.193 8** | |

**Nonpriority creditor's name and mailing address**
NICHOLAS WYATT
3501 SOUTHPOINTE HILL DR.
BUFORD, GA 30519

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 427561

Is the claim subject to offset? ■ No ☐ Yes

$92.56

---

| | |
|---|---|
| **3.193 9** | |

**Nonpriority creditor's name and mailing address**
NICHOLE SALYERS
205 BLAKE ELLIOT DR
CAMPBELLSVILLE, KY 42718

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 460133

Is the claim subject to offset? ■ No ☐ Yes

$46.89

---

| | |
|---|---|
| **3.194 0** | |

**Nonpriority creditor's name and mailing address**
NICK FERRANI
575 WALNUT STREET
HELLERTOWN, PA 18055

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 455623

Is the claim subject to offset? ■ No ☐ Yes

$37.16

---

| | |
|---|---|
| **3.194 1** | |

**Nonpriority creditor's name and mailing address**
NICK GEESEY
7490 KATELYN CT
HARRISBURG, NC 28075

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 366981

Is the claim subject to offset? ■ No ☐ Yes

$32.56

---

| | |
|---|---|
| **3.194 2** | |

**Nonpriority creditor's name and mailing address**
NICOLE BARTHOLOMEW
138 HEPBURN ST
MILTON, PA 17847

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 210665

Is the claim subject to offset? ■ No ☐ Yes

$17.00

---

| | |
|---|---|
| **3.194 3** | |

**Nonpriority creditor's name and mailing address**
NICOLE BOURASSA
17 TIFFANY CIRCLE
MILLBURY, MA 01527

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 413382

Is the claim subject to offset? ■ No ☐ Yes

$40.18

---

| Debtor | Business Index Group, Inc., a California corporation | Case number *(if known)* | |
|--------|-----|-----|-----|
| | Name | | |

**3.194 4**

**Nonpriority creditor's name and mailing address**
NICOLE HUDSON
508 GREENE AVENUE
BROOKLYN, NY 11216

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 404197

Is the claim subject to offset? ■ No ☐ Yes

$50.00

---

**3.194 5**

**Nonpriority creditor's name and mailing address**
NICOLE KORSON
1114 KENDALE RD N
COLUMBUS, OH 43220

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 416662

Is the claim subject to offset? ■ No ☐ Yes

$56.48

---

**3.194 6**

**Nonpriority creditor's name and mailing address**
NICOLE RAMSEY
1119 FOX RIDGE DR
POWELL, TN 37849

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 456937

Is the claim subject to offset? ■ No ☐ Yes

$30.31

---

**3.194 7**

**Nonpriority creditor's name and mailing address**
NICOLE YOUNG
320 ARGYLE COURT
CANTON, GA 30115

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 422650

Is the claim subject to offset? ■ No ☐ Yes

$59.13

---

**3.194 8**

**Nonpriority creditor's name and mailing address**
NICOLETTE CHILIAN
2202 SCHOLARS DR NORTH
LA JOLLA, CA 92092

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 438151

Is the claim subject to offset? ■ No ☐ Yes

$50.98

---

**3.194 9**

**Nonpriority creditor's name and mailing address**
NIGEL GREENE
3230 SOUTH GESSNER RD, 1612
HOUSTON, TX 77063

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 409110

Is the claim subject to offset? ■ No ☐ Yes

$180.35

---

**3.195 0**

**Nonpriority creditor's name and mailing address**
NIKITA MATHEWS
4433 WINCHESTER HILLS WAY
BIRMINGHAM, AL 35215

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 466675

Is the claim subject to offset? ■ No ☐ Yes

$85.82

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

| Debtor | Business Index Group, Inc., a California corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.195
1**

**Nonpriority creditor's name and mailing address**
NIKITA RUTSCHOW
320 FERDINAND CIRCLE
VIRGINIA BEACH, VA 23462

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 469178

Is the claim subject to offset? ■ No ☐ Yes

$82.39

---

**3.195
2**

**Nonpriority creditor's name and mailing address**
NIKKI GONZALEZ
301 BIGGS DRIVE
MOSES LAKE, WA 98837

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 365946

Is the claim subject to offset? ■ No ☐ Yes

$50.88

---

**3.195
3**

**Nonpriority creditor's name and mailing address**
NIKKI SMITH
1010 BOWDEN AVE
CHESAPEAKE, VA 23323

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 427527

Is the claim subject to offset? ■ No ☐ Yes

$27.03

---

**3.195
4**

**Nonpriority creditor's name and mailing address**
NIKKI WEISSER
7506 CYPRESS DRIVE
HUMBLE, TX 77396

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 172987

Is the claim subject to offset? ■ No ☐ Yes

$26.06

---

**3.195
5**

**Nonpriority creditor's name and mailing address**
NIKKIE NGUYEN
5950 MOHAWK DRIVE
SAN JOSE, CA 95123

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 334742

Is the claim subject to offset? ■ No ☐ Yes

$56.09

---

**3.195
6**

**Nonpriority creditor's name and mailing address**
NING CHOU
3795 MUIRFIELD ST
EL MONTE, CA 91732

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 385107

Is the claim subject to offset? ■ No ☐ Yes

$60.55

---

**3.195
7**

**Nonpriority creditor's name and mailing address**
NISHANTH GOPINATHAN
2575 JEROME AVE, APT# 3A
BRONX, NY 10468

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 375957

Is the claim subject to offset? ■ No ☐ Yes

$70.31

---

| Debtor | Business Index Group, Inc., a California corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.195 8**

**Nonpriority creditor's name and mailing address**
NOELLE CARR
411 SARAH CT.
SENOIA, GA 30276

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 437549

Is the claim subject to offset? ■ No ☐ Yes

$52.76

---

**3.195 9**

**Nonpriority creditor's name and mailing address**
NORA LINDNER
418 S 23RD AVE
HATTIESBURG, MS 39401

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 137450

Is the claim subject to offset? ■ No ☐ Yes

$127.53

---

**3.196 0**

**Nonpriority creditor's name and mailing address**
NUZHAT KHANAM
19 SORRENTO DR
PALOS HEIGHTS, IL 60463

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 460933

Is the claim subject to offset? ■ No ☐ Yes

$63.74

---

**3.196 1**

**Nonpriority creditor's name and mailing address**
ODESSA WILLIAMS
13816 MICHIGAN
RIVERDALE, IL 60827

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 448259

Is the claim subject to offset? ■ No ☐ Yes

$29.84

---

**3.196 2**

**Nonpriority creditor's name and mailing address**
Old Town Pizza
150 Sacramento Street
Auburn, CA 95603

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$2,882.00

---

**3.196 3**

**Nonpriority creditor's name and mailing address**
OLIVER WILMS
2444 FALCON POINT DR
FRISCO, TX 75034

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 467487

Is the claim subject to offset? ■ No ☐ Yes

$26.05

---

**3.196 4**

**Nonpriority creditor's name and mailing address**
OLIVERA BAUMGARTNER
2811 MILTON AVE. #182
JANESVILLE, WI 53545

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 77399

Is the claim subject to offset? ■ No ☐ Yes

$34.12

---

Debtor    Business Index Group, Inc., a California corporation
          Name

Case number (if known) _____

| | | |
|---|---|---|
| **3.196 5** | **Nonpriority creditor's name and mailing address**<br>OLIVIA DEIBLE<br>12241 SKYVIEW DRIVE<br>EDINBORO, PA 16412 | $99.41 |

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 457699

Is the claim subject to offset? ☐ No ☐ Yes

---

| | | |
|---|---|---|
| **3.196 6** | **Nonpriority creditor's name and mailing address**<br>OLYMPIA LITTLES<br>5900 TIMBER CREEK LANE APT 308<br>RALEIGH, NC 27612 | $25.98 |

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 452425

Is the claim subject to offset? ☐ No ☐ Yes

---

| | | |
|---|---|---|
| **3.196 7** | **Nonpriority creditor's name and mailing address**<br>Pacific Gas & Electric<br>PO Box 997300<br>Sacramento, CA 95899 | $1,199.88 |

**Date(s) debt was incurred** _

**Last 4 digits of account number** 0622

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.196 8** | **Nonpriority creditor's name and mailing address**<br>Pacific Gas & Electric<br>PO Box 997300<br>Sacramento, CA 95899 | $2,235.00 |

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.196 9** | **Nonpriority creditor's name and mailing address**<br>Pacific Gas & Electric<br>PO Box 997300<br>Sacramento, CA 95899 | $128.00 |

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.197 0** | **Nonpriority creditor's name and mailing address**<br>PAM BALDWIN<br>195 NEWCASTLE CT.<br>THOMASVILLE, NC 27360 | $24.57 |

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 265585

Is the claim subject to offset? ☐ No ☐ Yes

---

| | | |
|---|---|---|
| **3.197 1** | **Nonpriority creditor's name and mailing address**<br>PAM MCMENAMIN<br>827 SPYGLASS CIRCLE<br>LOUISVILLE, CO 80027 | $102.63 |

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 76186

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Business Index Group, Inc., a California corporation | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

**3.197 2**

**Nonpriority creditor's name and mailing address**
PAM RENOWDEN
304 LAUREL AVE.
JOHNSTOWN, PA 15906

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  450607

Is the claim subject to offset? ■ No ☐ Yes

$7.00

---

**3.197 3**

**Nonpriority creditor's name and mailing address**
PAMELA FAZIO
2 HILLTOP ROAD
METHUEN, MA 01844

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  181686

Is the claim subject to offset? ■ No ☐ Yes

$49.13

---

**3.197 4**

**Nonpriority creditor's name and mailing address**
PAMELA GILBERTSON
6177 MANCHESTER AVE NE
OTSEGO, MN 55301

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  333049

Is the claim subject to offset? ■ No ☐ Yes

$65.61

---

**3.197 5**

**Nonpriority creditor's name and mailing address**
PAMELA HEINEN
8203 CAENEN LAKE RD
LENEXA, KS 66215

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  468227

Is the claim subject to offset? ■ No ☐ Yes

$81.58

---

**3.197 6**

**Nonpriority creditor's name and mailing address**
PAMELA MILLIKEN
400 SUGARWOOD DR.
FARRAGUT, TN 37934

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  278854

Is the claim subject to offset? ■ No ☐ Yes

$106.45

---

**3.197 7**

**Nonpriority creditor's name and mailing address**
PAMELA VELARDI
1317 GHENT COMMONS DRIVE
NORFOLK, VA 23517

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  451284

Is the claim subject to offset? ■ No ☐ Yes

$313.12

---

**3.197 8**

**Nonpriority creditor's name and mailing address**
PAMELA WACHOLZ
2153 PEREGRINE LN
NORTH MANKATO, MN 56003

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  445044

Is the claim subject to offset? ■ No ☐ Yes

$22.40

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | Business Index Group, Inc., a California corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.197 9**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $106.22 |
|---|---|---|
| PAMELA WASHBURN<br>7510 MIFFLIN KENEDY<br>AUSTIN, TX 78749 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** 219473 | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

**3.198 0**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $109.34 |
|---|---|---|
| PAMELYN MEEK<br>7726 27TH ST.<br>WHITE CITY, OR 97503 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** 272454 | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

**3.198 1**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $49.32 |
|---|---|---|
| PAOLA GROVES<br>20934 E OCOTILLO RD APT 2079<br>QUEEN CREEK, AZ 85142 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** 460185 | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

**3.198 2**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $40.31 |
|---|---|---|
| PARKS CARPENTER<br>239 S. 58TH ST<br>WILMINGTON, NC 28409 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** 414928 | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

**3.198 3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $505.80 |
|---|---|---|
| PAT GRISHAM<br>5018 STEFFENS<br>SAINT LOUIS, MO 63116 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** 461479 | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

**3.198 4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $66.47 |
|---|---|---|
| PAT HAMMONDS<br>3464 ELM AVE 108<br>LONG BEACH, CA 90807 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** 135999 | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

**3.198 5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $156.98 |
|---|---|---|
| PAT LENAHAN<br>112 HARRISON AVE<br>NORWOOD, PA 19074 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** 119417 | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | Business Index Group, Inc., a California corporation | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.198 6**

**Nonpriority creditor's name and mailing address**

PATRICIA ARMSTRONG
204 FEEZOR RD
MOCKSVILLE, NC 27028

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 439612

Is the claim subject to offset? ■ No ☐ Yes

$26.40

---

**3.198 7**

**Nonpriority creditor's name and mailing address**

PATRICIA BRADLEY-HAAS
36498 RUSCHIN DR
SAN MATEO, CA 94402

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 463929

Is the claim subject to offset? ■ No ☐ Yes

$39.00

---

**3.198 8**

**Nonpriority creditor's name and mailing address**

PATRICIA DAVITT
3240 JONES BLVD.
EASTON, PA 18045

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 367453

Is the claim subject to offset? ■ No ☐ Yes

$24.00

---

**3.198 9**

**Nonpriority creditor's name and mailing address**

PATRICIA FIGURA
120 VALLEY HI DRIVE
PITTSBURGH, PA 15229

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 94194

Is the claim subject to offset? ■ No ☐ Yes

$18.69

---

**3.199 0**

**Nonpriority creditor's name and mailing address**

PATRICIA HUEBNER
5S530 PAXTON DR #1G
NAPERVILLE, IL 60563

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 445066

Is the claim subject to offset? ■ No ☐ Yes

$95.90

---

**3.199 1**

**Nonpriority creditor's name and mailing address**

PATRICIA JINGLE
4930 SLATEN RD
PLANT CITY, FL 33566

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 458197

Is the claim subject to offset? ■ No ☐ Yes

$30.05

---

**3.199 2**

**Nonpriority creditor's name and mailing address**

PATRICIA JOHNSTON
1732 VANCOUVER GREEN
FREMONT, CA 94536

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 140642

Is the claim subject to offset? ■ No ☐ Yes

$223.20

---

| Debtor | Business Index Group, Inc., a California corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.199 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $61.54 |
|---|---|---|---|

**PATRICIA JONES**
2055 MEADOW RIDGE DR.
WALLED LAKE, MI 48390

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** 290644

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.199 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $142.23 |
|---|---|---|---|

**PATRICIA LAKE**
24 HALL STREET
FALL RIVER, MA 02724

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** 257002

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.199 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $24.84 |
|---|---|---|---|

**PATRICIA LAUFER**
1335 NW 129TH TER
SUNRISE, FL 33323

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** 463871

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.199 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $44.60 |
|---|---|---|---|

**PATRICIA NORTON**
8720 HIGH RIDGE LANE
CONCORD, NC 28027

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** 70702

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.199 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $253.05 |
|---|---|---|---|

**PATRICIA THOMPKINS**
104 THOMAS BLVD
WARNER ROBINS, GA 31093

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** 446543

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.199 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $63.00 |
|---|---|---|---|

**PATRICIA TREFRY**
1222 E 100TH PLACE
THORNTON, CO 80229

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** 322978

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.199 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $33.30 |
|---|---|---|---|

**PATRICIA TRIGGS**
490 TURTLEBACK ROAD
PRESCOTT, AZ 86303

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** 275761

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor　Business Index Group, Inc., a California corporation
　　　　Name

Case number (if known)

| | | |
|---|---|---|
| 3.200<br>0 | **Nonpriority creditor's name and mailing address**<br>PATRICIA TURNES<br>1051 AXLEWOOD CIRCLE<br>BRANDON, FL 33511 | $194.34 |

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 137692

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.200<br>1 | **Nonpriority creditor's name and mailing address**<br>PATRICIA VAN PELT<br>977 ELKINS LAKE<br>HUNTSVILLE, TX 77340 | $183.73 |

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 458099

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.200<br>2 | **Nonpriority creditor's name and mailing address**<br>PATRICIA WALKUP<br>47412 MIDDLE BLUFF PLACE<br>POTOMAC FALLS, VA 20165 | $96.25 |

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 464245

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.200<br>3 | **Nonpriority creditor's name and mailing address**<br>PATRICIA WILLIS<br>11222 SAGEPARK LANE<br>HOUSTON, TX 77089 | $1,927.85 |

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 447472

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.200<br>4 | **Nonpriority creditor's name and mailing address**<br>PATRICIA WOOD<br>436 CLYDESDALE DRIVE<br>OGDEN, KS 66517 | $33.87 |

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 379373

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.200<br>5 | **Nonpriority creditor's name and mailing address**<br>PATRICK JOHNSON<br>201 WITCHITA LANE<br>WILLIAMSBURG, VA 23188 | $120.79 |

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 455628

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.200<br>6 | **Nonpriority creditor's name and mailing address**<br>PATSY AUSTIN<br>8000 BEACON HILL DR APT 217<br>WILKINSBURG, PA 15221 | $28.55 |

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 201147

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Business Index Group, Inc., a California corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.2007**

**Nonpriority creditor's name and mailing address**
PATSY MCCUTCHEON
7010 PHOENIX AVE., NE, APT. 418
ALBUQUERQUE, NM 87110

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 411382

Is the claim subject to offset? ■ No ☐ Yes

$914.10

---

**3.2008**

**Nonpriority creditor's name and mailing address**
PATTI HANSON
601 S 4TH AVENUE
BEECH GROVE, IN 46107

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 460343

Is the claim subject to offset? ■ No ☐ Yes

$162.67

---

**3.2009**

**Nonpriority creditor's name and mailing address**
PATTIE MANGONE
166 DINWIDDIE DRIVE
NEW KENSINGTON, PA 15068

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 285279

Is the claim subject to offset? ■ No ☐ Yes

$67.00

---

**3.2010**

**Nonpriority creditor's name and mailing address**
PATTY LABIT
293 COUNTY RD. 801
ETOWAH, TN 37331

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 338249

Is the claim subject to offset? ■ No ☐ Yes

$140.85

---

**3.2011**

**Nonpriority creditor's name and mailing address**
PAUL DEAN
337 MCKNIGHT RD
MCALESTER, OK 74501

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 162188

Is the claim subject to offset? ■ No ☐ Yes

$57.48

---

**3.2012**

**Nonpriority creditor's name and mailing address**
PAUL DENNETT
785 KAMEHAMEHA HWY APT 604
PEARL CITY, HI 96782

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 454939

Is the claim subject to offset? ■ No ☐ Yes

$32.00

---

**3.2013**

**Nonpriority creditor's name and mailing address**
PAUL FRANTZ
7870 BURRINGTON ST
EASTVALE, CA 92880

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 94656

Is the claim subject to offset? ■ No ☐ Yes

$92.37

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com     

Debtor    Business Index Group, Inc., a California corporation
          Name                                        Case number (if known) _____

| | | |
|---|---|---|
| **3.201 4** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $36.94 |

3.201 4

**Nonpriority creditor's name and mailing address**
PAUL HENDERSON
2028 LOGAN DRIVE
STERLING HEIGHTS, MI 48310

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 252977

Is the claim subject to offset? ■ No ☐ Yes

$36.94

---

3.201 5

**Nonpriority creditor's name and mailing address**
PAUL HOWELL
9189 IRISH CREEK LANE
REDDING, CA 96001

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 454497

Is the claim subject to offset? ■ No ☐ Yes

$30.04

---

3.201 6

**Nonpriority creditor's name and mailing address**
PAUL JONES
55 SHALER AVE
FAIRVIEW, NJ 07022

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 462005

Is the claim subject to offset? ■ No ☐ Yes

$67.86

---

3.201 7

**Nonpriority creditor's name and mailing address**
PAUL LAVENDER
1030 56TH ST E
NORTHPORT, AL 35473

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 237077

Is the claim subject to offset? ■ No ☐ Yes

$137.20

---

3.201 8

**Nonpriority creditor's name and mailing address**
PAUL SCRIVNER
9037 NW 80TH ST
YUKON, OK 73099

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 280246

Is the claim subject to offset? ■ No ☐ Yes

$20.84

---

3.201 9

**Nonpriority creditor's name and mailing address**
PAULA AUGUSTINE
1616 HILLVIEW DRIVE
ELIZABETHTON, TN 37643

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 430773

Is the claim subject to offset? ■ No ☐ Yes

$54.11

---

3.202 0

**Nonpriority creditor's name and mailing address**
PAULA KWIATKOWSKA
84 NORTON AVE
NORTH YORK, ON, M2N 4A5
CANADA

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 410923

Is the claim subject to offset? ■ No ☐ Yes

$35.00

---

Debtor  Business Index Group, Inc., a California corporation
        Name

Case number (if known)

| | | |
|---|---|---|
| **3.202** **1** | **Nonpriority creditor's name and mailing address** | $26.39 |

PAULA LONG
2100 WORCHESTER ROAD
MIDLOTHIAN, VA 23113

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:**  416140

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.202** **2** | **Nonpriority creditor's name and mailing address** | $55.67 |

PAULA RIGGS
548 MEADOW LANE
MARION, OH 43302

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:**  288627

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.202** **3** | **Nonpriority creditor's name and mailing address** | $177.90 |

PAULINE NATIONS
126 EAST END AVE
KINGS MTN, NC 28086

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:**  451861

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.202** **4** | **Nonpriority creditor's name and mailing address** | $7.00 |

PAVLINA LUBENOV-JOHNS
101 CROSSWIND DR
SHREWSBURY, PA 17361

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:**  453860

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.202** **5** | **Nonpriority creditor's name and mailing address** | $22.00 |

PEGGY CROWLEY
653 W 4TH STREET
PRATTVILLE, AL 36067

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:**  250889

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.202** **6** | **Nonpriority creditor's name and mailing address** | $67.84 |

PEGGY KURAS
6528 HAMPTON
PORTAGE, MI 49024

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:**  445717

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.202** **7** | **Nonpriority creditor's name and mailing address** | $96.00 |

PEGGY WONG
2F NO.29/1 SOURTH OF JIAODAOKOU
DISTRICT
BEIJING, JIAODAOKOU, 10000
CHINA

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:**  457819

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Business Index Group, Inc., a California corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.2028**

**Nonpriority creditor's name and mailing address**
PEI-ROAN LIN
2754 N HAMPDEN CT #503
LINCOLN PARK, IL 60614

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 299501

Is the claim subject to offset? ■ No ☐ Yes

$40.00

---

**3.2029**

**Nonpriority creditor's name and mailing address**
PETE HESS
18743 FIRE FLY DRIVE
PORTER, TX 77365

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 118309

Is the claim subject to offset? ■ No ☐ Yes

$183.59

---

**3.2030**

**Nonpriority creditor's name and mailing address**
PETER ADELSHEIM
1370 ALKI AVE SW
SEATTLE, WA 98116

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 427169

Is the claim subject to offset? ■ No ☐ Yes

$824.66

---

**3.2031**

**Nonpriority creditor's name and mailing address**
PETER DELUCA
517 NORTH MASON RD
CREVE COEUR, MO 63141

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 461076

Is the claim subject to offset? ■ No ☐ Yes

$121.80

---

**3.2032**

**Nonpriority creditor's name and mailing address**
PHIL FRAZIER
2579 HAWAIIAN
MEDFORD, OR 97504

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 72581

Is the claim subject to offset? ■ No ☐ Yes

$26.45

---

**3.2033**

**Nonpriority creditor's name and mailing address**
PHILLIP BARDWELL
3250 LAUREL DRIVE
MOUNT DORA, FL 32757

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 468296

Is the claim subject to offset? ■ No ☐ Yes

$16.96

---

**3.2034**

**Nonpriority creditor's name and mailing address**
PHONG VUONG
20203 SHADOW MOUNTAIN ROAD
WALNUT, CA 91789

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 434782

Is the claim subject to offset? ■ No ☐ Yes

$120.00

---

| Debtor | Business Index Group, Inc., a California corporation | Case number *(if known)* | |
|--------|------------------------------------------------------|--------------------------|--|
| | Name | | |

| 3.203 5 | **Nonpriority creditor's name and mailing address**<br>POLLY JUANG<br>8470 VIA SONOMA<br>LA JOLLA, CA 92037<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** 468044<br><br>Is the claim subject to offset? ■ No ☐ Yes | $18.76 |
|---|---|---|---|
| 3.203 6 | **Nonpriority creditor's name and mailing address**<br>PRADEEP ARORA<br>3045 PUALEI CIRCLE #212<br>HONOLULU, HI 96815<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** 414463<br><br>Is the claim subject to offset? ■ No ☐ Yes | $45.00 |
| 3.203 7 | **Nonpriority creditor's name and mailing address**<br>PRISCILLA AGYEMANG<br>2014 S 102ND STREET<br>WEST ALLIS, WI 53227<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** 465708<br><br>Is the claim subject to offset? ■ No ☐ Yes | $39.42 |
| 3.203 8 | **Nonpriority creditor's name and mailing address**<br>PRISCILLA IANNARELLI<br>534 AUSTIN BRIDGE RD<br>DOUGLASVILLE, GA 30134<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** 391962<br><br>Is the claim subject to offset? ■ No ☐ Yes | $25.91 |
| 3.203 9 | **Nonpriority creditor's name and mailing address**<br>PUSHP AGGARWAL<br>2399 MEADOWLARK DRIVE<br>PLEASANTON, CA 94566<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** 435764<br><br>Is the claim subject to offset? ■ No ☐ Yes | $234.40 |
| 3.204 0 | **Nonpriority creditor's name and mailing address**<br>QI WU<br>TANGU EAST ROAD,JIANMING VILLAGE<br>SHIJIAZHUANG, HEBEI<br>CHINA<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** 446214<br><br>Is the claim subject to offset? ■ No ☐ Yes | $120.00 |
| 3.204 1 | **Nonpriority creditor's name and mailing address**<br>QUANG NGUYEN<br>3200 WILDERNESS WAY<br>CARROLLTON, TX 75007<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** 459560<br><br>Is the claim subject to offset? ■ No ☐ Yes | $86.61 |

| | |
|---|---|
| Debtor | Business Index Group, Inc., a California corporation |
| | Name |

| | Case number (if known) | |
|---|---|---|

---

**3.204**
**2**

**Nonpriority creditor's name and mailing address**

Quartz Drive Self Storage
12200 Rock Creek Road
Auburn, CA 95602

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.204**
**3**

**Nonpriority creditor's name and mailing address**

QUETTA NICHOLSON
28 HYACINTH LANE
SICKLERVILLE, NJ 08081

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 417019

Is the claim subject to offset? ■ No ☐ Yes

$36.00

---

**3.204**
**4**

**Nonpriority creditor's name and mailing address**

R SANDY AUSBROOKS
6 COURTNEY PL
PALM COAST, FL 32137

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 261020

Is the claim subject to offset? ■ No ☐ Yes

$142.05

---

**3.204**
**5**

**Nonpriority creditor's name and mailing address**

R. JOHNSON
1355 G. CNCRSE #4C
BRONX, NY 10452

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 419517

Is the claim subject to offset? ■ No ☐ Yes

$100.00

---

**3.204**
**6**

**Nonpriority creditor's name and mailing address**

RABAB BAGEGNI
3905 WINTHROP DR.
LEXINGTON, KY 40514

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 390138

Is the claim subject to offset? ■ No ☐ Yes

$221.24

---

**3.204**
**7**

**Nonpriority creditor's name and mailing address**

RACHAEL DEL RIO
734 LINCOLN
HOBART, IN 46342

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 454863

Is the claim subject to offset? ■ No ☐ Yes

$72.54

---

**3.204**
**8**

**Nonpriority creditor's name and mailing address**

RACHAEL HAMER
118 LAKE STREET
ELIZABETH, PA 15037

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 443758

Is the claim subject to offset? ■ No ☐ Yes

$20.00

---

| Debtor | Business Index Group, Inc., a California corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.204<br>9 | **Nonpriority creditor's name and mailing address**<br>RACHEL BRONSON<br>342 E. 700 S.<br>CENTERVILLE, UT 84014<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** 433775<br><br>Is the claim subject to offset? ■ No ☐ Yes | $57.25 |
| 3.205<br>0 | **Nonpriority creditor's name and mailing address**<br>RACHEL CEAR<br>2772 ROBERTA ST<br>LARGO, FL 33771<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** 463110<br><br>Is the claim subject to offset? ■ No ☐ Yes | $34.98 |
| 3.205<br>1 | **Nonpriority creditor's name and mailing address**<br>RACHEL CHURCH<br>813 EMERALD PLACE SW<br>LENOIR, NC 28645<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** 331962<br><br>Is the claim subject to offset? ■ No ☐ Yes | $23.54 |
| 3.205<br>2 | **Nonpriority creditor's name and mailing address**<br>RACHEL CRAFT<br>810 LINCOLNWOOD LANE, APARTMENT A<br>INDIANAPOLIS, IN 46260<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** 468954<br><br>Is the claim subject to offset? ■ No ☐ Yes | $19.80 |
| 3.205<br>3 | **Nonpriority creditor's name and mailing address**<br>RACHEL MCCALLUM<br>23528 SE 243RD PL<br>MAPLE VALLEY, WA 98038<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** 456402<br><br>Is the claim subject to offset? ■ No ☐ Yes | $101.12 |
| 3.205<br>4 | **Nonpriority creditor's name and mailing address**<br>RACHEL MOYER<br>3742 BLIMLINE ROAD APT #3<br>SINKING SPRING, PA 19608<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** 416051<br><br>Is the claim subject to offset? ■ No ☐ Yes | $44.31 |
| 3.205<br>5 | **Nonpriority creditor's name and mailing address**<br>RACHEL NEESE<br>105 TARLETON AVE<br>BURLINGTON, NC 27215<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** 368669<br><br>Is the claim subject to offset? ■ No ☐ Yes | $53.98 |

| Debtor | Business Index Group, Inc., a California corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.205 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $58.89 |
|---|---|---|---|
| | RACHEL PLATOW | ☐ Contingent | |
| | 12031 MOUNTBATTEN DR | ☐ Unliquidated | |
| | TAMPA, FL 33626 | ☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** 448729 | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.205 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $33.82 |
|---|---|---|---|
| | RACHEL RATHMAN | ☐ Contingent | |
| | 4141 BUCKINGHAM DRIVE | ☐ Unliquidated | |
| | GRAND ISLAND, NE 68803 | ☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** 428396 | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.205 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $42.24 |
|---|---|---|---|
| | RACHEL SORIA | ☐ Contingent | |
| | 6509 ST JOHNS DR APT 2054 | ☐ Unliquidated | |
| | BENBROOK, TX 76132 | ☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** 460728 | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.205 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $121.14 |
|---|---|---|---|
| | RACHEL TABBAL | ☐ Contingent | |
| | 417 BUCK JONES RD | ☐ Unliquidated | |
| | RALEIGH, NC 27606 | ☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** 421518 | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.206 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $21.32 |
|---|---|---|---|
| | RACHELLE CHERRY | ☐ Contingent | |
| | 60 LAKEVIEW TRL. | ☐ Unliquidated | |
| | COVINGTON, GA 30016 | ☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** 468453 | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.206 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $22.00 |
|---|---|---|---|
| | RAFAEL MENDEZ | ☐ Contingent | |
| | 1540 YORK AVE APT 15 M | ☐ Unliquidated | |
| | NEW YORK, NY 10028 | ☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** 460389 | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.206 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $97.04 |
|---|---|---|---|
| | RAFEEZA SHAHABUDEEN | ☐ Contingent | |
| | 700 RIDGE STREET | ☐ Unliquidated | |
| | NEWARK, NJ 07104 | ☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** 457174 | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor    Business Index Group, Inc., a California corporation

Case number (if known)

Name

| 3.206<br>3 | **Nonpriority creditor's name and mailing address**<br>Raffine Chocolates<br>2945 Bell Road, Suite 211<br>Auburn, CA 95603 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | Unknown |

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.206<br>4 | **Nonpriority creditor's name and mailing address**<br>RAHMAN CHAUDHRY<br>62 DEL REY DRIVE<br>MOUNT VERNON, NY 10552 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $17.17 |

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** 467548

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.206<br>5 | **Nonpriority creditor's name and mailing address**<br>RAHUL AGRAWAL<br>1848 ANDERSON CT<br>BETTENDORF, IA 52722 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $96.00 |

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** 458843

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.206<br>6 | **Nonpriority creditor's name and mailing address**<br>RAINNA BURNS<br>2604 FOREST PARK DR UNIT 1<br>ANCHORAGE, AK 99517 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $158.96 |

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** 448240

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.206<br>7 | **Nonpriority creditor's name and mailing address**<br>RAJESH GILL<br>10360 SHERWOOD DR.<br>EL PASO, TX 79924 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $71.88 |

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** 467898

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.206<br>8 | **Nonpriority creditor's name and mailing address**<br>RAJESWARI SUKUMAR<br>205 MORNING GLORY DR<br>MONROE TOWNSHIP, NJ 08831 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $31.00 |

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** 452044

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.206<br>9 | **Nonpriority creditor's name and mailing address**<br>RAJNI ARORA<br>3045 PUALEI CIRCLE#212<br>HONOLULU, HI 96815 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $176.21 |

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** 444599

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Business Index Group, Inc., a California corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.207 0**

**Nonpriority creditor's name and mailing address**
RALPH ALTMANN
2429 BOARDWALK PLACE DR.
SAINT LOUIS, MO 63129

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 375217

Is the claim subject to offset? ■ No ☐ Yes

$82.19

**3.207 1**

**Nonpriority creditor's name and mailing address**
RALPH KENNEDY
1309 11TH PLACE
BIG SPRING, TX 79720

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 304220

Is the claim subject to offset? ■ No ☐ Yes

$48.79

**3.207 2**

**Nonpriority creditor's name and mailing address**
RAMIE WEISSER
2033 WEST RIVERVIEW AVE
DECATUR, IL 62522

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 455065

Is the claim subject to offset? ■ No ☐ Yes

$37.35

**3.207 3**

**Nonpriority creditor's name and mailing address**
RAMON MENDOZA
8629 W. EL CAMINITO DR.
PEORIA, AZ 85345

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 468870

Is the claim subject to offset? ■ No ☐ Yes

$60.43

**3.207 4**

**Nonpriority creditor's name and mailing address**
RAMYA MANGALORE KAMATH
421 VAN BUEREN AVE N 110
HOPKINS, MN 55343

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 465717

Is the claim subject to offset? ■ No ☐ Yes

$34.34

**3.207 5**

**Nonpriority creditor's name and mailing address**
RANDY DOVEL
7336 CACTUS ROAD
MECHANICSVILLE, VA 23111

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 465898

Is the claim subject to offset? ■ No ☐ Yes

$78.57

**3.207 6**

**Nonpriority creditor's name and mailing address**
RANDY LENTZ
1038 MIDDLE RD
GLENSHAW, PA 15116

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 422780

Is the claim subject to offset? ■ No ☐ Yes

$295.93

| Debtor | Business Index Group, Inc., a California corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.207 7**

**Nonpriority creditor's name and mailing address**
RAY BOBBITT
7204 EDGEWOOD RD
ASHLAND, KY 41102

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 455153

Is the claim subject to offset? ■ No ☐ Yes

$32.98

---

**3.207 8**

**Nonpriority creditor's name and mailing address**
RAYMOND MAYNARD
2139 KOONS RD.
NORTH CANTON, OH 44720

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 422113

Is the claim subject to offset? ■ No ☐ Yes

$502.45

---

**3.207 9**

**Nonpriority creditor's name and mailing address**
REBECCA BAYLISS
6431 SHASTA CREEK WAY
ELK GROVE, CA 95758

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 219722

Is the claim subject to offset? ■ No ☐ Yes

$58.58

---

**3.208 0**

**Nonpriority creditor's name and mailing address**
REBECCA CANALICHIO
43945 RELIANCE CRT
ASHBURN, VA 20147

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 262789

Is the claim subject to offset? ■ No ☐ Yes

$112.50

---

**3.208 1**

**Nonpriority creditor's name and mailing address**
REBECCA JONES
28151 HIGHRIDGE ROAD, APT# 111
PALOS VERDES PENINSULA, CA 90275

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 403297

Is the claim subject to offset? ■ No ☐ Yes

$242.84

---

**3.208 2**

**Nonpriority creditor's name and mailing address**
REBECCA MAYGLOTHLING
1257 CONKLIN RD
CONKLIN, NY 13748

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 448484

Is the claim subject to offset? ■ No ☐ Yes

$24.00

---

**3.208 3**

**Nonpriority creditor's name and mailing address**
REBECCA MCCRACKEN
10454 ALEXIA DR
INDIANAPOLIS, IN 46236

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 424390

Is the claim subject to offset? ■ No ☐ Yes

$118.88

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

| Debtor | Business Index Group, Inc., a California corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.208 4**

**Nonpriority creditor's name and mailing address**

REBECCA NAYLOR
309 MANSFIELD CIRCLE
QUAKERTOWN, PA 18951

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 442032

Is the claim subject to offset? ■ No ☐ Yes

$21.00

---

**3.208 5**

**Nonpriority creditor's name and mailing address**

REBECCA PHILLIPS
136 SUN PRAIRIE RD
GREAT FALLS, MT 59404

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 400392

Is the claim subject to offset? ■ No ☐ Yes

$39.47

---

**3.208 6**

**Nonpriority creditor's name and mailing address**

REBECCA POTTER
609 N BROADMOOR AVE
WICHITA, KS 67206

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 218723

Is the claim subject to offset? ■ No ☐ Yes

$30.36

---

**3.208 7**

**Nonpriority creditor's name and mailing address**

REBECCA RITTENHOUSE
25 BECKERS ROAD
TEMPLE, PA 19560

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 407929

Is the claim subject to offset? ■ No ☐ Yes

$68.00

---

**3.208 8**

**Nonpriority creditor's name and mailing address**

REBECCA RIVERS
2816 NW 8TH ST
FORT LAUDERDALE, FL 33311

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 463540

Is the claim subject to offset? ■ No ☐ Yes

$28.77

---

**3.208 9**

**Nonpriority creditor's name and mailing address**

REBECCA SCOTT
4309 IROQUOIS ST
NEW ORLEANS, LA 70126

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 93977

Is the claim subject to offset? ■ No ☐ Yes

$55.87

---

**3.209 0**

**Nonpriority creditor's name and mailing address**

REBECCA STELTZER
184 KELL AVE
STATEN ISLAND, NY 10314

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 347814

Is the claim subject to offset? ■ No ☐ Yes

$44.21

---

| Debtor | Business Index Group, Inc., a California corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.209**
**1**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| REBECCA WHITE | ☐ Contingent | |
| 5621 NEALS SCHOOL RD. | ☐ Unliquidated | |
| SEAFORD, DE 19973 | ☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** 347076 | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.209**
**2**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $108.48 |
|---|---|---|
| REBECCA WILTON | ☐ Contingent | |
| 117 BAINBRIDGE LANE | ☐ Unliquidated | |
| PERRY, GA 31069 | ☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** 357163 | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.209**
**3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $43.44 |
|---|---|---|
| REBEKAH SCHLOEMANN | ☐ Contingent | |
| 304 BEBINGTON DRIVE | ☐ Unliquidated | |
| CARY, NC 27513 | ☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** 450472 | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.209**
**4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $288.00 |
|---|---|---|
| Recology | ☐ Contingent | |
| PO Box 6566 | ☐ Unliquidated | |
| Auburn, CA 95604 | ☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** 3128 | Is the claim subject to offset? ■ No ☐ Yes | |

**3.209**
**5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $197.00 |
|---|---|---|
| Recology | ☐ Contingent | |
| PO Box 6566 | ☐ Unliquidated | |
| Auburn, CA 95604 | ☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.209**
**6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $81.00 |
|---|---|---|
| Rediger McHugh, LLP | ☐ Contingent | |
| 555 Capitol Mall, Suite 1240 | ☐ Unliquidated | |
| Sacramento, CA 95814 | ☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.209**
**7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $45.38 |
|---|---|---|
| REGINA HARE | ☐ Contingent | |
| 218 FOREST AVENUE | ☐ Unliquidated | |
| RICHMOND, VA 23223 | ☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** 259346 | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | Business Index Group, Inc., a California corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.2098**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $230.42 |
|---|---|---|
| REID HEILMAN<br>4125 RIVER HILL DR<br>CORPUS CHRISTI, TX 78410 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** 435762 | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.2099**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $15.81 |
|---|---|---|
| REID MCCOLLUM<br>7060 GARDEN TERRACE COURT<br>CHARLOTTE, NC 28210 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** 408446 | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.2100**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $20.00 |
|---|---|---|
| RENA DUCKWORTH<br>211 THOMPSON LN<br>SHELBYVILLE, TN 37160 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** 431904 | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.2101**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $130.56 |
|---|---|---|
| RENATA HAMPTON<br>4301 RAINLILY ST<br>KILLEEN, TX 76542 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** 382205 | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.2102**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $32.75 |
|---|---|---|
| RENEE KNAFF<br>2358 PATRICIA CIRCLE<br>MORRISTOWN, TN 37814 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** 435934 | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.2103**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $137.57 |
|---|---|---|
| RENEE RYON<br>1652 S. 228TH LN<br>BUCKEYE, AZ 85326 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** 112720 | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.2104**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $114.37 |
|---|---|---|
| RENEE SIMPSON<br>920 E 214 ST<br>BRONX, NY 10469 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** 221978 | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | Business Index Group, Inc., a California corporation | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.210 5**

**Nonpriority creditor's name and mailing address**
RENEE SONSINO
3717 T STREET N.W.
WASHINGTON, DC 20007

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 71159

Is the claim subject to offset? ■ No ☐ Yes

$115.38

---

**3.210 6**

**Nonpriority creditor's name and mailing address**
REV DR BRUCE D MCCABE
1614 S WARREN AVE
LAKELAND, FL 33803

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 458659

Is the claim subject to offset? ■ No ☐ Yes

$52.73

---

**3.210 7**

**Nonpriority creditor's name and mailing address**
RHIANNON SMITH
2134 E BROADWAY RD
TEMPE, AZ 85282

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 465941

Is the claim subject to offset? ■ No ☐ Yes

$29.88

---

**3.210 8**

**Nonpriority creditor's name and mailing address**
RHIANNON THEN
2490 E. HEARNE AVE.
KINGMAN, AZ 86409

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 460619

Is the claim subject to offset? ■ No ☐ Yes

$237.73

---

**3.210 9**

**Nonpriority creditor's name and mailing address**
RHONDA HARRIS
6977 GRIZZLY CT
MANASSAS, VA 20111

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 469174

Is the claim subject to offset? ■ No ☐ Yes

$17.00

---

**3.211 0**

**Nonpriority creditor's name and mailing address**
RHONDA HART
5512 WOODBERRY LANE
TUSCALOOSA, AL 35405

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 264114

Is the claim subject to offset? ■ No ☐ Yes

$118.06

---

**3.211 1**

**Nonpriority creditor's name and mailing address**
RHONDA LAWRENCE
1720 W 14TH ST
ERIE, PA 16505

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 240170

Is the claim subject to offset? ■ No ☐ Yes

$40.00

---

| Debtor | Business Index Group, Inc., a California corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.211 2**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $67.85 |
|---|---|---|
| RHONDA MCCOURT<br>320 KIMBERLY LANE<br>PLEASANT HILL, IA 50327 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** 427618 | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.211 3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|
| RHONDA NELSON<br>2248 CAROL STREET<br>MODESTO, CA 95354 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** 83202 | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.211 4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $28.72 |
|---|---|---|
| RHONDA SHAFFER<br>20 BRIMSDOWN CIRCLE<br>FAIRPORT, NY 14450 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** 389124 | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.211 5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $84.24 |
|---|---|---|
| RHONDA STENNIS<br>4659 COLEMAN RD<br>OLIVE BRANCH, MS 38654 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** 249461 | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.211 6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $323.85 |
|---|---|---|
| RHONDA TATE<br>202 BENFIELD RD<br>KINGS MTN, NC 28086 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** 433251 | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.211 7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $34.00 |
|---|---|---|
| RIA YU<br>#12345, KEONDAE<br>JAYANG 1-DONG GWANGJIN-GU, SEOUL,<br>143191<br>SOUTH KOREA | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** 283234 | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.211 8**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $66.36 |
|---|---|---|
| RICHARD LEDEL<br>104 WILLOW LAKE DRIVE<br>KINGSLAND, GA 31548 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** 409442 | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | Business Index Group, Inc., a California corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.211**
**9**

**Nonpriority creditor's name and mailing address**
RICHARD ROWLEY
6469 CADDY POINT
COLORADO SPRINGS, CO 80922

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 450178

Is the claim subject to offset? ■ No ☐ Yes

$25.16

---

**3.212**
**0**

**Nonpriority creditor's name and mailing address**
RICHARD WHITMAR JR
2111 PARKER AVE
BLOOMINGTON, IL 61701

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 465899

Is the claim subject to offset? ■ No ☐ Yes

$52.04

---

**3.212**
**1**

**Nonpriority creditor's name and mailing address**
RICK HARTLE
782 BARLOW DRIVE
GETTYSBURG, PA 17325

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 382557

Is the claim subject to offset? ■ No ☐ Yes

$15.00

---

**3.212**
**2**

**Nonpriority creditor's name and mailing address**
RICK TURNER
236 LANE PARK CIRCLE
MAYLENE, AL 35114

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 418893

Is the claim subject to offset? ■ No ☐ Yes

$51.16

---

**3.212**
**3**

**Nonpriority creditor's name and mailing address**
RITA FREDERICKS
117 EGE CT
ROBESONIA, PA 19551

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 428455

Is the claim subject to offset? ■ No ☐ Yes

$52.00

---

**3.212**
**4**

**Nonpriority creditor's name and mailing address**
RITA MCDOWELL
23 BENTON CT
WILMINGTON, DE 19810

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 77470

Is the claim subject to offset? ■ No ☐ Yes

$100.00

---

**3.212**
**5**

**Nonpriority creditor's name and mailing address**
RITA NKOJO
6522 FAIRLAWN DR
MCLEAN, VA 22101

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 456171

Is the claim subject to offset? ■ No ☐ Yes

$459.10

---

Debtor    Business Index Group, Inc., a California corporation
          Name                                                              Case number (if known) _____

| 3.212 6 | **Nonpriority creditor's name and mailing address** <br> RITU CHUGH <br> 8877 ASH LANE <br> BREINIGSVILLE, PA 18031 <br><br> **Date(s) debt was incurred** _ <br> **Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** 323413 <br><br> Is the claim subject to offset? ■ No ☐ Yes | $134.86 |
|---|---|---|---|

| 3.212 7 | **Nonpriority creditor's name and mailing address** <br> ROB DENNIE <br> 4624 JACQUELINE DRIVE <br> LITTLE ROCK, AR 72210 <br><br> **Date(s) debt was incurred** _ <br> **Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** 129172 <br><br> Is the claim subject to offset? ■ No ☐ Yes | $40.13 |

| 3.212 8 | **Nonpriority creditor's name and mailing address** <br> ROB ENGELHARDT <br> 1257 CLUBHOUSE DR <br> BROOMFIELD, CO 80020 <br><br> **Date(s) debt was incurred** _ <br> **Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** 75928 <br><br> Is the claim subject to offset? ■ No ☐ Yes | $411.34 |

| 3.212 9 | **Nonpriority creditor's name and mailing address** <br> ROB PORTER <br> 3639 WILSHIRE AVENUE <br> CINCINNATI, OH 45208 <br><br> **Date(s) debt was incurred** _ <br> **Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** 401952 <br><br> Is the claim subject to offset? ■ No ☐ Yes | $28.99 |

| 3.213 0 | **Nonpriority creditor's name and mailing address** <br> ROBERT  BOB OLDER <br> 1508 E AYRE ST <br> NEWPORT, DE 19804 <br><br> **Date(s) debt was incurred** _ <br> **Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** 459617 <br><br> Is the claim subject to offset? ■ No ☐ Yes | $46.24 |

| 3.213 1 | **Nonpriority creditor's name and mailing address** <br> ROBERT AUER <br> 3076 LONGWOOD BLVD <br> MELBOURNE, FL 32934 <br><br> **Date(s) debt was incurred** _ <br> **Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** 377749 <br><br> Is the claim subject to offset? ■ No ☐ Yes | $54.66 |

| 3.213 2 | **Nonpriority creditor's name and mailing address** <br> ROBERT BACHMANN <br> 3001 CANTON HILLS COURT <br> MARIETTA, GA 30062 <br><br> **Date(s) debt was incurred** _ <br> **Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** 459430 <br><br> Is the claim subject to offset? ■ No ☐ Yes | $10.60 |

| Debtor | Business Index Group, Inc., a California corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.213<br>3 | **Nonpriority creditor's name and mailing address**<br>ROBERT BICE<br>339 GAINES RD. NE<br>ROME, GA 30161 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $67.44 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ <br>**Last 4 digits of account number** _ | **Basis for the claim:** 418546 <br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.213<br>4 | **Nonpriority creditor's name and mailing address**<br>ROBERT BRUCE<br>504 SUDBURY ROAD<br>LINTHICUM HEIGHTS, MD 21090 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $63.91 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ <br>**Last 4 digits of account number** _ | **Basis for the claim:** 421415 <br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.213<br>5 | **Nonpriority creditor's name and mailing address**<br>ROBERT CROES<br>5212 HERITAGE LANE<br>HILLIARD, OH 43026 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $87.97 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ <br>**Last 4 digits of account number** _ | **Basis for the claim:** 458332 <br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.213<br>6 | **Nonpriority creditor's name and mailing address**<br>ROBERT HYMAN<br>9820 MIRA LEE WAY #18414<br>SAN DIEGO, CA 92126 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,124.94 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ <br>**Last 4 digits of account number** _ | **Basis for the claim:** 398812 <br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.213<br>7 | **Nonpriority creditor's name and mailing address**<br>ROBERT MCCAULEY<br>5349 AMESBURY DRIVE #1613<br>DALLAS, TX 75206 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $46.08 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ <br>**Last 4 digits of account number** _ | **Basis for the claim:** 468155 <br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.213<br>8 | **Nonpriority creditor's name and mailing address**<br>ROBERT POHLE<br>4111 LAKECLIFF DR.<br>HARKER HEIGHTS, TX 76548 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $28.42 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ <br>**Last 4 digits of account number** _ | **Basis for the claim:** 359072 <br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.213<br>9 | **Nonpriority creditor's name and mailing address**<br>ROBERT PYRCE<br>8464 BUCKINGHAM<br>WILLOW SPRINGS, IL 60480 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $383.20 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ <br>**Last 4 digits of account number** _ | **Basis for the claim:** 212597 <br><br>Is the claim subject to offset? ■ No ☐ Yes | |

Debtor    Business Index Group, Inc., a California corporation

     Name

Case number (if known) _____

---

**3.214 0**

**Nonpriority creditor's name and mailing address**

ROBERT RUSSELL
4500 HARBOUR POINTE BLVD, APT 915
MUKILTEO, WA 98275

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 454085

Is the claim subject to offset? ■ No ☐ Yes

$127.32

---

**3.214 1**

**Nonpriority creditor's name and mailing address**

ROBERT SCHREIBER
6400 W HOWARD AVE, #102
MILWAUKEE, WI 53220

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 390042

Is the claim subject to offset? ■ No ☐ Yes

$135.12

---

**3.214 2**

**Nonpriority creditor's name and mailing address**

ROBERT SLAVIS
1583 BIRNAM DRIVE
CHARLOTTESVILLE, VA 22901

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 387924

Is the claim subject to offset? ■ No ☐ Yes

$90.68

---

**3.214 3**

**Nonpriority creditor's name and mailing address**

ROBERT SMALLWOOD
2250 S MERIDIAN ROAD
YOUNGSTOWN, OH 44511

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 262606

Is the claim subject to offset? ■ No ☐ Yes

$16.99

---

**3.214 4**

**Nonpriority creditor's name and mailing address**

ROBERT SMITH
203 HIGHLAND AVE
FAIRMONT, WV 26554

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 218303

Is the claim subject to offset? ■ No ☐ Yes

$30.50

---

**3.214 5**

**Nonpriority creditor's name and mailing address**

ROBERTA RUBINSTEIN
110 W. LETCHWORTH DRIVE
ZEBULON, NC 27597

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 224107

Is the claim subject to offset? ■ No ☐ Yes

$27.61

---

**3.214 6**

**Nonpriority creditor's name and mailing address**

ROBIN DESONIA
9599 OAKINGTON DRIVE
FAIRFAX STATION, VA 22039

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 124394

Is the claim subject to offset? ■ No ☐ Yes

$22.71

---

| Debtor | Business Index Group, Inc., a California corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.214 7 | **Nonpriority creditor's name and mailing address**<br>ROBIN QUAYLE<br>425 E. CAMDEN ST.<br>GLENDORA, CA 91740 | | $21.12 |
|---|---|---|---|

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 433120

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.214 8 | **Nonpriority creditor's name and mailing address**<br>ROBIN REICHE<br>825 FIVE POINTS RICHMOND RD.<br>BANGOR, PA 18013 | | $20.00 |
|---|---|---|---|

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 401435

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.214 9 | **Nonpriority creditor's name and mailing address**<br>ROBIN ZABOTINSKY<br>1336 N. MOORPARK RD # 206<br>THOUSAND OAKS, CA 91360 | | $60.92 |
|---|---|---|---|

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 201653

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.215 0 | **Nonpriority creditor's name and mailing address**<br>ROCHELLE HOFFRICHTER<br>312 VERDIN DR<br>BUDA, TX 78610 | | $159.97 |
|---|---|---|---|

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 456121

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.215 1 | **Nonpriority creditor's name and mailing address**<br>ROCIO HIGNEY<br>4612 OLD OAK RD<br>DOYLESTOWN, PA 18901 | | $53.00 |
|---|---|---|---|

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 173477

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.215 2 | **Nonpriority creditor's name and mailing address**<br>Rocklin Springview Mini Storage<br>5901 Springview Drive<br>Rocklin, CA 95677 | | Unknown |
|---|---|---|---|

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.215 3 | **Nonpriority creditor's name and mailing address**<br>ROGER EMERSON<br>RR2, BOX 643<br>MILTON, WV 25541 | | $565.80 |
|---|---|---|---|

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 226580

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Business Index Group, Inc., a California corporation | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.215 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $31.37 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
ROLANDA SABREE
P. O. BOX 1100
NEW ROCHELLE, NY 10802

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 460806

Is the claim subject to offset? ■ No ☐ Yes

$31.37

---

| 3.215 5 |
|---|

**Nonpriority creditor's name and mailing address**
ROMEL VALMEO
4810 CHARLTON LANE
CHARLOTTE, NC 28210

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 273819

Is the claim subject to offset? ■ No ☐ Yes

$114.91

---

| 3.215 6 |
|---|

**Nonpriority creditor's name and mailing address**
RON BICE
6602 WOODLAND OAKS
MAGNOLIA, TX 77354

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 351756

Is the claim subject to offset? ■ No ☐ Yes

$114.35

---

| 3.215 7 |
|---|

**Nonpriority creditor's name and mailing address**
RON BROWN
3822 DOWNS WAY
GARLAND, TX 75040

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 408327

Is the claim subject to offset? ■ No ☐ Yes

$105.07

---

| 3.215 8 |
|---|

**Nonpriority creditor's name and mailing address**
RON KLINE
17112 PAPS LANE
HAGERSTOWN, MD 21740

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 358837

Is the claim subject to offset? ■ No ☐ Yes

$38.38

---

| 3.215 9 |
|---|

**Nonpriority creditor's name and mailing address**
RON SCHROETER
5014 HALL AVE
AMARILLO, TX 79109

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 175815

Is the claim subject to offset? ■ No ☐ Yes

$53.90

---

| 3.216 0 |
|---|

**Nonpriority creditor's name and mailing address**
RONALD DETWILER
6 TOP LANE
WEST GROVE, PA 19390

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 401711

Is the claim subject to offset? ■ No ☐ Yes

$352.18

---

| Debtor | Business Index Group, Inc., a California corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.216**
**1**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30.00 |
|---|---|---|
| RONALD GREEN<br>15625 FRONT BEACH ROAD<br>W PANAMA CITY BEACH, FL 32413 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** 285909 | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.216**
**2**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $21.00 |
|---|---|---|
| RONALD THOMPSON<br>3118 DEVILS GLEN ROAD #104<br>BETTENDORF, IA 52722 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** 456072 | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.216**
**3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15.77 |
|---|---|---|
| RONDELL STATEN<br>1081 JACOBS FARM DRIVE<br>LAWRENCEVILLE, GA 30045 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** 192820 | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.216**
**4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $33.34 |
|---|---|---|
| RONN ISENBERG<br>3335 NW 19TH ST<br>OKLAHOMA CITY, OK 73107 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** 454114 | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.216**
**5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $54.01 |
|---|---|---|
| ROSALIND REINOLDS<br>145 WOODHAVEN LANE<br>BOONE, NC 28607 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** 452572 | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.216**
**6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16.89 |
|---|---|---|
| ROSE DIGGS<br>2121 LAKE PARK DR. SE APT. I<br>SMYRNA, GA 30080 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** 428138 | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.216**
**7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $53.91 |
|---|---|---|
| ROSEANN REEVS<br>4430 EAST SLEEPY RANCH ROAD<br>CAVE CREEK, AZ 85331 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** 334720 | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | Business Index Group, Inc., a California corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|

**3.216 8**

**Nonpriority creditor's name and mailing address**
ROSEMARIE GRABOWSKI
414 N COURT ST
CROWN POINT, IN 46307

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 310147

Is the claim subject to offset? ■ No ☐ Yes

$100.54

---

**3.216 9**

**Nonpriority creditor's name and mailing address**
ROWENA FLYNN
515 LOWELL TOWN RD
WISCASSET, ME 04578

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 227059

Is the claim subject to offset? ■ No ☐ Yes

$140.04

---

**3.217 0**

**Nonpriority creditor's name and mailing address**
ROWENA MOJICA
715 BREEZY LANE
MCHENRY, IL 60051

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 388012

Is the claim subject to offset? ■ No ☐ Yes

$68.52

---

**3.217 1**

**Nonpriority creditor's name and mailing address**
ROXANNA LANDRY HINTON
P.O BOX 36116
TUCSON, AZ 85740

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 459614

Is the claim subject to offset? ■ No ☐ Yes

$188.35

---

**3.217 2**

**Nonpriority creditor's name and mailing address**
ROXANNE DIXON
417 HUBBARD.LANE
WILLIAMSBURG, VA 23185

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 452082

Is the claim subject to offset? ■ No ☐ Yes

$125.18

---

**3.217 3**

**Nonpriority creditor's name and mailing address**
RUBY BRINDLEY
1833 W DEANE ST
FAYETTEVILLE, AR 72703

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 410880

Is the claim subject to offset? ■ No ☐ Yes

$29.87

---

**3.217 4**

**Nonpriority creditor's name and mailing address**
RUBY MATTHEWS
746 E. BUCKINGHAM DR
LECANTO, FL 34461

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 232409

Is the claim subject to offset? ■ No ☐ Yes

$103.28

---

| Debtor | Business Index Group, Inc., a California corporation | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.217 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $49.02 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
RUBY RENTERIA
2632 ZOELLER DR.
PLANO, TX 75025

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 85980

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.217 6 | **Nonpriority creditor's name and mailing address** | | $206.49 |
|---|---|---|---|

RUDY LEDER
5833 RHODES AVENUE
VALLEY VILLAGE, CA 91607

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 258483

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.217 7 | **Nonpriority creditor's name and mailing address** | | $73.22 |
|---|---|---|---|

RUMYANA WICKER
1540 NW 11TH ST.
BOCA RATON, FL 33486

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 466177

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.217 8 | **Nonpriority creditor's name and mailing address** | | $93.29 |
|---|---|---|---|

RUS WELCH
623 BUTTER AND EGG RD.
HAZEL GREEN, AL 35750

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 468005

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.217 9 | **Nonpriority creditor's name and mailing address** | | $29.10 |
|---|---|---|---|

RUSTY WALKER
P0 BOX 1133
MAGDALENA, NM 87825

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 468565

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.218 0 | **Nonpriority creditor's name and mailing address** | | $41.19 |
|---|---|---|---|

RUTH SHORT
155 STRATFORD CT
HAINES CITY, FL 33844

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 349982

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.218 1 | **Nonpriority creditor's name and mailing address** | | $61.64 |
|---|---|---|---|

RUTH TESSIER
16 2ND AVE
GREENVILLE, SC 29609

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 425321

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Business Index Group, Inc., a California corporation | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 3.218 2 | **Nonpriority creditor's name and mailing address**<br>RYAN BILGER<br>10700 DEER LN<br>EDMOND, OK 73034 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $32.14 |
|---|---|---|---|
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** 441411<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.218 3 | **Nonpriority creditor's name and mailing address**<br>RYAN BRAMHALL<br>4225 SWEETBRIAR DR<br>GARLAND, TX 75042 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $26.33 |
|---|---|---|---|
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** 468377<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.218 4 | **Nonpriority creditor's name and mailing address**<br>RYAN BROWN<br>42580 LEGACY PARK DR.<br>ASHBURN, VA 20147 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $104.80 |
|---|---|---|---|
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** 281877<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.218 5 | **Nonpriority creditor's name and mailing address**<br>RYAN EMBRY<br>357 WINDIGROVE DR. APT. 613<br>WAYNESBORO, VA 22980 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $52.36 |
|---|---|---|---|
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** 456235<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.218 6 | **Nonpriority creditor's name and mailing address**<br>RYAN GATES<br>217 CHURCH ST. APT 203<br>GALVESTON, TX 77550 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $77.56 |
|---|---|---|---|
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** 461399<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.218 7 | **Nonpriority creditor's name and mailing address**<br>RYAN KELLY<br>513 A ELDER ST<br>FLORENCE, AL 35630 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $216.30 |
|---|---|---|---|
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** 462371<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.218 8 | **Nonpriority creditor's name and mailing address**<br>RYAN MCDONNELL<br>523 LAFAYETTE DR.<br>HILLSBOROUGH, NC 27278 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $55.38 |
|---|---|---|---|
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** 276210<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | Business Index Group, Inc., a California corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.218 9**

**Nonpriority creditor's name and mailing address**
RYAN SMUCKER
7427 ROYAL TIMBERS LN
WATERVILLE, OH 43566

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _461843_

Is the claim subject to offset? ☑ No  ☐ Yes

$21.99

---

**3.219 0**

**Nonpriority creditor's name and mailing address**
SABRINA WHEELING
2919 LENS AVE
NORFOLK, VA 23509

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _455977_

Is the claim subject to offset? ☑ No  ☐ Yes

$22.00

---

**3.219 1**

**Nonpriority creditor's name and mailing address**
SABRINA WILLIAMS
7504 PINEWOOD DRIVE
CHATTANOOGA, TN 37421

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _157200_

Is the claim subject to offset? ☑ No  ☐ Yes

$255.40

---

**3.219 2**

**Nonpriority creditor's name and mailing address**
Safeguard Business Systems
8585 Stemmons Fwy, Suite 600N
Dallas, TX 75247

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☑ No  ☐ Yes

$456.05

---

**3.219 3**

**Nonpriority creditor's name and mailing address**
SALLY BENNETT
156 N CLARK DRIVE, APT. 4
BEVERLY HILLS, CA 90211

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _403777_

Is the claim subject to offset? ☑ No  ☐ Yes

$16.68

---

**3.219 4**

**Nonpriority creditor's name and mailing address**
SALLY LUCKETT
700 12TH AVE S # 809
NASHVILLE, TN 37203

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _11865_

Is the claim subject to offset? ☑ No  ☐ Yes

$30.00

---

**3.219 5**

**Nonpriority creditor's name and mailing address**
SALLY MOORE
742 JOHN LINN PLACE
WELDON SPRING, MO 63304

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _283139_

Is the claim subject to offset? ☑ No  ☐ Yes

$28.99

---

| Debtor | Business Index Group, Inc., a California corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.219 6**

**Nonpriority creditor's name and mailing address**
SALVATORE ORLANDO
26128 WANDERLUST DR.
HEMET, CA 92544

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 468261

Is the claim subject to offset? ■ No ☐ Yes

$108.54

---

**3.219 7**

**Nonpriority creditor's name and mailing address**
SAM RIZK
12531 CULVER BLVD
CULVER CTY, CA 90066

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 461717

Is the claim subject to offset? ■ No ☐ Yes

$29.94

---

**3.219 8**

**Nonpriority creditor's name and mailing address**
SAMANTHA FARRIS
13738 SE 199TH PLACE
RENTON, WA 98058

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 86741

Is the claim subject to offset? ■ No ☐ Yes

$18.40

---

**3.219 9**

**Nonpriority creditor's name and mailing address**
SAMANTHA KASPER
11407 183RD ST E
SOUTH HILL, WA 98374

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 463487

Is the claim subject to offset? ■ No ☐ Yes

$120.29

---

**3.220 0**

**Nonpriority creditor's name and mailing address**
SAMANTHA KELLEY
811 PACKARD ST APT 2
ANN ARBOR, MI 48104

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 465858

Is the claim subject to offset? ■ No ☐ Yes

$178.09

---

**3.220 1**

**Nonpriority creditor's name and mailing address**
SAMANTHA LABUS
3005 13TH STREET
WINTHROP HARBOR, IL 60096

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 325518

Is the claim subject to offset? ■ No ☐ Yes

$24.48

---

**3.220 2**

**Nonpriority creditor's name and mailing address**
SAMANTHA TAYLOR
6658 BROCK AVENUE
MILTON, FL 32570

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 459838

Is the claim subject to offset? ■ No ☐ Yes

$92.27

---

| Debtor | Business Index Group, Inc., a California corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.220 3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.06 |
|---|---|---|
| SAMANTHA WALTER<br>14374 SYMPHONY DR<br>EASTVALE, CA 92880 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** 439784 | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.220 4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $61.00 |
|---|---|---|
| SAMIRA MAMMADOVA<br>612 ARGYLE ROAD, APT. 6I<br>BROOKLYN, NY 11230 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** 447696 | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.220 5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $135.23 |
|---|---|---|
| SAMUEL SORIA<br>8355 HARWOOD ROAD APT 2316<br>N RICHLAND HILLS, TX 76180 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** 459498 | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.220 6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $69.82 |
|---|---|---|
| SANDEE BROGAN<br>3242 S. BIRCHETT DR<br>TEMPE, AZ 85282 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** 430654 | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.220 7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $287.33 |
|---|---|---|
| SANDI ARTIS<br>10207 TODD MILL ROAD<br>HUNTSVILLE, AL 35803 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** 279165 | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.220 8**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $29.40 |
|---|---|---|
| SANDRA BENJAMIN<br>741 ST OUEN ST #2<br>BRONX, NY 10470 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** 414902 | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.220 9**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $40.83 |
|---|---|---|
| SANDRA DUGAS<br>736 MARLENE DRIVE<br>GRETNA, LA 70056 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** 442417 | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

| Debtor | Business Index Group, Inc., a California corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.221 0 | **Nonpriority creditor's name and mailing address**<br>SANDRA GLASS<br>4160 JADE ST, SPC 115<br>CAPITOLA, CA 95010<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** 432669<br><br>Is the claim subject to offset? ■ No ☐ Yes | $20.95 |

| 3.221 1 | **Nonpriority creditor's name and mailing address**<br>SANDRA HICKMAN<br>630 MOONDANCER COURT<br>PALM BCH GDNS, FL 33410<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** 352882<br><br>Is the claim subject to offset? ■ No ☐ Yes | $91.39 |

| 3.221 2 | **Nonpriority creditor's name and mailing address**<br>SANDRA MACMILLAN<br>11740 CORAL HILLS PL<br>DALLAS, TX 75229<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** 206598<br><br>Is the claim subject to offset? ■ No ☐ Yes | $28.87 |

| 3.221 3 | **Nonpriority creditor's name and mailing address**<br>SANDRA TSAI<br>167 CORA STREET<br>SAN FRANCISCO, CA 94134<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** 455426<br><br>Is the claim subject to offset? ■ No ☐ Yes | $294.00 |

| 3.221 4 | **Nonpriority creditor's name and mailing address**<br>SANDRA WADSWORTH<br>2362 SAUCON CIRCLE<br>EMMAUS, PA 18049<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** 95655<br><br>Is the claim subject to offset? ■ No ☐ Yes | $27.00 |

| 3.221 5 | **Nonpriority creditor's name and mailing address**<br>SANDY FORBIS<br>12870 ADMIRAL AVE<br>LOS ANGELES, CA 90066<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** 418085<br><br>Is the claim subject to offset? ■ No ☐ Yes | $97.32 |

| 3.221 6 | **Nonpriority creditor's name and mailing address**<br>SANDY KILLIAN<br>1871 PINE RIDGE WAY W, #G-2<br>PALM HARBOR, FL 34684<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** 318897<br><br>Is the claim subject to offset? ■ No ☐ Yes | $58.20 |

| Debtor | Business Index Group, Inc., a California corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.221 7**

**Nonpriority creditor's name and mailing address**
SANG HAN KANG
WORLD MERDIANG 334 / 1204, 189,
DONGTANJ
HWASEONG-SI, GYEONGGI-DO, 11111
SOUTH KOREA

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 454935

Is the claim subject to offset? ■ No ☐ Yes

$36.00

---

**3.221 8**

**Nonpriority creditor's name and mailing address**
SANGIL KWAK
121 GWANGDEOK 2-RO
DANWON-GU, ANSAN-SI, 513902
SOUTH KOREA

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 458862

Is the claim subject to offset? ■ No ☐ Yes

$69.00

---

**3.221 9**

**Nonpriority creditor's name and mailing address**
SANGMIN KIM
64-6 YOIDO-DONG
YEONGDEUNGPO-GU, SEOUL, 123456
SOUTH KOREA

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 353656

Is the claim subject to offset? ■ No ☐ Yes

$70.00

---

**3.222 0**

**Nonpriority creditor's name and mailing address**
SARA AYCOCK
17532 PARKER DRIVE
SOUTH BEND, IN 46635

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 462030

Is the claim subject to offset? ■ No ☐ Yes

$31.47

---

**3.222 1**

**Nonpriority creditor's name and mailing address**
SARA ELLEFSON
310 COUNTY ROAD 121
ATHENS, TN 37303

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 303943

Is the claim subject to offset? ■ No ☐ Yes

$64.88

---

**3.222 2**

**Nonpriority creditor's name and mailing address**
SARA HERRMANN
400 CAMERON STATION BOULEVARD #436
ALEXANDRIA, VA 22304

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 345312

Is the claim subject to offset? ■ No ☐ Yes

$29.40

---

**3.222 3**

**Nonpriority creditor's name and mailing address**
SARA HOFFMAN
2467 NEWARK CIRCLE
COLLEGE STATION, TX 77845

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 285950

Is the claim subject to offset? ■ No ☐ Yes

$151.00

---

Official Form 206 E/F     Schedule E/F: Creditors Who Have Unsecured Claims     Page 324 of 389

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | Business Index Group, Inc., a California corporation | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

**3.222
4**

**Nonpriority creditor's name and mailing address**
SARA KUKLA
13456 MELVILLE LANE
CHANTILLY, VA 20151

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 130518

Is the claim subject to offset? ■ No ☐ Yes

$39.72

---

**3.222
5**

**Nonpriority creditor's name and mailing address**
SARA MECALCO
6914 8TH ST
LUBBOCK, TX 79416

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 436524

Is the claim subject to offset? ■ No ☐ Yes

$16.52

---

**3.222
6**

**Nonpriority creditor's name and mailing address**
SARA RASMUSSEN
7431 W LEGACY CT
SIOUX FALLS, SD 57106

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 261444

Is the claim subject to offset? ■ No ☐ Yes

$25.70

---

**3.222
7**

**Nonpriority creditor's name and mailing address**
SARA SESSLER
794 WASHINGTON ST N. APT 2
TWIN FALLS, ID 83301

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 461714

Is the claim subject to offset? ■ No ☐ Yes

$22.09

---

**3.222
8**

**Nonpriority creditor's name and mailing address**
SARAH BARAJAS
1350 HUNT AVENUE
RICHLAND, WA 99354

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 207580

Is the claim subject to offset? ■ No ☐ Yes

$144.01

---

**3.222
9**

**Nonpriority creditor's name and mailing address**
SARAH BETH YOUNGBLOOD
1204 SOUTH FRANKFORT APT D
RUSSELLVILLE, AR 72801

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 373672

Is the claim subject to offset? ■ No ☐ Yes

$59.79

---

**3.223
0**

**Nonpriority creditor's name and mailing address**
SARAH CONROY
3053 WING ST
SAN DIEGO, CA 92110

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 304569

Is the claim subject to offset? ■ No ☐ Yes

$33.00

---

| Debtor | Business Index Group, Inc., a California corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.223**
**1**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $20.90 |
|---|---|---|
| SARAH DORTCH<br>7550 DESERT HOLLY ST, UNIT 622<br>CHINO, CA 91708 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** 468375 | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.223**
**2**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $41.45 |
|---|---|---|
| SARAH DRISKILL<br>315 N PRAIRIE ST<br>LIBERTY, MO 64068 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** 464911 | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.223**
**3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $45.00 |
|---|---|---|
| SARAH DUTRIDGE<br>5317 SHEILA DRIVE<br>TOLEDO, OH 43613 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** 285436 | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.223**
**4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $128.64 |
|---|---|---|
| SARAH FRANKE<br>3702 BRIDLE TRAILS CT<br>COLLEGE STATION, TX 77845 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** 405950 | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.223**
**5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $196.25 |
|---|---|---|
| SARAH GRUBE<br>5175 FRONT ST.<br>WHITEHALL, PA 18052 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** 464607 | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.223**
**6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $51.68 |
|---|---|---|
| SARAH HAMILTON<br>3267 WHITEWOOD CT.<br>LOVELAND, CO 80538 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** 364224 | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.223**
**7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $16.99 |
|---|---|---|
| SARAH MATTHEWS<br>780 E 1300 N<br>PLEASANT GROVE, UT 84062 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** 468501 | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | Business Index Group, Inc., a California corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.223
8**

**Nonpriority creditor's name and mailing address**

SARAH MUICH
2323 TRIBUTE DR
ARNOLD, MO 63010

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 408405

Is the claim subject to offset? ■ No ☐ Yes

$25.04

---

**3.223
9**

**Nonpriority creditor's name and mailing address**

SARAH NAIL
1835 PENNY ST
CONWAY, AR 72034

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 459214

Is the claim subject to offset? ■ No ☐ Yes

$41.35

---

**3.224
0**

**Nonpriority creditor's name and mailing address**

SARAH OSBURN
942 NORTH SAGEBRUSH COURT
WICHITA, KS 67230

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 418170

Is the claim subject to offset? ■ No ☐ Yes

$278.21

---

**3.224
1**

**Nonpriority creditor's name and mailing address**

SARAH PEREZ
601 WEST 135TH STREET, APT 4A
NEW YORK, NY 10031

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 332933

Is the claim subject to offset? ■ No ☐ Yes

$165.38

---

**3.224
2**

**Nonpriority creditor's name and mailing address**

SARAH TAYLOR
923 S 780 W
PAYSON, UT 84651

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 412839

Is the claim subject to offset? ■ No ☐ Yes

$30.55

---

**3.224
3**

**Nonpriority creditor's name and mailing address**

SAVANAH MITOTES
11825 E 117TH PL
HENDERSON, CO 80640

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 463022

Is the claim subject to offset? ■ No ☐ Yes

$23.03

---

**3.224
4**

**Nonpriority creditor's name and mailing address**

SAVANNAH CURRAN
4406 128TH AVE
VANCOUVER, WA 98682

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 440847

Is the claim subject to offset? ■ No ☐ Yes

$110.04

---

Debtor   Business Index Group, Inc., a California corporation
         Name

Case number (if known) _____

| | |
|---|---|
| **3.224<br>5** | **Nonpriority creditor's name and mailing address**<br>SCOTT BERNARDS<br>608 N 200 E<br>SANTAQUIN, UT 84655 |

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 410993

Is the claim subject to offset? ☐ No ☐ Yes

$35.00

---

| | |
|---|---|
| **3.224<br>6** | **Nonpriority creditor's name and mailing address**<br>SCOTT EDWARDS<br>8402 SE CLATSOP CT<br>PORTLAND, OR 97266 |

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 454596

Is the claim subject to offset? ☐ No ☐ Yes

$31.98

---

| | |
|---|---|
| **3.224<br>7** | **Nonpriority creditor's name and mailing address**<br>SCOTT FELLABAUM<br>120 BIITERWIND BLVD<br>LEWISTOWN, PA 17044 |

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 100637

Is the claim subject to offset? ■ No ☐ Yes

$294.00

---

| | |
|---|---|
| **3.224<br>8** | **Nonpriority creditor's name and mailing address**<br>SCOTT LANGER<br>124 BRADWICK CIRCLE<br>DEBARY, FL 32713 |

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 105791

Is the claim subject to offset? ■ No ☐ Yes

$50.47

---

| | |
|---|---|
| **3.224<br>9** | **Nonpriority creditor's name and mailing address**<br>SCOTT MAY<br>928 FOXWOOD CIRCLE<br>GENEVA, IL 60134 |

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 277831

Is the claim subject to offset? ☐ No ☐ Yes

$55.31

---

| | |
|---|---|
| **3.225<br>0** | **Nonpriority creditor's name and mailing address**<br>SCOTT MILLIKEN<br>400 SUGARWOOD DRIVE<br>FARRAGUT, TN 37934 |

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 277106

Is the claim subject to offset? ■ No ☐ Yes

$114.09

---

| | |
|---|---|
| **3.225<br>1** | **Nonpriority creditor's name and mailing address**<br>SCOTT OCONNELL<br>3 STONEY DR.<br>DUPO, IL 62239 |

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 151182

Is the claim subject to offset? ■ No ☐ Yes

$39.68

---

| Debtor | Business Index Group, Inc., a California corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.225 2**

**Nonpriority creditor's name and mailing address**
SCOTT RAMMLER
5164 DUSTINE DR N
SAGINAW, MI 48603

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 462014

Is the claim subject to offset? ■ No ☐ Yes

$78.18

---

**3.225 3**

**Nonpriority creditor's name and mailing address**
SCOTT SCHULTZ
604 DAVIS ST
DOWNERS GROVE, IL 60515

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 461098

Is the claim subject to offset? ■ No ☐ Yes

$180.21

---

**3.225 4**

**Nonpriority creditor's name and mailing address**
SCOTT SHELLENBERGER
3488 CO RD 3311
GREENVILLE, TX 75402

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 285457

Is the claim subject to offset? ■ No ☐ Yes

$35.14

---

**3.225 5**

**Nonpriority creditor's name and mailing address**
SEAN LEWIS
827 SOUTHWEST BLVD N
SAINT PETERSBURG, FL 33703

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 321831

Is the claim subject to offset? ■ No ☐ Yes

$28.91

---

**3.225 6**

**Nonpriority creditor's name and mailing address**
SEHWA CHEON
#103-1704 CHALET APT., GEOMSAN-DONG
GIMJE-SI, JEONLABUK-DO
SOUTH KOREA

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 468011

Is the claim subject to offset? ■ No ☐ Yes

$121.00

---

**3.225 7**

**Nonpriority creditor's name and mailing address**
SEHWA PARK
51-109, HANYANG APT, 110,
ONCHEONCHEONNA
YEONJE-GU, BUSAN
SOUTH KORA

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 462865

Is the claim subject to offset? ■ No ☐ Yes

$69.00

---

**3.225 8**

**Nonpriority creditor's name and mailing address**
SELENE NIEH
4156 ZINNIA LN
FAIRFAX, VA 22030

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 273463

Is the claim subject to offset? ■ No ☐ Yes

$90.76

---

Debtor    Business Index Group, Inc., a California corporation          Case number (if known) _____
          Name

| 3.225 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $98.41 |

**Nonpriority creditor's name and mailing address**

SELIM SHIN
PERSIAN SUBANG SS16/1 JALAN
KEMAJUAN
SUBANG JAYA, SUBANG JAYA SELANGOR,
47500
MALAYSIA

**Date(s) debt was incurred** _____

**Last 4 digits of account number** _____

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 446540

Is the claim subject to offset? ■ No ☐ Yes

---

**3.226 0**

**Nonpriority creditor's name and mailing address**

SEONGMUN HEO
SANGAM-DONG
SEOUL
SOUTH KOREA

**Date(s) debt was incurred** _____

**Last 4 digits of account number** _____

**As of the petition filing date, the claim is:** *Check all that apply.*     $234.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 458495

Is the claim subject to offset? ■ No ☐ Yes

---

**3.226 1**

**Nonpriority creditor's name and mailing address**

SEONGSOO HONG
3, SEONGDEOKJEONG 21-GIL
SEODAEMUN-GU, SEOUL
SOUTH KOREA

**Date(s) debt was incurred** _____

**Last 4 digits of account number** _____

**As of the petition filing date, the claim is:** *Check all that apply.*     $81.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 467166

Is the claim subject to offset? ■ No ☐ Yes

---

**3.226 2**

**Nonpriority creditor's name and mailing address**

SERENA DOSSENKO
44 GREENWOOD LANE
WAYNESVILLE, NC 28786

**Date(s) debt was incurred** _____

**Last 4 digits of account number** _____

**As of the petition filing date, the claim is:** *Check all that apply.*     $69.50

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 173739

Is the claim subject to offset? ■ No ☐ Yes

---

**3.226 3**

**Nonpriority creditor's name and mailing address**

SERGIO RUIZ
33 FAIR OAKS DR
PASADENA, CA 91103

**Date(s) debt was incurred** _____

**Last 4 digits of account number** _____

**As of the petition filing date, the claim is:** *Check all that apply.*     $116.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 361152

Is the claim subject to offset? ■ No ☐ Yes

---

**3.226 4**

**Nonpriority creditor's name and mailing address**

SESEUNG LEE
18-402, HAUFENG-LU
PUDONGXIN-QU, SHANGHAI-SHI, 201499
CHINA

**Date(s) debt was incurred** _____

**Last 4 digits of account number** _____

**As of the petition filing date, the claim is:** *Check all that apply.*     $267.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 464702

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Business Index Group, Inc., a California corporation | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.226 5**

**Nonpriority creditor's name and mailing address**
SETH LOWE
631 N CATHY CT
CHANDLER, AZ 85226

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 452370

Is the claim subject to offset? ■ No ☐ Yes

$166.46

---

**3.226 6**

**Nonpriority creditor's name and mailing address**
SEUNG HEE SEO
SSANG MUN JEOM #12345
DOKKA-DONG, SEOUL, 123456
SOUTH KOREA

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 349672

Is the claim subject to offset? ■ No ☐ Yes

$72.00

---

**3.226 7**

**Nonpriority creditor's name and mailing address**
SEUNGBEOM PARK
DALSEO GU
DALSEO GU, DAEGU SI
SOUTH KOREA

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 467587

Is the claim subject to offset? ■ No ☐ Yes

$35.00

---

**3.226 8**

**Nonpriority creditor's name and mailing address**
SEYED MADAENI
2122 MERIDIAN WAY
ROCKLIN, CA 95765

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 462853

Is the claim subject to offset? ■ No ☐ Yes

$23.95

---

**3.226 9**

**Nonpriority creditor's name and mailing address**
SHAE GAINES
PO BOX 51978
ALBANY, GA 31703

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 417891

Is the claim subject to offset? ■ No ☐ Yes

$67.16

---

**3.227 0**

**Nonpriority creditor's name and mailing address**
SHAKEMA APPLETON
1822 68TH AVE
PHILADELPHIA, PA 19126

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 424959

Is the claim subject to offset? ■ No ☐ Yes

$59.98

---

**3.227 1**

**Nonpriority creditor's name and mailing address**
SHAMARRA WHITE
7253 FINANCE STREET
PITTSBURGH, PA 15208

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 468105

Is the claim subject to offset? ■ No ☐ Yes

$17.00

---

| Debtor | Business Index Group, Inc., a California corporation | Case number (if known) | |
|--------|------|------|------|
| | Name | | |

**3.227 2**

**Nonpriority creditor's name and mailing address**

SHANA HAMILTONLOCKWOOD
204 BIRCHWOOD LANE
SEVIERVILLE, TN 37862

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 459732

Is the claim subject to offset? ■ No ☐ Yes

$75.63

---

**3.227 3**

**Nonpriority creditor's name and mailing address**

SHANE HOLWEGER
5331 MILESTONE DR
ROCKFORD, IL 61109

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 412763

Is the claim subject to offset? ■ No ☐ Yes

$95.95

---

**3.227 4**

**Nonpriority creditor's name and mailing address**

SHANNA GREENE
57 MOSSWOOD DR
NEWNAN, GA 30265

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 415628

Is the claim subject to offset? ■ No ☐ Yes

$54.28

---

**3.227 5**

**Nonpriority creditor's name and mailing address**

SHANNON GREGORY
4506 BLACK HICKORY WOODS
SAN ANTONIO, TX 78249

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 247698

Is the claim subject to offset? ■ No ☐ Yes

$235.32

---

**3.227 6**

**Nonpriority creditor's name and mailing address**

SHANNON STRONG
3001 PLATEAU DR
SALT LAKE CITY, UT 84109

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 462921

Is the claim subject to offset? ■ No ☐ Yes

$17.26

---

**3.227 7**

**Nonpriority creditor's name and mailing address**

SHANNON WANG
8330 BRIGHTON LAKE LN
HOUSTON, TX 77095

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 406002

Is the claim subject to offset? ■ No ☐ Yes

$291.92

---

**3.227 8**

**Nonpriority creditor's name and mailing address**

SHANON RATH
10026 W. ROSS AVE
PEORIA, AZ 85382

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 256548

Is the claim subject to offset? ■ No ☐ Yes

$27.59

---

| Debtor | Business Index Group, Inc., a California corporation | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.2279**

**Nonpriority creditor's name and mailing address**
SHAQUILLE CEESAY
350 BIRD AVE
SAN JOSE, CA 95126

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 435252

Is the claim subject to offset? ■ No ☐ Yes

$109.69

---

**3.2280**

**Nonpriority creditor's name and mailing address**
SHAREEF PRATER
14820 PEPPER TREE DR
BOWIE, MD 20721

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 461105

Is the claim subject to offset? ■ No ☐ Yes

$287.65

---

**3.2281**

**Nonpriority creditor's name and mailing address**
SHARI HAMILTON
4676 BUCK VALLEY CIRCLE
EAST STROUDSBURG, PA 18301

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 455332

Is the claim subject to offset? ■ No ☐ Yes

$49.00

---

**3.2282**

**Nonpriority creditor's name and mailing address**
SHARISSE MONTGOMERY
1141 BARRINGTON DRIVE
DESOTO, TX 75115

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 466589

Is the claim subject to offset? ■ No ☐ Yes

$93.44

---

**3.2283**

**Nonpriority creditor's name and mailing address**
SHARON CLOSNER
10523 PROSPECT HILL DR.
HOUSTON, TX 77064

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 457693

Is the claim subject to offset? ■ No ☐ Yes

$190.82

---

**3.2284**

**Nonpriority creditor's name and mailing address**
SHARON RAGAN
266 BORGER ROAD
KUNKLETOWN, PA 18058

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 412814

Is the claim subject to offset? ■ No ☐ Yes

$352.16

---

**3.2285**

**Nonpriority creditor's name and mailing address**
SHARON RICE
1620 ST ANN AVE
BILOXI, MS 39531

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 439621

Is the claim subject to offset? ■ No ☐ Yes

$72.05

---

| Debtor | Business Index Group, Inc., a California corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.228 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $34.10 |
|---|---|---|---|

SHARON SCHOOK
502 ORANGE AVE
SEBASTIAN, FL 32958

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** 440561

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.228 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,012.04 |
|---|---|---|---|

SHARON THURSTON
750 STATE STREET #406
SAN DIEGO, CA 92101

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** 404793

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.228 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $25.84 |
|---|---|---|---|

SHARRON HARRIS
PO BOX 162735
ATLANTA, GA 30321

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** 459116

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.228 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $33.85 |
|---|---|---|---|

SHAWN ALBANESE
123 KEYSTONE CT
WOODBRIDGE, NJ 07095

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** 465481

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.229 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $54.60 |
|---|---|---|---|

SHAWN COWDREY
24901 SPADRA LANE
MISSION VIEJO, CA 92691

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** 112531

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.229 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $20.00 |
|---|---|---|---|

SHAWNA HARRIS
254 KAIULANI AVE.
HONOLULU, HI 96815

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** 416305

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.229 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $37.64 |
|---|---|---|---|

SHAWNIQUE JEFFERSON
6401 OCTAGON DRIVE APT 2A
RICHMOND, VA 23234

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** 468559

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Business Index Group, Inc., a California corporation | Case number (if known) | |
|--------|------|------|---|
| | Name | | |

| 3.229 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $26.10 |
|---------|-----|-----|-----|

**SHEILA IVY**
4420 MORRISTOWN DRIVE
RIVERSIDE, CA 92505

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** 424922

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.229 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $47.72 |
|---------|-----|-----|-----|

**SHEILA JONES**
273 W.CROXDALE RD
MORRISTOWN, TN 37813

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** 422165

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.229 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $140.59 |
|---------|-----|-----|-----|

**SHEILA SHEINFELD**
5957 TARPON GARDEN CIRCLE #202
CAPE CORAL, FL 33914

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** 213412

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.229 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $46.79 |
|---------|-----|-----|-----|

**SHEILA SMILEY**
2709 MONTHAVEN DR
ARLINGTON, TX 76001

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** 197920

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.229 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $108.65 |
|---------|-----|-----|-----|

**SHEILA SWAN**
4028 COLLINWOOD AVE
FORT WORTH, TX 76107

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** 381775

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.229 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $118.96 |
|---------|-----|-----|-----|

**SHEILA TSAU**
3838 RAINBOW BLVD APT 307
KANSAS CITY, KS 66103

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** 459912

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.229 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $67.94 |
|---------|-----|-----|-----|

**SHELBEY WARD**
203 RAVEN DR
TRAIL CREEK, IN 46360

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** 448501

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | Business Index Group, Inc., a California corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.2300**

**Nonpriority creditor's name and mailing address**
SHELBY QUESENBERRY
5414 NORTH GARDEN LN
ROANOKE, VA 24019

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 465746

Is the claim subject to offset? ■ No ☐ Yes          $92.60

---

**3.2301**

**Nonpriority creditor's name and mailing address**
SHELIA PROVINCE
412 SPEEGLE ST. SW
HARTSELLE, AL 35640

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 399860

Is the claim subject to offset? ■ No ☐ Yes          $30.61

---

**3.2302**

**Nonpriority creditor's name and mailing address**
SHELIA SHAW
500 E LINCOLN AVE
MOUNT VERNON, IN 47620

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 378830

Is the claim subject to offset? ■ No ☐ Yes          $212.55

---

**3.2303**

**Nonpriority creditor's name and mailing address**
SHELLEY GRIFFITH
1002 MELLINGER DR.
SALINA, KS 67401

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 452524

Is the claim subject to offset? ■ No ☐ Yes          $21.98

---

**3.2304**

**Nonpriority creditor's name and mailing address**
SHELLEY TOUNZEN
16 BURNS DR.
CABOT, AR 72023

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 143532

Is the claim subject to offset? ■ No ☐ Yes          $66.93

---

**3.2305**

**Nonpriority creditor's name and mailing address**
SHELLEY VANDENBERGE
3253 VALLEJO STREET
RIVERSIDE, CA 92503

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 17731

Is the claim subject to offset? ■ No ☐ Yes          $22.00

---

**3.2306**

**Nonpriority creditor's name and mailing address**
SHELLY KNAPP
9624 CADDY LANE
CALEDONIA, WI 53108

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 190432

Is the claim subject to offset? ■ No ☐ Yes          $113.90

---

| Debtor | Business Index Group, Inc., a California corporation | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.230 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $48.00 |
|---|---|---|---|

SHELLY METZ
3193 GUFFEY DR
GROVE CITY, OH 43123

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** 73179

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.230 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $4,815.41 |
|---|---|---|---|

SHEREE COOPER
902 VALLEY ROAD, APT. 8-D
MELROSE, PA 19027

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** 425732

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.230 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $126.02 |
|---|---|---|---|

SHERITA WILLIAMS
4412 PASEO BLVD
KANSAS CITY, MO 64110

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** 438192

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.231 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $86.31 |
|---|---|---|---|

SHERRIE ENGLER
2797 STAFFORD STORE ROAD
GREENFIELD, TN 38230

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** 455961

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.231 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $69.86 |
|---|---|---|---|

SHERRY CONTRERAS
22719 JOHN ROLFE LANE
KATY, TX 77449

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** 466508

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.231 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $85.58 |
|---|---|---|---|

SHERRY GOODMAN
3255 NE 184TH STREET APT# 12320
AVENTURA, FL 33160

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** 206377

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.231 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $62.58 |
|---|---|---|---|

SHERRY HYDEN
32 WHITEHOUSE AVE.
ROOSEVELT, NY 11575

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** 434992

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Business Index Group, Inc., a California corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.231 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $32.00 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
SHERRY RABY
134 CHERRY HOLLOW ROAD
MILLVILLE, PA 17846

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 437405

Is the claim subject to offset? ■ No ☐ Yes

$32.00

---

3.231 5

**Nonpriority creditor's name and mailing address**
SHERRY SOUPHAVONG
23417 W ASHLEIGH MARIE DR
BUCKEYE, AZ 85326

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 437552

Is the claim subject to offset? ■ No ☐ Yes

$33.94

---

3.231 6

**Nonpriority creditor's name and mailing address**
SHERRY WHITE
15000 MAYALL STREET
MISSION HILLS, CA 91345

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 80236

Is the claim subject to offset? ■ No ☐ Yes

$17.30

---

3.231 7

**Nonpriority creditor's name and mailing address**
SHERVELLE MARQUINA-JONES
3659 THOMASSON CROSSING DR
TRIANGLE, VA 22172

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 458747

Is the claim subject to offset? ■ No ☐ Yes

$60.98

---

3.231 8

**Nonpriority creditor's name and mailing address**
SHERYL ARNDT
10901 W. RIM DR. NW
ALBUQUERQUE, NM 87114

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 423529

Is the claim subject to offset? ■ No ☐ Yes

$26.22

---

3.231 9

**Nonpriority creditor's name and mailing address**
SHIRA TREVINO
24706 HICKORY MEADOW
SAN ANTONIO, TX 78261

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 412075

Is the claim subject to offset? ■ No ☐ Yes

$284.79

---

3.232 0

**Nonpriority creditor's name and mailing address**
SHIRLEY HUCKLEBERRY
134 S ASH STREET
VENTURA, CA 93001

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 466919

Is the claim subject to offset? ■ No ☐ Yes

$63.97

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | Business Index Group, Inc., a California corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.232 1**

**Nonpriority creditor's name and mailing address**
SHIV KUMAR
9501 MEADOW WOODS LANE
DAYTON, OH 45458

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 77566

Is the claim subject to offset? ■ No ☐ Yes

$400.82

---

**3.232 2**

**Nonpriority creditor's name and mailing address**
SHIWON SHIM
SAMSUNG-DONG
GANGNAM GU, SEOUL
SOUTH KOREA

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 452695

Is the claim subject to offset? ■ No ☐ Yes

$68.00

---

**3.232 3**

**Nonpriority creditor's name and mailing address**
SHORTY THAI
PO BOX 91434
CLEVELAND, OH 44101

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 455704

Is the claim subject to offset? ■ No ☐ Yes

$52.48

---

**3.232 4**

**Nonpriority creditor's name and mailing address**
SI WON LEE
DAEJU PARKVILL APT., JINWOL-DONG
GWANGJU, NAM-GU
SOUTH KOREA

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 462203

Is the claim subject to offset? ■ No ☐ Yes

$136.00

---

**3.232 5**

**Nonpriority creditor's name and mailing address**
SIDNEI AHRENS
11800 ALTAMONT ST
CALDWELL, ID 83605

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 450592

Is the claim subject to offset? ■ No ☐ Yes

$35.00

---

**3.232 6**

**Nonpriority creditor's name and mailing address**
SIDNEY FINDLEY
94 S 275 W
VALPARAISO, IN 46385

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 450090

Is the claim subject to offset? ■ No ☐ Yes

$25.34

---

**3.232 7**

**Nonpriority creditor's name and mailing address**
SIEGLINDE CASE
8111 RIDGETOWN DRIVE, APT. E
NOTTINGHAM, MD 21236

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 435684

Is the claim subject to offset? ■ No ☐ Yes

$52.78

---

Official Form 206 E/F    **Schedule E/F: Creditors Who Have Unsecured Claims**    **Page 339 of 389**

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Debtor | Business Index Group, Inc., a California corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.232 8**

**Nonpriority creditor's name and mailing address**

SKIP GOLDBERG
91 CLAY STREET APT 502
QUINCY, MA 02170

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 250900

Is the claim subject to offset? ■ No ☐ Yes

$141.85

---

**3.232 9**

**Nonpriority creditor's name and mailing address**

SOHEE YANG
KANGBYUN RAEMAIN APT 307-502
SEOUL
SOUTH KOREA

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 425849

Is the claim subject to offset? ■ No ☐ Yes

$29.00

---

**3.233 0**

**Nonpriority creditor's name and mailing address**

SOHYEON MOON
HYE-WOO 1903, 10, SINCHONNYEOK-RO
SEODAEMUN-GU, SEOUL
SOUTH KOREA

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 461619

Is the claim subject to offset? ■ No ☐ Yes

$62.00

---

**3.233 1**

**Nonpriority creditor's name and mailing address**

SOLOMON ROBINSON
1241 INCA DR
OXNARD, CA 93030

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 286115

Is the claim subject to offset? ■ No ☐ Yes

$33.60

---

**3.233 2**

**Nonpriority creditor's name and mailing address**

SONIA AERY
1372 SCOTTEN CT
YUBA CITY, CA 95991

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 457792

Is the claim subject to offset? ■ No ☐ Yes

$16.99

---

**3.233 3**

**Nonpriority creditor's name and mailing address**

SONIA INOCENCIO
1010 RED ALDER CIRCLE
HOUSTON, TX 77073

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 467690

Is the claim subject to offset? ■ No ☐ Yes

$20.81

---

**3.233 4**

**Nonpriority creditor's name and mailing address**

SONYA MOUNTS
8521 S. SAGEWOOD RD
SPOKANE, WA 99223

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 125299

Is the claim subject to offset? ■ No ☐ Yes

$15.65

---

Debtor  Business Index Group, Inc., a California corporation
_____
Name

Case number *(if known)* _____

| | | |
|---|---|---|
| **3.233 5** | **Nonpriority creditor's name and mailing address** | $71.18 |

SONYIA JOHNSON
1624 CORPREW AVE
NORFOLK, VA 23504

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 458337

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.233 6** | **Nonpriority creditor's name and mailing address** | $35.00 |

SOO-CHAN YU
#314-10, JAMSIL-DONG
SONGPA-GU, SEOUL, 123456
SOUTH KOREA

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 353658

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.233 7** | **Nonpriority creditor's name and mailing address** | $63.00 |

SOOHO JEONG
343 GYEONGIN-RO
GURO-GU, SEOUL, 101201
SOUTH KOREA

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 465657

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.233 8** | **Nonpriority creditor's name and mailing address** | $140.16 |

STACEY HENSEL
46 FOREST STREET
DOVER, NH 03820

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 464207

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.233 9** | **Nonpriority creditor's name and mailing address** | $37.00 |

STACI ARBOR
2201 WHEATLEY DRIVE #101
GWYNN OAK, MD 21207

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 433617

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.234 0** | **Nonpriority creditor's name and mailing address** | $39.72 |

STACI BLUNT
939 E. MONTEREY ST.
CHANDLER, AZ 85225

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 127990

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.234 1** | **Nonpriority creditor's name and mailing address** | $41.76 |

STACI TYSON
159 E. FAIRMOUNT AVE
MAYWOOD, NJ 07607

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 415922

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Business Index Group, Inc., a California corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

---

**3.234.2**

**Nonpriority creditor's name and mailing address**
STACIA BARCZAK
723 4TH ST. NW
GRAND RAPIDS, MI 49504

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 288136

Is the claim subject to offset? ■ No ☐ Yes

$113.56

---

**3.234.3**

**Nonpriority creditor's name and mailing address**
STACIE VAUGHN
7510 BRANSTON
SAN ANTONIO, TX 78250

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 401589

Is the claim subject to offset? ■ No ☐ Yes

$282.35

---

**3.234.4**

**Nonpriority creditor's name and mailing address**
STACY ARREGUIN
2310 COBERN ST
BAKERSFIELD, CA 93313

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 461880

Is the claim subject to offset? ■ No ☐ Yes

$63.54

---

**3.234.5**

**Nonpriority creditor's name and mailing address**
STACY BERMAN
3 MORRIS AVENUE
LAKE GROVE, NY 11755

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 222216

Is the claim subject to offset? ■ No ☐ Yes

$59.27

---

**3.234.6**

**Nonpriority creditor's name and mailing address**
STACY EDWARDS
421 WOOD PARK WAY 205
LONGWOOD, FL 32779

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 198806

Is the claim subject to offset? ■ No ☐ Yes

$48.90

---

**3.234.7**

**Nonpriority creditor's name and mailing address**
STACY NELSON
9600 ROYAL LANE 602
DALLAS, TX 75243

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 443337

Is the claim subject to offset? ■ No ☐ Yes

$175.00

---

**3.234.8**

**Nonpriority creditor's name and mailing address**
Staples Credit
PO Box 6403
Sioux Falls, SD 57117

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$234.00

---

| Debtor | Business Index Group, Inc., a California corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.234 9**

**Nonpriority creditor's name and mailing address**
STEFANIE TO
11515 205TH STREET
LAKEWOOD, CA 90715

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 462503

Is the claim subject to offset? ■ No ☐ Yes

$180.92

---

**3.235 0**

**Nonpriority creditor's name and mailing address**
STEPHANIE BURLEY
7318 CREEKSBEND RD
LAMBERTVILLE, MI 48144

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 286151

Is the claim subject to offset? ■ No ☐ Yes

$22.62

---

**3.235 1**

**Nonpriority creditor's name and mailing address**
STEPHANIE DAVIDSON
2612 SILVERADO TRAIL
SHERMAN, TX 75092

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 325825

Is the claim subject to offset? ■ No ☐ Yes

$137.76

---

**3.235 2**

**Nonpriority creditor's name and mailing address**
STEPHANIE EVANS
2865 W 7085 S
WEST JORDAN, UT 84084

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 397244

Is the claim subject to offset? ■ No ☐ Yes

$70.00

---

**3.235 3**

**Nonpriority creditor's name and mailing address**
STEPHANIE GERNERT
7404 ESTABAN PLACE
SPRINGFIELD, VA 22151

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 423071

Is the claim subject to offset? ■ No ☐ Yes

$26.15

---

**3.235 4**

**Nonpriority creditor's name and mailing address**
STEPHANIE HALL BERMAN
438 FLETCHER DRIVE
SMYRNA, DE 19977

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 390321

Is the claim subject to offset? ■ No ☐ Yes

$105.49

---

**3.235 5**

**Nonpriority creditor's name and mailing address**
STEPHANIE KRUVELIS
3212 PEBBLEBROOKE BLVD
LAKELAND, FL 33810

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 450729

Is the claim subject to offset? ■ No ☐ Yes

$75.72

---

| Debtor | Business Index Group, Inc., a California corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.235
6**

**Nonpriority creditor's name and mailing address**
STEPHANIE KWIATKOWSKI
16 W 90TH STREET
KANSAS CITY, MO 64114

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 458115

Is the claim subject to offset? ■ No ☐ Yes

$425.47

---

**3.235
7**

**Nonpriority creditor's name and mailing address**
STEPHANIE MARTIN
1445 KEEGAN LN
MECHANICSBURG, PA 17055

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 467948

Is the claim subject to offset? ■ No ☐ Yes

$7.00

---

**3.235
8**

**Nonpriority creditor's name and mailing address**
STEPHANIE READ
125 HEDGEAPPLE COURT
STAFFORD, VA 22554

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 454187

Is the claim subject to offset? ■ No ☐ Yes

$151.16

---

**3.235
9**

**Nonpriority creditor's name and mailing address**
STEPHANIE REBMAN
417 EAGLE RIDGE DRIVE
BIRMINGHAM, AL 35242

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 392472

Is the claim subject to offset? ■ No ☐ Yes

$284.21

---

**3.236
0**

**Nonpriority creditor's name and mailing address**
STEPHANIE RUSSELL
261 HEATH MEADOW CT.
SIMI VALLEY, CA 93065

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 455838

Is the claim subject to offset? ■ No ☐ Yes

$55.71

---

**3.236
1**

**Nonpriority creditor's name and mailing address**
STEPHANIE SANDERS
1025 S. 12TH ST
SPRINGFIELD, IL 62703

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 448423

Is the claim subject to offset? ■ No ☐ Yes

$31.00

---

**3.236
2**

**Nonpriority creditor's name and mailing address**
STEPHEN BROADBENT
22 COTTON IRON DR
MISSOURI CITY, TX 77459

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 133069

Is the claim subject to offset? ■ No ☐ Yes

$77.83

---

Debtor    **Business Index Group, Inc., a California corporation**        Case number (if known)
          Name

| 3.236 3 | **Nonpriority creditor's name and mailing address** <br> STEPHEN GEORGE <br> 6931 N KILPATRICK AVE <br> LINCOLNWOOD, IL 60712 <br><br> **Date(s) debt was incurred** _ <br> **Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** 452675 <br><br> Is the claim subject to offset? ■ No ☐ Yes | $21.21 |
|---|---|---|---|
| 3.236 4 | **Nonpriority creditor's name and mailing address** <br> STEPHEN PARKER <br> 1001 INDUSTRIAL PKWY <br> MCDONOUGH, GA 30253 <br><br> **Date(s) debt was incurred** _ <br> **Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** 180921 <br><br> Is the claim subject to offset? ■ No ☐ Yes | $18.76 |
| 3.236 5 | **Nonpriority creditor's name and mailing address** <br> STEPHEN STARNES <br> 404 COTTRELL HILL ROAD <br> LENOIR, NC 28645 <br><br> **Date(s) debt was incurred** _ <br> **Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** 275724 <br><br> Is the claim subject to offset? ■ No ☐ Yes | $72.85 |
| 3.236 6 | **Nonpriority creditor's name and mailing address** <br> STEPHEN WALKER <br> 109 WATER DANCE WAY UNIT #H3 <br> BRANDON, MS 39047 <br><br> **Date(s) debt was incurred** _ <br> **Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** 434275 <br><br> Is the claim subject to offset? ■ No ☐ Yes | $20.00 |
| 3.236 7 | **Nonpriority creditor's name and mailing address** <br> STEVE COPPOLA <br> 9266 E. 35TH AVE. <br> DENVER, CO 80238 <br><br> **Date(s) debt was incurred** _ <br> **Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** 133962 <br><br> Is the claim subject to offset? ■ No ☐ Yes | $30.00 |
| 3.236 8 | **Nonpriority creditor's name and mailing address** <br> STEVE HALL <br> 5509 HAMMERMILL DR <br> HARRISBURG, NC 28075 <br><br> **Date(s) debt was incurred** _ <br> **Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** 438709 <br><br> Is the claim subject to offset? ■ No ☐ Yes | $68.63 |
| 3.236 9 | **Nonpriority creditor's name and mailing address** <br> STEVE MYERS <br> 3348 BUCKINGHAM LANE <br> PLANO, TX 75074 <br><br> **Date(s) debt was incurred** _ <br> **Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** 363699 <br><br> Is the claim subject to offset? ■ No ☐ Yes | $30.00 |

Debtor   Business Index Group, Inc., a California corporation

Name

Case number (if known) _____

| | |
|---|---|
| **3.237 0** | |

**Nonpriority creditor's name and mailing address**

STEVE PHILLIPS
4711 N KENMORE AVE APT 3S
CHICAGO, IL 60640

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 394645

Is the claim subject to offset? ■ No ☐ Yes

$25.58

---

| | |
|---|---|
| **3.237 1** | |

**Nonpriority creditor's name and mailing address**

STEVEN BENTON
188 QUARRY ROAD
BUNKER HILL, WV 25413

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 401964

Is the claim subject to offset? ■ No ☐ Yes

$35.69

---

| | |
|---|---|
| **3.237 2** | |

**Nonpriority creditor's name and mailing address**

STEVEN COSENZA
665 PLAZA AVENUE
MAMARONECK, NY 10543

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 461433

Is the claim subject to offset? ■ No ☐ Yes

$62.85

---

| | |
|---|---|
| **3.237 3** | |

**Nonpriority creditor's name and mailing address**

STEVEN FOX
622 MEADWBROOK ROAD
ASHEBORO, NC 27203

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 464796

Is the claim subject to offset? ■ No ☐ Yes

$26.57

---

| | |
|---|---|
| **3.237 4** | |

**Nonpriority creditor's name and mailing address**

STEVEN LEWIS
2290 DUNWOODY XING APT F
ATLANTA, GA 30338

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 462686

Is the claim subject to offset? ■ No ☐ Yes

$30.86

---

| | |
|---|---|
| **3.237 5** | |

**Nonpriority creditor's name and mailing address**

STEVEN RUBINFELD
3475 SILVER MAPLE DR
DANVILLE, CA 94506

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 418566

Is the claim subject to offset? ■ No ☐ Yes

$894.50

---

| | |
|---|---|
| **3.237 6** | |

**Nonpriority creditor's name and mailing address**

STEVEN SAXEY
1130 E 450 N #51
PROVO, UT 84606

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 468376

Is the claim subject to offset? ■ No ☐ Yes

$19.00

---

| Debtor | Business Index Group, Inc., a California corporation | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.237 7 | **Nonpriority creditor's name and mailing address**<br>STEVEN URBAN<br>148 N PENN STREET<br>PALMYRA, PA 17078<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _462077_<br><br>Is the claim subject to offset? ■ No ☐ Yes | $32.54 |

| 3.237 8 | **Nonpriority creditor's name and mailing address**<br>STEVEN WEINBERG<br>2801 MONTELL CT<br>PLANO, TX 75025<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _386641_<br><br>Is the claim subject to offset? ■ No ☐ Yes | $106.99 |

| 3.237 9 | **Nonpriority creditor's name and mailing address**<br>STEVEN WILEY<br>634 HASTINGS RD<br>MEBANE, NC 27302<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _451467_<br><br>Is the claim subject to offset? ■ No ☐ Yes | $66.99 |

| 3.238 0 | **Nonpriority creditor's name and mailing address**<br>SU JIN LEE<br>107-1902, 24, JEONGWAN 4 RO,<br>JEONNWAN-MY<br>BUSAN SI, BUSAN<br>SOUTH KOREA<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _459743_<br><br>Is the claim subject to offset? ■ No ☐ Yes | $53.00 |

| 3.238 1 | **Nonpriority creditor's name and mailing address**<br>SUE CSISZER<br>916 S GORDON ST, APT 119<br>ALVIN, TX 77511<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _422525_<br><br>Is the claim subject to offset? ■ No ☐ Yes | $56.55 |

| 3.238 2 | **Nonpriority creditor's name and mailing address**<br>SUE MATHEWS<br>13914 GREEN TRAILS COURT<br>CENTREVILLE, VA 20121<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _463818_<br><br>Is the claim subject to offset? ■ No ☐ Yes | $71.81 |

| 3.238 3 | **Nonpriority creditor's name and mailing address**<br>SUE MYERS<br>255 EAST CALVIN DRIVE<br>HARTSBURG, MO 65039<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _450210_<br><br>Is the claim subject to offset? ■ No ☐ Yes | $72.00 |

| Debtor | Business Index Group, Inc., a California corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.238**
**4**

| | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $113.33 |
| SUELLEN SCHLIEVERT | ☐ Contingent | |
| 6905 POPLAR AVE | ☐ Unliquidated | |
| TAKOMA PARK, MD 20912 | ☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** 97320 | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.238**
**5**

| | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,164.00 |
| SUMMER WANG | ☐ Contingent | |
| 595 SHEIN  RD | ☐ Unliquidated | |
| BEIJING | ☐ Disputed | |
| CHINA | | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** 461999 | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.238**
**6**

| | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $96.00 |
| SUN HEE NA | ☐ Contingent | |
| #190-2, WONNAM-DONG | ☐ Unliquidated | |
| JONGNO-GU, SEOUL, 110450 | ☐ Disputed | |
| SOUTH KOREA | | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** 206551 | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.238**
**7**

| | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $35.00 |
| SUNG EUN SHIM | ☐ Contingent | |
| 202, 1667-2, MUSIL-DONG | ☐ Unliquidated | |
| WONJU-SI, GANGWON-DO, 11111 | ☐ Disputed | |
| SOUTH KOREA | | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** 455444 | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.238**
**8**

| | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $68.00 |
| SUNGIM HEO | ☐ Contingent | |
| PUSAN | ☐ Unliquidated | |
| PUSAN KYUNGSUNGDAE, PUSAN STATE, 608736 | ☐ Disputed | |
| SOUTH KOREA | | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** 444100 | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.238**
**9**

| | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $100.00 |
| SUNGJAE CHI | ☐ Contingent | |
| SHENZHEN BAOANNANLU | ☐ Unliquidated | |
| SHENZHEN, GUANGDONG, 10000 | ☐ Disputed | |
| CHINA | | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** 452648 | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | Business Index Group, Inc., a California corporation | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

**3.239 0**

**Nonpriority creditor's name and mailing address**
SUNGKYU SIM
202 YEOKSAM-DONG
GANGNAM-GU, SEOUL, 681370
SOUTH KOREA

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 458918

Is the claim subject to offset? ■ No ☐ Yes

$124.00

---

**3.239 1**

**Nonpriority creditor's name and mailing address**
SUNGWOO KIM
CHEONGJU-SI
CHEONGJU-SI, CHUNGCHEONGBUK-DO,
361003
SOUTH KOREA

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 449895

Is the claim subject to offset? ■ No ☐ Yes

$70.00

---

**3.239 2**

**Nonpriority creditor's name and mailing address**
SUNITA RAJ
4013 MOCHA TR
AUSTIN, TX 78728

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 184653

Is the claim subject to offset? ■ No ☐ Yes

$98.73

---

**3.239 3**

**Nonpriority creditor's name and mailing address**
SUNMI YU
419 JIN AN DONG LU
PUDONG XINQU, SHANGHAI SHI, 201204
CHINA

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 463523

Is the claim subject to offset? ■ No ☐ Yes

$80.00

---

**3.239 4**

**Nonpriority creditor's name and mailing address**
SUSAN BALL
225 WILTON SPRINGS RD
NEWPORT, TN 37821

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 234648

Is the claim subject to offset? ■ No ☐ Yes

$172.33

---

**3.239 5**

**Nonpriority creditor's name and mailing address**
SUSAN BEGAY
5228 HILL VALLEY DRIVE
PITTSBORO, IN 46167

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 387915

Is the claim subject to offset? ■ No ☐ Yes

$53.19

---

**3.239 6**

**Nonpriority creditor's name and mailing address**
SUSAN BURNS
2539 SE 34TH AVE.
PORTLAND, OR 97202

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 428358

Is the claim subject to offset? ■ No ☐ Yes

$140.98

---

| | |
|---|---|
| Debtor | **Business Index Group, Inc., a California corporation** |
| | Name |

Case number (if known) _____

---

**3.239 7**

**Nonpriority creditor's name and mailing address**
SUSAN GREENAWALT
2607 BROWNING ST.
AMES, IA 50010

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 407519

Is the claim subject to offset? ■ No ☐ Yes

$100.39

---

**3.239 8**

**Nonpriority creditor's name and mailing address**
SUSAN LESSER
303 CORNWALL DR.
DEWITT, NY 13214

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 454932

Is the claim subject to offset? ■ No ☐ Yes

$51.58

---

**3.239 9**

**Nonpriority creditor's name and mailing address**
SUSAN MATTOX
4281 MCGIRTS BLVD.
JACKSONVILLE, FL 32210

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 370370

Is the claim subject to offset? ■ No ☐ Yes

$40.37

---

**3.240 0**

**Nonpriority creditor's name and mailing address**
SUSAN MAZAL
166 TRAPPERS RIDGE COURT
VINE GROVE, KY 40175

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 218772

Is the claim subject to offset? ■ No ☐ Yes

$615.87

---

**3.240 1**

**Nonpriority creditor's name and mailing address**
SUSAN MCMAHON
6851 ROSWELL RD, FOXCROFT M-1
ATLANTA, GA 30328

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 451144

Is the claim subject to offset? ■ No ☐ Yes

$439.38

---

**3.240 2**

**Nonpriority creditor's name and mailing address**
SUSAN MORRIS
751 MILLER AVE. #2
BRIGHTON, CO 80601

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 466354

Is the claim subject to offset? ■ No ☐ Yes

$44.02

---

**3.240 3**

**Nonpriority creditor's name and mailing address**
SUSAN PANNELL
959 VALLEY WAY RD
GREENWOOD, IN 46142

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 438287

Is the claim subject to offset? ■ No ☐ Yes

$140.04

---

| Debtor | Business Index Group, Inc., a California corporation | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.240<br>4 | **Nonpriority creditor's name and mailing address**<br>SUSAN SCHULTZ<br>7904 DELMAR BLVD<br>UNIVERSITY CITY, MO 63130 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $48.27 |
|---|---|---|---|
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** 468246<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.240<br>5 | **Nonpriority creditor's name and mailing address**<br>SUSAN SOBOLEWSKI<br>46 CACTUS STREET<br>HOMOSASSA, FL 34446 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $33.57 |
|---|---|---|---|
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** 275809<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.240<br>6 | **Nonpriority creditor's name and mailing address**<br>SUSAN STROUD<br>11608 LAYTON ST<br>LEESBURG, FL 34788 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $38.51 |
|---|---|---|---|
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** 450912<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.240<br>7 | **Nonpriority creditor's name and mailing address**<br>SUSAN WILSON<br>5583 LANYARD LN<br>STANSBURY PARK, UT 84074 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $14.17 |
|---|---|---|---|
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** 94280<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.240<br>8 | **Nonpriority creditor's name and mailing address**<br>SUSAN WOERNER<br>1601 MCCORKLE RD<br>CHARLOTTE, NC 28214 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $83.63 |
|---|---|---|---|
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** 217459<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.240<br>9 | **Nonpriority creditor's name and mailing address**<br>SUSAN WYNN<br>33397 WASHINGTON ST.<br>LAKE ELSINORE, CA 92530 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $70.86 |
|---|---|---|---|
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** 340366<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.241<br>0 | **Nonpriority creditor's name and mailing address**<br>SUSANA CASTILLO<br>2901 SUNSET DRIVE #36F<br>SAN ANGELO, TX 76904 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $31.21 |
|---|---|---|---|
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** 334850<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com     

| Debtor | Business Index Group, Inc., a California corporation | Case number (if known) | |
|--------|-----------------------------------------------------|------------------------|--|
| | Name | | |

---

**3.241**
**1**

**Nonpriority creditor's name and mailing address**
SUSANA HUERTA RAMOS
111 BENTWOOD DRIVE
BOERNE, TX 78006

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 436191

Is the claim subject to offset? ■ No ☐ Yes

$62.45

---

**3.241**
**2**

**Nonpriority creditor's name and mailing address**
SUZAN BACON
6702 CEDARWOOD CT
MOBILE, AL 36695

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 423258

Is the claim subject to offset? ■ No ☐ Yes

$27.95

---

**3.241**
**3**

**Nonpriority creditor's name and mailing address**
SUZANNE DOOLEY
2254 S STATE ST
DOVER, DE 19901

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 460632

Is the claim subject to offset? ■ No ☐ Yes

$112.98

---

**3.241**
**4**

**Nonpriority creditor's name and mailing address**
SUZANNE TORREY
238 LINCOLN STREET
BANGOR, ME 04401

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 410205

Is the claim subject to offset? ■ No ☐ Yes

$73.72

---

**3.241**
**5**

**Nonpriority creditor's name and mailing address**
SUZI ESLICK
40240 13TH ST W
PALMDALE, CA 93551

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 436796

Is the claim subject to offset? ■ No ☐ Yes

$45.76

---

**3.241**
**6**

**Nonpriority creditor's name and mailing address**
SUZIE LOCKHART
140 HOUSTON RD
CROSSVILLE, TN 38555

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 132522

Is the claim subject to offset? ■ No ☐ Yes

$44.16

---

**3.241**
**7**

**Nonpriority creditor's name and mailing address**
SWATI BHATT
530 CASELLA CT
SAN RAMON, CA 94582

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 460540

Is the claim subject to offset? ■ No ☐ Yes

$209.21

---

| Debtor | Business Index Group, Inc., a California corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.241 8 | **Nonpriority creditor's name and mailing address**<br>SYLVIA ITO<br>19842 SCENIC BAY LANE<br>HUNTINGTON BEACH, CA 92648<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  159585<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $80.31 |
| 3.241 9 | **Nonpriority creditor's name and mailing address**<br>Synchrony Bank<br>PO Box 965004<br>Orlando, FL 32896<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Sams Club<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $648.00 |
| 3.242 0 | **Nonpriority creditor's name and mailing address**<br>TAFHEEM MALIK<br>1296 PRESTWICK LANE<br>ITASCA, IL 60143<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  394039<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $30.95 |
| 3.242 1 | **Nonpriority creditor's name and mailing address**<br>TAKAHIRO OKAMOTO<br>2416 RICHELIEU AVE<br>LOS ANGELES, CA 90032<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  460409<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $34.13 |
| 3.242 2 | **Nonpriority creditor's name and mailing address**<br>TAMARA DAHLING<br>10655 N 550 W<br>DECATUR, IN 46733<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  461769<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $37.84 |
| 3.242 3 | **Nonpriority creditor's name and mailing address**<br>TAMARA LINK<br>12205 DUCKETTOWN RD<br>LAUREL, MD 20708<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  467179<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $34.72 |
| 3.242 4 | **Nonpriority creditor's name and mailing address**<br>TAMARA WAGNER<br>2147 W JASPER ST APT A1<br>BROKEN ARROW, OK 74011<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  458327<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $76.76 |

| Debtor | Business Index Group, Inc., a California corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.242 5**

**Nonpriority creditor's name and mailing address**
TAMEKA ROZIER
604 HILLCREST PKWY APT 44
DUBLIN, GA 31021

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 364754

Is the claim subject to offset? ■ No ☐ Yes

$22.51

---

**3.242 6**

**Nonpriority creditor's name and mailing address**
TAMMI JAMES
PO BOX 1167
QUEEN CREEK, AZ 85142

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 397187

Is the claim subject to offset? ■ No ☐ Yes

$41.47

---

**3.242 7**

**Nonpriority creditor's name and mailing address**
TAMMY AKERMAN
4201 VIA MARINA APT 209
MARINA DEL REY, CA 90292

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 316036

Is the claim subject to offset? ■ No ☐ Yes

$205.16

---

**3.242 8**

**Nonpriority creditor's name and mailing address**
TAMMY BAKER
3097 BREMEN ST
COLUMBUS, OH 43224

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 279514

Is the claim subject to offset? ■ No ☐ Yes

$93.98

---

**3.242 9**

**Nonpriority creditor's name and mailing address**
TAMMY CHATMAN
4204 FOXFIRE DR
SOUTH BEND, IN 46628

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 466921

Is the claim subject to offset? ■ No ☐ Yes

$64.38

---

**3.243 0**

**Nonpriority creditor's name and mailing address**
TAMMY COLLINS
913 STEVENS RD
MONROE, NC 28110

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 453493

Is the claim subject to offset? ■ No ☐ Yes

$57.36

---

**3.243 1**

**Nonpriority creditor's name and mailing address**
TAMMY HEIMES
707 CHERRY ST. EAST
TACOMA, WA 98445

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 275126

Is the claim subject to offset? ■ No ☐ Yes

$32.05

---

| Debtor | Business Index Group, Inc., a California corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.243<br>2 | **Nonpriority creditor's name and mailing address**<br>TAMMY KALP<br>59 MERION ROAD<br>DOVER, DE 19904<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _462119_<br><br>Is the claim subject to offset? ■ No ☐ Yes | $45.99 |

---

| 3.243<br>3 | **Nonpriority creditor's name and mailing address**<br>TAMMY RORK<br>300 FARINGTON BLVD, APT 4<br>HOLLAND, MI 49423<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _436856_<br><br>Is the claim subject to offset? ■ No ☐ Yes | $20.60 |

---

| 3.243<br>4 | **Nonpriority creditor's name and mailing address**<br>TAMMY WAMBLE<br>1401 NORTH SECOND STREET<br>SAINT CHARLES, MO 63301<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _433035_<br><br>Is the claim subject to offset? ■ No ☐ Yes | $80.57 |

---

| 3.243<br>5 | **Nonpriority creditor's name and mailing address**<br>TAMMY WILKINS<br>5220 CLIFF HAVEN DR<br>DALLAS, TX 75236<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _454735_<br><br>Is the claim subject to offset? ■ No ☐ Yes | $92.08 |

---

| 3.243<br>6 | **Nonpriority creditor's name and mailing address**<br>TAN MANJING<br>RM202, MUPAITOU, BEIJING RD, YEUXIU DIST<br>GUANGZHOU, GUANGDONG, 510115<br>CHINA<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _431485_<br><br>Is the claim subject to offset? ■ No ☐ Yes | $104.00 |

---

| 3.243<br>7 | **Nonpriority creditor's name and mailing address**<br>TANIKA TOWNSEND<br>1440 MARILEE DR<br>LWRNCE, KS 66049<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _458568_<br><br>Is the claim subject to offset? ■ No ☐ Yes | $120.33 |

---

| 3.243<br>8 | **Nonpriority creditor's name and mailing address**<br>TANITH TYRR<br>2805 POLESDON COURT<br>RALEIGH, NC 27615<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _454805_<br><br>Is the claim subject to offset? ■ No ☐ Yes | $51.32 |

---

| Debtor | Business Index Group, Inc., a California corporation | | Case number (if known) | |
|--------|------|--|--|--|
| | Name | | | |

---

**3.243 9**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $50.60 |
|---|---|---|
| TANMAY PATIL | ☐ Contingent | |
| 6745 SHENANDOAH DR # 12 | ☐ Unliquidated | |
| FLORENCE, KY 41042 | ☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _468364_ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.244 0**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $59.74 |
|---|---|---|
| TANNEN HAYMORE | ☐ Contingent | |
| 605 BLACKWATER RIDGE | ☐ Unliquidated | |
| CANTON, GA 30114 | ☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _241163_ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.244 1**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $77.50 |
|---|---|---|
| TARA KUNKLER | ☐ Contingent | |
| 406 FRAYS MOUNTAIN RD | ☐ Unliquidated | |
| EARLYSVILLE, VA 22936 | ☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _452683_ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.244 2**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $19.90 |
|---|---|---|
| TARAH CALLIER | ☐ Contingent | |
| 19 CIRCLE CT. | ☐ Unliquidated | |
| MULVANE, KS 67110 | ☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _468917_ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.244 3**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $27.83 |
|---|---|---|
| TAUNA WALLS | ☐ Contingent | |
| 2474 ORION WAY #2 | ☐ Unliquidated | |
| GRAND JUNCTION, CO 81505 | ☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _465916_ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.244 4**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $61.84 |
|---|---|---|
| TAWNYA WHITE | ☐ Contingent | |
| 5445 CARUTH HAVEN LN APT 2316 | ☐ Unliquidated | |
| DALLAS, TX 75225 | ☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _189312_ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.244 5**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $29.91 |
|---|---|---|
| TED HOCHENAUER | ☐ Contingent | |
| 4205 CHERRYWOOD CT. B205 | ☐ Unliquidated | |
| SHEBOYGAN, WI 53081 | ☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _430587_ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | Business Index Group, Inc., a California corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.244 6**

**Nonpriority creditor's name and mailing address**
TEERIN HIGGINS
6902 E HUMMINGBIRD LN
PARADISE VALLEY, AZ 85253

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 310948

Is the claim subject to offset? ■ No ☐ Yes

$32.93

---

**3.244 7**

**Nonpriority creditor's name and mailing address**
TEIGUE THOMAS
221 VIA MARFINO
SAN CLEMENTE, CA 92673

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 428902

Is the claim subject to offset? ■ No ☐ Yes

$31.83

---

**3.244 8**

**Nonpriority creditor's name and mailing address**
TERESA GALAVOTTI
1206 LEEDS STREET
UTICA, NY 13501

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 130277

Is the claim subject to offset? ■ No ☐ Yes

$32.94

---

**3.244 9**

**Nonpriority creditor's name and mailing address**
TERESA JEAN
1944 E KERR STREET APT. B-7
SPRINGFIELD, MO 65803

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 207799

Is the claim subject to offset? ■ No ☐ Yes

$55.79

---

**3.245 0**

**Nonpriority creditor's name and mailing address**
TERRA WELLS
2126 GRADYVILLE RD
MCCOMB, MS 39648

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 379224

Is the claim subject to offset? ■ No ☐ Yes

$9.82

---

**3.245 1**

**Nonpriority creditor's name and mailing address**
TERRENCE LO
725A 68 AVE SW
CALGARY, AB, T2V 0N3
CANADA

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 467927

Is the claim subject to offset? ■ No ☐ Yes

$89.66

---

**3.245 2**

**Nonpriority creditor's name and mailing address**
TERRI GRINNER
811 ROBIN DR
PITTSBURGH, PA 15220

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 118445

Is the claim subject to offset? ■ No ☐ Yes

$171.53

Debtor   Business Index Group, Inc., a California corporation                    Case number *(if known)* _____
_____
          Name

| 3.245 | | |
|---|---|---|

**3.245**
**3**

**Nonpriority creditor's name and mailing address**
TERRI JOHNSON
1048 SEQUOIA DR
LEWISVILLE, NC 27023

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 272777

Is the claim subject to offset? ■ No ☐ Yes

$69.96

---

**3.245**
**4**

**Nonpriority creditor's name and mailing address**
TERRI SINCLAIR
1940 W. KHAIBAR PL
TUCSON, AZ 85704

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 466819

Is the claim subject to offset? ■ No ☐ Yes

$23.69

---

**3.245**
**5**

**Nonpriority creditor's name and mailing address**
TERRY BURTON
278 MEADOWOOD DR.
MT WASHINGTON, KY 40047

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 183914

Is the claim subject to offset? ■ No ☐ Yes

$74.31

---

**3.245**
**6**

**Nonpriority creditor's name and mailing address**
TERRY FRONCEK
143 IRON BRIDGE ROAD
FORD CITY, PA 16226

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 265574

Is the claim subject to offset? ■ No ☐ Yes

$99.00

---

**3.245**
**7**

**Nonpriority creditor's name and mailing address**
TERRY SNOW
110 DAWNING COURT
GEORGETOWN, KY 40324

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 433895

Is the claim subject to offset? ■ No ☐ Yes

$86.60

---

**3.245**
**8**

**Nonpriority creditor's name and mailing address**
TERRY TOWNSEND
2315 GLENBURN DR
KINGWOOD, TX 77345

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 463712

Is the claim subject to offset? ■ No ☐ Yes

$157.44

---

**3.245**
**9**

**Nonpriority creditor's name and mailing address**
The Hartford
PO Box 660916
Dallas, TX 75266

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

| Debtor | Business Index Group, Inc., a California corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.246 0 | **Nonpriority creditor's name and mailing address**<br>THEODORE BLACKMORE<br>75 EVERSTONE DR.<br>CALGARY, AB, T2Y 4N9<br>CANADA<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** 178560<br><br>Is the claim subject to offset? ■ No ☐ Yes | $35.00 |

| 3.246 1 | **Nonpriority creditor's name and mailing address**<br>THEODORE JOHNSON<br>3225 DUPONT AVE S<br>MINNEAPOLIS, MN 55408<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** 468228<br><br>Is the claim subject to offset? ■ No ☐ Yes | $95.93 |

| 3.246 2 | **Nonpriority creditor's name and mailing address**<br>THERESA CHAVEZ<br>PO BOX 2112<br>LARAMIE, WY 82073<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** 241386<br><br>Is the claim subject to offset? ■ No ☐ Yes | $105.78 |

| 3.246 3 | **Nonpriority creditor's name and mailing address**<br>THERESA GOUDEAU<br>14330 LOURDES DRIVE<br>HOUSTON, TX 77049<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** 102741<br><br>Is the claim subject to offset? ■ No ☐ Yes | $403.81 |

| 3.246 4 | **Nonpriority creditor's name and mailing address**<br>THERESA GRAF<br>12231 CHESTERTOWNE RD<br>CHESTER, VA 23831<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** 387280<br><br>Is the claim subject to offset? ■ No ☐ Yes | $30.41 |

| 3.246 5 | **Nonpriority creditor's name and mailing address**<br>THERESA KEEFER<br>3352 BLAZE DR.<br>MURFREESBORO, TN 37128<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** 178494<br><br>Is the claim subject to offset? ■ No ☐ Yes | $68.12 |

| 3.246 6 | **Nonpriority creditor's name and mailing address**<br>THERESA KOCHER<br>6820 EAST THOMPSON ROAD<br>INDIANAPOLIS, IN 46237<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** 100754<br><br>Is the claim subject to offset? ■ No ☐ Yes | $61.13 |

| Debtor | Business Index Group, Inc., a California corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.246 7 | **Nonpriority creditor's name and mailing address**<br>THERESA PLATT<br>2416 SW PARIS DRIVE<br>BLUE SPRINGS, MO 64015<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** 454282<br><br>Is the claim subject to offset? ■ No ☐ Yes | $93.32 |

| 3.246 8 | **Nonpriority creditor's name and mailing address**<br>THERESA SCHMIDT<br>24134 ROCKY BROOK FALLS<br>TOMBALL, TX 77375<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** 118621<br><br>Is the claim subject to offset? ■ No ☐ Yes | $287.60 |

| 3.246 9 | **Nonpriority creditor's name and mailing address**<br>THERON GILMER<br>2702 S GARDENIA AVE<br>BROKEN ARROW, OK 74012<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** 469100<br><br>Is the claim subject to offset? ■ No ☐ Yes | $14.92 |

| 3.247 0 | **Nonpriority creditor's name and mailing address**<br>THOMAS BEYER<br>3719 JEREMIAH WALLACE DR<br>WILLIAMSBURG, VA 23188<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** 450290<br><br>Is the claim subject to offset? ■ No ☐ Yes | $102.77 |

| 3.247 1 | **Nonpriority creditor's name and mailing address**<br>THOMAS BOSWELL<br>278 MEADOWOOD DR<br>MOUNT WASHINGTON, KY 40047<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** 377203<br><br>Is the claim subject to offset? ■ No ☐ Yes | $18.82 |

| 3.247 2 | **Nonpriority creditor's name and mailing address**<br>THOMAS CROUSE<br>59 N 5TH ST, BOX 8242<br>READING, PA 19603<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** 454853<br><br>Is the claim subject to offset? ■ No ☐ Yes | $27.98 |

| 3.247 3 | **Nonpriority creditor's name and mailing address**<br>THOMAS E. HILL<br>1245 9TH AVE<br>HUNTINGTON, WV 25701<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** 453667<br><br>Is the claim subject to offset? ■ No ☐ Yes | $100.22 |

| Debtor | Business Index Group, Inc., a California corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.247 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $486.36 |
|---|---|---|---|

THOMAS KEATING
313 ROMANY ROAD, APT. 4
LEXINGTON, KY 40502

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** 421665

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.247 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $130.11 |
|---|---|---|---|

THOMAS ROMERO
1600 W. PLUM ST, 20B
FORT COLLINS, CO 80521

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** 455853

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.247 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $68.69 |
|---|---|---|---|

THUY BENNION
270 SOUTH 450 WEST
LAYTON, UT 84041

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** 454931

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.247 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $70.01 |
|---|---|---|---|

TIAH BALCER
49 HIGH STREET
STATEN ISLAND, NY 10305

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** 467985

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.247 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $89.64 |
|---|---|---|---|

TIE COLEMAN
3815 REGENCY DR
HOUSTON, TX 77045

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** 464025

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.247 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $100.63 |
|---|---|---|---|

TIFFANIE BAKER
5760 ABBEY DRIVE APT 1G
LISLE, IL 60532

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** 449961

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.248 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $16.95 |
|---|---|---|---|

TIFFANY BRYAN
3075 CAYMAN WAY
ORLANDO, FL 32812

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** 402528

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Business Index Group, Inc., a California corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.248 1**

**Nonpriority creditor's name and mailing address**

TIFFANY CHRISTOPHER
1815 N CARVER ST
MIDLAND, TX 79705

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 380952

Is the claim subject to offset? ■ No ☐ Yes

$35.76

---

**3.248 2**

**Nonpriority creditor's name and mailing address**

TIFFANY ROGERS
508 PICKETTS DR
MESQUITE, TX 75149

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 449391

Is the claim subject to offset? ■ No ☐ Yes

$74.51

---

**3.248 3**

**Nonpriority creditor's name and mailing address**

TIM KAUFMAN
6833 ALABAMA AVE
HESSVILLE, IN 46323

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 455072

Is the claim subject to offset? ■ No ☐ Yes

$87.76

---

**3.248 4**

**Nonpriority creditor's name and mailing address**

TIM MOUNT
8069 DACOSTA ST.
DOWNEY, CA 90240

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 381316

Is the claim subject to offset? ■ No ☐ Yes

$42.05

---

**3.248 5**

**Nonpriority creditor's name and mailing address**

TIMOTHY DANIELS
1718 LAKE TREE DRIVE
OCEAN ISLE BEACH, NC 28469

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 420763

Is the claim subject to offset? ■ No ☐ Yes

$132.66

---

**3.248 6**

**Nonpriority creditor's name and mailing address**

TIMOTHY HICKS
18195 HARTZ DR.
TIPPECANOE, IN 46570

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 464143

Is the claim subject to offset? ■ No ☐ Yes

$62.08

---

**3.248 7**

**Nonpriority creditor's name and mailing address**

TIMOTHY SABATH
19073 BEARS PAW LANE
STRONGSVILLE, OH 44136

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 389363

Is the claim subject to offset? ■ No ☐ Yes

$63.00

---

| Debtor | Business Index Group, Inc., a California corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.248 8 | **Nonpriority creditor's name and mailing address** TIMOTHY STEWART 2117 ELDEN AVE, APT 43 COSTA MESA, CA 92627 | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $89.04 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ **Last 4 digits of account number** _ | **Basis for the claim:** 238473 Is the claim subject to offset? ■ No ☐ Yes | |

| 3.248 9 | **Nonpriority creditor's name and mailing address** TINA CHRUST 3976 AMETHYST DRIVE LAFAYETTE, IN 47909 | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $26.99 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ **Last 4 digits of account number** _ | **Basis for the claim:** 364909 Is the claim subject to offset? ■ No ☐ Yes | |

| 3.249 0 | **Nonpriority creditor's name and mailing address** TINA GARCIA 23648 OLD HWY 105 CLEVELAND, TX 77328 | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $41.70 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ **Last 4 digits of account number** _ | **Basis for the claim:** 467946 Is the claim subject to offset? ■ No ☐ Yes | |

| 3.249 1 | **Nonpriority creditor's name and mailing address** TINA GARNER 2430 RILEY FOREST DRIVE WINSTON-SALEM, NC 27127 | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $22.34 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ **Last 4 digits of account number** _ | **Basis for the claim:** 228845 Is the claim subject to offset? ■ No ☐ Yes | |

| 3.249 2 | **Nonpriority creditor's name and mailing address** TINA KEITH 800 E. MARKET WARRENSBURG, MO 64093 | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $85.22 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ **Last 4 digits of account number** _ | **Basis for the claim:** 403473 Is the claim subject to offset? ■ No ☐ Yes | |

| 3.249 3 | **Nonpriority creditor's name and mailing address** TINA ROSAR PRESCOTT 214 SADDLE TRAIL ANDERSON, SC 29621 | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $54.96 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ **Last 4 digits of account number** _ | **Basis for the claim:** 452589 Is the claim subject to offset? ■ No ☐ Yes | |

| 3.249 4 | **Nonpriority creditor's name and mailing address** TINA RYAN 1464 RIDGE ROAD CANTON, GA 30114 | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $30.76 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ **Last 4 digits of account number** _ | **Basis for the claim:** 319431 Is the claim subject to offset? ■ No ☐ Yes | |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor　Business Index Group, Inc., a California corporation
　　　　　————————————————————————————————
　　　　　Name

Case number (if known)　————————————————————————————

| 3.249 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $28.18 |
| TINA THAMES | ☐ Contingent | |
| 3010 ARTIMESE AVE | ☐ Unliquidated | |
| PASCAGOULA, MS 39567 | ☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** 264692 | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.249 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $20.00 |
| TINA TOMASZEWSKI | ☐ Contingent | |
| 2122 BOXWOOD DRIVE | ☐ Unliquidated | |
| BROOMALL, PA 19008 | ☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** 390505 | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.249 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $30.10 |
| TINEISE DAVENPORT | ☐ Contingent | |
| 208 SOUTH VALLEY VIEW DRIVE | ☐ Unliquidated | |
| SAINT GEORGE, UT 84770 | ☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** 456899 | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.249 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $56.54 |
| TISHAH BRITT | ☐ Contingent | |
| 5390 WELLBORN CREEK DR | ☐ Unliquidated | |
| LITHONIA, GA 30058 | ☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** 464232 | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.249 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $34.00 |
| TOBY LUNDY | ☐ Contingent | |
| 3610 WASHINGTON LANE | ☐ Unliquidated | |
| COOPER CITY, FL 33026 | ☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** 277873 | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.250 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $169.47 |
| TOD LOVE | ☐ Contingent | |
| 14206 ASHLEYVILLE LANE | ☐ Unliquidated | |
| MIDLOTHIAN, VA 23112 | ☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** 450691 | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.250 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $40.14 |
| TODD BRODE | ☐ Contingent | |
| 21501 BURKE HILL RD | ☐ Unliquidated | |
| RAWLINGS, MD 21557 | ☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** 344543 | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | Business Index Group, Inc., a California corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.250<br>2 | **Nonpriority creditor's name and mailing address**<br>TODD CLEMENTS<br>1972 EVERGREEN AVE.<br>FULLERTON, CA 92835 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $63.02 |
|---|---|---|---|
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | Basis for the claim: _284716_<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.250<br>3 | **Nonpriority creditor's name and mailing address**<br>TODD PRICE<br>860 BAYBERRY DR, # 17<br>STATE COLLEGE, PA 16801 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $40.61 |
|---|---|---|---|
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | Basis for the claim: _468132_<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.250<br>4 | **Nonpriority creditor's name and mailing address**<br>TODD RICH<br>3630 S MURLO<br>MERIDIAN, ID 83642 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $23.28 |
|---|---|---|---|
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | Basis for the claim: _463176_<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.250<br>5 | **Nonpriority creditor's name and mailing address**<br>TOLU ADEKOYA<br>9314 CHERRY HILL RD APT 801<br>COLLEGE PARK, MD 20740 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $99.53 |
|---|---|---|---|
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | Basis for the claim: _444922_<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.250<br>6 | **Nonpriority creditor's name and mailing address**<br>TOM DILORENZO<br>368 SW 29TH AVENUE<br>DELRAY BEACH, FL 33445 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $35.68 |
|---|---|---|---|
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | Basis for the claim: _69152_<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.250<br>7 | **Nonpriority creditor's name and mailing address**<br>TOM FOX<br>1170 GLENWOOD DALE<br>ANNAPOLIS, MD 21409 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $106.02 |
|---|---|---|---|
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | Basis for the claim: _427040_<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.250<br>8 | **Nonpriority creditor's name and mailing address**<br>TOM HANNA<br>1302 WAUGH DR, #145<br>HOUSTON, TX 77019 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $27.99 |
|---|---|---|---|
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | Basis for the claim: _431247_<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | Business Index Group, Inc., a California corporation | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

**3.2509**

**Nonpriority creditor's name and mailing address**
TONI POOLE
107 BEECHWOOD DRIVE
YORKTOWN, VA 23692

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _448853_

Is the claim subject to offset? ■ No ☐ Yes

$146.33

**3.2510**

**Nonpriority creditor's name and mailing address**
TONI SANDRIDGE
4906 TORBAY PL
UPPER MARLBORO, MD 20772

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _466311_

Is the claim subject to offset? ■ No ☐ Yes

$24.84

**3.2511**

**Nonpriority creditor's name and mailing address**
TONY KU
18020 W. NORTHVILLE TRAIL
NORTHVILLE, MI 48168

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _416645_

Is the claim subject to offset? ■ No ☐ Yes

$76.80

**3.2512**

**Nonpriority creditor's name and mailing address**
TONY MAHONE
4050 TANGLE DR
RICHMOND, VA 23228

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _456289_

Is the claim subject to offset? ■ No ☐ Yes

$211.82

**3.2513**

**Nonpriority creditor's name and mailing address**
TONY MATTES
811 PERSIFER ST
FOLSOM, CA 95630

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _123456_

Is the claim subject to offset? ■ No ☐ Yes

$60.68

**3.2514**

**Nonpriority creditor's name and mailing address**
TONY STUTTERHEIM
6228 E. HELM DR.
SCOTTSDALE, AZ 85254

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _106776_

Is the claim subject to offset? ■ No ☐ Yes

$177.19

**3.2515**

**Nonpriority creditor's name and mailing address**
TONYA DENHAM
150 LAKE D ESTE
SLIDELL, LA 70461

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _454723_

Is the claim subject to offset? ■ No ☐ Yes

$64.00

| Debtor | Business Index Group, Inc., a California corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.251 6**

**Nonpriority creditor's name and mailing address**

TONYA UPDEGRAFF
114 BRILLIANT BLOOM COURT
BRADENTON, FL 34212

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 467965

Is the claim subject to offset? ■ No ☐ Yes

$167.50

---

**3.251 7**

**Nonpriority creditor's name and mailing address**

TORIANTO THOMPSON
3311 SW 32ND COURT
HOLLYWOOD, FL 33023

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 446899

Is the claim subject to offset? ■ No ☐ Yes

$74.94

---

**3.251 8**

**Nonpriority creditor's name and mailing address**

TRACEY GARLAND
9 WASHINGTON APT 1
OLD ORCHARD BEACH, ME 04064

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 450813

Is the claim subject to offset? ■ No ☐ Yes

$81.24

---

**3.251 9**

**Nonpriority creditor's name and mailing address**

TRACEY HOVEY
2839 CASTLING CROSSING
WILLIAMSBURG, VA 23185

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 231192

Is the claim subject to offset? ■ No ☐ Yes

$28.75

---

**3.252 0**

**Nonpriority creditor's name and mailing address**

TRACI OTTERMAN
819 DRY BRANCH COURT
CHATTANOOGA, TN 37419

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 396310

Is the claim subject to offset? ■ No ☐ Yes

$146.88

---

**3.252 1**

**Nonpriority creditor's name and mailing address**

TRACI STOCKER
39 DEERFIELD DRIVE
NAZARETH, PA 18064

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 467920

Is the claim subject to offset? ■ No ☐ Yes

$25.64

---

**3.252 2**

**Nonpriority creditor's name and mailing address**

TRACY BANKS
1635 MARSHALL CT
FLORISSANT, MO 63031

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 366846

Is the claim subject to offset? ■ No ☐ Yes

$20.79

---

| Debtor | Business Index Group, Inc., a California corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.252 3**

**Nonpriority creditor's name and mailing address**
TRACY ROBERTS
502 MONTROSE PKWY
NORCROSS, GA 30092

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 469242

Is the claim subject to offset? ■ No ☐ Yes

$25.54

---

**3.252 4**

**Nonpriority creditor's name and mailing address**
TRACY SCHWITZ
861 E WOLF HOLLOW DR
CASA GRANDE, AZ 85122

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 177117

Is the claim subject to offset? ■ No ☐ Yes

$17.67

---

**3.252 5**

**Nonpriority creditor's name and mailing address**
TRACY SINGLETARY
10 WILLOWCREEK AVE
JONESTOWN, PA 17038

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 303396

Is the claim subject to offset? ■ No ☐ Yes

$104.41

---

**3.252 6**

**Nonpriority creditor's name and mailing address**
TRAM TRUONG
7839 OAK GROVE CIRCLE
LAKE WORTH, FL 33467

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 461842

Is the claim subject to offset? ■ No ☐ Yes

$23.78

---

**3.252 7**

**Nonpriority creditor's name and mailing address**
TRAVIS JACKSON
916 QUAIL HILLS DRIVE
HOPKINS, SC 29061

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 449669

Is the claim subject to offset? ■ No ☐ Yes

$19.70

---

**3.252 8**

**Nonpriority creditor's name and mailing address**
TRICIA LOGEMAN
11820 MOUNTBATTEN WAY
RALEIGH, NC 27617

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 444878

Is the claim subject to offset? ■ No ☐ Yes

$112.35

---

**3.252 9**

**Nonpriority creditor's name and mailing address**
TRINA GORDON
1801 ELAND DOWNE
PHOENIXVILLE, PA 19460

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 461672

Is the claim subject to offset? ■ No ☐ Yes

$22.00

---

| Debtor | Business Index Group, Inc., a California corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.253 0**

**Nonpriority creditor's name and mailing address**
TRINA ROBINON
821 ROSEMONT AVE
CINCINNATI, OH 45205

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 466063

Is the claim subject to offset? ■ No ☐ Yes

$35.68

---

**3.253 1**

**Nonpriority creditor's name and mailing address**
TRISH NAJJAR
3023 HOPELAND DR
POWDER SPRINGS, GA 30127

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 229714

Is the claim subject to offset? ■ No ☐ Yes

$26.54

---

**3.253 2**

**Nonpriority creditor's name and mailing address**
TRISTYN BROWN
1162 EGGLESTON ST SW
ATLANTA, GA 30310

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 361428

Is the claim subject to offset? ■ No ☐ Yes

$32.25

---

**3.253 3**

**Nonpriority creditor's name and mailing address**
TROY ENGAR
22 BRAMFORD
LADERA RANCH, CA 92694

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 464376

Is the claim subject to offset? ■ No ☐ Yes

$168.29

---

**3.253 4**

**Nonpriority creditor's name and mailing address**
TUWANA BAGLEY
4607 A GRINDING STONE DR
RALEIGH, NC 27604

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 438923

Is the claim subject to offset? ■ No ☐ Yes

$41.00

---

**3.253 5**

**Nonpriority creditor's name and mailing address**
TY PARKS
4516 MONTEGO BAY CV.
JONESBORO, AR 72401

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 417501

Is the claim subject to offset? ■ No ☐ Yes

$27.00

---

**3.253 6**

**Nonpriority creditor's name and mailing address**
TYANNE COUILLARD
3077 MOUNTAIN RIDGE DR
SIERRA VISTA, AZ 85650

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 458466

Is the claim subject to offset? ■ No ☐ Yes

$59.79

---

| Debtor | Business Index Group, Inc., a California corporation | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

**3.253 7**

**Nonpriority creditor's name and mailing address**
TYEESHA WILLIS
PO BOX 110012
PALM BAY, FL 32911

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 191394

Is the claim subject to offset? ■ No ☐ Yes

$26.21

---

**3.253 8**

**Nonpriority creditor's name and mailing address**
TYLER PATRICK
404 FLORA AVE EXT SE
ROME, GA 30161

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 456990

Is the claim subject to offset? ■ No ☐ Yes

$67.29

---

**3.253 9**

**Nonpriority creditor's name and mailing address**
TYSON MOOSMAN
1095 N VALLEY HILLS BLVD
HEBER CITY, UT 84032

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 387586

Is the claim subject to offset? ■ No ☐ Yes

$49.97

---

**3.254 0**

**Nonpriority creditor's name and mailing address**
UGBANA DENNAR
12319 ASHFORD MEADOWS DR
SUGAR LAND, TX 77478

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 432492

Is the claim subject to offset? ■ No ☐ Yes

$35.00

---

**3.254 1**

**Nonpriority creditor's name and mailing address**
UNIQUE WEBSTER
6524 BROOKSTONE LANE, APT 106
FAYETTEVILLE, NC 28314

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 466661

Is the claim subject to offset? ■ No ☐ Yes

$44.58

---

**3.254 2**

**Nonpriority creditor's name and mailing address**
United Heathcare
2300 Clayton Road
Concord, CA 94520

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$280.00

---

**3.254 3**

**Nonpriority creditor's name and mailing address**
URSULA TRAYLOR
5320 S LANCASTER ROAD
DALLAS, TX 75241

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 467406

Is the claim subject to offset? ■ No ☐ Yes

$47.62

---

| Debtor | Business Index Group, Inc., a California corporation | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

**3.254 4**

**Nonpriority creditor's name and mailing address**
VALERIE CORDWELL
94 GREEN ST #2
AUGUSTA, ME 04330

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 432882

Is the claim subject to offset? ■ No ☐ Yes

$72.54

---

**3.254 5**

**Nonpriority creditor's name and mailing address**
VALERIE FAUST
3050 4TH ST
MARION, IA 52302

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 442915

Is the claim subject to offset? ■ No ☐ Yes

$95.84

---

**3.254 6**

**Nonpriority creditor's name and mailing address**
VALERIE JEFFERSON
1545 AINTREE DR
FLORISSANT, MO 63033

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 388567

Is the claim subject to offset? ■ No ☐ Yes

$92.59

---

**3.254 7**

**Nonpriority creditor's name and mailing address**
VALERIE MAGORRIAN
516 VILLA DEL SOL CIRCLE 101
ORLANDO, FL 32824

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 446808

Is the claim subject to offset? ■ No ☐ Yes

$35.19

---

**3.254 8**

**Nonpriority creditor's name and mailing address**
VALERIE PAINTER
106 WINTERBERRY COURT
SPARTANBURG, SC 29301

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 334928

Is the claim subject to offset? ■ No ☐ Yes

$191.75

---

**3.254 9**

**Nonpriority creditor's name and mailing address**
VALERIE STARK
P.O.BOX 391644
MOUNTAIN VIEW, CA 94039

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 72270

Is the claim subject to offset? ■ No ☐ Yes

$20.00

---

**3.255 0**

**Nonpriority creditor's name and mailing address**
VALERIE THOMPSON
282 BEASON RD.
CLARINGTON, PA 15828

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 415550

Is the claim subject to offset? ■ No ☐ Yes

$83.42

---

| Debtor | Business Index Group, Inc., a California corporation | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

**3.255**
**1**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |
| Van Dermynden Maddux | ☐ Contingent |
| 2520 Venture Oaks Way, Suite 140 | ☐ Unliquidated |
| Sacramento, CA 95833 | ☐ Disputed |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes |

$500.00

**3.255**
**2**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |
| VANCE VESCOGNI | ☐ Contingent |
| 2030 SE 88TH AVE | ☐ Unliquidated |
| PORTLAND, OR 97216 | ☐ Disputed |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _465291_ |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes |

$53.98

**3.255**
**3**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |
| VANESSA SPARACIO | ☐ Contingent |
| 125 DAFFODIL AVENUE | ☐ Unliquidated |
| FRANKLIN SQUARE, NY 11010 | ☐ Disputed |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _460034_ |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes |

$115.98

**3.255**
**4**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |
| VANNI TAING | ☐ Contingent |
| 2261 RUSSELL RD. | ☐ Unliquidated |
| BENTON HARBOR, MI 49022 | ☐ Disputed |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _435103_ |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes |

$52.16

**3.255**
**5**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |
| VARUN PANDE | ☐ Contingent |
| 7890 CHAMPION WAY APT C. | ☐ Unliquidated |
| CHARLESTON, SC 29418 | ☐ Disputed |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _326592_ |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes |

$19.92

**3.255**
**6**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |
| VERANINA GAJEWSKY | ☐ Contingent |
| 16418 ARBOR DOWNS | ☐ Unliquidated |
| DALLAS, TX 75248 | ☐ Disputed |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _167243_ |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes |

$297.01

**3.255**
**7**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |
| Verizon | ☐ Contingent |
| PO Box 4005 | ☐ Unliquidated |
| Acworth, GA 30101 | ☐ Disputed |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ |
| **Last 4 digits of account number** _0001_ | Is the claim subject to offset? ■ No ☐ Yes |

$63.00

| Debtor | Business Index Group, Inc., a California corporation | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.2558**

**Nonpriority creditor's name and mailing address**
VERONICA BROOKS
614 LITTLE FARM RD
PRATTVILLE, AL 36066

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 408693

Is the claim subject to offset? ■ No ☐ Yes

$46.28

---

**3.2559**

**Nonpriority creditor's name and mailing address**
VERONICA COVERT
5346 LOS PALOS DRIVE
NEW PORT RICHEY, FL 34655

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 139288

Is the claim subject to offset? ■ No ☐ Yes

$25.69

---

**3.2560**

**Nonpriority creditor's name and mailing address**
VERONICA PERANIO
55 STONE HOUSE RD
HENDERSONVILLE, NC 28739

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 280326

Is the claim subject to offset? ■ No ☐ Yes

$24.61

---

**3.2561**

**Nonpriority creditor's name and mailing address**
VICKI GUNDERSON
12620 COLDBROOK AVE
DOWNEY, CA 90242

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 360479

Is the claim subject to offset? ■ No ☐ Yes

$50.88

---

**3.2562**

**Nonpriority creditor's name and mailing address**
VICKI O'BRIEN
1424 NADINE AVE
MODESTO, CA 95351

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 468841

Is the claim subject to offset? ■ No ☐ Yes

$25.98

---

**3.2563**

**Nonpriority creditor's name and mailing address**
VICKI SPOKES
22492 BRITTANY AVENUE
EASTPOINTE, MI 48021

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 426042

Is the claim subject to offset? ■ No ☐ Yes

$26.40

---

**3.2564**

**Nonpriority creditor's name and mailing address**
VICKI STASENKO
5021 HARTLIN DR
BETHEL PARK, PA 15102

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 126183

Is the claim subject to offset? ■ No ☐ Yes

$690.36

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

Debtor　Business Index Group, Inc., a California corporation
　　　　　Name

Case number (if known) _____

---

| 3.256 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $23.45 |

VICKY HANKINS
879 WILLIAM BLVD. - 25H
RIDGELAND, MS 39157

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _438961_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.256 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $23.79 |

VICTOR ARRIETA
7623 COROZAL
EL PASO, TX 79915

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _353128_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.256 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $155.24 |

VICTOR HERNANDEZ
1724 RIVERWAY LN
LANCASTER, TX 75146

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _425333_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.256 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $26.44 |

VICTORIA GARDNER
1517 WOODGATE WAY
TALLAHASSEE, FL 32308

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _446747_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.256 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $42.42 |

VICTORIA HERNANDEZ
1900 SW NEW ORLEANS AVE
LEES SUMMIT, MO 64081

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _356796_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.257 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $16.97 |

VICTORIA JOHNSTON
1315 NASA PKWY #121
HOUSTON, TX 77058

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _468755_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.257 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $18.50 |

VICTORIA OBERDICK
2 WATERVIEW ROAD, APARTMENT L5
WEST CHESTER, PA 19380

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _462064_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Business Index Group, Inc., a California corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.257 2**

| | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $91.74 |
| VICTORIA SCALLY | ☐ Contingent | |
| 4205 BATTLE FIELD DRIVE | ☐ Unliquidated | |
| GARNER, NC 27529 | ☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** 398718 | |
| **Last 4 digits of account number** _ | | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.257 3**

| | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $28.97 |
| VIKI PITMAN | ☐ Contingent | |
| 301 RUGGED DR | ☐ Unliquidated | |
| RED OAK, TX 75154 | ☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** 208708 | |
| **Last 4 digits of account number** _ | | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.257 4**

| | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
| Vina Castellano Winery | ☐ Contingent | |
| 4590 Bell Road | ☐ Unliquidated | |
| Auburn, CA 95602 | ☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.257 5**

| | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $61.50 |
| VINCENT KONDO | ☐ Contingent | |
| 28388 SANTA ROSA LANE | ☐ Unliquidated | |
| SANTA CLARITA, CA 91350 | ☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** 101022 | |
| **Last 4 digits of account number** _ | | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.257 6**

| | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $33.98 |
| VIOLET JOHNSON | ☐ Contingent | |
| 39350 ESTERBROOK ACRES DR | ☐ Unliquidated | |
| PONCHATOULA, LA 70454 | ☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** 422855 | |
| **Last 4 digits of account number** _ | | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.257 7**

| | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $30.47 |
| VIRGINIA DUSSAULT | ☐ Contingent | |
| 4892 FAIRWAY COURT | ☐ Unliquidated | |
| COLUMBUS, OH 43214 | ☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** 458731 | |
| **Last 4 digits of account number** _ | | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.257 8**

| | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $44.00 |
| VIVIAN CALABRETTA | ☐ Contingent | |
| 3006 RIAT RUN RD | ☐ Unliquidated | |
| GROVE CITY, OH 43123 | ☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** 174824 | |
| **Last 4 digits of account number** _ | | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | Business Index Group, Inc., a California corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.257 9**

**Nonpriority creditor's name and mailing address**
VIVIAN MUSIL
8226 KINGSBRIDGE MEADOW DRIVE
HOUSTON, TX 77083

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**　454697

Is the claim subject to offset? ☐ No ☐ Yes

$325.89

---

**3.258 0**

**Nonpriority creditor's name and mailing address**
VIVIENNE SUNG
4088 W 141ST ST
HAWTHORNE, CA 90250

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**　148244

Is the claim subject to offset? ■ No ☐ Yes

$65.00

---

**3.258 1**

**Nonpriority creditor's name and mailing address**
Vonage
23 Main Street
Holmdel, NJ 07733

**Date(s) debt was incurred** _

**Last 4 digits of account number**　8551

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$197.00

---

**3.258 2**

**Nonpriority creditor's name and mailing address**
W. PATRICK OW
31 LEONARD CT.
ALAMEDA, CA 94502

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**　327546

Is the claim subject to offset? ■ No ☐ Yes

$96.89

---

**3.258 3**

**Nonpriority creditor's name and mailing address**
WALLACE DUNN
1602 E. EVERGLADE AVENUE
ODESSA, TX 79762

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**　120899

Is the claim subject to offset? ■ No ☐ Yes

$174.20

---

**3.258 4**

**Nonpriority creditor's name and mailing address**
WALTER BURCHFIELD
1416 S. 7TH STREET
TERRE HAUTE, IN 47802

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**　454800

Is the claim subject to offset? ■ No ☐ Yes

$97.75

---

**3.258 5**

**Nonpriority creditor's name and mailing address**
WALTER ROSINSKI
550 W RIDGE RD #1
ROCHESTER, NY 14615

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**　456317

Is the claim subject to offset? ■ No ☐ Yes

$24.62

---

| Debtor | Business Index Group, Inc., a California corporation | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

**3.258 6**

**Nonpriority creditor's name and mailing address**
WAVE Broadband, LLC
401 Kirkland Parkplace, Suite 500
Kirkland, WA 98033

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$622.00

---

**3.258 7**

**Nonpriority creditor's name and mailing address**
WD SEARCY
2448 FIG ST
SIMI VALLEY, CA 93099

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 445803

Is the claim subject to offset? ■ No ☐ Yes

$22.92

---

**3.258 8**

**Nonpriority creditor's name and mailing address**
Weibel Vineyards
1 Winemaster Way
Lodi, CA 95240

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$905.00

---

**3.258 9**

**Nonpriority creditor's name and mailing address**
Wells Fargo
PO Box 29482
Phoenix, AZ 85038

**Date(s) debt was incurred** _

**Last 4 digits of account number** 9334

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$5,131.39

---

**3.259 0**

**Nonpriority creditor's name and mailing address**
Wells Fargo
PO Box 29482
Phoenix, AZ 85038

**Date(s) debt was incurred** _

**Last 4 digits of account number** 9523

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$1,159.14

---

**3.259 1**

**Nonpriority creditor's name and mailing address**
Wells Fargo
PO Box 29482
Phoenix, AZ 85038

**Date(s) debt was incurred** _

**Last 4 digits of account number** 2072

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$4,155.00

---

**3.259 2**

**Nonpriority creditor's name and mailing address**
Wells Fargo
PO Box 29482
Phoenix, AZ 85038

**Date(s) debt was incurred** _

**Last 4 digits of account number** 9832

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$95.00

---

| Debtor | Business Index Group, Inc., a California corporation | Case number (if known) |
|---|---|---|
| | Name | |

**3.259 3**

**Nonpriority creditor's name and mailing address**
Wells Fargo
PO Box 29482
Phoenix, AZ 85038

**Date(s) debt was incurred** _
**Last 4 digits of account number** 9330

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$6,333.90

**3.259 4**

**Nonpriority creditor's name and mailing address**
Wells Fargo
PO Box 29482
Phoenix, AZ 85038

**Date(s) debt was incurred** _
**Last 4 digits of account number** 2317

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$4,768.00

**3.259 5**

**Nonpriority creditor's name and mailing address**
Wells Fargo
PO Box 6995
Portland, OR 97228

**Date(s) debt was incurred** _
**Last 4 digits of account number** 6650

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$131.00

**3.259 6**

**Nonpriority creditor's name and mailing address**
WENDI CUSTER
5734 TIPPERARY DRIVE
DENVER, NC 28037

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 425255

Is the claim subject to offset? ■ No ☐ Yes

$39.87

**3.259 7**

**Nonpriority creditor's name and mailing address**
WENDY DESJARLAIS
150 LAKEVIEW LANE
GRAY, TN 37615

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 468562

Is the claim subject to offset? ■ No ☐ Yes

$62.69

**3.259 8**

**Nonpriority creditor's name and mailing address**
WENDY GUNNING
1200 S CEDERBLOOM RD.
COEUR D ALENE, ID 83814

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 431269

Is the claim subject to offset? ■ No ☐ Yes

$74.64

**3.259 9**

**Nonpriority creditor's name and mailing address**
WENDY LUNKO
4823 LEWISBERRY ROAD
DOVER, PA 17315

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 199424

Is the claim subject to offset? ■ No ☐ Yes

$59.06

| Debtor | Business Index Group, Inc., a California corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.260 0**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100.92 |
|---|---|---|
| WENDY WINTERS | ☐ Contingent | |
| 2145 VUELTA GRANDE AVE | ☐ Unliquidated | |
| LONG BEACH, CA 90815 | ☐ Disputed | |
| **Date(s) debt was incurred** _ | | |
| **Last 4 digits of account number** _ | **Basis for the claim:** 466676 | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

**3.260 1**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $74.49 |
|---|---|---|
| WESLI HARVEY | ☐ Contingent | |
| 5454 AMESBURY DR., APT 207 | ☐ Unliquidated | |
| DALLAS, TX 75206 | ☐ Disputed | |
| **Date(s) debt was incurred** _ | | |
| **Last 4 digits of account number** _ | **Basis for the claim:** 461783 | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

**3.260 2**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $47.16 |
|---|---|---|
| WESS GARCIA | ☐ Contingent | |
| 345 CHAMPION BLVD #1024 | ☐ Unliquidated | |
| SAN MARCOS, TX 78666 | ☐ Disputed | |
| **Date(s) debt was incurred** _ | | |
| **Last 4 digits of account number** _ | **Basis for the claim:** 449436 | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

**3.260 3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $218.15 |
|---|---|---|
| WHITNEY HUNTER | ☐ Contingent | |
| 4843 VICTORIA CHASE CT | ☐ Unliquidated | |
| JACKSONVILLE, FL 32257 | ☐ Disputed | |
| **Date(s) debt was incurred** _ | | |
| **Last 4 digits of account number** _ | **Basis for the claim:** 466307 | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

**3.260 4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $202.25 |
|---|---|---|
| WILL LABBE | ☐ Contingent | |
| 17515 HAMILWOOD DR. | ☐ Unliquidated | |
| HOUSTON, TX 77095 | ☐ Disputed | |
| **Date(s) debt was incurred** _ | | |
| **Last 4 digits of account number** _ | **Basis for the claim:** 240570 | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

**3.260 5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $171.48 |
|---|---|---|
| WILL LAY | ☐ Contingent | |
| 2235 32ND AVE | ☐ Unliquidated | |
| SAN FRANCISCO, CA 94116 | ☐ Disputed | |
| **Date(s) debt was incurred** _ | | |
| **Last 4 digits of account number** _ | **Basis for the claim:** 393211 | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

**3.260 6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $60.00 |
|---|---|---|
| WILLIAM BURNS | ☐ Contingent | |
| 1235 ALLISON ST. | ☐ Unliquidated | |
| LAKEWOOD, CO 80214 | ☐ Disputed | |
| **Date(s) debt was incurred** _ | | |
| **Last 4 digits of account number** _ | **Basis for the claim:** 404569 | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor　Business Index Group, Inc., a California corporation
　　　　　‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
　　　　　Name

Case number (if known)　‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾

---

| 3.260 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $7.00 |

**Nonpriority creditor's name and mailing address**
WILLIAM BUZBY
401 MORRIS ROAD
LANSDALE, PA 19446

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 182802

Is the claim subject to offset? ■ No ☐ Yes

$7.00

---

**Nonpriority creditor's name and mailing address**
3.260 8
WILLIAM CALLAHAN
18 WARREN DRIVE
PORT WENTWORTH, GA 31407

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 464421

Is the claim subject to offset? ■ No ☐ Yes

$53.73

---

**Nonpriority creditor's name and mailing address**
3.260 9
WILLIAM CAMERON
1521 N. 37TH ST., APT. 289
ORANGE, TX 77630

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 121747

Is the claim subject to offset? ■ No ☐ Yes

$40.17

---

**Nonpriority creditor's name and mailing address**
3.261 0
WILLIAM CHASE
912 MOORE AVE
LAFAYETTE, GA 30728

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 211982

Is the claim subject to offset? ■ No ☐ Yes

$54.49

---

**Nonpriority creditor's name and mailing address**
3.261 1
WILLIAM HECKERT
2081 FAIRWAYS DR
CHERRYVILLE, NC 28021

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 390910

Is the claim subject to offset? ■ No ☐ Yes

$42.06

---

**Nonpriority creditor's name and mailing address**
3.261 2
WILLIAM MALAVE
40 WEST ROAD
LONGMEADOW, MA 01106

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 437126

Is the claim subject to offset? ■ No ☐ Yes

$42.11

---

**Nonpriority creditor's name and mailing address**
3.261 3
WILLIAM OAKLEY
10225 CONNELL DRIVE D
OVERLAND PARK, KS 66212

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 406212

Is the claim subject to offset? ■ No ☐ Yes

$108.53

---

| Debtor | Business Index Group, Inc., a California corporation | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.261 4**

**Nonpriority creditor's name and mailing address**
WILLIAM SIMONDS
159 HEATHERLAND DR
BETHALTO, IL 62010

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 447372

Is the claim subject to offset? ■ No ☐ Yes

$91.81

---

**3.261 5**

**Nonpriority creditor's name and mailing address**
WILLIAM WULF
5071 W FORTROSE DR
HERRIMAN, UT 84096

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 468859

Is the claim subject to offset? ■ No ☐ Yes

$29.26

---

**3.261 6**

**Nonpriority creditor's name and mailing address**
WILLIE PRINCE
324 12TH ST SW
ALABASTER, AL 35007

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 277877

Is the claim subject to offset? ■ No ☐ Yes

$143.31

---

**3.261 7**

**Nonpriority creditor's name and mailing address**
WILMA RIGSBY
1422 COLEBROOK CT
CASTLE ROCK, CO 80109

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 353682

Is the claim subject to offset? ■ No ☐ Yes

$54.29

---

**3.261 8**

**Nonpriority creditor's name and mailing address**
WOO SHIN LEE
NO.511, 109, YEONGDEUNGPO-RO,
YEONGDEUNG
SEOUL
SOUTH KOREA

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 460721

Is the claim subject to offset? ■ No ☐ Yes

$103.00

---

**3.261 9**

**Nonpriority creditor's name and mailing address**
WYATTE STRAZZO
691 N 400 E
LOGAN, UT 84321

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 457048

Is the claim subject to offset? ■ No ☐ Yes

$55.00

---

**3.262 0**

**Nonpriority creditor's name and mailing address**
XAVIERA EVANS
704 ST. BERNARDS SQUARE
VIRGINIA BEACH, VA 23454

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 465486

Is the claim subject to offset? ■ No ☐ Yes

$200.44

---

Debtor    Business Index Group, Inc., a California corporation
          _____        Case number (if known)  _____
          Name

| 3.262 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $495.40 |
|---|---|---|---|

3.262
1

**Nonpriority creditor's name and mailing address**
YANITZIA CRUZ-SANTIAGO
665 W. EMERALD KEY DR
GREEN VALLEY, AZ 85614

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  94982

Is the claim subject to offset? ■ No  ☐ Yes

$495.40

---

3.262
2

**Nonpriority creditor's name and mailing address**
YASIN CHINOY
4331 FOSTER GARDENS LANE
KATY, TX 77449

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  456049

Is the claim subject to offset? ■ No  ☐ Yes

$156.04

---

3.262
3

**Nonpriority creditor's name and mailing address**
YEEUN JANG
BANPOHILLSTATE APT 102-1001,
BANPO2DONG
SEOUL, 137800
SOUTH KOREA

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  420354

Is the claim subject to offset? ■ No  ☐ Yes

$68.00

---

3.262
4

**Nonpriority creditor's name and mailing address**
YENA LEE
POHANG BUK-QU
POHANG SI, BUK-QU
SOUTH KOREA

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  464915

Is the claim subject to offset? ■ No  ☐ Yes

$27.00

---

3.262
5

**Nonpriority creditor's name and mailing address**
YEONG KIM
CALLE DE LA CEBADA3,4IZ
MADRID, SPAIN, 28005
SPAIN

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  467839

Is the claim subject to offset? ■ No  ☐ Yes

$38.00

---

3.262
6

**Nonpriority creditor's name and mailing address**
YEONGROK DO
ZHENJING WANDA
ZHENJIANG, ZHEJIANG, 10000
CHINA

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  455080

Is the claim subject to offset? ■ No  ☐ Yes

$69.00

---

3.262
7

**Nonpriority creditor's name and mailing address**
YEONJU BAE
56 THE RIDGEWAY NORTH HARROW
BIRMINGHAM, ENGLAND, HA2 7QN
ENGLAND

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  466319

Is the claim subject to offset? ■ No  ☐ Yes

$143.71

---

| Debtor | Business Index Group, Inc., a California corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.262
8**

**Nonpriority creditor's name and mailing address**

YEONKYUNG LEE
67 ABBEYWOOD LANE
ALISO VIEJO, CA 92656

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 420428

Is the claim subject to offset? ■ No  ☐ Yes

$33.22

---

**3.262
9**

**Nonpriority creditor's name and mailing address**

YEORIM JEON
QUNXINGYUAN 42ZHUANG 502HAO
SUZHOU, YUANQU  DONGXINGLU
CHINA

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 463790

Is the claim subject to offset? ■ No  ☐ Yes

$93.00

---

**3.263
0**

**Nonpriority creditor's name and mailing address**

YEVGENIYA MONISOVA
1914 LAFAYETTE ST
PITTSBURGH, PA 15218

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 456052

Is the claim subject to offset? ■ No  ☐ Yes

$69.76

---

**3.263
1**

**Nonpriority creditor's name and mailing address**

YI LE SUNG
225 SAINT PAULS AVE, APT 2E
JERSEY CITY, NJ 07306

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 356378

Is the claim subject to offset? ■ No  ☐ Yes

$152.24

---

**3.263
2**

**Nonpriority creditor's name and mailing address**

YOLANDA ELKINS
309 NORTH ORANGE AVENUE
DOTHAN, AL 36303

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 424217

Is the claim subject to offset? ■ No  ☐ Yes

$17.00

---

**3.263
3**

**Nonpriority creditor's name and mailing address**

YOLANDA RODRIGUEZ
5837 MACARTHUR BLVD
NEW ORLEANS, LA 70131

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 460119

Is the claim subject to offset? ■ No  ☐ Yes

$34.55

---

**3.263
4**

**Nonpriority creditor's name and mailing address**

YONG OK JEON
2416-1102 WEERYE24 901
SONGPA-GU, SEOUL, 138210
SOUTH KOREA

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 451477

Is the claim subject to offset? ■ No  ☐ Yes

$95.00

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

| Debtor | Business Index Group, Inc., a California corporation | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.263 5 | **Nonpriority creditor's name and mailing address**<br>YONG YUN<br>1021 N NEW HAMPSHIRE BLVD<br>LOS ANGELES, CA 90029 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $22.38 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** 458818 | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.263 6 | **Nonpriority creditor's name and mailing address**<br>YONGA LEE<br>3-506 YUXIUYUAN YINCHEONDONAYUAN<br>NANJINGSHI, NANAJING, 10000<br>CHINA | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $94.00 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** 457557 | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.263 7 | **Nonpriority creditor's name and mailing address**<br>YOON EO JIN<br>KYONG GUI DO GUNPO SI KAWANGJUNG DONG<br>GUNPOSI, GUNPOSI<br>SOUTH KOREA | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $75.00 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** 426704 | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.263 8 | **Nonpriority creditor's name and mailing address**<br>YOONJIN SUK<br>COOL HOUSE 806 ,HUAYKWANG, RATCHADA SOI<br>BANGKOK, THAILAND, 10310<br>THAILAND | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $100.00 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** 468729 | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.263 9 | **Nonpriority creditor's name and mailing address**<br>YOONKYUNG CHO<br>GUANGHUA SCHOOL OF MANAGEMENT, PEKING UN<br>BEIJING, HAIDIAN QU, 10000<br>CHINA | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $203.00 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** 455754 | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.264 0 | **Nonpriority creditor's name and mailing address**<br>YOUNG SOOK HONG<br>PYUNGCHON<br>GYUNG GI-DO<br>SOUTH KOREA | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $61.00 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** 465721 | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | Business Index Group, Inc., a California corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.264<br>1 | **Nonpriority creditor's name and mailing address**<br>YOUNGCHANG RYU<br>SHANGHAI PUDONGXINQU<br>SHANGHAI, ZHEJIANG, 10000<br>CHINA | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $968.00 |
|---|---|---|---|
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** 454280<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.264<br>2 | **Nonpriority creditor's name and mailing address**<br>YOUNGEUN KIM<br>503HO-416DONG DUNCHON APT.<br>KANGDONG-GU<br>SEOUL, SEOUL, 134774<br>SOUTH KOREA | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $78.00 |
|---|---|---|---|
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** 370475<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.264<br>3 | **Nonpriority creditor's name and mailing address**<br>YOUNGSUN KIM<br>SAMSUNG APT 1-1107 GWANG JANG DONG<br>561<br>GWANG JIN GU, SEOUL<br>SOUTH KOREA | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $82.00 |
|---|---|---|---|
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** 465278<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.264<br>4 | **Nonpriority creditor's name and mailing address**<br>YOUNJONG AHN<br>JANGANGU JOWONDONG SWITZEN<br>104-1202<br>SUWON SI, KYUNGGI-DO<br>SOUTH KOREA | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $35.00 |
|---|---|---|---|
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** 463971<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.264<br>5 | **Nonpriority creditor's name and mailing address**<br>YOUSUF DANAWALA<br>2810 WINDING OAK TRAIL<br>GARLAND, TX 75044 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $115.75 |
|---|---|---|---|
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** 427855<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.264<br>6 | **Nonpriority creditor's name and mailing address**<br>YU MI OH<br>83 FLORA DRIVE #04-46<br>SINGAPORE, 506887<br>SOUTH KOREA | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $100.00 |
|---|---|---|---|
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** 468602<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

Debtor     Business Index Group, Inc., a California corporation          Case number *(if known)* _____
           Name

| 3.264 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $20.00 |
|---|---|---|---|

YUKIKO SUZUKI
445 KAIOLU STREET
HONOLULU, HI 96815

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _463101_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.264 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $60.00 |

YUMI KIM
SHANGHAI MINGHANGQU
SHANGHAI, ZHEJIANG, 10000
CHINA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _450741_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.264 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $35.00 |

YUNGHSIN JUNCHIN
DOHWA-DONG MAPO-GU
SEOUL, 121040
SOUTH KOREA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _445917_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.265 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $60.04 |

YVONNE BALDONADO
1658 DWIGHT AVENUE
CAMARILLO, CA 93010

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _455138_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.265 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $20.96 |

YVONNE DANTE
1920 SHASTA  ST
SHASTA LAKE, CA 96019

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _360328_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.265 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $28.00 |

YVONNE NG
212 ZODIAC COURT
WALKERSVILLE, MD 21793

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _431457_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.265 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $24.61 |

ZACH BLANK
305 CHADWICK SQUARE COURT APT. C
HENDERSONVILLE, NC 28739

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _467037_

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Business Index Group, Inc., a California corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.265 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $103.89 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
ZACHARY TSCHIRHART
2214 SOUTH LAKELINE BLVD. UNIT 606
CEDAR PARK, TX 78613

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 465912

Is the claim subject to offset? ■ No ☐ Yes

$103.89

---

| 3.265 5 |
|---|

**Nonpriority creditor's name and mailing address**
ZACHARY UNDERWOOD
665 SWEET BAY DRIVE
MANDEVILLE, LA 70448

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 357742

Is the claim subject to offset? ■ No ☐ Yes

$45.71

---

| 3.265 6 |
|---|

**Nonpriority creditor's name and mailing address**
ZERLINDA JESSEE
142 CAPITAL ST
OLD HICKORY, TN 37138

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 463055

Is the claim subject to offset? ■ No ☐ Yes

$85.97

---

| 3.265 7 |
|---|

**Nonpriority creditor's name and mailing address**
ZHIFEI LIU
TIANJIN TANGGU
TIANJIN, HEBEI, 10000
CHINA

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 452563

Is the claim subject to offset? ■ No ☐ Yes

$342.00

---

| 3.265 8 |
|---|

**Nonpriority creditor's name and mailing address**
ZOBIDA HALPIN
152 DUBLIN DRIVE
LAKE MARY, FL 32746

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 464197

Is the claim subject to offset? ■ No ☐ Yes

$86.16

---

| 3.265 9 |
|---|

**Nonpriority creditor's name and mailing address**
ZUBIN DOTIWALLA
1485 GULLEDEN DR
MISSISSAUGA, ON, L4X 2T2
CANADA

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 466699

Is the claim subject to offset? ■ No ☐ Yes

$35.00

---

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| Debtor | Business Index Group, Inc., a California corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | AG Adjustments<br>740 Walt Whitman Road<br>Melville, NY 11747 | Line 3.2348<br>☐ Not listed. Explain ____ | _ |
| 4.2 | Ari Matthew Hersher<br>Seyfarth Shaw, LLP<br>560 Mission Street, Suite 3100<br>San Francisco, CA 94105 | Line 3.397<br>☐ Not listed. Explain ____ | _ |
| 4.3 | CA Dept. of Industrial Relations<br>Labor Commissioner's Office<br>2031 Howe Avenue, Suite 100<br>Sacramento, CA 95825 | Line 2.1<br>☐ Not listed. Explain ____ | _ |
| 4.4 | Credit Protection Association<br>PO Box 9035<br>Addison, TX 75001 | Line 3.2586<br>☐ Not listed. Explain ____ | _ |
| 4.5 | Demint Law, PLLC<br>3753 Howard Hughes Parkway<br>2nd Floor, Suite 314<br>Las Vegas, NV 89169 | Line 3.882<br>☐ Not listed. Explain ____ | _ |
| 4.6 | Diversified Consultants, Inc.<br>PO Box 551268<br>Jacksonville, FL 32255 | Line 3.2581<br>☐ Not listed. Explain ____ | _ |
| 4.7 | Internal Revenue Service<br>4330 Watt Avenue<br>Sacramento, CA 95821 | Line 2.11<br>☐ Not listed. Explain ____ | _ |
| 4.8 | Kevin Webb, Esq.<br>1401 Providence Park, Suite 250<br>Birmingham, AL 35242 | Line 3.1443<br>☐ Not listed. Explain ____ | _ |
| 4.9 | McCarthy, Burgess & Wolff<br>2600 Cannon Road<br>Cleveland, OH 44146 | Line 3.1968<br>☐ Not listed. Explain ____ | _ |
| 4.10 | McCarthy, Burgess & Wolff<br>26000 Cannon Road<br>Cleveland, OH 44146 | Line 3.1969<br>☐ Not listed. Explain ____ | _ |
| 4.11 | Nick C. Geannacopulos<br>Seyfarth Shaw, LLP<br>560 Mission Street, Suite 3100<br>San Francisco, CA 94105 | Line 3.397<br>☐ Not listed. Explain ____ | _ |
| 4.12 | Northern California Collection Services<br>700 Leisure Lane<br>Sacramento, CA 95815 | Line 3.504<br>☐ Not listed. Explain ____ | _ |
| 4.13 | Oregon Bureau of Labor & Industries<br>1400 Executive Parkway, Suite 200<br>Eugene, OR 97401 | Line 2.14<br>☐ Not listed. Explain ____ | _ |

| Debtor | Business Index Group, Inc., a California corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.14 Phillips & Cohan Associates, LTD<br>1002 Justison Street, Mailstop 655<br>Wilmington, DE 19801 | Line 3.202<br><br>☐ Not listed. Explain ____ | _ |
| 4.15 Phillips & Cohan Associates, LTD<br>1004 Justison Street, Mail Stop 828<br>Wilmington, DE 19801 | Line 3.485<br><br>☐ Not listed. Explain ____ | _ |
| 4.16 Placer Creditor's Bureau<br>PO Box R<br>209 Harding Blvd.<br>Roseville, CA 95678 | Line 3.2095<br><br>☐ Not listed. Explain ____ | _ |
| 4.17 Professional Account Management<br>PO Box 2182<br>Milwaukee, WI 53201 | Line 3.823<br><br>☐ Not listed. Explain ____ | _ |
| 4.18 Receivables Management Services Corp<br>PO Box 361446<br>Columbus, OH 43236 | Line 3.2542<br><br>☐ Not listed. Explain ____ | _ |
| 4.19 Tiffany Tran<br>Seyfarth Shaw, LLP<br>400 Capitol Mall, Suite 2350<br>Sacramento, CA 95814 | Line 3.397<br><br>☐ Not listed. Explain ____ | _ |
| 4.20 Trainor Fairbrook<br>980 Fulton Avenue<br>Sacramento, CA 95825 | Line 3.958<br><br>☐ Not listed. Explain ____ | _ |
| 4.21 Transworld Systems<br>PO Box 15618<br>Wilmington, DE 19850 | Line 3.319<br><br>☐ Not listed. Explain ____ | _ |
| 4.22 Vital Recovery Services<br>PO Box 923747<br>Peachtree Corners, GA 30010 | Line 3.320<br><br>☐ Not listed. Explain ____ | _ |

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 12,881.84 |
| 5b. Total claims from Part 2 | 5b. + | $ 515,787.94 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ 528,669.78 |

**Fill in this information to identify the case:**

Debtor name   Business Index Group, Inc., a California corporation

United States Bankruptcy Court for the:   EASTERN DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ■ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1 State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| 2.2 State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| 2.3 State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| 2.4 State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |

| Fill in this information to identify the case: |
|---|

Debtor name    Business Index Group, Inc., a California corporation

United States Bankruptcy Court for the:    EASTERN DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an
     amended filing

Official Form 206H
## Schedule H: Your Codebtors                                                 12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | Estate of Matthew Wozniak | c/o Spencer T. Malysiak Law Corp. 3500 Douglas Blvd., Suite 200 Roseville, CA 95661 | Various Creditors | ☐ D _____ ☐ E/F _____ ☐ G _____ |

**Fill in this information to identify the case:**

Debtor name    Business Index Group, Inc., a California corporation

United States Bankruptcy Court for the:    EASTERN DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/16

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1:    Income

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | From the beginning of the fiscal year to filing date:<br>From 1/01/2018 to Filing Date | ☐ Operating a business<br>■ Other   Business Closed | $0.00 |
   | For prior year:<br>From 1/01/2017 to 12/31/2017 | ■ Operating a business<br>☐ Other | $95,910.00 |
   | For year before that:<br>From 1/01/2016 to 12/31/2016 | ■ Operating a business<br>☐ Other | $1,189,426.00 |

2. **Non-business revenue**

   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☐ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|
   | For prior year:<br>From 1/01/2017 to 12/31/2017 | Sales of Assets; See SOFA, Q13 | $103,830.00 |

### Part 2:    List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**

   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
   |---|---|---|---|

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor    Business Index Group, Inc., a California corporation      Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. CAN Capital<br>2015 Vaughn Road, Suite 500<br>Kennesaw, GA 30144 | Various | Unknown | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. Various<br><br>None | | $0.00 | See attached SOFA, Q4 detail sheet; Note, payments listed many not have benefited an insider but in an abundance of caution all known creditors who received $6,425 or more on antecedent have been disclosed. |

**5. Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

**6. Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**   Legal Actions or Assignments

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. Chanel, Inc. vs. Business Index Group, Inc.<br>2017-cv-01307 | Diversity/Breach of Contract | United States District Court Eastern District of California 501 I Street Sacramento, CA 95814 | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**Debtor: Business Index Group, Inc., a California corporation**
Statement of Financial Affairs
Part 2, Question 4 - Payments on antecedent debt which *MAItalic* *MAY HAVE* benefitted an insider

| Creditor | Total Amount Paid | Reason for Payment |
|---|---|---|
| CAN Capital | $ 41,133.00 | Unsecured Loan; Payments were on auto withdrawal |
| Colliers International | $ 18,000.00 | Commercial Real Property Lease for National Shopping Service |
| Consolidated Communications | $ 15,000.00 | Utility Services for National Shopping Service |
| Golden Pacific Bank | $ 7,408.07 | Unknown |
| Internal Revenue Service | $ 44,037.26 | Payroll Taxes |
| Internal Revenue Service | $ 62,155.08 | Payroll Taxes |
| Internal Revenue Service | $ 12,706.00 | Taxes |
| Kaiser Permanente | $ 8,027.00 | Heathcare Premiums |
| Mitch Hanna | $ 9,000.00 | Commercial Real Property Lease for Sip Auburn |
| Net Nation | $ 8,364.00 | Web Hosting for National Shopping Service |
| PG&E | $ 6,500.00 | Utility Services |
| PG&E | $ 9,500.00 | Utility Services |
| The Hartford | $ 6,500.00 | Insurance Policy |
| The Hartford | $ 6,500.00 | Insurance Policy |
| United Healthcare | $ 6,500.00 | Insurance Policy |
| Wells Fargo | $ 10,300.00 | Credit Card; Payments were on auto withdrawal |

Debtor    Business Index Group, Inc., a California corporation

Case number *(if known)* _____

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.2. Global Intelligence vs. Business Index Group, Inc.<br>Case No. Unknown | Unknown | Unknown | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. State of Arizona Industrial Commission in the matter of Marla J. Ruano vs. Business Index Group, Inc.<br>TJ2017-005381 | Wage Claim Judgment | Maricopa County Superior Court<br>125 W. Washington<br>Phoenix, AZ 85003-2243 | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.4. Robert Pyrce v. National Shopping Service<br>WC-CM-269257 | Wage Claim | California Dept of Industrial Relations<br>2031 Howe Avenue, Suite 100<br>Sacramento, CA 95825 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.5. Business Index Group, Inc. vs. Easylife Group, Ltd.<br>MCV0063476 | Civil | Superior Court of California County of Placer<br>10820 Justice Center Drive<br>Orangevale, CA 95662 | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.6. Marla J. Ruano vs. National Shopping Service<br>WC-1718-0258 | Wage Claim | Industrial Commission of Arizona<br>Labor Department<br>PO Box 19070<br>Phoenix, AZ 85005 | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.7. Mojan Kianchehr vs. National Shopping Service<br>2017-1348160 | Complaint by Mojan Kianchehr | State of New York - Office of the AG<br>Division of Economic Justice<br>Bureau of Internet and Technology<br>120 Broadway<br>New York, NY 10271 | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.8. Karen Hoffman vs. National Shopping Service<br>WC-1617-2278 | Wage Claim | Industrial Commission of Arizona<br>Labor Department<br>PO Box 19070<br>Phoenix, AZ 85005 | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.9. State of Arizona Industrial Commission in the matter of Karen Hoffman vs. National Shopping Service<br>TJ2017-005176 | Wage Claim Judgment | Maricopa County Superior Court<br>125 W. Washington<br>Phoenix, AZ 85003 | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.10. Claudia J. Klawitter vs. National Shopping Service<br>17-1777 | Wage Claim | Oregon Bureau of Labor and Industries<br>1400 Executive Parkway, Suite 200<br>Eugene, OR 97401 | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Debtor | Business Index Group, Inc., a California corporation | Case number *(if known)* | |
|---|---|---|---|

■ None

---

**Part 4:    Certain Gifts and Charitable Contributions**

9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

**Part 5:    Certain Losses**

10. All losses from fire, theft, or other casualty within 1 year before filing this case.

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

---

**Part 6:    Certain Payments or Transfers**

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Dahl Law, Attorneys at Law<br>2304 N Street<br>Sacramento, CA 95816 | Chapter 7 Fixed Fee | 15-Jan-2018 | $7,500.00 |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

---

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

---

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| Debtor | Business Index Group, Inc., a California corporation | Case number *(if known)* | |
|---|---|---|---|

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | | Dan Wozniak stepped into role in February 2017 after passing of brother and former principal Matthew Wozniak; Transfer disclosures date back to when principal stepped in and, as with all other SOFA disclosures, are based on the information available. | | |
| | Various | | See attached SOFA, Q13 detail sheet | $103,830.00 |
| | Relationship to debtor | | | |

---

**Part 7:**    **Previous Locations**

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | 2510 Warren Drive, Suite B Rocklin, CA 95677 | 2004 - August 2017 (Approximately) |

---

**Part 8:**    **Health Care Bankruptcies**

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

---

**Part 9:**    **Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
■ Yes. State the nature of the information collected and retained.

    Personal information of secret shoppers including name, address, and SSN

    Does the debtor have a privacy policy about that information?
    ■ No
    ☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
■ Yes. Does the debtor serve as plan administrator?

    ☐ No Go to Part 10.
    ■ Yes. Fill in below:
    Name of plan                         **Employer identification number of the plan**

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                  Best Case Bankruptcy

**Debtor: Business Index Group, Inc.**
Statement of Financial Affairs, Question 13
Tranfers of property other than in the ordinary course of business

| Approximate Date of Transfer/ Sale/ Donation/ Trash | Operation | Description of Asset(s) | Amount Received | Transferee |
|---|---|---|---|---|
| Mar-17 | NSS | Furniture | $ 3,250.00 | Greg Johnson |
| 26-Apr-17 | Amour Prive | 8,000 Gallons Merlot Wine In Barrels, End Of Aging, Sold With 18 Barrels And 9 Barrel Racks | $ 9,027.00 | Mt. Vernon Winery |
| 26-Apr-17 | Amour Prive | Used Barrels | $ 500.00 | Mt. Vernon Winery |
| May-17 | Amour Prive | 389 Cases Wine, Assorted Varietals | $ 26,964.00 | Grocery Outlet |
| 16-May-17 | NSS | 1 Pencil Sharpener; Labels; Bell; 3 Hole Punch; Clip Board; Step Stool | $ 20.00 | Unknown |
| 16-May-17 | NSS | Large Trash Bin; 6 Small Trash Bins; Laminating Machine; Envelopes; Sheet Protectors; 3 Cleaned Cpus; 1 Surge Protector; 1 Fan; 9 Pictures & Frames | $ 100.00 | Unknown |
| 16-May-17 | SIP | 5 Wine Purses; 26 Wine Napkins; 11 Wine Towels | $ 128.00 | Marc |
| 16-May-17 | SIP | Vizio TV 48"; ipads (2); Honeywell Swamp Cooler | $ 240.00 | Marc |
| 16-May-17 | SIP | Arctic Freezer; Refrigerator; Beverage Server (4); Bistro Tables (3); Champagne Coolers & Stands; Microwave | $ 1,272.00 | Unknown |
| 24-May-17 | SIP | Magnets | $ 2.00 | Denie |
| 24-May-17 | SIP | Lava Lamp; 4 Bar Wine Glasses | $ 12.00 | Sandy |
| 24-May-17 | SIP | 3 Desk Lamps; 2 Mugs | $ 20.00 | Vietnamese man |
| 24-May-17 | SIP | 4 Bowls; 6 Used Glasses | $ 20.00 | Mark |
| 24-May-17 | SIP | 2 Pillows; Lounge Light Cup | $ 23.00 | Gentle lady |
| 24-May-17 | SIP | Glasses; Snacks; Food; Magnet Cork Pocket Knife Napkins | $ 24.00 | Greg & Jan |
| 24-May-17 | SIP | Floral Bistro Table Displays | $ 25.00 | Lynda |
| 24-May-17 | SIP | Mr. Coffee; 4 Pair Sunglasses (Lost And Found) | $ 30.00 | Bakersfield |
| 24-May-17 | SIP | Aluminum Plane; Snacks | $ 38.00 | Mon |
| 24-May-17 | SIP | White Board; Towels; Cups; Cleaning Supplies; | $ 40.00 | Denie |
| 24-May-17 | SIP | Shirt; Napkins; 2 Jars Sweet Onions; | $ 50.00 | Gentle Lady |
| 24-May-17 | SIP | Wood Wine Rack; Metal Wine Holder | $ 100.00 | Greg |
| 24-May-17 | SIP | Stand; Girlequin; Coat Hangar; 5 Mini Fans; 2 Wood Signs | $ 168.00 | Tattoo Lady - Brittney |
| 24-May-17 | SIP | Assorted Cleaning And Food Prep Materials | $ 180.00 | Maria |
| 24-May-17 | SIP | Keurig Machine; 10 Restaurant Glasses ; Bistro Table And 4 Chairs | $ 190.00 | Sandy |
| 24-May-17 | SIP | 2 Caravan Pneumatic Bottle Openers | $ 240.00 | Ryan |
| 25-May-17 | SIP | Burlap Runner; Snacks | $ 20.00 | Unknown |
| 26-May-17 | SIP | 5 Packs Napkins; 1 Snack | $ 11.00 | Unknown |
| 26-May-17 | SIP | 1 T-Shirt; 1 Mug; 4 Serving Plates; 1 Frank Lloyd Wright Book | $ 20.00 | Kirth & Debra |
| 26-May-17 | SIP | 2 White French Signs | $ 30.00 | Unknown |
| 26-May-17 | SIP | 1 Soap Dish Faucet; 1 Towel Rack Faucet; 1 Surf Board Bottle Opener | $ 150.00 | Darrel |
| 26-May-17 | SIP | 1 Pine Dresser | $ 250.00 | Tim |
| 26-May-17 | SIP | 1 Set Of 4 Wine Barrels; 1 Large Metal Sign | $ 400.00 | Eric |
| 26-May-17 | SIP | 1 Glass Top Coffee Table; 1 Table With 4 Chairs; 2 Rough Hewn Bottle Racks | $ 650.00 | Darrel |
| 26-May-17 | SIP | Mixer, Sound Equipment | $ 700.00 | Dan |
| 26-May-17 | SIP | Skeleton, Plastic, Halloween | $ 20.00 | Unknown |
| 26-May-17 | SIP | Sink, Dishwasher, 3 Rubber Kitchen Mats, 3 Glasses Racks And Cart, 2 Small Wine Refrigerator | $ 850.00 | Foodie Tout |
| 27-May-17 | SIP | 1 Wine Bottle Bag | $ 2.00 | Unknown |
| 27-May-17 | SIP | 1 Small White Easel | $ 4.00 | Unknown |
| 27-May-17 | SIP | 2 Prive Wine Glasses | $ 4.00 | Unknown |
| 27-May-17 | SIP | 2 Wall Décor; 2 Snacks | $ 17.00 | Unknown |
| 27-May-17 | SIP | 1 Cutting Board; 3 White Serving Trays; 1 Wood Box | $ 20.00 | Unknown |
| 27-May-17 | SIP | 1 Bottle Opener; 1 Shirt; 4 Magnets | $ 24.00 | Unknown |

| Approximate Date of Transfer/ Sale/ Donation/ Trash | Operation | Description of Asset(s) | Amount Received | Transferee |
|---|---|---|---|---|
| 27-May-17 | SIP | 1 Skeleton; 3 Barrel Bands | $ 24.00 | Unknown |
| 27-May-17 | SIP | 1 Shirt; 4 Battery Candles; 5 Packs Napkins | $ 25.00 | Unknown |
| 27-May-17 | SIP | 1 Glass; 1 Bottle Holder; 2 Stoppers; 1 Flag; 1 Snack | $ 37.00 | Unknown |
| 27-May-17 | SIP | 2 Red Metal Lanterns; 1 Pulley | $ 55.00 | Unknown |
| 27-May-17 | SIP | 1 Iron Soap Dish; 2 Metal Hangars; 1 Iron Faucet Towel Rack; Towels, Napkins & Magnets | $ 88.00 | Florida |
| 27-May-17 | SIP | 1 Decorative Bike; 1 Skeleton | $ 185.00 | Unknown |
| 27-May-17 | SIP | 1 Big Peaceful Face Sculpture | $ 200.00 | Eric |
| 27-May-17 | SIP | 10 Railroad Spikes | $ 10.00 | Unknown |
| 27-May-17 | SIP | 1 Case Wine Glasses | $ 20.00 | Unknown |
| 27-May-17 | SIP | Skeleton, Plastic, Halloween; Metal Wine Barrel Bands | $ 24.00 | Unknown |
| 27-May-17 | SIP | Plant Stand | $ 25.00 | Unknown |
| 27-May-17 | SIP | Misc. Small Stuff | $ 40.00 | Dana |
| 27-May-17 | SIP | Wood/Glass Display Case | $ 40.00 | Unknown |
| 27-May-17 | SIP | 1 Azimoff Painting $50 | $ 50.00 | Unknown |
| 27-May-17 | SIP | Glass Vase; 2 Bistro Chairs | $ 85.00 | Unknown |
| 27-May-17 | SIP | 1 Bistro Table With 4 Chairs | $ 100.00 | Unknown |
| 27-May-17 | SIP | Small Wine Fridge | $ 200.00 | Dana |
| 27-May-17 | SIP | Metal Orb; Brown Wood Sleigh; Candle Holder | $ 245.00 | Unknown |
| 28-May-17 | SIP | 1 Board Game | $ 15.00 | Unknown |
| 28-May-17 | SIP | 2 Glasses; 1 Sign; 1 Mustard; 1 Pot Holder | $ 18.00 | Unknown |
| 28-May-17 | SIP | Wood Blocks; Garden Flag; Watering Can-Pig | $ 31.00 | Unknown |
| 28-May-17 | SIP | Hat Rack | $ 33.00 | Unknown |
| 28-May-17 | SIP | 4 Folding Chairs | $ 60.00 | Unknown |
| 28-May-17 | SIP | 2 Paintings, Azimoff | $ 70.00 | Rita |
| 28-May-17 | SIP | 1 Wood And Metal Potter Barn Table - Huge, Heavy | $ 575.00 | Rita |
| 29-May-17 | SIP | 1 Wine Bottle Rack | $ 7.00 | Unknown |
| 29-May-17 | SIP | 7 Orange Safety Cones | $ 10.00 | Mary |
| 29-May-17 | SIP | 1 Men's Polo | $ 14.00 | Unknown |
| 29-May-17 | SIP | Bulk Assets | $ 15.00 | Unknown |
| 29-May-17 | SIP | 2 Sip Shirts | $ 20.00 | Unknown |
| 29-May-17 | SIP | 1 Wrought Iron Wall Décor | $ 30.00 | Unknown |
| 29-May-17 | SIP | 6 Folding Chairs | $ 60.00 | Unknown |
| 29-May-17 | SIP | 10 Chairs | $ 120.00 | Martin |
| 29-May-17 | SIP | Bulk Inventory | $ 122.00 | Unknown |
| 29-May-17 | SIP | Metal Rack, Black | $ 20.00 | Martin |
| 29-May-17 | SIP | Metal Wine Rack | $ 20.00 | Char |
| 29-May-17 | SIP | Plastic Skeleton | $ 20.00 | James |
| 29-May-17 | SIP | Sip Mugs; Bottle Stop; Amour Prive Glasses | $ 22.00 | Unknown |
| 29-May-17 | SIP | Wrought Iron Decoration | $ 30.00 | Unknown |
| 29-May-17 | SIP | 2 Candles; 5 Sip Mustard; 2 Signs; 1 Picture Holder; Box Of Number Stands; Bag Railroad Spikes | $ 40.00 | Unknown |
| 29-May-17 | SIP | Plant Food; Pulley; Kitchen Towels; Gift Bag; Ziploc Bags | $ 40.00 | Unknown |
| 29-May-17 | SIP | Sip Mug; Prive Wine Glass; Soda; Sip Mustard; Key Chain; Candle; 2 Umbrellas | $ 58.00 | Unknown |
| 29-May-17 | SIP | 5'X5' Cubby; 4'x5' Shelf; Metal Shelf | $ 110.00 | Martin |
| 29-May-17 | SIP | Sofa Table, 3 Drawer | $ 125.00 | Vangie |
| 29-May-17 | SIP | Plane Propeller; Pot Holder | $ 130.00 | Sandy? |
| 30-May-17 | NSS | 1 Small Table; 1 Tall Upright Lamp | $ 70.00 | Unknown |
| 30-May-17 | SIP | 2 Wine Holders | $ 2.00 | Unknown |
| 30-May-17 | SIP | 1 Women's Tee | $ 10.00 | Unknown |
| 30-May-17 | SIP | 2 Men's Shirts | $ 20.00 | Unknown |
| 30-May-17 | SIP | Goji Wipes; 2 Snacks; 2 Towels | $ 21.00 | Unknown |

| Approximate Date of Transfer/ Sale/ Donation/ Trash | Operation | Description of Asset(s) | Amount Received | Transferee |
|---|---|---|---|---|
| 30-May-17 | SIP | 1 Meat Slicer | $ 40.00 | Unknown |
| 30-May-17 | SIP | 1 Wood Stand With Wheels | $ 60.00 | Unknown |
| 30-May-17 | SIP | 2 Wine Glass Necklaces; 1 Pair Earrings | $ 60.00 | Unknown |
| 30-May-17 | SIP | 1 Washer/Dryer; 1 Narrow Wall Shelf; 1 Multi-Shelved Table; 1 Box Keurig; 12 Goji Cloths; 1 Box Ziploc; 4 Hand Towels | $ 786.00 | Norma |
| Jun-17 | NSS | Furniture | $ 400.00 | Various |
| 3-Jun-17 | SIP | Snacks | $ 6.00 | Unknown |
| 3-Jun-17 | SIP | 1 Wood Bowl; 1 Wood Cutting Board | $ 10.00 | Older Couple |
| 3-Jun-17 | SIP | Purse | $ 12.00 | Unknown |
| 3-Jun-17 | SIP | 3 Snacks; 1 T-Shirt; 1 Game; 2 Spouts | $ 21.00 | Janine |
| 3-Jun-17 | SIP | 8x12 Rug; Case Shop Towels; Creamers; 1 Coffee Maker; 2 Boxes Ziploc; 2 Cleaning Fluids | $ 75.00 | Shalomi |
| 3-Jun-17 | SIP | 1 Box Napkins; 2 Paintings; 1 Box Pens; 1 Mini Easel; 1 Bag Pens; Mirror; Stave Star | $ 115.00 | Unknown |
| 4-Jun-17 | NSS | 2 Cabinets | $ 50.00 | Sactown |
| 4-Jun-17 | SIP | 1 Cork Stopper; 1 Chain; 1 Cutting Board | $ 15.00 | man |
| 4-Jun-17 | SIP | 1 Cowboy; 30 Boxes | $ 20.00 | Greg |
| 4-Jun-17 | SIP | Wood Platter | $ 20.00 | Sactown |
| 4-Jun-17 | SIP | Audio Equipment-2 Monitors; 2 Wireless Mics And Trans Receiver; 1 Amp; Cords; | $ 950.00 | Craig |
| 5-Jun-17 | SIP | 2 Champagne Glasses | $ 5.00 | Marla |
| 5-Jun-17 | SIP | 1 Wood Chandelier | $ 300.00 | Alison |
| 5-Jun-17 | SIP | 10 Crate Packs; 225 Black Boxes; 10 Racks Wine Glasses; 3 Dollies; 1 Fountain | $ 659.00 | Mark Bonatata |
| 6-Jun-17 | SIP | 2 Bistro Sets; 2 (16) Cubbies | $ 300.00 | Josh |
| 11-Jun-17 | SIP | Manzanita Burl Table | $ 500.00 | Lisa |
| 11-Jun-17 | SIP | Drink Display Cooler | $ 675.00 | Al Jones |
| 12-Jun-17 | SIP | Big Cost Plus Table; Wine Swag | $ 400.00 | Carrie |
| 17-Jun-17 | SIP | Accessories | $ 12.00 | Skye |
| 17-Jun-17 | SIP | 2 Bar Stools; Wine Rack | $ 80.00 | Skye |
| 18-Jun-17 | SIP | 3 Cases Soda; 36 Assorted Mustards; 2 Shelf Systems; 4 T Shirts; 10 Boxes | $ 164.00 | Cheryl |
| 28-Jun-17 | NSS | 5 Rolling Cabinets; 1 Table | $ 83.00 | Michael |
| 28-Jun-17 | SIP | 1 Large Television; 4 Bar Stools; 2 Bulletin Boards; 1 Corner Desk; Free Mouse And Wrist Pad | $ 335.00 | Sandy |
| 29-Jun-17 | NSS | 2 Very Used CPUs; 6 Hand Towels; 3 Plastic Pen Holders; 2 Reams Paper White 3 Reams Color 15 Legal Size Reams; 4 Tape Dispensers; 5 Power Strips; Shredder; White Cabinet; Very Old Hp Printer; 4 Bar Stools; Mop & Bucket; Wet Floor Sign; 2 6'X9' Racks; Sugar; Soap; Printer Labels; Stereo And Speakers; Binders; Binding Machine | $ 533.00 | Di |
| 30-Jun-17 | NSS | 6 Swivel Chairs $ 300; 4 - 3 Drawer Grey Filing Cabinets $85 | $ 385.00 | Parish Termite |
| 30-Jun-17 | NSS | 3 White Boards; Cork Board; 6 Chairs; 3-Person Call Center Cubicle And 2-Person Cubicle; Rolling File Cabinet; Rolling Wire Cart | $ 957.00 | Nathan |
| Jul-17 | NSS | 3 Drawer Wide File Cabinet $50 ; 2 Fabric Chairs $60; 2 4 Drawer File Cabinets $60; Office Desk $60; 2 Fabric Chairs And Table $20 | $ 270.00 | Di |
| 13-Jul-17 | NSS | 6 4-Drawer Cabinets | $ 100.00 | Diane |
| 13-Jul-17 | NSS | 2 Desk Chairs; 2 Trash Cans; Triptych Shade; Box Of Office Supplies ; White Board; 2 Small White Boards; 2 Rolling File Cabinets; 2 Chair Pads; Plant; Small Tv | $ 190.00 | Unknown |
| 13-Jul-17 | SIP | 2 "P" Hooks | $ 8.00 | Unknown |
| 13-Jul-17 | SIP | Patisserie Sign | $ 15.00 | Unknown |
| 13-Jul-17 | SIP | 2 Magnets; 3 Towels; 1 Shirt; 2 Spouts; 1 Plate | $ 23.00 | Unknown |
| 13-Jul-17 | SIP | Monitor For Store Front; | $ 25.00 | Unknown |
| 13-Jul-17 | SIP | Star; Crate; Burlap; Flower Bucket; Box Of Bags | $ 62.00 | Unknown |

| Approximate Date of Transfer/ Sale/ Donation/ Trash | Operation | Description of Asset(s) | Amount Received | Transferee |
|---|---|---|---|---|
| 22-Jul-17 | NSS | 33 Non-Functioning CPUs; 30 Non-Functioning Monitors; Dozens Of Non-Functioning Phones And Headsets | $          - | [Recycled] |
| Aug-17 | NSS | 3 Desks | $     200.00 | Various |
| Aug-17 | NSS | 8 Chairs | $     400.00 | Various |
| Aug-17 | NSS | 6 Cubicles | $  1,800.00 | Various |
| Aug-17 | NSS | ~20 Phones And Headsets, Defunct + ~30 Cpus, Defunct, + ~ 20 Monitors Defunct Recycled | $          - | [Recycled] |
| Aug-17 | NSS | Sign - NSS | $          - | [Trashed] |
| 1-Aug-17 | SIP | 8 Bar Stools | $     250.00 | Jeff Wilson |
| Aug-17 | NSS | Server/OSS Equipment | $  1,800.00 | John Hanna |
| 10-Aug-17 | NSS | Barrel Racks | $     500.00 | Various |
| 15-Aug-17 | | Corkers, Capper Spinner | $     750.00 | San Jose Guy |
| 25-Aug-17 | SIP | 1 Towel | $         3.00 | Texan |
| 25-Aug-17 | SIP | 4 Towels | $       10.00 | Texan |
| 29-Aug-17 | Amour Prive | 9 Macro Bins With Lids $990; Micro Bin $95; 1.5" x 10 Stainless Fittings And Other Assorted Fittings; $35; 12 Gaskets $6; 55' Hose $20; 3 Poly Tanks And Stands $885 | $  2,030.00 | Gary Grant |
| 1-Sep-17 | SIP | Chocolate Confectioner's Case | $  1,700.00 | Debbee |
| 1-Sep-17 | Amour Prive/ SIP | Macro Bins | $  2,000.00 | Various |
| Sep-17 | Amour Prive/ SIP | Alum. Dock Board | $       50.00 | Unknown |
| Sep-17 | Amour Prive/ SIP | Pex Line For Glycol Chiller | $     100.00 | Various |
| Sep-17 | Amour Prive/ SIP | Refrigerator | $     100.00 | Unknown |
| Sep-17 | Amour Prive/ SIP | Diaphragm Pump | $     120.00 | Gary Grant |
| Sep-17 | Amour Prive/ SIP | Equipment | $     200.00 | Various |
| Sep-17 | Amour Prive/ SIP | Wine Barrels: S/S, Alum | $     250.00 | Babcock Vinyards |
| Sep-17 | Amour Prive/ SIP | BP 300 Hydraulic Press | $     350.00 | Cassandra |
| Sep-17 | Amour Prive/ SIP | Destemmer, Rack, Stainless Steel | $     400.00 | Babcock Vinyards |
| Sep-17 | Amour Prive/ SIP | French Oak Barrels | $     400.00 | Various |
| Sep-17 | Amour Prive/ SIP | Misc. Equipment | $     510.00 | Mark Bonatata |
| Sep-17 | Amour Prive/ SIP | Corker | $     700.00 | Thomas? |
| Sep-17 | Amour Prive/ SIP | Fioler | $     800.00 | Mr. San Jose |
| Sep-17 | Amour Prive/ SIP | Topping System | $  1,000.00 | Gary Grant |
| Sep-17 | Amour Prive/ SIP | Elce Equip, Winery | $  1,500.00 | Various |
| Sep-17 | Amour Prive/ SIP | Used Winery Equipment | $  2,000.00 | Unknown |
| Sep-17 | Amour Prive/ SIP | Filler | $  1,250.00 | Gary Grant |
| 10-Sep-17 | Amour Prive/ SIP | Marco Bins And Lids | $     600.00 | Various |
| 10-Sep-17 | Amour Prive/ SIP | Winery Equipment | $  1,700.00 | Various |
| 14-Sep-17 | Amour Prive/ SIP | Jolly 50 A/R De-Stemmer/Crusher; 2-2150 Speidel Stainless Tanks; Misc. Fittings And Accessories; Diaphragm Pump; Medium Stainless Steel Holding Sump; De-Stemmer Rack Steel | $ 11,000.00 | Babcock Vinyards |
| 1-Oct-17 | Amour Prive/ SIP | Toyota Forklift | $  3,400.00 | Mark Davis |
| 1-Oct-17 | Amour Prive/ SIP | 2 Oak Barrels; 2 Barrel Racks; Assorted Wine Chemicals; 1 Decorative Barrel | $     460.00 | Taylors |
| 5-Oct-17 | NSS | Yellow Airplane - No Engine, Ceiling Hung - Décor Piece | $  1,750.00 | James |
| 9-Oct-17 | Amour Prive/ SIP | Bottle Filler And Pump | $  1,800.00 | Gary Grant |
| 1-Nov-17 | Amour Prive/ SIP | 2 Speidel Stainless Steel Tanks (One Was Not Fit For Food Productions - MSW [2/17/17]) | $  4,000.00 | Taylors |
| | | | **$ 103,830.00** | |

| Debtor | Business Index Group, Inc., a California corporation | Case number (if known) | |
|---|---|---|---|

| | 401k Profit Sharing Retirement Plan & Trust, 12/31/2009 | EIN: | 95-4255350 |
|---|---|---|---|

Has the plan been terminated?
■ No
☐ Yes

<table>
<tr><td style="background:black;color:white">Part 10:</td><td colspan="5"><b>Certain Financial Accounts, Safe Deposit Boxes, and Storage Units</b></td></tr>
</table>

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | Wells Fargo Bank | XXXX-4914 | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other__ | July 2017 | $0.00 |
| 18.2. | Wells Fargo Bank | XXXX-6508 | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other__ | September 2017 | $0.00 |
| 18.3. | Wells Fargo Bank | XXXX-5498 | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other__ | July 2017 | $0.00 |
| 18.4. | Wells Fargo Bank | XXXX-1016 | ☐ Checking<br>■ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other__ | 4-January-2018 | $0.00 |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

Debtor    Business Index Group, Inc., a California corporation          Case number *(if known)* _____

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| Rocklin Springview Mini Storage 5901 Springview Drive Rocklin, CA 95677 | Daniel Wozniak 1065 Pittsfield Lane Ventura, CA 93001 | Business Records; Business Furniture, Fixtures, Equipment & Supplies | ☐ No ■ Yes |
| Quartz Drive Storage 12200 Rock Creek Road Auburn, CA 95602 | Daniel Wozniak 1065 Pittsfield Lane Ventura, CA 93001 | Amour Privé Wine Inventory | ☐ No ■ Yes |

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.

Debtor   Business Index Group, Inc., a California corporation      Case number *(if known)* _____

Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| 25.1. Amour Privé<br>337 Commercial Street<br>Auburn, CA 95603 | Wine Making and Sales | EIN:<br><br>From-To   2008 - 2017 |
| 25.2. Sip Auburn<br>337 Commercial Street<br>Auburn, CA 95603 | Wine Bar | EIN:<br><br>From-To   2014 - 2017 |

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1. Baker Wallen Tax Services<br>6015 Pacific Street, Suite 10<br>Rocklin, CA 95677 | 2012 - Present |
| 26a.2. Michael Hawes, CPA<br>2550 Douglas Blvd., Suite 160<br>Roseville, CA 95661 | July 2017 - Present |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26b.1. Baker Wallen Tax Services<br>6015 Pacific Street, Suite 10<br>Rocklin, CA 95677 | 2012 - Present |
| **Name and address** | **Date of service<br>From-To** |
| 26b.2. Michael Hawes, CPA<br>2250 Douglas Blvd., Suite 160<br>Roseville, CA 95661 | July 2017 - Present |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are<br>unavailable, explain why |
|---|---|
| 26c.1. Baker Wallen Tax Services<br>6015 Pacific Street, Suite 10<br>Rocklin, CA 95677 | |
| 26c.2. Michael Hawes, CPA<br>2550 Douglas Blvd., Suite 160<br>Roseville, CA 95661 | |

| Debtor | Business Index Group, Inc., a California corporation | Case number *(if known)* | |
|---|---|---|---|

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.3. | Daniel Wozniak<br>1065 Pittsfield Lane<br>Ventura, CA 93001 | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1. | CAN Capital / WebBank<br>2015 Vaughn Road, Suite 500<br>Kennesaw, GA 30144 |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Daniel Wozniak | 1065 Pittsfield Lane<br>Ventura, CA 93001 | Director; Secretary | 0% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Estate of Matthew Wozniak | c/o Spencer T. Malysiak Law Corp.<br>3500 Douglas Blvd., Suite 200<br>Roseville, CA 95661 | Shareholder | 100% |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☐ No
■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Matthew Wozniak (deceased) | Estate of Matthew Wozniak<br>c/o Spencer T. Malysiak Law Corp.<br>3500 Douglas Blvd., Suite 200<br>Roseville, CA 95661 | CEO, Secretary, CFO,<br>100% Shareholder | 1989 - February 2017 |

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

Debtor    Business Index Group, Inc., a California corporation          Case number *(if known)* _____

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

- ■ No
- ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

- ☐ No
- ■ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|
| 401k Profit Sharing Retirement Plan & Trust, 12/31/2009 | **EIN:**    95-4255350 |

Debtor    Business Index Group, Inc., a California corporation          Case number *(if known)* _____

Part 14:    Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   02/23/2018

_____          Daniel Wozniak
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    Secretary

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☑ No
☐ Yes

1

**2**

Walter R. Dahl, CSB No. 102186 [wdahl@DahlLaw.net]

2   Andrew Brian Reisinger, CSB No. 277472 [abreisinger@DahlLaw.net]
**DAHL LAW, ATTORNEYS AT LAW**

3   2304 "N" Street
Sacramento, CA 95816-5716

4

Telephone: (916) 446-8800

5   Telecopier: (916) 741-3346

6   Attorneys for Business Index Group, Inc.,
a California corporation

7

8

9

10                          **UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**

11                                **SACRAMENTO DIVISION**

12

13   In Re:                                            Case No.:

14   **Business Index Group, Inc.,**
**a California corporation**

15
1420 E. Roseville Parkway, Suite 140-349,

16   Roseville, CA 95661
TIN: xx-xxx5350

17

18                                    Debtor(s).

19

20                    **ATTORNEY'S DISCLOSURE OF COMPENSATION**
[11 U.S.C. §329(a); Fed. R. Bank. P. 2016(b)]

21   The undersigned, pursuant to 11 U.S.C. §329(a) and Fed. R. Bank. P. 2016(b), states:

22   1.  Dahl Law, Attorneys at Law ("Counsel"), is the attorney for Debtor(s) in this case.

23   2.  The compensation paid to Counsel within one year before the filing of the petition in bankruptcy,
or agreed to be paid to Counsel, is as follows:

24

25          a.  For legal services rendered or to be rendered on behalf of Debtor(s) in contemplation of and
in connection with this case:

26              ☒  A fixed fee of $7,500.00, which includes the filing fee.
☐  An indeterminate fee to be computed at Counsel's standard hourly rates and costs.

27

28          b.  Prior to the date of this Statement, Counsel has received the sum of $7,500.00.

DAHL LAW
ATTORNEYS AT LAW
SACRAMENTO, CA

\\Dahl-sbs\wdox\DATA\CLIENTS\B175\01\00027229.WPD                1

□ Of that sum, $_____ was paid to Counsel for pre-petition legal services not directly in connection with this case, and billed pre-petition to Debtor(s) at Counsel's standard hourly rates and costs.

c.  The unpaid balance due and payable is:

☒  $  0.00_____.
□  Not determinable at this time.

3. From the funds tendered to Counsel disclosed above, Counsel has paid the filing fee of:

☒  $  335.00          [Chapter 7]
□  $1,717.00          [Chapter 11]
□  $  310.00          [Chapter 13]

4.  The source of payments made to Counsel was from:

☒  Debtor(s)
□  Other [specify]: _____.

5.  The source of payments to be made to Counsel for the unpaid balance remaining, if any, will be from:

□  Debtor(s)
☒  Other [specify]:  not applicable_____.

6.  Other than the payments referenced above, Counsel has received no transfer, assignment or pledge of property from or on behalf of Debtor(s) except the following for the value stated:

□  None

☒  Counsel has been granted a security interest in all funds held by Counsel as an advance, retainer or periodic payment toward attorneys fees and costs incurred or to be incurred in its representation of Debtor(s).

□  Other [specify] _____.

7.  Counsel has not shared or agreed to share with any other entity, other than with members and employees of Counsel, any compensation paid or to be paid except as follows:

☒  None
□  Other [specify & attach agreement] _____.

Dated:   February 22, 2018                              DAHL LAW,
                                                        ATTORNEYS AT LAW


                                                        By:  /s/   Walter R. Dahl_____
                                                            Walter R. Dahl
                                                        Attorneys for Business Index Group, Inc.,
                                                        a California corporation