From: Sheree Cooper
     1240 E Washington Lane
     Building A Apt. A-01
     Philadelphia, PA 19138

March 17, 2018

PDES

FILED
MAR 23 2018
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

TO: Robert T. Matsui United States Courthouse
     Bankruptcy Clerks Office
     5011 Street, Suite 3-200
     Sacramento, CA 95814

**REFERENCE: Address Update for Sheree Cooper**
Debtor: Business Index Group, Inc. A California Corporation, EIN 95-4255350
Case: 18-21012-C-7      Chapter 7 Filed 2/23/2018

To whom it may concern:

    This letter is confirm the change of address for myself,
    Sheree Cooper.

**Formerly Residence:**
902 Valley Road, Apt 8-D
Melrose Park Pa 19027

**CURRENT RESIDENCE:**
SHEREE COOPER
1240 E. WASHINGTON LANE
BUILDING A APT. A-01
PHILADELPHIA, PA 19138

Please update you files immediately.

Thank you,

Sheree Cooper